**BioMarin Pharmaceutical Inc. (BMRN)** **Tsantes, Bill**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 7/22/2020 | 200 | $126.8500 |