**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BILL TSANTES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC., JEAN-JACQUES BIENAIMÉ, BRIAN R. MUELLER, and HENRY J. FUCHS,<br><br>Defendants. | Case No. 3:20-cv-06719-WHO<br><br><u>CLASS ACTION</u><br><br>**ORDER APPOINTING ARBEJDSMARKEDETS TILLÆGSPENSION AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**<br><br>Date: January 6, 2021<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

Upon consideration of: (1) the Motion filed by Arbejdsmarkedets Tillægspension ("ATP") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. ATP's Motion is **GRANTED**.

2. ATP is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. ATP's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action shall be **CONSOLIDATED** for all purposes.

5. This action shall be captioned "*In re BioMarin Pharmaceutical Inc. Securities Litigation*" and the file shall be maintained under Master File No. 3:20-cv-06719-WHO.

**IT IS SO ORDERED.**

Dated: December 22, 2020



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE