**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Counsel for Lead Plaintiff Arbejdsmarkedets Tillægspension*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re BioMarin Pharmaceutical Inc. Securities Litigation* | Case No. 3:20-cv-06719-WHO <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER** |

Lead Plaintiff Arbejdsmarkedets Tillægspension ("ATP" or "Lead Plaintiff"), by and through its undersigned counsel, and BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, Brian R. Mueller, and Henry J. Fuchs ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 25, 2020, plaintiff Bill Tsantes, individually and on behalf of all others similarly situated, filed a putative class action complaint (the "Complaint") in the action captioned *Tsantes v. BioMarin Pharmaceutical Inc., et al.*, No. 3:20-cv-06719 (N.D. Cal.) against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5;

WHEREAS, on October 15, 2020, Defendants and plaintiff Tsantes filed a Stipulation and Proposed Order to Vacate Initial Case Management Conference and Reset All Related Deadlines and Extend Defendants' Time To Answer or Otherwise Respond to the Complaint (Doc. No. 15);

WHEREAS, on October 16, 2020, the Court entered an order granting the October 15, 2020 Stipulation and Proposed Order (Doc. No. 17), providing that Defendants shall not be required to answer, move or otherwise respond to the Complaint and that within twenty days following the appointment of a lead plaintiff and lead counsel, Defendants shall meet and confer with the court-appointed lead plaintiff to set a schedule for the filing of a consolidated or amended complaint and Defendants' response thereto;

WHEREAS, on November 24, 2020, plaintiff ATP and other Biomarin investors filed several competing motions for appointment as lead plaintiff and approval of lead counsel;

WHEREAS, on December 22, 2020, the Court entered an order appointing as lead plaintiff ATP and approving ATP's selection of Bernstein Litowitz Berger & Grossmann LLP as lead counsel (Doc. No. 40);

WHEREAS, pursuant to the October 16, 2020 Order, Lead Plaintiff and Defendants (together, the "Parties") have met and conferred and, subject to this Court's approval, hereby submit the following stipulation and proposed order regarding the schedule in this matter;

NOW THEREFORE, the Parties stipulate and agree as follows, through their undersigned counsel:

1. Lead Plaintiff shall file and serve a consolidated complaint (the "Consolidated Complaint") on or before February 22, 2021.

2. Defendants shall answer, move to dismiss, or otherwise respond to the Consolidated Complaint on or before April 22, 2021.

3. If Defendants move to dismiss the Consolidated Complaint, Lead Plaintiff shall file and serve any opposition to such motion on or before June 22, 2021.

4. Defendants shall file and serve their reply to any such opposition on or before July 22, 2021.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 5, 2021

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

-and-

JEROEN VAN KWAWEGEN (*pro hac vice forthcoming*)
(jeroen@blbglaw.com)
KATHERINE M. SINDERSON (*pro hac vice forthcoming*)
(katiem@blbglaw.com)
ABE ALEXANDER (*pro hac vice forthcoming*)
(abe.alexander@blbglaw.com)
CHRISTOPHER R. MILES (*pro hac vice forthcoming*)
(christopher.miles@blbglaw.com)

1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiff*

|   |   |
|---|---|
| 1 | **COOLEY LLP** |
| 2 | */s/ Jessica Valenzuela Santamaria* |
|   | JOHN C. DWYER (Bar No. 136533) |
| 3 | (dwyerjc@cooley.com) |
|   | JESSICA VALENZUELA SANTAMARIA (Bar No. 220934) |
| 4 | (jvs@cooley.com) |
|   | ADDISON M. LITTON (Bar No. 305374) |
| 5 | (alitton@cooley.com) |
|   | 3175 Hanover Street |
| 6 | Palo Alto, CA 94304 |
|   | Telephone: (650) 843-5000 |
| 7 | Facsimile: (650) 849-7400 |
| 8 | *Counsel for Defendants* |

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

 */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: January \_\_\_\_, 2021

                                                _____
                                                Hon. William H. Orrick
                                                United States District Court Judge