COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
ADDISON M. LITTON (305374)
(alitton@cooley.com)
ALEXANDER J. KASNER (310637)
(akasner@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé,
and Henry J. Fuchs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re BioMarin Pharmaceutical Inc. Securities Litigation* | Case No. 3:20-cv-06719-WHO<br><br>**DECLARATION OF ADDISON M. LITTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**<br><br>**DATE:** **SEPTEMBER 8, 2021**<br>**TIME:** **2:00 P.M.**<br>**COURTROOM:** **2, 17TH FLOOR**<br>**JUDGE:** **WILLIAM H. ORRICK** |

I, Addison M. Litton, hereby declare as follows:

1.     I am an associate at the law firm Cooley LLP, counsel for Defendants BioMarin Pharmaceutical Inc. ("BioMarin" or the "Company"), Jean-Jacques Bienaimé, and Henry J. Fuchs (together with BioMarin, "Defendants") in the above-captioned litigation.  I am a member in good standing of the Bar of California.  I submit this declaration in support of Defendants' Motion to Dismiss ("Motion") Plaintiff's Amended Class Action Complaint.  I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would testify competently thereto.

2.    **Exhibit A** attached hereto is a true and correct copy of a research report published by Evercore ISI dated May 22, 2019, entitled *How Full Is the Valrox Glass?*.  Having reviewed this document in full, it appears that the May 22, 2019 date reflected on the report is inaccurate, and instead should reflect a publication date of May 28, 2019 because it discusses the contents of press releases published by BioMarin "[that] morning" (*i.e.,* on May 28).  *See* Ex. D.  This document is referenced in the Amended Class Action Complaint ("AC") at ¶¶ 53 and 55.  Portions of the report referenced in the AC and the Motion are highlighted for the Court's convenience.

3.    **Exhibit B** attached hereto is a true and correct copy of the transcript of BioMarin's Special Call with investors on May 28, 2019, published by S&P Global Market Intelligence and referenced in the AC at ¶¶ 49, 51, and 52.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

4.    **Exhibit C** attached hereto is a true and correct copy of a research report published by Canaccord Genuity on May 28, 2019, entitled *Valrox Debate Continues. . . Ph.1/2 Durability Data Impress, but Ph.3 Interim Look Leaves Questions.*  This document is referenced in the AC at ¶¶ 54 and 55.  Portions of the report referenced in the AC and the Motion are highlighted for the Court's convenience.

5.    **Exhibit D** attached hereto is a true and correct copy of a press release issued by BioMarin on May 28, 2019, entitled *BioMarin Announces That Phase 3 Cohort of Valoctocogene Roxaparvovec, Gene Therapy Study in Severe Hemophilia A Met Pre-Specified Criteria for Regulatory Submissions in the U.S. and Europe*.  The press release is publicly available on BioMarin's website at https://investors.biomarin.com/2019-05-28-BioMarin-Announces-that-Phase-3-Cohort-of-Valoctocogene-Roxaparvovec-Gene-Therapy-Study-in-Severe-Hemophilia-A-Met-Pre-Specified-Criteria-for-Regulatory-Submissions-in-the-U-S-and-Europe.  This document is referenced in the AC at ¶¶ 48 and 50.  Portions of the press release referenced in the AC and the Motion are highlighted for the Court's convenience.

6.    **Exhibit E** attached hereto is a true and correct copy of the transcript of BioMarin's Special Call with investors on November 14, 2019, published by S&P Global Market Intelligence and referenced in the AC at ¶¶ 36, 52, and 60.  Portions of the transcript referenced in the AC and

Cooley LLP
Attorneys at Law
Palo Alto

2

**Declaration of Addison M. Litton ISO
Motion to Dismiss Amended Complaint
3:20-cv-06719-WHO**

the Motion are highlighted for the Court's convenience.

7.      **Exhibit F** attached hereto is a true and correct copy of a press release issued by BioMarin on February 20, 2020, entitled *BioMarin's Biologics License Application for Valoctocogene Roxaparvovec Accepted for Priority Review by FDA with Review Action Date of August 21, 2020.*   The press release is publicly available on BioMarin's website at https://investors.biomarin.com/2020-02-20-BioMarins-Biologics-License-Application-for-Valoctocogene-Roxaparvovec-Accepted-for-Priority-Review-by-FDA-with-Review-Action-Date-of-August-21-2020.  This document is referenced in the AC at ¶ 7.  Portions of the press release referenced in the AC and the Motion are highlighted for the Court's convenience.

8.      **Exhibit G** attached hereto is comprised of relevant excerpts of a true and correct copy of BioMarin's Annual Report for the year ending December 31, 2019, on Form 10-K, filed with the Securities and Exchange Commission ("SEC") on February 27, 2020.  The Form 10-K is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001048477/000104847720000009/bmrn-20191231.htm.  Portions of the Form 10-K referenced in the Motion are highlighted for the Court's convenience.

9.      **Exhibit H** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the Cowen Health Care Conference on March 3, 2020, published by FactSet CallStreet and referenced in the AC at ¶¶ 88, 89, 118-20, and 151.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

10.      **Exhibit I** attached hereto is a true and correct copy of the transcript of BioMarin's Earnings Call for the first fiscal quarter of 2020 on April 29, 2020, published by FactSet CallStreet and referenced in the AC at ¶¶ 12, 89, 96, and 122.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

11.      **Exhibit J** attached hereto is comprised of relevant excerpts of a true and correct copy of BioMarin's Quarterly Report for the quarter ending March 31, 2020, on Form 10-Q, filed with the SEC on May 1, 2020.  The Form 10-Q is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001048477/000104847720000016/bmrn-20200331.htm.  Portions of the Form 10-Q referenced in the Motion are highlighted for the Court's

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

convenience.

12.     **Exhibit K** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the Bank of America Merrill Lynch Virtual Healthcare Conference on May 14, 2020, published by FactSet CallStreet and referenced in the AC at ¶¶ 1, 12, 77, 90, and 125-26. Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

13.     **Exhibit L** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the RBC Capital Markets Global Healthcare Conference on May 19, 2020, published by FactSet CallStreet and referenced in the AC at ¶¶ 90 and 127-28.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

14.     **Exhibit M** attached hereto is a true and correct copy of a press release issued by BioMarin on May 31, 2020, entitled *BioMarin Provides Highlights of 4 Years of Clinical Data from Ongoing Phase 1/2 Study of Valoctocogene Roxaparvovec Gene Therapy for Severe Hemophilia A.*   The press release is publicly available on BioMarin's website at https://investors.biomarin.com/2020-05-31-BioMarin-Provides-Highlights-of-4-Years-of-Clinical-Data-from-Ongoing-Phase-1-2-Study-of-Valoctocogene-Roxaparvovec-Gene-Therapy-for-Severe-Hemophilia-A.  This document is referenced in the AC at ¶¶ 91 and 130-31.  Portions of the press release referenced in the AC and the Motion are highlighted for the Court's convenience.

15.     **Exhibit N** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the Jefferies Virtual Healthcare Conference on June 4, 2020, published by FactSet CallStreet and referenced in the AC at ¶¶ 1, 2, 11, 14, 78, 92, 94, 108, 132-33, and 148.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

16.     **Exhibit O** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the Goldman Sachs Global Healthcare Conference on June 9, 2020, published by FactSet CallStreet and referenced in the AC at ¶¶ 1, 2, 11, 14, 78, 93, 108, 135-36, and 148. Portions of the transcript referenced in the AC are highlighted for the Court's convenience.

17.     **Exhibit P** attached hereto is a true and correct copy of the transcript of BioMarin's

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

presentation at the Bank of America Merrill Lynch Securities Napa Biopharma Conference on June 24, 2020, published by FactSet CallStreet and referenced in the AC at ¶¶ 17, 104-05, 137-40, and 147. Portions of the transcript referenced in the AC are highlighted for the Court's convenience.

18.     **Exhibit Q** attached hereto is a true and correct copy of a press release issued by BioMarin on August 4, 2020, entitled *BioMarin Announces Second Quarter 2020 Total Revenue Growth of 11% to $430 Million*, attached as an exhibit to the Company's Form 8-K filed with the SEC on August 4, 2020 and publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/1048477/000104847720000022/bmrn-20200804.htm. This document is referenced in the AC at ¶ 142-43. Portions of the press release referenced in the AC are highlighted for the Court's convenience.

19.     **Exhibit R** attached hereto is comprised of relevant excerpts of a true and correct copy of BioMarin's Quarterly Report for the quarter ending June 30, 2020, on Form 10-Q, filed with the SEC on August 5, 2020. The Form 10-Q is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001048477/000104847720000023/bmrn-20200630.htm. Portions of the Form 10-Q referenced in the Motion are highlighted for the Court's convenience.

20.     **Exhibit S** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the Canaccord Genuity Growth Conference on August 13, 2020, published by S&P Global Market Intelligence and referenced in the AC at ¶¶ 17, 106, 144-45, and 151. Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

21.     **Exhibit T** attached hereto is a true and correct copy of a press release issued by BioMarin on August 19, 2020, entitled *BioMarin Receives Complete Response Letter (CRL) from FDA for Valoctocogene Roxaparvovec Gene Therapy for Severe Hemophilia A*. The press release is publicly available on BioMarin's website at https://investors.biomarin.com/2020-08-19-BioMarin-Receives-Complete-Response-Letter-CRL-from-FDA-for-Valoctocogene-Roxaparvovec-Gene-Therapy-for-Severe-Hemophilia-A. This document is referenced in the AC at ¶¶ 2, 113, 114, and 158. Portions of the press release referenced in the AC and the Motion are highlighted for the Court's convenience.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

22.     **Exhibit U** attached hereto is a true and correct copy of the U.S. Food and Drug Administration's ("FDA") industry guidance document titled *Manufacturing, Supply Chain, and Drug and Biological Product Inspections During COVID-19 Public Health Emergency Questions and Answers*, published in August 2020.  This document is attached as it appeared on the FDA's website on August 21, 2020, and is publicly available on the Internet Archive Wayback Machine at https://web.archive.org/web/20200821020323/https://www.fda.gov/media/141312/download. Portions of the document referenced in the Motion are highlighted for the Court's convenience.

23.     **Exhibit V** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the Baird 2020 Global Healthcare Conference on September 9, 2020, published by S&P Global Market Intelligence and referenced in the AC at ¶ 98.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

24.     **Exhibit W** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the Citi 15th Annual Biopharma Virtual Conference on September 10, 2020, published by S&P Global Market Intelligence and referenced in the AC at ¶¶ 83 and 84.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

25.     **Exhibit X** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the Cantor Global Healthcare Conference on September 16, 2020, published by S&P Global Market Intelligence and referenced in the AC at ¶ 116.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

26.     **Exhibit Y** attached hereto is a true and correct copy of the transcript of BioMarin's presentation at the J.P. Morgan 11th Annual U.S. All Stars Conference on September 16, 2020, published by S&P Global Market Intelligence and referenced in the AC at ¶¶ 2, 14-18, 78, 82, 84, 86, 94, 99-101, 103-04, 108, 116, 126, 128, 131, 133, 136, 140, 143, 145, and 147-48.  Portions of the transcript referenced in the AC and the Motion are highlighted for the Court's convenience.

27.     **Exhibit Z** attached hereto is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership for Henry J. Fuchs filed with the SEC on August 30, 2016, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000114036116078260/xslF345X03/doc1.xml.  Exhibit Z reports transactions by Dr. Fuchs on August 26, 2016.

Cooley LLP
Attorneys at Law
Palo Alto

6

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit Z were consummated pursuant to a 10b5-1 plan executed on May 12, 2016.

28.    **Exhibit AA** attached hereto is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership for Henry J. Fuchs filed with the SEC on June 20, 2017, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000114036117025625 /xslF345X03/doc1.xml.  Exhibit AA reports transactions by Dr. Fuchs on June 16 and 19, 2017. According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit AA were consummated pursuant to a 10b5-1 plan executed on May 9, 2017.

29.    **Exhibit BB** attached hereto is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership for Henry J. Fuchs filed with the SEC on March 6, 2019, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761919006317 /xslF345X03/doc1.xml.   Exhibit BB reports transactions by Dr. Fuchs on March 4, 2019. According to the information entered into Table I, Field 2 n.1, the stock sales reflected in Exhibit BB were consummated pursuant to a 10b5-1 plan executed on October 30, 2018.

30.    **Exhibit CC** attached hereto is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership for Henry J. Fuchs filed with the SEC on April 22, 2020, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920008272 /xslF345X03/doc1.xml.  Exhibit CC reports transactions by Dr. Fuchs on April 20, 2020.  The contents of this document appear to be referenced in the AC at ¶¶ 110 and 111.  According to the information entered into Table I, Field 2 n.1, the stock sale reflected in Exhibit CC was consummated pursuant to a 10b5-1 plan executed on March 11, 2020.

31.    **Exhibit DD** attached hereto is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership for Henry J. Fuchs filed with the SEC on April 28, 2020, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920008539 /xslF345X03/doc1.xml.  Exhibit DD reports transactions by Dr. Fuchs on April 24, 2020.   The contents of this document appear to be referenced in the AC at ¶¶ 110 and 111.  According to the information entered into Table I, Field 2 n.1, the stock sales reflected in Exhibit DD were consummated pursuant to a 10b5-1 plan executed on March 11, 2020.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

7

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

32.     **Exhibit EE** attached hereto is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership for Henry J. Fuchs filed with the SEC on July 15, 2020, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920013325/xslF345X03/doc1.xml.  Exhibit EE reports transactions by Dr. Fuchs on July 13, 2020.  The contents of this document are referenced in the AC at ¶ 110.  According to the information entered into Table II, Field 3 n.2, the stock sales reflected in Exhibit EE were consummated pursuant to a 10b5-1 plan executed on March 11, 2020.

33.     **Exhibit FF** attached hereto is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership for Henry J. Fuchs filed with the SEC on July 22, 2020, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920013577/xslF345X03/doc1.xml.  Exhibit FF reports transactions by Dr. Fuchs on July 20, 2020.  The contents of this document are referenced in the AC at ¶ 110.  According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit FF were consummated pursuant to a 10b5-1 plan executed on March 11, 2020.

34.     **Exhibit GG** attached hereto is a true and correct highlighted copy of the Form 4 Statement of Changes in Beneficial Ownership for Jean-Jacques Bienaimé filed with the SEC on March 13, 2019, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761919006805/xslF345X03/doc1.xml.  Exhibit GG reports transactions by Mr. Bienaimé on March 11 and 12, 2019.  According to the information entered into Table II, Fields 1 and 6, the stock sales reflected in Exhibit GG consisted of shares obtained through Mr. Bienaimé's exercise of stock options set to expire on May 11, 2019.  According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit GG were consummated pursuant to a 10b5-1 plan executed on November 15, 2018.

35.     **Exhibit HH** attached hereto is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership for Jean-Jacques Bienaimé filed with the SEC on April 9, 2019, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761919008644/xslF345X03/doc1.xml.  Exhibit HH reports transactions by Mr. Bienaimé on April 8, 2019.  According to the information entered into Table II, Fields 1 and 6, the stock sales reflected in

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

8

**DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO**

Exhibit HH consisted of shares obtained through Mr. Bienaimé's exercise of stock options set to expire on May 11, 2019. According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit HH were consummated pursuant to a 10b5-1 plan executed on November 15, 2018.

36. **Exhibit II** attached hereto is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership for Jean-Jacques Bienaimé filed with the SEC on May 14, 2019, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761919010906 /xslF345X03/doc1.xml. Exhibit II reports transactions by Mr. Bienaimé on May 10, 2019. According to the information entered into Table II, Fields 1 and 6, the stock sales reflected in Exhibit II consisted of shares obtained through Mr. Bienaimé's exercise of stock options set to expire on May 11, 2019. According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit II were consummated pursuant to a 10b5-1 plan executed on November 15, 2018.

37. **Exhibit JJ** attached hereto is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership for Jean-Jacques Bienaimé filed with the SEC on March 11, 2020 and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920006147 /xslF345X03/doc1.xml. Exhibit JJ reports transactions by Mr. Bienaimé on March 9, 2020. The contents of this document appear to be referenced in the AC at ¶¶ 110 and 111. According to the information entered into Table II, Fields 1 and 6, the stock sales reflected in Exhibit JJ consisted of shares obtained through Mr. Bienaimé's exercise of stock options set to expire on May 11, 2020. According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit JJ were consummated pursuant to a 10b5-1 plan executed on November 13, 2019.

38. **Exhibit KK** attached hereto is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership for Jean-Jacques Bienaimé filed with the SEC on April 13, 2020, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920007886 /xslF345X03/doc1.xml. Exhibit KK reports transactions by Mr. Bienaimé on April 9, 2020. The contents of this document appear to be referenced in the AC at ¶¶ 110 and 111. The contents of this document appear to be referenced in the AC at ¶¶ 110 and 111. According to the information

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

9

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

entered into Table II, Fields 1 and 6, the stock sales reflected in Exhibit KK consisted of shares obtained through Mr. Bienaimé's exercise of stock options set to expire on May 11, 2020. According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit KK were consummated pursuant to a 10b5-1 plan executed on November 13, 2019.

39.     **Exhibit LL** attached hereto is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership for Jean-Jacques Bienaimé filed with the SEC on April 29, 2020, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920008620/xslF345X03/doc1.xml. Exhibit LL reports transactions by Mr. Bienaimé on April 27 and 28, 2020. The contents of this document appear to be referenced in the AC at ¶¶ 110 and 111. According to the information entered into Table II, Fields 1 and 6, the stock sales reflected in Exhibit KK consisted of shares obtained through Mr. Bienaimé's exercise of stock options set to expire on May 11, 2020. According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit LL were consummated pursuant to a 10b5-1 plan executed on November 13, 2019.

40.     **Exhibit MM** attached hereto is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership for Jean-Jacques Bienaimé filed with the SEC on May 5, 2020, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920009086/xslF345X03/doc1.xml. Exhibit MM reports transactions by Mr. Bienaimé on May 1 and 4, 2020. The contents of this document appear to be referenced in the AC at ¶¶ 110 and 111. According to the information entered into Table II, Fields 1 and 6, the stock sales reflected in Exhibit MM consisted of shares obtained through Mr. Bienaimé's exercise of stock options set to expire on May 11, 2020. According to the information entered into Table II, Field 3 n.2, the stock sales reflected in Exhibit MM were consummated pursuant to a 10b5-1 plan executed on March 5, 2020.

41.     **Exhibit NN** attached hereto is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership for Jean-Jacques Bienaimé filed with the SEC on May 12, 2020, and available at https://www.sec.gov/Archives/edgar/data/0001048477/000156761920009578/xslF345X03/doc1.xml. Exhibit NN reports transactions by Mr. Bienaimé on May 8, 2020. The contents of this document appear to be referenced in the AC at ¶¶ 110 and 111. According to the information entered into Table II, Fields 1 and 6, the stock sales reflected in Exhibit NN consisted

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

10

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

of shares obtained through Mr. Bienaimé's exercise of stock options set to expire on May 11, 2020. According to the information entered into Table II, Field 3 n.1, the stock sales reflected in Exhibit NN were consummated pursuant to a 10b5-1 plan executed on November 13, 2019.

42.    In the AC, Plaintiff alleges that Dr. Fuchs sold 64% of his BioMarin stock holdings during the Class Period.  (¶ 111.)  To determine whether this allegation was accurate, I reviewed Dr. Fuchs' Form 4 Statements of Changes in Beneficial Ownership filed with the SEC during the Class Period (Exhibits CC-FF, hereto), as well as BioMarin's Schedule 14A filed with the SEC on April 14, 2020.  *See* https://www.sec.gov/Archives/edgar/data/0001048477/000120677420001169 /bmrn3661471-def14a.htm.  Based on the Form 4s reflecting stock sales during the Class Period, I determined that Dr. Fuchs sold 186,613 shares:  17,213 on April 20, 2020 (Ex. CC); 20,000 on April 24, 2020 (Ex. DD); 23,011 on July 13, 2020 (Ex. EE); and 126,389 on July 20, 2020 (Ex. FF).  I then divided the number of shares sold during the class period by the number of shares Dr. Fuchs owned as of March 6, 2020 (67,850, as reflected on page 78 of BioMarin's April 14, 2020 Schedule 14A) plus Dr. Fuchs' shares subject to options vested and exercisable within sixty days of March 6, 2020 (342,568, as reflected on page 78 of BioMarin's April 14, 2020 Schedule 14A). Based on this calculation, I determined that Dr. Fuchs sold 45% of his total shares owned during the Class Period.

43.    In the AC, Plaintiff alleges that Mr. Bienaimé sold 23% of his BioMarin stock holdings during the Class period.  (¶ 111.)  To determine whether this allegation was accurate, I reviewed Mr. Bienaimé's Form 4 Statement of Changes in Beneficial Ownership filed with the SEC during the Class Period (Exhibits JJ-NN), as well as BioMarin's Schedule 14A filed with the SEC on April 14, 2020.    *See*    https://www.sec.gov/Archives/edgar/data/0001048477 /000120677420001169/bmrn3661471-def14a.htm. . Based on the Form 4s reflecting stock sales during the Class Period, I determined that Mr. Bienaimé sold 89,000 shares: 10,000 on March 9, 2020 (Ex. JJ); 10,000 on April 9, 2020 (Ex. KK); 20,000 on April 27, 2020 (Ex. LL); 20,000 on April 28, 2020 (Ex. LL); 4,000 on May 1, 2020 (Ex. MM); 5,000 on May 4, 2020; and 20,000 on May 8, 2020.  I then divided by the number of shares Mr. Bienaimé owned as of March 6, 2020 (356,288, as reflected on page 78 of BioMarin's April 14, 2020 Schedule 14A) plus Mr. Bienaimé's

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

11

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

shares subject to options vested and exercisable within 60 days of March 6, 2020 (1,308,266, as reflected on page 78 of BioMarin's April 14, 2020 Schedule 14A). Based on this calculation, I determined that Mr. Bienaimé sold 5% of his total shares owned during the Class Period.

44.    I reviewed Dr. Fuchs' Form 4 Statement of Changes in Beneficial Ownership filed with the SEC and reflected in Exhibits Z-BB and the Company's public filings surrounding the time Exhibits Z-BB were filed. Based on my review, I determined that Dr. Fuchs executed a 10b5-1 trading plan on May 12, 2016, ten days after the filing of BioMarin's Form 10-Q with the SEC on May 2, 2016. *See* https://www.sec.gov/Archives/edgar/data/0001048477 /000156459016017257/bmrn-10q_20160331.htm. I further determined that Dr. Fuchs executed a 10b5-1 trading plan on May 9, 2017, five days after the filing of BioMarin's Form 10-Q with the SEC on May 4, 2017. *See* https://www.sec.gov/Archives/edgar /data/0001048477/000156459017008822/bmrn-10q_20170331.htm. Finally, I determined that Dr. Fuchs executed a 10b5-1 trading plan on October 30, 2018, four days after the filing of BioMarin's Form 10-Q with the SEC on October 26, 2018. *See* https://www.sec.gov/Archives/edgar/data /0001048477/000156459018025196/bmrn-10q_20180930.htm. I observed that Dr. Fuchs' pattern of entering into 10b5-1 plans soon after the Company's filing of periodic SEC reports was consistent with his execution of a 10b5-1 plan on March 11, 2020, fourteen days after the filing of BioMarin's Form 10-K with the SEC on February 26, 2020. *See* https://www.sec.gov/ix?doc= /Archives/edgar/data/1048477/000104847720000009/bmrn-20191231.htm.

45.    I reviewed Mr. Bienaimé's Form 4 Statement of Changes in Beneficial Ownership filed with the SEC and reflected in Exhibits GG-NN. Based on my review, I determined that Mr. Bienaimé exercised and sold BioMarin stock options set to expire on May 11, 2019 (Ex. GG), on March 11 and 12 (Ex. GG), April 8 (Ex. HH), and May 10, 2019 (Ex. II). I further determined that Mr. Bienaimé exercised and sold BioMarin stock options set to expire on May 11, 2020, on March 9 (Ex. JJ), April 9 (Ex. KK), April 27 and 28 (Ex. LL), May 1 and 4 (Ex. MM), and May 8, 2020 (Ex. NN). I observed that Mr. Bienaimé's pattern of periodically exercising and selling BioMarin stock options set to expire on May 11, 2019 was consistent with his exercise and sales of BioMarin stock options set to expire on May 11, 2020 during the Class Period.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

12

DECLARATION OF ADDISON M. LITTON ISO
MOTION TO DISMISS AMENDED COMPLAINT
3:20-CV-06719-WHO

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Dated: April 22, 2021                                        COOLEY LLP


By: /s/ Addison M. Litton
        Addison M. Litton

Attorney for Defendants
BioMarin Pharmaceutical Inc., Jean-Jacques
Bienaimé, and Henry J. Fuchs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

13