## Appendix A: Summary of Alleged Misstatements[1]

| Statement No. | Alleged Disclosure | Speaker(s) | Relevant Text | Statement Category / Categories |
|---|---|---|---|---|
| 1 | March 3, 2020<br><br>Cowen HealthCare Conference<br><br>Ex. H | Bienaimé | "So this is pretty dramatic data, and this is why we believe the FDA gave us Accelerated Review and accepted the filing.  So there it is—so **we anticipate launching in the second half of this year.**  There is major interest in the products on hematologists' part and patients' part."  (¶118.) | • Approval and Launch Statements |
| 2 | March 3, 2020<br><br>Cowen Health Care Conference<br><br>Ex. H | Bienaimé | Analyst: "Are there any areas of major disagreement between BioMarin and the agency, whether it's in clinical data, clinical trial design or manufacturing?"<br><br>Bienaimé: "Yeah.  So since we have had breakthrough—we have had Breakthrough Therapy designation, Accelerated Filing/Priority Review, we've had a lot of interaction with the FDA over the past few years.  And I would say on a [indiscernible] front as of today, I'm not aware of any substantial discussion going on **on the CMC front.  There are some** | • FDA Relationship Statements |

---

[1] All references to "¶" refer to the Amended Class Action Complaint ("AC") (Dkt. 54).  All references to "Ex." refer to the exhibits attached to the Declaration of Addison M. Litton in Support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint, filed concurrently herewith.  All **bold** text reflects statements challenged by Plaintiff.  All ***bold/italic*** text reflects emphasis added by Plaintiff.  All quotations are to the text of the exhibits themselves, not the text as it might be reproduced in the AC (to the extent there are any differences).

| Statement No. | Alleged Disclosure | Speaker(s) | Relevant Text | Statement Category / Categories |
|---|---|---|---|---|
| | | | **discussions but we have been cooperating very closely with the FDA over the past few years. Actually, even when we designed the manufacturing facility, we interacted with them. We've been interacting with them very closely on the development of in-process assay, released assay. So we believe we have a very good relationship with them.** (¶119.) | |
| 3 | April 29, 2020<br><br>Q1 2020 Earnings Call<br><br>Ex. I | Fuchs | Analyst: "[W]hat gives you confidence that in the United States that there won't be any more delays [to approval of Roctavian]?"<br><br>Fuchs: "**The confidence from the FDA is that we're tracking to our milestones. And in some cases, they are accelerating their work. So, having been through a bunch of these [approvals] recently, all the signs are pointing favorably.**" (¶122.) | • FDA Relationship Statements<br><br>• Approval and Launch Statements |
| 4 | May 14, 2020<br><br>Bank of America Merrill Lynch Virtual Healthcare Conference<br><br>Ex. K | Bienaimé | Analyst: "[R]emind us where you are with respect to CMC and from a manufacturing perspective, what gives you the confidence in the ultimate outcome here, with respect to an inspection?"<br><br>Bienaimé: "First of all, we already have been inspected and certified by the European authorities so that the facility—the gene therapy facility in Novato, California has been inspected by the European authorities and been certified for making commercial product for future launch in Europe. . . . . [S]o that's a good sign | • Inspection Statements<br><br>• FDA Relationship Statements |

| Statement No. | Alleged Disclosure | Speaker(s) | Relevant Text | Statement Category / Categories |
|---|---|---|---|---|
| | | | because they do a pretty thorough review and *the inspection by the FDA is scheduled significantly before the PDUFA date. So, we are on track in this respect.* **I would say what makes us confident in—** well the European approval is already a good one. I mean, manufacturing approval is already a good box to check. And second was, **based on all our interactions we've had over the past three years or so, interact[ing] with the FDA as we were building the plant, budgeting the plant, makes us feel already confident that we're going to be in a good position with the FDA inspection.**" (¶125.) | |
| 5 | May 19, 2020<br><br>RBC Capital Markets Global Healthcare Conference<br><br>Ex. L | Fuchs | "On the horizon later this year, we're looking forward to the potential approval of Roctavian for the treatment of hemophilia A. *Our PDUFA action date of August 21 is holding firm. In spite of the pandemic, everything is going quite well, in review with the FDA.*" (¶127.) | • PDUFA Date Statements<br><br>• FDA Relationship Statements |
| 6 | May 31, 2020<br><br>Press Release<br><br>Ex. M | BioMarin | **"The inspection of the [Novato] [F]acility by FDA is expected to be completed during the second quarter, which would allow for potential licensure of the facility in the U.S. consistent with the August 21st PDUFA date."** (¶130.) | • Inspection Statements |
| 7 | June 4, 2020<br><br>Jefferies Virtual | Fuchs | Analyst: "You also mentioned that you guys are on track for FDA's inspection [for the valrox BLA] in | • Inspection Statements<br><br>• PDUFA Date Statements |

| Statement No. | Alleged Disclosure | Speaker(s) | Relevant Text | Statement Category / Categories |
|---|---|---|---|---|
| | Healthcare Conference<br><br>Ex. N | | second quarter, and we have less than a month left. So has the date been set up?"<br><br>Fuchs: "**Yeah. We have a schedule and, in fact, the agency has been quite collaborative.** Inspections are part document review and part inspection onsite. So they accommodated a suggestion that we made, which was to start the document review already and so we shipped them a whole bunch of documents and they have begun their reviews. And I think that will make their onsite inspection just that much more efficient. Now, we have to pay attention to travel and stuff like that, and our working belief and **[the] agency has signaled strongly that they intend to maintain their PDUFA action date.** And so far, the kind of flexibility we've seen from the agency would suggest that whatever problems they experienced are going to work around." (¶132.) | • FDA Relationship Statements |
| 8 | June 9, 2020<br><br>Goldman Sachs Global Healthcare Conference<br><br>Ex. O | Fuchs | Analyst: "[A]s you near this August 2012 PDUFA date [for the valrox BLA], could you just comment on what gating factors still are there ahead of the PDUFA and commercialization with regard to the US facility, we know it's bending FDA inspection. So, are there any alternative ways, I guess, for the FDA to certify that plan by a virtual means?"<br><br>Fuchs: "*Well, we're in the middle of a mash with the FDA any given day it's like back and forth. What I would say is that in regards to major metrics, the agency is actually ahead of their PDUFA mandated* | • PDUFA Date Statements<br><br>• FDA Relationship Statements |

| Statement No. | Alleged Disclosure | Speaker(s) | Relevant Text | Statement Category / Categories |
|---|---|---|---|---|
| | | | *regulatory metrics in terms of timeline.* **So, really what remains are inspections and completion of reviews. They have all the information on file that they need to complete their reviews.** *And so, we're working very closely with them to keep things on track.* Obviously, they're very busy on their end. It's not like they didn't have anything to do before this all happened. **So, we continue the collaborations.**" (¶135.) | |
| 9 | June 24, 2020<br><br>Bank of America Merrill Lynch Securities Napa Biopharma Conference<br><br>Ex. P | Fuchs | Analyst: "[C]an you comment at all if you still expect to have an inspection in the first half of this year?"<br><br>Fuchs: "**Yeah, that's a good question to illuminate the thing that I said at the beginning, which is now that we're under two months away from PDUFA, I think our answer to these types of questions is going to be we're on track for our PDUFA [date of] 8/21/20.** You know, at any given day during a regulatory review. There's a lot of stuff that goes on and it could be really difficult to interpret and that gets magnified as you get closer to the finish line. So I think the next big announcement from BioMarin is going to be about the action date." (¶137.) | • PDUFA Date Statements |
| 10 | June 24, 2020<br><br>Bank of America Merrill Lynch Securities Napa | Fuchs | "**We're so pleased with the clinical benefit demonstrated with Roctavian that it continues to be durable at the four years and counting.** And on our call last week, our study investigator shared stories that gave insights into how dramatically their patients' lives have changed since being treated with Roctavian with many feeling like they no longer have hemophilia. And | • Approval and Launch Statements<br><br>• PDUFA Date Statements |

| Statement No. | Alleged Disclosure | Speaker(s) | Relevant Text | Statement Category / Categories |
|---|---|---|---|---|
| | Biopharma Conference<br><br>Ex. P | | in fact it's quite transforming for the clinicians who are now better appreciating the burden of hemophilia because of the contrast between a fully-treated hemophilia patient and a post-gene transfer hemophilia patient.  It's truly inspirational and a big reason why we're so passionate about the work that we're doing.  **So we continue to anticipate approval of Roctavian in the second half of this year based on the August 21 PDUFA action date.**"  (¶138.) | |
| 11 | June 24, 2020<br><br>Bank of America Merrill Lynch Securities Napa Biopharma Conference<br><br>Ex. P | Fuchs | "[T]he attrition of factor [VIII] expression appears to be lower in patients with lower factor levels.  And so, that's why I think some people have optimism for prognosticating a sustained benefit for many more years to come than what we have observed. . . .  This is more about how is the patient doing and are they well-managed presently.  **And so, I think the hemostatic efficacy even at low factor level statement under— and some level doesn't do enough justice to the profundity of the clinical benefit that that patient— those patients who are even in that range still experiencing profound benefits many years later. And those are our lowest patients.  And so I think that's a pretty comforting thing is to think about the fact that the expectations for a clinical benefit really can be fairly large.**"  (¶139.) | • Commentary About Clinical Efficacy |
| 12 | August 4, 2020<br><br>Press Release | BioMarin Bienaimé | "Mr. Bienaimé continued, 'In the second quarter at the World Federation of Hemophilia Virtual Congress, we were pleased to share the four-year data update from our ongoing Phase 1/2 study, which demonstrated sustained clinical benefit following a single | • Approval and Launch Statements<br><br>• PDUFA Date Statements |

| Statement No. | Alleged Disclosure | Speaker(s) | Relevant Text | Statement Category / Categories |
|---|---|---|---|---|
| | Ex. Q | | administration of valoctocogene roxaparvovec.  All participants in the study received a single administration of valoctocogene roxaparvovec in 2016 and remained off exogenous factor prophylaxis through year four.  These data strengthen our confidence in valoctocogene roxaparvovec and the opportunity to address the unmet therapeutic needs of people with severe hemophilia A.  With our marketing applications under review in both the United States and Europe, we await the potential approval of valoctocogene roxaparvovec.  We believe each of the submissions represent the first time a gene therapy product for any type of hemophilia indication is under review by health authorities. **With the outcome of the Priority Review of our BLA anticipated August 21, 2020, our commercial team is preparing to launch what we believe is the most innovative product yet for people with bleeding disorders.**"  (¶142.) | |
| 13 | August 13, 2020<br><br>Canaccord Genuity Growth Conference<br><br>Ex. S | Fuchs | Analyst: "If approved, ROCTAVIAN might be competing for patients against other gene therapy trials as well.  I guess how would you see being a commercial-approved therapeutic—versus entering into another AAV gene therapy trial?"<br><br>Fuchs: "Yes.  I mean there is an extent to which the field is going to move past generation 1 gene therapy.  So **I think ROCTAVIAN is generation 1 gene therapy.  So Spark and Sangamo are generation 0.6 and 0.3, maybe even higher degree of discount just because *they're so far behind.***"  (¶144.) | • Commentary About Competitors |