# EXHIBIT B

# BioMarin Pharmaceutical Inc.

# NasdaqGS:BMRN

# Special Call

**Tuesday, May 28, 2019 1:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 8

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Henry J. Fuchs**
*President of Worldwide Research & Development*

**Jean-Jacques Bienaimé**
*Chairman & CEO*

**Traci McCarty**
*Vice President of Investor Relations*

**ANALYSTS**

**Christopher Joseph Raymond**
*Piper Jaffray Companies, Research Division*

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

**Eliana Rachel Merle**
*Cantor Fitzgerald & Co., Research Division*

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

**Martin Douglas Auster**
*Crédit Suisse AG, Research Division*

**Matthew Kelsey Harrison**
*Morgan Stanley, Research Division*

**Paul Andrew Matteis**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Welcome to the BioMarin valrox Phase II/Phase III Update Call. [Operator Instructions] And today's call is being recorded.

It is now my pleasure to turn today's program over to Ms. Traci McCarty. Please go ahead.

**Traci McCarty**
*Vice President of Investor Relations*

Thank you, operator, and thank you all for joining us this morning to discuss the Phase II and Phase III data update with valoctocogene roxaparvovec or valrox for the treatment of severe hemophilia A. Today's press releases are available on the Investor page of our website and today's slide presentation will be posted at the end of this call. For viewing the slides being presented during the call now, you can access them via the webcast link on the press release.

On the call today from BioMarin management are J.J. Bienaimé, our Chairman and CEO; and Dr. Hank Fuchs, BioMarin's President Worldwide Research and Development; and joining during the Q&A portion of today's call is Dan Spiegelman, Executive Vice President and CFO; and Robert Baffi, Executive Vice President, Technical Operations. We plan to end the call around 9:00 a.m. Eastern Time. So if we do not pick your questions, please send me an e-mail.

So I remind you this nonconfidential presentation contains forward-looking statements about the development of BioMarin's valrox program generally and the impact of valrox gene therapy for treating patients with severe hemophilia A. These forward-looking statements are predictions and involve risks and uncertainties such that actual results may differ materially from these statements. And those factors detailed in BioMarin's SEC filings including 10-Q, 10-K and 8-K report.

Now I'd like to turn the call over to our Chairman and CEO J.J. Bienaimé.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Thank you, Traci, and thank you all for joining us this morning for our Phase II and Phase III update with valrox for the treatment of severe hemophilia A.

Starting with the key Phase III highlight of the day slide, which is in Slide 3. So Phase III interim cohort efficacy data supports our plans to submit marketing authorizations in both the U.S. and EU, with a potential year-end 2020 U.S. launch. The Factor VIII response levels in subjects met pre-specified criteria that were established following discussion with the FDA, and we observed a dramatic reduction in mean annualized bleeding rate from 10 ABRs on standard of care to less than 1.5 within 2 to 12 months of treatment.

Regarding the Phase II 3-year ABR update results, we have now demonstrated that the clinical benefit was maintained with an ABR rate of less than 1 for 3 consecutive years in the 6e13 dose and for 2 consecutive years with the 4e13 dose, and we also observed a continuous 96% reduction in mean ABR over 3 years in pre-treated subjects.

The Phase II 3-year Factor VIII durability update results show a rate of Factor VIII decline continued to be expression level dependent, it slowed in year 3, and it appears to be approaching a plateau since we didn't observe not much change in the Factor VIII mean in the past 6 months leading into the end of the year 3.

Even for BioMarin, the pace of valrox next slide development program has been swift. If we start at the top of the Slide 4, we began the program in 2013 when we collaborated with the University College of London, then we selected our valrox candidate as out of many, many different options. In 2014, we filed a CTA in September and we treated our first Phase I/II patient in 2015. In 2016, '17, the patient went

through gene therapy, continued -- trial continued and we've built -- we started building our gene therapy manufacturing facility to produce commercial material. In 2018, the Phase III GENEr8-1 study enrollment began and the FDA accelerated approval milestones or guidelines, sorry, were published. And now we are now reporting in '19 the Phase III interim report results that meets the submission criteria and we will decide next quarter when we're going to file for accelerated approval. We believe we can potentially get the product approved in the third quarter of next year, 2020.

And with this, I would like to pass on the call to Hank.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Thank you, J.J. Before starting, I'd like to acknowledge the patients and the families and the caregivers who work hard to provide us accurate, timely and reliable data to report to you today.

The impact of valrox on bleeding 3 years after gene transfer with the 6e13 dose was maintained in the Phase I/II patient population, as was bleed control 2 years after gene transfer with the 4e13 dose. Notably all patients remain off prophylactic Factor replacement therapy, which represents an enormous advantage in terms of well-being and utilization of extensive [ baseline ] therapy.

And on the slide, you can see that after -- 3 years after administration of valrox, there's been a 96% mean reduction in the -- reduction in the mean ABR, Annualized Bleeding Rate. And in the third year after gene transfer, the mean ABR is 0.7; in the second year after gene transfer at the 4e13 dose, there's a 92% reduction in mean ABR; and in the second year after gene transfer, the mean ABR is 1.2. So I would summarize, there's been substantial reduction in Annualized Bleeding Rate in this Phase II cohort and it's maintained.

And similarly, a substantial contributor across the hemophilia is the use of Factor replacement therapy. And this cost is magnified in that most patients are recommended to administer Factor replacement on a prophylactic schedule. And so accordingly, there's a quite substantial reduction in Factor usage from base pre-infusion levels of 139 or 137 median and mean out through 3 years of gene transfer, corresponding to a 96% reduction in mean Factor VIII usage in the 6e13 group through 3 years and a 97% reduction in mean Factor VIII use through 2 years after gene transfer with the 4e13 dose group.

Turning now to Factor expression in the 3 years following gene transfer of 6e13 vector genomes per kilo, the data demonstrate durable Factor VIII expression. And shown on this chart is everything of interest from a Factor expression data perspective. Starting with mean chromogenic activity, this is depicted at weeks 23 through 26, a 68 IU per deciliter; at week 52 mean chromogenic Factor VIII activity is 64 IUs per deciliter; at week 104, 36; and importantly, at week 156, mean Factor VIII replacement level was 34. And you can see the corresponding median values and the corresponding one-stage values depicted on the chart.

Importantly, mean Factor VIII activity has not fallen substantially in the third year of follow up and median Factor VIII activities declined slightly, though less so than in prior years. The maintenance -- this maintenance of Factor VIII expression in successive years suggest that maintenance is time and Factor-level dependent and it appears to be approaching a plateau and I'll go over this data in quite a bit more detail. But first on the next slide, you see Factor VIII activity 2 years following dosing with the 4e13 vector genomes per kilogram dose, again demonstrating durable expression of Factor VIII and Factor VIII expression is 15 by one-stage chromogenic assay and 13 median chromogenic assay result.

In terms of hemostatic efficacy in the Phase III population, here is a plot of the Factor activity on the horizontal axis and the number of bleeds that patients experience on the vertical axis. The plot shows that -- all treated bleeds up through year 3 and what you note is that the frequency of treated bleeds doesn't really begin to rise until below 5, and I want to remind you that are patients who are now off of prophylactic therapy. So they will be expected to be bleeding quite a bit more frequently than it has been observed even below 5 IU per deciliter.

Now turning to the rate of Factor VIII change that I alluded to earlier. As previously described, Factor VIII level is both expression dependent and time dependent. For example, pertaining to year 3 after high dose

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

gene transfer means Factor VIII reduction is only 6% as opposed to 43% in the prior years. At lower levels of Factor VIII expression achieved 2 years after the 4e13 gene transfer, Factor VIII reduction is only 30% as opposed to 43% in year 1 after gene transfer at the higher dose. Similar patterns are observed at the end of each year when examining median levels have changed.

In order to quantify these effects, a statistical model to describe the change in Factor VIII as a function of both time and level of expression has been developed. The solid lines in this chart represent a cubic spline through the available Factor VIII activity data through 156 weeks for Study 201 dosed with 6e13 vector genomes per kilo and through 104 weeks Study 201 4e13 vector genomes per kilo.

Dashed lines represent estimated slopes from the linear regression of the observed Factor activity -- VIII activity data for more than 52 weeks to less than 156 weeks Study 201 dosed at 6e13 vector genomes per kilo and from more than 52 weeks to less than 104 weeks Study 201 4e13 vector genomes per kilo with the 95% confidence intervals.

Extrapolation beyond weeks 156 assumes the slope is equal to the slope estimated from a 6e13 vector genomes per kilo dose before Factor VIII activity reaches the 4e13 levels at year 2 and equal to the slope estimated for 4e13 vector genomes per kilo thereafter.

Now notably, extrapolation of these data may underestimate the periods of maintenance of expression as they're both time and level-dependent maintenance of Factor VIII expression. Nonetheless, it's relevant to note that the predicted time of maintenance above 5%, the level below which hemophilia is no longer considered mild. These data will take on extra importance when we discuss Factor VIII expression in the Phase III trial and model durability following gene transfer using the 2D commercialized material.

Overall, the safety profile of valrox remains favorable. Valrox is well-tolerated for transient asymptomatic ALT elevations observed in 6 out of 7 patients in the weeks following infusion, but ALT levels are now within normal limits in all subjects. All subjects remain off corticosteroid and no inhibitors to Factor VIII have developed.

In conclusion on the Phase II, the Phase II/III ABR update results indicate the clinical benefit is maintained with an ABR rate of under 1 for 3 consecutive years in the 6e13 vector genome per kilo dose group and for 2 consecutive years with the 4e13 vector genome per kilo group. There's been a 96% reduction in mean ABR over the 3 years in pre-treated -- in subjects.

In regard to Phase II Factor VIII expression, 3-year Factor VIII expression, the rate of decline continued to be expression level dependent, slowing in year 3 and appears to be approaching a plateau.

Turning now to the interim analysis of the phase -- the ongoing Phase III study, patients treated with 6e13 vector genomes per kilo. Top line Phase III interim analysis cohort met the criteria based on Factor VIII activity levels. Pre-specified primary endpoint for registration was the portion of patients whose Factor VIII levels were above 40 IU per deciliter and was reached after discussion with the FDA. At the April 30, 2019, date cutoff, of the 16 subjects who had reached 26 weeks, 7 had mean Factor VIII levels above 40 IU per deciliter during weeks 23 to 26. An eighth subject met the pre-specified criteria after the April 30, 2019, date cut, and 3 more subjects are still to be evaluated. But importantly, the observed Factor VIII expression levels and associated breakthrough bleeding indicate that Factor VIII expression is -- that's been achieved in Phase III is reasonably likely to predict hemostatic efficacy.

Based on discussions with EU regulatory authorities under the primary -- Priority Medicines, PRIME, regulatory initiative, the interim analysis cohort data can also be benefit used to support an EU filing application.

The company intends to file a BLA and Marketing Authorization applications in both the United States and Europe. The next steps include pre-submission meetings with health authorities in the U.S. and EU. So BioMarin can determine the timing of filings.

Now turning to the efficacy data in regard to bleeding -- clinical efficacy data in regard to bleeding from the Phase III cohort, there has been a substantial reduction in Annualized Bleeding Rate Factor VIII usage in this interim analysis group compared to mean Annualized Bleeding Rate of 9.9 prior to infusion of the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

valoctocogene roxaparvovec, mean ABR reduces to 1.5 and certainly median ABR reduces from 0.9 to 0 post-gene transfer. Accompanying that and as expected, there's been a 95% reduction in mean Factor VIII usage when annualized between weeks 4 and 23.

Turning next to Factor VIII expression levels, the Phase III interim analysis Factor VIII activity levels are depicted here. The kinetics of the rise of expression appears to be somewhat similar to what was observed in Phase II and reaching the steady state at around 23 to 26 weeks as indicated in the blue bar and the spots in [indiscernible] plots depict again the range from minimum to maximum. The bars indicate the intra-quartile range, the diamonds are the mean and the horizontal bars are the median.

Next turning to hemostatic efficacy and its -- and our expectation of bleed reduction to be sustained over the time period after gene transfer. We then applied the Factor VIII levels observed after treatment with the 2D commercialized material and those are depicted in the red bar to the left of 0 to 6 months dashed line.

Showed in the red is this rise demonstrated in the Phase III study, patient from the -- in the originally -- in the original study achieved the Factor VIII level comparable to that achieved after peak expression in Phase III in year 2. Based on this analysis, there appear to be at least 8 further years of maintenance of Factor VIII expression following dosing with 2D commercialized material. A note is made of the factors that could cause 8 years to represent a substantial underestimate of durability, the potential for expression to plateau entirely has been demonstrated in K9s through the Factor VIII gene therapy and demonstrated with Factor IX gene therapy. There may be hemostatic efficacy at levels lower than 5% as suggested by our data and the chromogenic assay may accurately reflects specific activity of the gene product but not the hemostatic efficacy of the expressed Factor VIII product. But again hemostatic efficacy is expected to last for at least 8 years after dosing with 2D commercialized valrox material.

So in summary of today's news, the Phase III initial cohort data supports a Marketing Authorization Application in both the United States and Europe. Consistent with the Phase II results, the Phase III initial results demonstrated dramatic reduction in bleeding rate from ABR of 10 to less than 1.5 after 5 weeks after valrox infusion. In the Phase II 3-year results demonstrated clinical benefit has been maintained with an Annualized Bleeding Rate maintained at less than 1, now after 3 years in the 6e dose group and 2 years in the 4e dose group. The rate of Factor VIII decline with valrox continue to be expression level dependent and is slowing in year 3 after 6e13 and was even lower in the year 2 vector of the 4e13 group. Hemostatic efficacy importantly is expected to exceed 8 years based on the Phase II Factor VIII expression model.

With that I'd like to give a huge shout-out to our technical operations colleagues and our colleagues in the worldwide research and development who brought this amazing new data forward in just about 4 years. With that operator, we'll turn the call back to you to post questions. Thank you, everybody.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Cory Kasimov with JPMorgan.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Two of them for you. First I wanted to ask about the Phase III interim look. So with 8 out of 16 patients over the 40 threshold for the Factor VIII expression levels, I guess, that implies the medians right around that 40-mark. Correct me if I'm wrong, but I think this is a little bit lower than what you saw Phase I/II at the same time period. So just trying to understand the dynamic here and if the overall results from the initial cohort in this Phase III is kind of in line with how you were expecting the product to perform? And then I have one follow-up on the Phase I/II.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

So median Factor -- mean and median Factor VIII expression and after transgene administration is around 35, 38, off the top of my head. And I think that's in our press release, and it's a little bit lower than what we observed in the Phase I/II study. We've scrubbed the analytic comparability data from Robert Baffi's Technical Operations group and the product appears by all inspection to be analytically comparable. And so we've also looked to identify whether we can determine patient factors which are identifying why Factor VIII expression in the Phase III trial is a bit lower and we can't identify expression -- we can't identify patient factors, which are identifying Factor VIII responsiveness.

You'll recall from our Phase I/II study there's relatively [ state dose ] response curve and it's possible that there are very pro characteristics of product which have shifted the response a little bit to the left in the dose response therapy wouldn't take very much. Notwithstanding all of that, the 2D commercialized material can be manufactured on a consistent and reliable basis. We concluded our PPQ campaigns and we believe we have an excellent product to offer to patients and this is the product that we're going to be bringing to the marketplace and that product met pre-agreed -- pre-specified criteria for approval both in the United States and we believe in Europe as well.

So in summary, Factor VIII expression level is a little bit lower than we observed and we have accounted for that in our predicted durability model, but nonetheless has delivered excellent hemostatic efficacy with an expected long duration of action.

**Cory William Kasimov**
*JP Morgan Chase & Co, Research Division*

Okay. That's helpful. And then my follow-up question is on variability in Factor VIII declines from the Phase I/II on a -- more on a per patient basis. So in other words, when considering the relative divergence between the mean and median from years 2 to 3, I'm getting questions -- I'm trying to understand which figure is more important or reliable to kind of focus on?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

That's a very difficult question to answer because we were talking about an n of 7 and it will only ever be an n of 7. And there are some that view mean as a good summary statistics of a population that in larger samples will be normal distributed, and there are some that would argue that median is a better representation of the truth in a very small patient population that's not normally distributed. So I think we'll need more data to better understand the phenomenon and go from there. But my own sense of this often is that the truth is somewhere in between those 2.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

[Operator Instructions] Your next question comes from the line of Salveen Richter with Goldman Sachs.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Congratulations on the data this morning. Can you just clarify what's left to be discussed with the FDA and the EU regulatory agency that the studies meet all the criteria required and where do you stand in manufacturing? I have a follow up.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes, what's left to discuss, we're down to really fairly traditional routine kinds of interaction at this point. The pre-submission meetings in Europe and the pre-DLA meeting in the United States, all about format and content of the submission, make sure the electronic links are as specified. It's an opportunity for both agencies having looked briefly at the data to make additional data requests to make sure that they believe that the file is complete. But as we've talked about, the files' main elements will consist of this interim analysis of Factor VIII activity cohort, long-term data from the 201 cohort, all the analytic data supporting the chromogenic assay as the assay for interpretation of the interim analysis cohort and an ongoing confirmatory trial to remind you our confirmatory trial is in fact ongoing, and we have an abundant patient population already identified for inclusion into the confirmatory trial. And last and certainly, not least, is Robert, CMC package, and we believe we have all the elements coming together to hold those pre-submission meetings and it's really, hopefully an i-dotting and t-crossing exercise.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

Great. And then Hank you mentioned that this looks to be a therapy with at least an 8-year duration. Can you just elaborate on how you're getting to that period?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. Well, so I think there are 2 views internally on this. One is that having seen a lot of preclinical and a small amount of clinical data for those who have gone before us on an academic basis, that once the vector is in a cell, its time it's alive is determined by the life of that cell. And so there is an expectation of a plateau phase to occur. And in so far as we're seeing the rate of decline of Factor VIII expression seeming to tamp down as time has gone by and as expression level has settled down in the 6e13 dose group. One could argue that the plateau -- we are at the plateau now and that what we're going to observe from the next decade or so, it's just going to be a little bit of variability just intrinsically due to Factor VIII expression.

We also took a little bit more of a conservative view knowing that people like to drive regression lines and prior to the call, prior to the availability of the data, by the way, I've now seen the data, the -- there's a lot of interest in predictive models. And prior to the call, we had said that with only 2 years of data in the high dose group that it was difficult to have statistical confidence about models of prediction of durability.

Now with 3 years of data at the high dose group and 2 years of data at the low dose group, we are a little bit more statistically confident. And I should put out that that slide with the regression slopes has got a lot of caveats in so far as it's a statistical model that's based on all the data that we have. And what that -- what those models indicate to us is about 5.7 units per deciliter loss in Factor expression in the first 2 years when levels are high early after gene transfer and about 1.6 IU per deciliter loss of Factor expression in an earlier time point when expression levels are a bit lower.

So that model then, if you extrapolate out according to the parameters that I described originally, which was that we would use the 5.7 IUs per deciliter loss rate until Factor expression got into the 4e13 dose level and then we switch over to 1.6 IUs per deciliter loss rate thereafter, indicates that if we achieve the original transduced levels of Factor expression we'd be expected to last at least 10 years above 5%, but using the levels that were in fact achieved with the 2D commercialized material that the durability

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is expected to last at least 8 years. And again for a variety of reasons, we think that even the linear regression models have a proclivity to underestimate durability. The durability is likely to be maintained somewhere between at least 8 years and the life time of the transduced human.

**Operator**

Your next question comes from the line of Chris Raymond with Piper Jaffray.

**Christopher Joseph Raymond**
*Piper Jaffray Companies, Research Division*

So 2 questions. Just first, Hank, on the mean Factor VIII level in the 3-year data of the Phase II at the high dose, I think the press release says 32.7 IU per deciliter and -- but the slides say 34.2. Can you maybe just clarify, this is on the chromogenic assay, I think both of these. Can you maybe clarify which one is it, is it the slides or the press release? And then maybe second on the ABR, this is also on the Phase II results. At the high dose, it looks like there's only one patient that's had bleeds in year 2 and year 3. Can you maybe talk about, is that the 1 patient and were these spontaneous bleeds or was it a spontaneous bleed, I guess?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. So Chris, as you can imagine, we've been quite busy over the weekend pulling all those presentations together, massive amount of data. And when I was giving the shout-outs, our team actually point out that I think we achieved database lot on like 6 separate studies within the 2-week period. And the interim analysis covers a snapshot that was April 30 and we are looking at the data on 5/24. So you may have a typographical error in transcription. The underlying data, we have an extraordinary amount of confidence as it's a valid, reliable, source verified set of data. So we'll get back to you about reconciling 2 relatively small differences in Factor expression.

And then as regards your second question, there does appear to be one patient, who is drifting down in that early cohort group. And that patient is beginning to experience some breakthrough bleeds and some of those can be traumatic, some of those can be spontaneous. Nonetheless, the patient hasn't experienced a sufficient degree of bleeding to warrant a resumption in prophylactic Factor VIII therapy. So even in year 3 and even acknowledging the patient is going to have some activity limitations, that patient is a good demonstration of durable hemostatic efficacy down into the moderate range Factor -- of transgene Factor VIII expression levels. And it encourages us that this very slight left shift that we have observed in the Phase III cohort without overall relatively low consequence to the patient population. And again, resuming back to the top, for the whole population, again we expect durable hemostatic efficacy out through at least 8 years after dosing with the 2D commercialized valrox.

**Operator**

Your next question comes from the line of Phil Nadeau with Cowen and Company.

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

Congratulations on the progress. A couple of questions on the Phase III data. First you mentioned that the proportion of patients who made it into the normal range exceeds the FDA and EMA's criteria for an accelerated filing. Can you give us some sense of how far you are above the bar set by the regulatory agencies? Is it 1 or 2 patients, or did you easily clear the response criteria?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

The response criteria was 8 out of 20, and we met 8 out of 20 so far. There are 3 more patients who are still accumulating data. But we -- that's -- the p-value on this comparison, I don't have it off the top of my head, it's very low.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

So we already demonstrated 8. So there are 3 more to be analyzed. So we know it's going to be at least 8. It could be 9, 10 or 11, but we don't have the answer to your question yet.

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

Got it. Okay. I guess the concern would be if the FDA were to, for some reason, recharacterize one of the A patients, assuming the other 3 don't respond to, would that be a problem for an accelerated approval?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

So I would expect the FDA to conduct a lot of sensitivity analysis. We've conducted a lot of sensitivity analysis already in the study, and all roads point to effectiveness. And remember that the 40 IU per deciliter bar is itself an incredibly high bar. I think we have characterized that before, as we said. The dialogue is basically -- if you want to get a novel gene therapy approved and a couple of dozen patients' level of effectiveness ought to be pretty darn high. So did we just barely make it over the bar? We met the bar. I mean the beautiful thing about this is [ met and did not meet, but we met ]. And there's actually excellent hemostatic efficacy even among patients who only got to 39 or 29 or 19 as depicted in the chart that I showed you. So we believe that in the aggregate, not only is the statistical evidence of effectiveness robust on the primary endpoint of Factor VIII improvements, but the reasonableness or the likelihood of predicting hemostatic efficacy, which was a key criteria for the FDA in this context, is quite substantial. So taken together, we think this is a really robust data package and will stand up quite well during review.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

And then, Hank, you want to mention the DMC's conclusion?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Thank you, J.J. As we've maintained throughout the program, BioMarin was removed from the amalgam -- from the -- seeing amalgamated Phase III data, Phase II data as well. And just before the interim analysis is conducted, the data -- independent data monitoring committee of the study met and offered their perspective that the study to date provides evidence of a positive benefit-to-risk relationship. So independent data monitoring committee also verifies our conclusion that the study has met its criteria.

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

Perfect. And then just follow-up on the Phase III data. It looked like in the charts that you showed the lower end of the error bars was close to 0. Could you disclose the number of patients given the commercial material who never responded -- who never got out of the -- never got above 5 IU per deciliter.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. So in the 20 patients that constitute the accelerated approval cohort, up from 17 we have -- weeks 22 through 26-week data, 16 plus the 1 after the data cut. Three of those 20 patients never achieved factory expression levels greater than 5 IU per deciliter after -- up until 22 through 26 weeks. One of these patients, in fact, is bleeding quite a lot and has resumed prophylactic therapy, but the other 2 patients have not resumed prophylactic therapy and appear to have actually reasonable evidence of hemostatic efficacy, notwithstanding the fact that their Factor levels are fairly low. So 3 out of 20 patients is consistent with a little bit of a left shift in the dose-response curve that we talked about overall.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Your next question comes from the line of Martin Auster with Crédit Suisse.

**Martin Douglas Auster**
*Crédit Suisse AG, Research Division*

Congrats on the data and thanks for the level of disclosure provided today. Very much appreciate it. Had a question, a follow-up maybe from Phil's question on the Phase III trial. Was wondering if you could characterize the 2 assays related to infusion reaction that you described in the press release. And maybe talk a little about whether that kind of tied in at all with patients who responded. And just in general, what was the steroid use in the first 20 patients? What did that look like relative to your expectations? And then were there any further protocol modifications made in the last 6, 12 months since the prior update you had last fall, I believe?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes, thanks, Martin. Our super-expert safety group has been all over the study. It's been a little hard on them, because there's not really a lot to look at. But in regards to the infusion-associated reactions with BMN 270 administration, valrox administration, all of our CTCA Grade 2 in severity includes symptoms such as rash, nausea, watery eyes, rigors, chills, myalgia, fever emerging within 24 hours of receiving valrox, all these events resolved without clinical sequela within 48 hours following routine medical management that included treatment with paracetamol or acetaminophen in the United States. Infusion-related reactions were subsequently managed and mitigated by slowing the infusion rate, a phenomenon that we've observed with essentially all of our products is if you slow down, eventually success can be achieved. There it's important to note that there are no adverse events [indiscernible] consisting of thromboembolic events, thrombogenicity, horizontal or vertical transmission. And so the most consequential adverse events have been infusion-associated reactions. A transient asymptomatic ALT elevation between Grade 1 and Grade 3 in severity was observed in most subjects treated with 270 with no evidence of major impacts on liver function overall. While elevations in ALT were accompanied by declines in Factor VIII activity levels in some subjects, there was no consistent trend in the extent or magnitude of Factor VIII change associated with ALT's elevations. In almost all of our subjects, ALT elevation decreased quickly following corticosteroid treatment. And I'll remind you that the corticosteroid treatment protocol in this 301 site was reactive prophylactic, meaning that patients have experienced an elevation from their baseline ALT of certain amounts that's triggered corticosteroid regimens. However, the response to Factor VIII activity levels following corticosteroid initiation was variable. There was no consistent correlation between ALT elevation and Factor VIII activity decline associated with the anti-T cell capsid response.

So in summary, minor infusion-associated reactions in a couple of patients mitigated by slowing down ALT elevations that were similar in time course magnitude as in the previous trial, however with a little bit more consequential effect on Factor VIII expression, mitigated by corticosteroids and perhaps could be even better if the corticosteroids were used prophylactically as they were in the prior study.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

[indiscernible] in terms of a possible, the data is very fresh, so we're doing a lot of analysis. There are possible explanation as to why the Phase III -- I mean the early Phase III data, maybe the Factor VII levels might be -- I mean they appear to be lower than the Phase II, that's a possibility that it might be resulting from a change in the steroid protocol. That's important what Hank said that in the Phase II/ Phase III prophylactic steroid for patients. Phase III, it was only steroids were started only after patients had high ALT elevations of 1.5.

**Martin Douglas Auster**
*Crédit Suisse AG, Research Division*

J.J., you answered my follow-up question. Is there an expectation in that commercially, the label would likely advise prophylactic steroid use based on what you've seen so far?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

It's pretty early to get into labeling discussions. I think one of our interests also is to optimize the product in post-approved context. If you asked us would we rather have had the 201 type of dosing levels -- I mean Factor threshold levels achieved in 301, of course we'd say we'd rather release earlier values. And as J.J. just indicated, there are options for us to be considering for product optimization in a post-approval context. Exactly how the label is going to read in that interval period remains to be seen.

**Operator**

Your next question comes from the line of Matthew Harrison with Morgan Stanley.

**Matthew Kelsey Harrison**
*Morgan Stanley, Research Division*

I guess first one is, can you just talk a little bit more about the model that you are using for -- to demonstrate 8 years of durability. Do you think that will be supported by regulators and payers? I mean how do you think that could be incorporated either in the label or in your ability to market against that versus just the sort of durability that you have in the data that you have so far. And then I have a follow-up.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. Regulators are typically a little bit skittish about model data being label enabling. And I think that as we -- the other expectation they have is to set up the initial approval in the United States that's based on Factor activity, while awaiting for the confirmatory results, a reasonable expectation to have is that the agency will be relatively silent on subjects -- relatively silent on subjects like durability or bleed control. Notwithstanding all of that, I think it's also understood that exchange of medical and scientific information among the community is very important. And I think that we have a couple of really important ways of looking at the durability data that will support payer evaluation of the product, namely the sort of pattern of what's been observed to date in terms of gene expression being routine even as Factor expression levels get to lower levels, the fact that durability of bleed is accompanying those Factor expression levels. And they are interested in extrapolation models, because we won't have an incident amount of data available to payers at the time of launch. But I do want to remind you that at the time of submission, we'll have more than 3 years of data from the Phase I/II [indiscernible] by the time of approval, we're going to be closing on 4 years of data and actually start to talk to payers and whatnot. And in the post-approval context, we'll be accumulating more and more data both in terms of overall length of exposure as well as the number of patients. So I think the payer package that we're going to have here is going to be scientifically and medically sound and very much supportive of that.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

If I may elaborate further on this in terms of trying to determine the product value here, I think you've seen the [indiscernible] was recently approved and basically priced on a 5-year basis. I don't know if it's setting the stage for pricing in the gene therapy field. But I would say even if we have 8 or 10 years of documented efficacy just the predictions, I think it might be difficult to get payers to agree to pay for much more than 5 years of the cost of the current standard of care. And I would say by the time we get approval, we'll have over 5 years of data, I would say based on this analysis, I think we can have a pretty solid argument that the efficacy in terms of hemostasis control, bleeding control is going to last at least 5 years. So I would say this puts us in a pretty good shape to have some solid reimbursement discussions with the payers here.

**Matthew Kelsey Harrison**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then just a follow-up on -- you said you had 3 patients that didn't achieve Factor levels greater than 5 in the Phase III. Can you talk about -- I mean, that seems like a high rate. Anything you can do to improve that going forward?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well, a couple things that we've already talked about that we're contemplating, but we're still digesting these data from the weekend. And we've talked to our Data Monitoring Committee, we've talked about our study's Steering Committee, but we haven't had a chance to really specialize the data with the investigator community. But 2 fairly obvious opportunities emerge. One, we talked about, is corticosteroid therapy starting a little bit earlier. And two, with the considerations of a potentially slightly higher dose. It's premature to get into both of those. But I did also want to add -- we've been asked a lot about opportunities to redose patients. And this is an important consideration. And previously, I've said we've got a lot of research going on in this area. And what I want to say today is we've identified a capsid, which we believe has the appropriate properties to enable administration after prior exposure to other AAV vectors. This is important on several levels, not least of which is for patients such as this, they might have an opportunity to be redosed. But more importantly, for the AAV 5 or AAV-positive patients, this could represent an important advance. And for every other AAV program treatment failure regimen, this could be an important advance. But can't get into too many details about this today. Come to R&D Day. We're going to share you some exciting developments in that space as well. Overall I'm very pleased with the distribution of sites. You've got to remember, when we started this program, our target criteria was getting 80% of the patients over 5% -- 5 IU per deciliter. That was everybody's wildest of dreams in a gene therapy space. And I think we really maintained activity data way in excess of people's expectations for the program.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

And again, I might add that, again, right now, we're just digesting this data. We mentioned flexibility potentially around steroids protocol, which might also improve the results here on a going forward basis, potential higher dose also that could be explored around or after the approval. Just want to also highlight that we have -- still have 96 patients lined up in the Phase III trial ready to be dosed and they have not been dosed yet. So we'll discuss with the Steering Committee what do we want to do here. But our plan is to still move forward full blast with accelerated approval filing strategies and then to optimize the context of the Phase III trial on a going forward basis.

**Operator**

Your next question comes from the line of Paul Matteis from Stifel.

**Paul Andrew Matteis**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Congratulations on all the progress. I wanted to clarify some of the commentary surrounding ALT elevations and expression levels. What's your biological hypothesis between the correlation between the 2 of these? Is it at all due to liver cell injury and losing expression? And I guess to that point, what's the downside of using prophylactic steroids on a go-forward basis? And then one other quick question too. Based on your analysis, do patients who reach a higher peak Factor VIII expression level show a steeper decline? And is there any reason to hope that by not reaching as high of a peak seemingly in this Phase III that the kinetics and the durability or at least the pace of decline could be different?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

So with regard to the mechanism of the ALT rise and the Factor VIII expression we've also observed so far, what we can say is we don't find evidence that it's a cytotoxic T-cell-mediated response. We can say that it appears [ cytologically ] that the corticosteroid regimen restores Factor expression after an ALT response and Factor VIII decline. But we don't really have direct mechanistic evidence of why that is. And

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you hypothesized that maybe that's a little bit of liver injury from genome, could be a little bit of ER stress in the very early time point, although we haven't documented with that [ side ] with valrox clinically. Kidney function is a little bit different. And I think we have a little bit more investigation to do. In regard to the sort of the steroid regimen use, there really is no barrier to using corticosteroid therapy a little bit earlier. I think something like only half of our patients met the criteria for initiation of steroid. And I think that some of the thinking was possibly to spare the other half having to use corticosteroid therapy. But on the other hand, if we can restore expression -- maintain expression levels in mean and higher level and provide even longer durability, that might also be desirable. Notwithstanding all of that is to point out higher expression levels do appear to be with steeper decline in vector expressions. So when you look at our model, on some level, we -- the model, which was itself conservative for reasons I articulated, we may have only lost 20% of the overall durability of the product. That is to say, if it was 10 years -- if it was longer than 10 years in the 201 prophylactic steroid group, it's longer than 8 years in the 301 reactive steroid group. So we're balancing these considerations. We're making assessments. And we're going to determine how to incorporate this data into the program going forward.

**Operator**

Your next question comes from the line of Ellie Merle with Cantor Fitzgerald.

**Eliana Rachel Merle**
*Cantor Fitzgerald & Co., Research Division*

Can you just give us a little bit more context around sort of what the 40 IU/dL means and sort of where you've got to this number with the regulators? It seems like this is sort of a high bar you set with the regulators for accelerated approval. But just in terms of thinking about commercially, what do you think the bar is for the payers? And I guess in a world with like value-based agreements, what do you think the threshold in terms of efficacy the payers are looking to see? And in the context of these Phase III results, what do you think this means in terms of what the payers are hoping to see in terms of potentially reimbursing based on sort of efficacy?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. So the 40 IU per deciliter discussion basically follows a line of thinking that says there's pretty significant unmet need in the hemophilia population. If somebody comes along with a really great product, we want to be in a position to be able to approve it quite rapidly. We have mechanisms at the FDA, enabling us do that ranging from Breakthrough Therapy designation to accelerated approval. The agency policy wants to see robust evidence on a surrogate biomarker for accelerated approval. They want to see that evidence is reasonably likely to predict. As you know, the one-stage chromogenic activity, the product is a little bit higher than the chromogenic activity assay. We've had discussions with the FDA. And I think frankly, part of their motivation for accepting the chromogenic was that the results were lower, meaning that if we succeeded with that as a basis, that they felt -- they would feel even better about the effectiveness of valrox. And that's not to say that there isn't hemostatic efficacy at value -- chromogenic values of 39 down to 5. I don't think there is necessarily a dispute about that. But the main point was that if you're going to get the product approved on the basis of how you treated a couple of dozen patients, it's got to perform really well.

Now the agency from a whole approval perspective are going to be a lot more like payers and that's to say they're going to want to see tangible evidence of clinical benefit, which in this context is Annualized Bleeding Rate, which is why our confirmatory study in the U.S. is powered for significance on Annualized Bleeding Rates. And similarly, what payers are going to be paying for is the ability to take paying patients off of expensive prophylactic therapy. Just to remind you in the United States, we estimate that prophylactic Factor VIII therapy costs around $400,000 per year for an adult; HEMLIBRA, which has the incremental advance of being slightly more effective than IV prophylactic therapy, but has a major convenience advantage in that dosing can be administered maybe weekly to monthly, costs around $750,000 per year, so $350,000 a year primarily convenience advantage. And payers are really enthused by not having to pay that. And we think that that's going to be driven by principally maintaining an ABR level that is acceptable to patients without requiring expensive prophylactic therapy in the background.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's what gives us a lot of excitement on the business -- sort of the medical and business side of this, and then back to the clinical side of this. These are fantastic outcomes for patients, who really want to live a much more normal life with freedom to worry -- from worry, freedom from carrying around supplemental injection therapy, et cetera. So we're really excited about the overall package both in terms of near-term regulatory punch, if you will, as well as long-term payer function.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

And if I may elaborate a bit further on what Hank said based on going back to the payer's perspective. If you go back and you will be able to do that after the call to Slide 7, we're going to send all the slides. On the Phase II trial, again, what the payers care about mainly is Factor VIII use, this is what costs them money. They are not -- sorry, frankly, they're not equipped to track Factor VIII levels and the patients are not going to be measuring their Factor VIII levels every 3 months or every month that we've been doing in the study. They look at Factor VIII usage, this is what costs them money. And by the way, the average usage is what's cost them money, not the median. And if you go back to Slide 7, it went from 147 infusions pre-treatment to I think 2 or 3 infusion or 3 or 4. So we basically -- the patients have saved around 450 infusions of Factor VIII over 3 years. If you look at the Slide 17 on our early Phase III trial and it is just the first 18, 20 patients or so, same thing, 146 infusions before a treatment to 6.8 infusions annualized. [indiscernible] again 140 infusions. So we already have saved based on this data, we can demonstrate certainly assuming standard of care, around $600,000 in the U.S., we save $1.8 million over 3 years to the payers. This is how they're going to look at it, not Factor VIII levels.

**Operator**

And your final question comes from the line of Joseph Schwartz with SVB Leerink.

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

And congrats on the progress. I was wondering if you could characterize which of the patients in the Phase II are stabilizing more or less. Are they the higher or lowest expressers? Are there any discernible patterns that you can share there?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. There are a couple of patients who are just rock solid stable, and they are at, I think 50 and 100. And can we identify discernible characteristics of who is going to be just a terrible expresser right from the get go, we haven't been able to identify that. I think we're going to need a lot more patients. But as J.J. said, I mean in the aggregate, the median is what matters the most, it means the most to people, and the payers in particular. And so we're pretty happy about the mean results both in the Phase I/II study now after the 3 years as well as the mean results in the Phase III study to be submitted shortly.

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

Great. And then on the Phase III interim cohort findings, I was just wondering, as you take this information and if you could relate it to how you've powered the whole study for superiority, are there any appreciable effects there on your statistical power by having a few patients that are -- if that pattern were to persist and you do not choose to prophylaxis steroids, what does that mean for the powering?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

The ABR reduction that we've seen so far is very dramatic and fantastic and bang on the dot in terms of our statistical assumptions from a study conduct powered perspective, I think there is no change warranted in regard to the confirmatory trial. Now whether we choose to do other stuff, I think, stay tuned to this channel over the next few weeks, as we have an opportunity to socialize the data more with

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

investigator, et cetera. But back to your question, we -- this study -- actually these results give us even more confidence in the design of the Phase III confirmatory trial.

**Operator**

That concludes the Q&A portion of the call. So I will turn it back to BioMarin's Chairman and CEO for closing comments.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Thank you. So first, Traci, remind me that we would like to apologize for not getting to all the questions, but so please can -- you can e-mail your questions to Traci and we will get back to you after that. Again I just want to highlight that we are pleased [indiscernible] we believe that the Phase III initial cohort data does support Marketing Authorizations Application in both the U.S. and EU, we believe we could potentially be approved in the U.S. in the third quarter of next year, and we also believe that the Phase II and Phase III data demonstrate that we can anticipate the efficacy, the hemostatic efficacy and the bleeding control to exceed 8 years. And so we're looking forward to continuing to update you on this analysis and meeting some of you at the ISTH meeting in Australia in July. Thank you.

**Operator**

Thank you, again, for joining us today. This concludes our call. You may now disconnect. Have a good day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.