# EXHIBIT E

**S&P Global**
Market Intelligence

# BioMarin Pharmaceutical Inc.

# NasdaqGS:BMRN

# Special Call

## Thursday, November 14, 2019 1:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................ | 3 |
| Presentation | ................................................................ | 4 |
| Question and Answer | ................................................................ | 14 |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Daniel K. Spiegelman**
*Executive VP & CFO*

**Henry J. Fuchs**
*President of Worldwide Research & Development*

**Jean-Jacques Bienaimé**
*Chairman & CEO*

**Jeffrey Robert Ajer**
*Executive VP & Chief Commercial Officer*

**Jonathan Day**
*Executive Medical Director of Clinical Science*

**Lon Cardon**
*Chief Scientific Strategy Officer*

**Robert A. Baffi**
*President of Global Manufacturing & Technical Operations*

**Yen Wong Wing**
*Vice President of Clinical Science*

**ANALYSTS**

**Christopher Joseph Raymond**
*Piper Sandler & Co., Research Division*

**Eliana Rachel Merle**
*Cantor Fitzgerald & Co., Research Division*

**Geoffrey Christopher Meacham**
*BofA Merrill Lynch, Research Division*

**Huidong Wang**
*Barclays Bank PLC, Research Division*

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

**Joshua Elliott Schimmer**
*Evercore ISI Institutional Equities, Research Division*

**Kennen B. MacKay**
*RBC Capital Markets, Research Division*

**Matthew Kelsey Harrison**
*Morgan Stanley, Research Division*

**Mohit Bansal**
*Citigroup Inc, Research Division*

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

**Robyn Kay Shelton Karnauskas**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

**ATTENDEES**

**Andrew Dauber;Children's National Hospital;Chief of Endocrinology**

**Ravi Savarirayan;Murdoch Children's Research Institute, Royal Children's Hospital;Research Fellow**

**Unknown Attendee**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Henry J. Fuchs**
*President of Worldwide Research & Development*

It's nice to see you all this morning. Thank you for the warm weather that you've offered to us Californians. I would -- can't hear me? That's okay, because I'm not saying anything. Guy walks into a bar.

Good morning, everybody. Thank you again for the warm welcome for BioMarin to New York City. Anyway, it's great to be here. My pleasure to kick off. I'm Hank Fuchs for those of you who don't know me, and I -- you see who I am and what my title is. And it's my pleasure to introduce the day. So let's see, do I control the slides, Traci? Yes. Safe harbor statement, public company, we're going to say some things, rely on our filings.

I just had my 10-year anniversary with the company. And so I've been here kind of like for half of the life of the company. And it's been -- I've been reflecting on what Emil started and I've been able to build on with great good fortune. And it's really been a privilege to deliver medicines to primarily children who have few, if any, options for therapy. And along the way, we've really built, I think, a very sound technical engine and increasingly working in a financial context that you're going to hear a little bit more about from Dan and J.J. at the end of the talk. And I think it positions us as a company really well to do 3 really important things, as exemplified by our products and our products in development. And increasingly, number one, to obviate the need for protein-based therapy. For example, as we are pursuing with valrox for hemophilia as we will be pursuing with phenylketonuria -- with PKU gene therapy, and with our next IND that we'll be telling you about. But it also gives us great pleasure to ensure that patients with the condition have as many treatment options as we were doing, for example, in phenylketonuria, where we have Kuvan on the market, we have Palynziq on the market internationally, and shortly we'll be developing a gene therapy for phenylketonuria. So that as much as possible every patient can have some form of therapy according to his or her needs and wishes. And then finally, to ensure that every patient who has a condition whose genetics indicate that, that condition is addressable by medical therapy has an opportunity to have access to that medical therapy. And we talked a little bit about that last year with vosoritide, and we're going to move that story forward in exciting ways this year. So it's really been quite the journey. And I encourage you to study the graph at your convenience. Today, it's going to be a lot of new stuff. We'll try to keep the recap to a fairly low tighter just in case some reminders are useful for setting the stage for some of the new business, but mostly today it's going to be about new data with vosoritide for achondroplasia and our pretty extensive drug development program to address the needs of the full pediatric age range. And Lon is going to come and talk about the early-stage R&D engine and continuing what he's begun over the last couple of years. And finally, valrox, providing some interesting updates, new news on study progress that I think you'll find interesting and important.

We have a great lineup of speakers that you see here today in their talks. We're really pleased to welcome Ravi and Andrew to the team today. Ravi has been here before, but you can't keep Ravi away from talking about achondroplasia. It just -- it's the passion of his life. And Dr. Dauber is going to give a great talk on other statural deficiencies. And also, I wanted to point out a few people in the audience that are from the BioMarin team: Jeff Ajer, I see back in the row, Chief Commercial Officer; J.J. Bienaimé, Chief Executive Officer; Dan Spiegelman, Chief Financial Officer. I want to say a huge thanks to -- who am I missing? Oh, Brian Mueller, who is in our -- what are you, Brian? You're in charge of finance or something like that? And then from my team, you have Brad Glasscock, who is in charge of regulatory; Geoff Nichol, who is our Chief Medical Officer; and Lon is going to talk, so I'll introduce him in a second; Debra Charlesworth, who's in Corporate Communication. Lots of thanks to Ashley and Emily and the entire IR team, who we kept up all night. So without further ado, first up on the agenda, it gives me an enormous amount of pleasure to introduce Jonathan Day. Jonathan is our Executive Medical Director. He's our senior physician in our London office. And Jonathan has really solidified that group and provided a tremendous amount of leadership and really made BioMarin into a global development organization. It's just phenomenal. If you spend some time with Jonathan, get to know Jonathan, he's infectious in his enthusiasm as well. So Jonathan, please.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jonathan Day**
*Executive Medical Director of Clinical Science*

Great. Well, thank you, Hank, and good morning, everybody. It's a pleasure to be here a year on to provide you some further updates of the great progress that we've been making with the vosoritide team around the world. So more to follow.

So some of the topline things to take home are we have now a fully completed Phase III trial, fully enrolled and of course, big news expected with topline results by year-end. But also, importantly, our infant-toddler study in 0 to 5-year-olds, some really great progress with that enrolling very, very well. Cohort 1, the children between 2 years and 5 years is now fully enrolled. Cohort 2, the 6- to 24-month-old children planning to be fully enrolled by year-end. And we're also very excited that we have now dosed children less than 6 months of age in the youngest cohort, Cohort 3. So great progress in the infant-toddler trial. So sentinel is now dosed in Cohort 3.

So let me remind you once again of the 4 pillars that underpin everything we're doing for the development program for vosoritide. So firstly, we've got our Phase III trial, 301 fully enrolled. And big news here, we've now enrolled 121 children into the Phase III trial. Children being eligible between 5 and 18 years of age, and this is the pivotal trial that will underpin the submissions planned for regulatory authorities next year. Importantly, also, and a big focus of today's discussion is natural history data. Now this was something we introduced last year, but I'm going to spend a lot more time focusing on that during the course of this presentation. This will support comparative analyses when you match natural history data by age and gender versus our Phase II data, and this supports analyses of durability. Again, a key component of our development program. And this will be ready for our regulatory interactions next year.

Our Phase II data. We've -- during the course of the last year, published this in the New England Journal of Medicine, 42-month data published, and also new for today, 54-month data coming up and importantly some analyses with 54-month data compared to natural history. So excited to show you that later.

And then lastly, touching on the infant-toddler trial, I've already touched on the successful enrollment of Cohort 1. And really, most excitingly, the now sentinel is being dosed in Cohort 3, so infants less than 6 months of age.

So let's just focus a little bit on the 301 trial, our pivotal Phase III trial. We completed our last patient visit on the 30th of October, earlier this year. A total of 121 children enrolled, and of those, 119 completed 1 year of the study and have now successfully rolled over into the 302 extension trial, where they continue to receive vosoritide in an open-label fashion. So great progress with 301. And importantly, topline results expected end of year, further regulatory interactions in 2020 and plans to publish in a major journal as soon as possible in 2020. So let's focus a little bit on some of the patient characteristics of what we've enrolled into our Phase III trial. In the table here, you've got the middle column, which is Cohort 3 from our Phase II data. And then on the right-hand side, you've got the Phase III 301 trial characteristics. Now it's important to note that in the Phase II trial, 5- to 14-year-olds were eligible to enroll. And in the Phase III trial, 5- to 18-year-olds were eligible to enroll. And this will have beneficial impacts for labeling once we come to those regulatory interactions worldwide. Now looking at baseline characteristics. We've got baseline AGV around 4 centimeters per year in the Phase II and around 4.2 centimeters per year in the Phase III. So very similar baseline observations. Mean age, again, very similar, 8 years of age in the Phase II, 8.7 years in the Phase III. But important to note that when we look at actually what ages did we enroll, it was 6 to 11 years of age in the Phase II and 5 to 14 years of age that were enrolled into the Phase III. Tanner stage, they were all prepubescent in the Phase II, and just under 80% were prepubescent in the Phase III. And very similar split between boys and girls enrolled in both studies. Now you'll recall that I mentioned the 121 kids we enrolled, and now that has impacts on the powering assumptions for the Phase III. So you'll recall that the Phase III was originally powered at 90% power with 110 children to observe a change in AGV of 1.75 centimeters per year, assuming variability of 2.8 standard deviations in growth.

Now what we've actually done is we've enrolled 121 children into the trial. And when we look at blinded data, we've actually observed lower variability of about 2 standard deviations, so the result of this is we now feel we have greater than 95% power to detect a change in AGV of 1.75 centimeters in this trial. And we're also, therefore, very well powered to detect a difference in the other prespecified endpoints in

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

this trial. So here's, just as a reminder, the 42-month data that we published in the New England Journal of Medicine earlier in the year, and what you see here is the change from baseline plotted in 6-monthly increments of AGV. And you can see that growth velocity is maintained out to 40 -- out to 42 months at the 15-microgram per kilogram dose. And we see versus baseline, a 5.7-centimeter cumulative additional height gain over the course of the 42 months.

Now let me quickly remind you about some of the growth characteristics in achondroplasia. This is an example of some published natural history data. And what we see is that much as in average stature children, we see the highest growth velocity in infants. And then that changes as the children get older and you see a decline in growth velocity through the years. Just to orientate you to the graph, we have at the top of the graph, the shaded area, which is growth patterns seen in average stature children. And at the bottom of the graphic in the solid lines, growth patterns observed in achondroplasia. And you'll note that from about the age of 5 children of average stature have a growth velocity of approximately 6 centimeters per year. Children with achondroplasia have a growth velocity of approximately 4 centimeters per year. And then importantly also, at puberty, while average stature children have a pubertal growth spurt, children with achondroplasia don't have any apparent growth spurt.

Now also important to highlight is when we look at what's occurring after the age of 5 is actually there still is a gradual decline in growth velocity over the remaining years of growth. So from about the age of 5 to about the age of 10, we see a gradual decline in growth velocity and then growth continues to decline slowly until final adult height is achieved in later adolescence. And why is this important? Well, this is important because we need to collect natural history data to then serve as a good comparator to some of the durability data that we've got in Phase II. So that's why we've collected this large natural history data set. We announced this last year, we've done this in collaboration with 4 large skeletal dysplasia centers in the United States. We've done this with the principal investigator, Dr. Julie Hoover-Fong, who's based at Johns Hopkins University. And this has formed a large, multicenter natural history study with just under 1,400 children enrolled into the study. This is designed to serve as a comparative population for analyses to underpin some of the regulatory interactions that we're going to have, and therefore, has robust protocols and well-defined statistical analysis plans around it. Importantly, the data is contemporaneous and of high density at -- collected at the patient level in both boys and girls spanning the entire pediatric age range with over 13,000 height measurements. So this will be very useful comparator data, some of which I'm going to show you later.

So the importance of natural history is widely accepted by regulators. You can see here a quote from our former FDA commissioner. So next steps are once we have 5-year Phase II data -- are to perform further comparative analyses to underpin our regulatory interactions. But also importantly, we plan -- we have over 10 publications planned for submission at the end of this year and during the course of 2020. So much more to follow on natural history.

So let me now get back to the 42-month data and some of the comparative analyses that I mentioned earlier. So this is the 42-month data published in New England Journal of Medicine. You can see with the growth velocity on the left hand graph. But what we've now done is analyses versus natural history. So focusing you now on the schematic on the right, what we can do now is we can take an age- and gender-matched population of natural history children with over 500 children from natural history that we can match to our Phase II data. We can then look at the heights in these children at baseline and then also similarly look at the height at 42 months, and we can then observe what the difference in height has occurred over a period of 42 months. And importantly, what we've seen here at 42 months versus natural history is a 6.8-centimeter cumulative additional height gain versus natural history over 42 months with a highly statistically significant p-value.

Okay. So here it is. This is the 54-month data plotted as growth velocities in the panel on the left. Again, you see a consistent elevation above what we would expect to see in an untreated population. This is the Cohort 3 data. But with the same analysis now versus natural history, the same comparison at baseline versus a comparison to natural history at 54 months. And now what we see is a 9-centimeter cumulative additional height gain versus natural history over the course of 54 months. And what this means that we've actually had a 2.2-centimeter additional height gain over the course of the last year when analyzed versus natural history. So I hope you can see the importance of this natural history data and how much

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

these are going to underpin the further analyses we do to demonstrate the durability of the treatment effect of vosoritide over time.

So switching now to the Phase II infant/toddler trial. We've got sentinels now enrolled in Cohort 3, which is very exciting, but we've been enrolling sentinels in all 3 age cohorts. And the reason we do that is to ascertain what the PK, and thus, the exposure of the drug is going to be, as we know that PK is impacted by age and weight, which is changing rapidly in these very, very young children. So the reason we do that is because in a real-world setting, these children are going to be started on vosoritide at the earliest age possible. And then as they progress and grow, their age and weight will change, thus impacting the PK. And we need to be sure that the correct dose is administered to these children.

Now we feel that having a short-acting once-daily injectable is going to be very important in assuring or minimizing risks of drug accumulation and overdose. And our ability to inform on how to dose adjust as these children enroll is going to be critical to the safe administration of vosoritide in a real-world setting. So just quick examples in the older children, 2 to 5 years of age, we've given them 15 micrograms per kilogram, and we've been evaluating the PK. In the children aged 6 months to 2 years of age, they've now -- they're now receiving 30 micrograms per kilogram. And the children in Cohort 3, the very youngest children, sentinel is now enrolled, and we're awaiting formal evaluation of the PK before we have clarity on what dose will be continued there. It's important to note as well that the safety and tolerability of vosoritide in the very young children has been very consistent with what we've observed to date in the Phase II. And to come later in December, we're going to have further clarification of the PK for Cohort 3 in December and then further enrollment of the rest of the youngest children, less than 6 months of age, to progress through the course of 2020.

Touching briefly on the wider safety profile. Again, we've published this in the New England Journal, but we continue to see that vosoritide is well tolerated across all of our studies and at all doses being administered, including, importantly, in these very young children now, less than 6 months of age. And important also to note, we see no correlation between Cmax and any adverse event profile observed. You'll recall last year, we announced that with 28,000 daily doses, we had a very low frequency of symptomatic hypotension, event rates of 0 -- well, percentages of 0.0035%. And now a year on, with 57,000 daily doses, we have the same frequency of symptomatic hypotension. Importantly, none resulted in study drug interruption or discontinuation, and all events have resolved spontaneously within minutes with no medical intervention needed. Important to note, once we have 3 -- the 301 trial, and we have placebo-controlled data, this is going to be very helpful in terms of ascertaining which events are related to vosoritide versus just occurring in this population. So more information to occur on that or to be seen soon. Also important for the life cycle of vosoritide, we have a pen, which will follow after launch. We're taking into account the experiences learned within BioMarin from successfully launching other injectables, namely Palynziq. And this will have advantages for the delivery and daily administration of vosoritide through the life cycle of the drug with some of the characteristics of the pen listed here on the slide.

So in summary, Phase III data, 121 children enrolled and looking much -- very forward to topline data available at the end of the year, but a lot of confidence behind the power assumptions in the Phase III. We've got a large contemporaneous U.S. natural history data set, which has been collected and will be of great value in supporting our regulatory interactions with respect to the durability of the treatment effect of vosoritide. Now with evidence of a sustained drug effect at 54 months, 4.5 years, but with 5-year data soon to follow, we've observed a 9-centimeter additional height gain of 54 months when compared to natural history data. And also very pleased that now we have dosing successfully and tolerated across the entire pediatric age range with children less than 6 months of age now being dosed and that the safety profile with respect to cardiovascular effects, again, remains very limited with event rates of 0.0035%. So great progress. And the next news is going to be top line data at the end of the year. So with that, I'll conclude my presentation, and I'd now like to introduce our principal investigator from the vosoritide clinical development program, Dr. Ravi Savarirayan, who's been on a long journey with BioMarin over many, many years now and will come and share with you some of his passions that I share with him on vosoritide and on achondroplasia and on what a difference this treatment will make.

**Ravi Savarirayan;Murdoch Children's Research Institute, Royal Children's Hospital;Research Fellow**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

/>

Thank you, Jonathan. I'm glad that you clarified that the passions we share are related to the vosoritide program only. So it's a great pleasure to be here today. And really, I want to -- Jonathan has given you a lot of numbers and a lot of figures, but really what I wanted today is for the last 25 years what I've been doing. And as Hank has told you, my passion has been looking after children and adults with various forms of skeletal dysplasia or conditions that affect the skeleton, and achondroplasia is the most common of those. And really, the 3 questions people ask me when they come to see me as a doctor are what's wrong with my kid. And we're getting better at that. And with achondroplasia, we can be very clear with that. The second thing is, as Jonathan spoke to you about, is what's going to happen to my kid. Will they grow up? Will they get married? Will they be able to drive a car? How long will they live? Will they be able to do everything that otherwise they would be able to do? That's the natural history, and we're getting better at documenting that as well. And it's interesting because before a treatment comes along no one really cares about the natural history or goes to much trouble to even document the natural history of a condition. But unless we know the natural history of a condition, we cannot assess the impact of an intervention whether it be bedrest, vosoritide, surgery or whatever you might like to call it. And finally, the last question is, what can you do about it? And that question is often met with an embarrassed silence, but not anymore because we are now able to bring disrupting life-changing therapies to children with genetic disorders. And really, that's why I'm part of this program. That's why I've flown here for 26 hours to present to you all today is because I believe that we are in a tipping point where we can change the lives of these children and give them healthy lives as adults and hopefully put myself out of a job. So I'd like to talk to you a little bit about vosoritide and how it impacts on health, not just height, which is really important from an FDA and regulatory point of view. But I want to talk to you about health and achondroplasia.

So as you know, achondroplasia is the most common form of disproportionate short stature that we see. It's a relatively common rare disease. And just to give you an idea, there's probably over 250,000 individuals in the world today living with achondroplasia. And last year, in India and China, there was over 3,000 children born with achondroplasia. 3,000 children born with achondroplasia. And all of these children share one thing in common, and that is they have a disorder of bone formation that grows the skeleton. The fancy name for it is endochondral ossification, but all of these children have a problem with endochondral ossification, which changes their anatomy and that leads to medical complications, social complication and functional complications. And what we now have potentially is a medication that addresses precisely the defect that we see in achondroplasia and has the chance to disrupt all of those things, restoring anatomy, restoring function and restoring -- allowing children to actually live healthy lives. That's what it's all about. I often get asked to compare vosoritide to growth hormone. But it's absolutely -- it's like comparing a sledgehammer to a scalpel. Vosoritide is a precision therapy designed for a condition like achondroplasia, growth hormone is not. Growth hormone is a thing that we give pretty much to a lot of people, and we see variable effects. But this is not the case here. And achondroplasia -- and the treatment of achondroplasia is a classic example of precision therapy, precision medicine at its best.

So a lot of people also believe that children with achondroplasia are just short and they're otherwise fine. But here is the litany of things that I need to discuss with a new family when diagnosed with achondroplasia. And you can read them all from yourself. But I'd like to pick out a couple. The first one is that in children in the first 5 years of life, who have achondroplasia, there is a 50x risk over normal of having sudden death. So this is a SIDS-like episode. It gets classified as SIDS, and we don't really know what causes it. That is unacceptable. So really, what we're aiming to do is decrease the risk of all of these problems, including those that impact on life. And not only that, as I'd spoke to you about before, the abnormal bone growth leads to pain and functional consequences, and we see this almost always in children and universally in adults. So really, when I see a new family, like I did yesterday or 2 weeks ago, these are the things they come to me with because they've done a Dr. Google search. And really, what we're trying to do with this precision therapy is to decrease all of these complications to allow children and adults not to see me or the inside of a hospital.

So what are the management priorities? Really, the common theme for today is they are all consequences of disordered endochondral ossification. And here, we have a medication -- a potential medication

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**BIOMARIN PHARMACEUTICAL INC. SPECIAL CALL | NOV 14, 2019**

addresses -- we know it addresses explicitly endochondral ossification and really goes to the source of this particular condition.

The first one is the foramen magnum, which is a fancy word for the big hole that you can see there at the base of the skull, as the brain becomes the spinal cord. This is impacted in achondroplasia, and I've got there for you to see the arrow points out the very narrow and damaged spinal cord. We believe that this is a big factor in the increased risk of infant mortality in achondroplasia. It's a major unmet medical need. And at the moment, the current treatment for this, which is -- differs worldwide, is to have a neurosurgical procedure, where you basically bore out that hole and make it bigger, which, obviously, in some parts of the world can't be done and does come with mortality and morbidity of its own. It's a major medical unmet need, and it is our hope that we're able to disrupt this, especially as we know that the foramen magnum's biggest growth is in the first 7 years of life. So the studies that Jonathan has spoken to you about in the children under 5 really could disrupt this and impact on things like sudden death and the other problems that these children do experience in the first 5 years of life.

The second one, again -- again, all of these are caused by abnormal endochondral ossification leading to abnormal anatomy. But this is a huge problem. And this -- I've been doing some work, I have a PhD student in Norway, and we're looking at the scope of this problem. It was thought that symptomatic spinal stenosis might only affect 1 in 5 people with achondroplasia. We think it probably affects 4 in 5 people with achondroplasia, and in adults, almost 100%. This leads to chronic back pain, it leads to impaired function and it leads to problems with employment. So when we looked at a cohort in Norway, we could see that the adults with achondroplasia had equal employment and equal schooling, but they had about half the productivity and half of them were in the workplace because of pain and abnormal function. So again, this is a problem that's caused by abnormal bone growth. It leads to abnormal anatomy, but the impact on the human being is that of pain, constant pain, surgery that is often not helpful, requiring more surgery, which decreases function and increases pain as well. So the treatment and management options are limited. And now, we have the opportunity by early treatment because we know we get spinal growth at least for the first 10 years of life, and you only need a small growth, small increase in the spine diameter to get a much bigger volume increase in the -- of the spinal canal. So we really hope that we can impact on this. And really, as Jonathan said, we have a long-term investment, and we're following out these children until final adult height and longer. And what we want to see is adults who do not require surgery, adults who do not report pain and adults who can do what they want and are not impacted by decreased function.

Again, continuing in this theme, bowing of long bones is a very common issue. You can see the straight -- relatively straight long bones of a child without achondroplasia compared to the figure on your right. And that bowing leads to -- again, it's not just a case of treating the x-ray or treating the MRI scan. This leads to pain, it leads to children who can't participate in physical education at school. They can't go out on camps. They can't go on hikes. And this leads to functional and social consequences, as you can imagine. So again, we have the ability to impact on this by increasing and making endochondral ossification more -- less disordered, which means these children have straighter legs, they can walk better, they have less fatigue and they can function better. And these are stories I hear every day in the clinic when I see children who are on our trials. We currently have quite a number of children on trials in Australia, and all of them report that their children are doing better, they're able to walk. Just a few days ago, we had -- they went running around a lake, and they were all ready to pick up the couple of kids with achondroplasia who wouldn't be able to make it, and they made it around the lake. These are the reasons why we're doing it. We want children to be able to do the same thing that they would be able to do without this condition.

And finally, sleep-disordered breathing, which is, again, another thing that we weren't really aware of until the treatment came around and we started to collect data. This is almost universally seen in children and adults with achondroplasia. And again, a lot of it is due to abnormal development of the craniofacial structures. You can see the girl there that has a very flat middle part of her face. And so you then get relative tonsillar hypertrophy and adenoid hypertrophy, which just constricts everything and causes obstruction when sleeping. We believe this leads to disordered school performance and also can increase the chances of dying in the first 5 years. And again, we hope that this can be impacted by medication because craniofacial growth also occurs by endochondral ossification as well, and we're collecting these

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

data. But again, we can impact on the function, the school performance, the fatigue and obviously the big-ticket items like sudden death.

Pain is something that, again, was poorly recognized. And pain limits children from doing things. They might be able to go to school and have a day at school, but then they can't come home and go for a play in the park with their friends. Or on a weekend, if they have 2 school parties, they may not be able to go to both parties because if they go to the first party they're so exhausted they can't go to the second party. And really, Julie Hoover-Fong, my colleague from Johns Hopkins, has looked at this and really chronic pain prevalence was highest in achondroplasia of all skeletal conditions at approximately 70.3%. And again, pain, we believe, is mainly caused by abnormal anatomy leading to the pain, which then decreases function even more. So we hope that by repairing and restoring endochondral ossification, we're -- yes, we're going to get height improvement, we're going to get improvement on all of these things, which are going to allow children and adults to live healthier and better lives.

Development is also another issue. Penny Ireland, who is a physiotherapist in Queensland, and I have done a lot of work on describing the developmental trajectory of children and adolescents with achondroplasia, and we know that they have delays in motor development, in speech development, in feeding and in self-care. And if we're able to impact, again, their growth, their functional ability, their proportionality, then we're going to improve all of these things and these milestones. And we're seeing that as well. And we're going to see children who are able to do things for themselves. And a great example of this is a 12-year-old girl, who for the first time can toilet herself. And you can imagine for -- if any of you have children and especially girls, the ability to go to the bathroom by themselves and be independent is a huge thing and one of the biggest milestones that we've been able to see in her.

So really, we're building the plane as we fly it because really things are changing. And with the new treatment, now diagnosis and early diagnosis become paramount. So my colleagues in the prenatal area, now when they see short limbs on ultrasound, they're actually doing tests to confirm achondroplasia. Parents are e-mailing us to say we may have a child with achondroplasia, we would like to see you in the first week of life so that we can discuss treatment options with you because we know that we could maybe change the trajectory of our child's life. So this is a really disruptive innovation. And I think that not only this, but there are many precision potential therapies for achondroplasia. And I think it's going to be a very exciting time for my patients and for me.

Height is important because we believe it is a marker of other disease-relevant co-morbidities. And it definitely does relate to endochondral bone growth. And as I hope I've shown you, most of the issues in achondroplasia, almost all, are a consequence of abnormal endochondral ossification. And we here -- here we have a medication that explicitly addresses that. It also has practical values in itself because every day I speak to children with achondroplasia, and they say to me, "It actually is important when I go to the theme park that I'm not the only one who can't make it to the line to ride the roller coaster. It really is important that I don't have to sit there and watch all my friends ride the roller coaster and tell me about it." That is a hugely important thing. And it is important to them that they don't have to be carried onto public transport and can step onto public transport. These are all socially extremely important things for them.

In the end, it's all about function. These 2 pictures I use with permission, and you can see the picture on the -- on your left, is a little girl who went to camp every year, she was never able to make it off the ground. Her mother sent me this photo, she made it to the top of that wall. And again, you can see these 2 children who came first and second in the 100-meter race at their -- at the school sport carnival that we had locally. These are the things why I'm doing what we're doing. I want children to have a childhood. I don't want them to be beset by these medical complications. I want them to be able to be -- do whatever they would if they did not have this condition as well. We're not taking away their identity. I just want to take away their medical complications, their social complications and their functional complications. So I think that's extremely important, and I hope that this brief overview has given you a snapshot into it's not about height, it's about health and it's fleshed out some of the issues that we see and that I've been seeing every year for the last 25 years. And most importantly, as Dr. Dauber is going to talk to us about as well, there's a lot of interest in potential other indications for this medication. But I'll leave that story for our next speaker, and I thank you for your attention.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Okay. Real great pleasure to introduce Dr. Dauber. Unique in that Lon gave you a talk last year about the genetics of height. And when others were writing editorials, Dr. Dauber was creating the scientific arguments for and strategy for how to approach other skeletal dysplasias that are caused in the signaling pathways that can be addressed by -- potentially by vosoritide. And his passion rose to such a level that he got on a plane and flew out to San Francisco to convince us that we should hop on board with this scientific concept. And it was a great day. Suffice to say, you're going to get a reprise of that right now. Dr. Dauber.

**Andrew Dauber;Children's National Hospital;Chief of Endocrinology**

All right. Thank you for the kind introduction. It's a pleasure to be with all of you here today. So I'm going to talk about genetic disorders of the growth plate and how we are taking the idiopathic out of short stature.

So I'm a pediatric endocrinologist. And during my fellowship and training, this is how I was taught to think about growth. We have the pituitary gland, which produces growth hormone. Growth hormone goes to the liver, where IGF1, insulin-like growth factor 1 and the major mediator of growth hormone is produced. And then that goes to the bone. And at the bone, there's this thing called the growth plate, and it makes you taller. And growth hormone has some direct effects at that growth plate as well. But for most pediatric endocrinologists, that growth plate looked like this, a black box, right? And maybe in recent years, we're starting to learn that under that black box there are cells called chondrocytes. And the chondrocytes, they need to proliferate and differentiate in order to actually make those bones grow longer. But I think there are 2 stories that really describe, in my mind, the diagnostic and -- excuse me, the diagnostic and therapeutic approach in the era of growth hormone. And this is the first story. The first story is about the man who is walking down the street, and he sees another man on his hands and knees under a streetlamp. And he says, "Did you lose something? Can I help you? And he said, "Yes, I lost my keys." And he's like, "Oh, is this where you lost your keys?" And he says, "No, I lost my keys down the road over there." "Well, then, why are you looking here?" And he said, "Well this is where the light is." And that is -- really typifies how pediatric endocrinologists have thought about growth, right? We are very comfortable in measuring hormones. We're comfortable in measuring IGF1 levels and performing growth hormone stimulation tests. So that was the lens through which we evaluated all children with short stature because that was where the light is. And I think the second adage that describes this era is the old saying that when all you have is a hammer, everything looks like a nail. So our only therapeutic approach until very recently was growth hormone. And with that, that was how we looked at all patients. Do they have growth hormone deficiency? Is this skeletal dysplasia? Or this other medical problem that cannot be treated with growth hormone. But as you've seen today, there are much more rational therapies than trying to hit every nail over the head with a hammer. And thankfully, in the last decade, the era of genomics has arrived and there's been a great breakthrough in genetic technologies that have allowed us to gain fundamental understandings about the biology of growth.

So this slide depicts results of a genome-wide association study. I'm not going to go into the details of this today, but the important take-home message is that we now know that there are literally thousands of genes involved in growth biology. And when we start to now be able to mine the pathways that are affected by these genes, we've learned that, yes, growth hormone IGF signaling is important, but perhaps more important, many of these pathways center at the growth plate. The growth plate is really the site of action that makes you grow. So whether it's collagen or TGF-beta signaling or hedgehog signaling, there's FGF signaling, which is the disorder -- the pathway that's involved in achondroplasia, as we just heard about, NPR2, which is the receptor for vosoritide itself. These are all pathways that have now been found to have genetic disorders leading to short stature and other growth disorders.

And another concept that I want to share with you is this idea that there is a spectrum of clinical presentation based on the severity and rarity of the individual genetic mutation. So on the bottom of the spectrum in the severe end, are severe functional mutations such as seen in achondroplasia, which lead to these severe skeletal dysplasia. But then there might be milder mutations, which might present with

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

isolated short stature or short stature with mild or skeletal manifestations. And interestingly, on the flip side, there could be activating mutations or mutations with the opposite effect that might actually lead to tall stature. And I'm going to give one example of that today.

So the example that I've chosen to focus on are mutations in the NPR2 gene. So NPR2, the natriuretic peptide receptor, type 2, that encodes the receptor for CNP, right? This is the receptor that vosoritide binds to. And pictured here in A, B, C & D are pictures of an individual who has a recessive mutation, meaning that 2 copies of this gene are not working, leading to a severe skeletal dysplasia called acromesomelic dysplasia Maroteaux type. Interestingly, though, if you look at pictures E & F, that's the picture of a heterozygous carrier of a relative of this patient, either the parent or the sibling, who only has one copy of this gene that's not functioning. And what you see is that one functional copy is enough to make the hand look relatively normal with a pretty normal x-ray, but this individual at their final adult height was 4 feet 9 inches tall, which is still quite severe short stature to the degree that many people would want to intervene. But it demonstrates the principle that while one copy of this gene can partially rescue the phenotype, it does not completely return you to normalcy. And perhaps additional treatment and signaling through this pathway could further restore this primary growth disorder back to normal growth.

So pictured here on the right is this pathway. This is from one of the original BMN 111 or vosoritide papers. In the top right, you see where it's binding to that receptor that's encoded by the NPR2 gene. And this is demonstrating how it interacts with the FGFR3 pathway which is not functioning correctly in achondroplasia. But most importantly, this circle, this cell is the chondrocyte, right? This is the cell under that black box in the growth plate that is actually proliferating and differentiating to make you grow. And a number of groups have asked the question and said, what percentage of patients with idiopathic short stature actually have mutations in this NPR2 gene? And in multiple studies to date, it comes out that around 2% of all individuals with idiopathic short stature likely have mutations in the NPR2 gene, this one single gene underlying their short statutory. So they have this primary growth plate disorder. So we then decided to ask the question, well, what about patients with familial short stature? Because as I said, these are now heterozygous mutations. These are individuals who have one copy of the gene not functioning. And for the most part, that's going to be inherited from one of their parents, who should also have short stature. So when I was previously in Boston, we did a study where we had 99 children who had idiopathic short stature, for whom we had parental height data available as well. And 22 of them had familial short stature. They had a single parent whose height was also below the normal range. And of those, 3 of the patients or 14% had mutations in NPR2. In a similar study from the Czech Republic, they looked at 112 patients with familial short stature. And of them, 5% had mutations in NPR2. So I don't know that we know the exact precise estimate of how many of these patients will have NPR2 mutations. But what you're seeing now is when you go to families with what I term dominantly inherited short stature, where the short stature is inherited from one of the parents, we are enriching for mutations in NPR2 and likely in other skeletal growth plate disorders, as I'll show you in a minute.

And interestingly, this is the flip side. This man pictured here, his height is 7 feet 3 inches tall, and he has an activating mutation in the NPR2 gene. So this is what it looks like when you have lifelong increase signaling through that CNP pathway. And he's only 7-foot 3 inches tall because he had surgery to help blunt his growth because he would have been even taller. And there's our 3 papers, all of which report activating -- patients with activating mutations in the NPR2 receptor. And what's very important to note is that besides some skeletal manifestations of being quite tall, these people are otherwise pretty healthy. They don't show signs of other chronic medical co-morbidities, which is very reassuring from a safety perspective. This NPR2 and CNP pathway is very targeted to the growth plate itself. And here, we have genetic evidence that increased signaling of this pathway should be relatively safe and does not lead to other medical co-morbidities. And as an investigator who's looking to use this in other children, as you will see, that's a very reassuring safety signal.

So I just demonstrated for you this one gene, the NPR2 gene. But in fact, idiopathic short stature is now found to be caused by many other genes. I've listed some of the most common ones here: the aggrecan gene; NPR2; FGFR3, which causes achondroplasia and hypochondroplasia; the CNP gene itself; Indian hedgehog; SHOX; Noonan syndrome genes; and there are many more. And what's important is that each of these genes is a primary growth plate disorder and will be inherited in a dominant fashion. And mutations in these genes present with a range of clinical manifestations in a range of short stature along

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

with some associated medical co-morbidities, primarily skeletal ones. And the final height of many of these individuals ends up around minus 3 standard deviations or so, which is around 4 feet 9 inches for a woman, 5 feet for a man. Importantly, in a range of height that many, many patients and their parents are quite motivated to seek treatment for to improve their height.

So in perhaps the largest study to date, this was a study out of Europe, looking at 565 individuals with unexplained short stature growth retardation, all-comers. And through an array of different genetic testing and investigation, they found an etiology in 33% of the patients. And heterozygous carriers of these severe skeletal dysplasia genes represented 3.5% of the cases. And 2 of the most common were the aggrecan and NPR2 genes themselves. And most importantly, of all the genetic causes, 65%, 2/3 of them followed this dominant inheritance paradigm. In a follow-up study from that Czech group, they looked at 33 patients with severe familial short stature, heights below minus 2.5 standard deviations in both the child and one of their parents, they were able to find a genetic etiology in half of these patients. And the majority of those genes involved were primary growth plate disorders. And I actually think they underestimated the number of genes whose primary site of action is at the growth plate. So these should theoretically be patients where a therapy targeted at the growth plate would be more beneficial for them.

So the concept that I'm trying to show you today is that when you look at the general population, at the extremes of the population, you might find individual patients with these underlying growth plate disorders, each one represented by a different color here. And then when you look at a specific population of patients with idiopathic short stature, those patients will be enriched. You'll find more of those growth plate disorders, and there'll be some variability in the phenotype within any single disorder. But then when you move to recruit and look at families with dominantly inherited short stature, with familial short stature, you're going to get even a further enrichment of finding patients with primary growth plate disorders. So based on this logic, I've decided to launch a trial of vosoritide for patients with dominantly inherited short stature with the idea, again, that these are patients with a high likelihood of growth plate pathology and that we can target them with a therapy targeted specifically at the growth plate, at the site of action for where their disorder lies.

Importantly, also, this type of recruitment strategy should be simple based on easily defined clinical parameters. To recruit these patients, we just need their heights and their parents' heights, right? A very easy to ascertain population as opposed to identifying any single rare genetic disorder as the etiology. And this study design will give us a rapid readout about the potential for the use of vosoritide in this type of patient population. We're going to go straight to the clinic and straight to the trial and look at, as they say the proof is in the pudding -- see in the patients, do we get a response. And then post hoc, we're going to be able to do the genetic analysis to identify the 30% to 50% of them with identifiable genetic mutations. And we can see who are the best responders or perhaps the worst responders to this type of therapy. This is a preliminary schematic of the study's design. We're still finalizing the details, but I'm hoping to launch this at some point in 2020.

So in conclusion, I want to leave you with the message that idiopathic short stature consists of many different genetic disorders. Many of these are primary growth plate disorders. Patients with dominantly inherited short stature are going to be enriched for having these growth plate disorders. And these patients could potentially benefit from the therapy targeted at the growth plate. And in this particular case, CNP or vosoritide may be beneficial for many of these disorders.
With that, I'll leave it.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Andrew, if could you stay up here, and I will invite Jonathan and Ravi to join me on stage. We're going to have -- we have a few minutes for the clock to 16, 17, 18, 19 and 20 minutes for Q&A, and we'd be delighted to address any questions you have. Josh Schimmer, I promise you number one. Josh? Oh, somebody is going to go run and find you, hit you over the head with a microphone.

**Joshua Elliott Schimmer**
*Evercore ISI Institutional Equities, Research Division*

So Ravi, you highlighted a number of the clinical consequences of achondroplasia. So far, all the data has been really focused on growth velocity. So at what point should we expect to see an impact from vosoritide on the clinical sequelae? And then for Andrew, for the all-comers study, it sounds like you will be including patients who have NPR2 gene mutations. Why would they be expected to respond to vosoritide if they do not have the receptor for vosoritide? And why would you include them in the trial? And other similar mutations that might not be expected to respond?

**Ravi Savarirayan;Murdoch Children's Research Institute, Royal Children's Hospital;Research Fellow**

/>

Okay. So taking your first question, which was about how will we assess that objectively. So we're going to getting those data. So at the moment, we're already seeing differences in the cohort that are treated in the Phase II trials, with their frequency of surgeries. In the younger age groups as well, we're going to be looking at foramen magnum, we're looking at sleep, we're looking at all those big-ticket items. So we'll have readouts on all of that as well. And also, there are some functional questionnaires as well that are not perfect, but they're tools to look at pain, function, socialization, perception that have been integrated into the study. So that will look at some of the qualitative aspects of the types of things I was talking about as well.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

I think it's also fair to acknowledge that a lot of these data are going to emerge probably in a post-approval kind of context, number one. Number two, I think it's going to be fairly challenging to develop and validate the kinds of tools that wouldn't be necessary to lead to label changes. And so I think the context of some of these kinds of discussions will end up being more scientific-medical exchange than necessarily authorized under a label. But as Ravi said, one of the big challenges investigating some of these rare conditions is nobody really has documented quantitatively the natural history of things. And so it is entirely possible that, over time, we will be able to document the impact in a very quantitative and very rigorous way to justify the more consistent use of vosoritide for children.

**Ravi Savarirayan;Murdoch Children's Research Institute, Royal Children's Hospital;Research Fellow**

/>

And one specific example of that is over the last 2 years, we've been validating a functional mobility tool that looks at school-home environment and takes in the account of pain and fatigue to give you a composite score as a more objective measurement of that. And we're just in the final processes of validating that in 150 children and adults with skeletal dysplasia and achondroplasia.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And Andrew?

**Andrew Dauber;Children's National Hospital;Chief of Endocrinology**

Yes. So that's an excellent question, why would you target somebody when you know the receptor for the drug you're using is mutated. But I think the key point here is that we're looking for patients with just heterozygous mutations, right? We're looking at patients who have one functional copy and one copy that's not functioning. So not just for NPR2, but for all of these primary growth plate disorders, there's a partial perturbation that's leading to an effect on the chondral sites, but the pathway is partially intact. As you see from those relatives of the patients with severe skeletal dysplasia that they have a partial rescue. So what we're trying to do is further stimulate that pathway and see if we can take that partial rescue up to a complete rescue by further stimulating that one copy of the gene that works correctly.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

And Lon is going to talk just a tiny little bit about the laboratory correlates of that question. So that when we see the data from Andrew's Phase II study, we'll be able to put it in the context, potentially, of some laboratory correlates. I mean, they may not be perfect at documenting predictiveness of responsiveness, but I think it will generate a lot of insight about susceptible patient populations or amenable patient populations I should say. Okay. Chris Raymond?

**Christopher Joseph Raymond**
*Piper Sandler & Co., Research Division*

Thanks. So I think there's at least a little bit of controversy about the natural history and the impact of puberty and growth spurts in achondroplasia. There's at least maybe one other study. And I think the FDA spent some time talking about this in their AdCom last year. Just maybe can you describe the FDA's -- your interaction with them and their interest in your natural history study sort of answering that question definitively that whether there really is a growth spurt or not in achondroplasia patients that are untreated?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Do you want to start?

**Jonathan Day**
*Executive Medical Director of Clinical Science*

Absolutely. So we've been talking with FDA about the evidence, clinical package that we plan to bring to them. The natural history forms a key component of that. And we continue to hold dialogue with them about that. We continue to hold dialogue about the types of analyses. So I mentioned briefly on the slide that we have a clear, prespecified protocol and prespecified analysis plan for exactly how that natural history data will be used to do these comparative analyses versus what we see in our long-term durability data from our Phase II data. But also interesting analyses that we can do with the Phase III data and the placebo-controlled data to, again, further build on the totality of evidence there. So there's clear interactions, and that dialogue obviously continues. But it's something that FDA in their guidance also acknowledge that they hold significant focus on the value of natural history data in supporting these types of regulatory submissions. So yes, it's a key component of what we're planning to do.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

It was interesting at the AdCom. The FDA showed the same Hoover-Fong Natural History publication, and they were describing in front of all of us, including Dr. Hoover-Fong, the pattern of growth that Jonathan just recapitulated earlier in his presentation, a gradual decline in children from 5 and beyond, the absence of the pubertal growth spurt. And so then the question is, so why are they so insistent on Natural History data? And I think there's a little bit of a regulatory nuance that's important to understand.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The FDA really loves to recreate analyses. And to do that, they need patient-level data. So when we submit, for example, an application, essentially, they build -- rebuild from the ground up, what happened to the patients in the clinical trial and try to validate the findings that are reported by the sponsor and the investigators of the study. And so if you go back to that advisory committee, there was a little bit of debate about 1-year versus 2-year placebo-controlled trials, which was heavily informed by the 30 years of growth hormone, look under the headlamp kind of thinking because growth hormone causes a big growth spurt initially and then growth velocity trails off.

And there isn't, today, evidence of that phenomenon occurring in vosoritide, but they're very interested in documenting that it would make a difference, that you wouldn't just get faster to a short final adult height. And in that context then, while people have tried to do long-term placebo-controlled trials, for example, this was undertaken in Turner's and it ended up in an uninterpretable study, a more practical approach to take is to have patient-level, contemporaneous natural history data for the FDA to be able to interrogate and do their own analyses and try to recreate what Jonathan showed you, which is patient-level matched. And we can do this a lot of different ways, and we've done this a lot of different ways.

And most of our analyses all converge around the same basic findings, that is no pubertal growth spurt, gradual decline of AGV with age -- AGV with time. And most importantly, as Jonathan showed you today, we can document what long-term treatment with vosoritide adds up to. And I think that's the key way to think about how natural history will be ultimately used in a regulatory context. What's it all add up to?

**Ravi Savarirayan;Murdoch Children's Research Institute, Royal Children's Hospital;Research Fellow**

And just from a data point of view, I think it's pretty clear. I can't talk about the FDA's mindset. But Julie now, so I'll be seeing Julie tomorrow in Boston, but she now has over 1,400 patients and -- that she's got the curves and really there is no growth spurt. And most people would agree with that. And recently, I convened 51 world experts on growth, and we pretty much all agreed with it. There is no detectable growth spurt in the group studies, and we have the data there. So that is actually known. FDA may not know it, but it's actually known to the scientific community.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Okay. Back here?

**Unknown Attendee**

I think growth hormone is approved for Turner syndrome, if I remember right. But my question is, you had that great slide, Andrew, of all the different pathways that are involved with all these short syndromes, these growth syndromes. How should we be thinking about which pathway is really dominating these conditions? And do we have patient-level data where maybe there's multiple mutations in these same patients? Or -- and then on the flip side, if you could help us understand how vosoritide might be impacting at least that one -- what is it, the NPR2? I'm not sure if it's doing any others or rather -- or any of your colleagues. It would be great to hear your thoughts on that.

**Andrew Dauber;Children's National Hospital;Chief of Endocrinology**

Yes. So I think that when you look at individual person's height, right, there are a range of genetic models that lead to short stature, right? So that there are some patients who come and are short because they've inherited thousands of common genetic variants, each of which have very small effects and add up to make you 5 feet 2 inches tall when you're done growing. And then there are individual patients who have single genetic variants, like in achondroplasia, that ends up making you much shorter.

And then there are patients who have a combination of variants in between as well. So what we're trying to do is enrich for those patients who have variants in the growth plate that are significant enough that we would call them a primary skeletal growth plate disorder leading to the short stature. Now all of those different pathways, they interact with each other in the chondrocyte. And ultimately, the final -- as Ravi was saying, there's this process of endochondral ossification, which is a complex process of signals that

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

integrates growth hormone as well, but indicates CNP signaling, hedgehog signaling, TGF signaling, aggrecan signaling, a number of all these factors.

And the ultimate readout is, in the chondrocyte, whether it hypertrophies, whether it proliferates and how that process of endochondral ossification progresses. So CNP, though, is a key molecule that impacts that pathway. So NPR2 happens to be its most proximate receptor in that pathway, but these other signals are being integrated as we saw with FGFR3, but also with hedgehog, with PTPN 11 from Noonan syndrome. A lot of them are all being integrated in these pathways that the readout is going to be in that -- the effect on the chondrocyte. So I think that the potential is there to interact with many of those pathways with vosoritide. Does that make sense? Does that answer your question?

**Unknown Attendee**

So first question on the statistics slide. You presented -- you talked about the new powering, given the over-enrollment and mentioned well powered on some of the secondaries. Is there any additional color you can give on descoring proportionality powering at this point? And on proportionality in particular, can you talk about any of your expectations that underlie that powering?

**Jonathan Day**
*Executive Medical Director of Clinical Science*

Sure. So with respect to the AGV, I think what was on the slide was clear. We've got a larger number of subjects that have come into the trial and lower variability. So ultimately, that leads to better powering. Now AGV is derived from standing height measurements. So we're very well powered for that. Height Z score is actually derived from standing height measurements as well. So we are also very well powered for height Z scores.

To your question on proportionality. I think we're looking at this cautiously, I think it would be fair to say now. I think what you need to take into account is that in the Phase III trial, the children at the age in which they were enrolled, their degree of disproportionality was already in some ways set by the time they got to 5, 6, 7, 8 years when they came into the trial. So our expectations are actually really rather with the 206 trial in the infants and toddlers, where the rate of change of disproportionality is far greater, and therefore, theoretically, the therapeutic opportunity to modify that some way might actually be better in the infants and toddlers.

So a lot of excitement, I think, in the investigator community with respect to especially these cohort 3 children, because these children are the ones where that -- not only the proportionality, but also these small bones in the base of the skull drive the foramen magnum to have all of these impacts on health that Ravi mentioned. This is the time when, therapeutically, we might be able to modify, across the entire skeleton, these types of -- these aspects of bone growth and then have that really profound knock-on effect on health and function in the future.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Time for one more.

**Kennen B. MacKay**
*RBC Capital Markets, Research Division*

Kennen MacKay from RBC. I had a question for Dr. Savarirayan. Excuse me if I mispronounced that. You listed a number of morbidities that achondroplasia patients face. I was wondering if you had listed them in sort of order of importance in your mind? And really, where do you see vosoritide eliciting the most benefit in these patients? And as you think about a treatment coming to market, what do you see as sort of the most critical or at this point, with the first therapy coming to market, is it really just any benefit is helpful?

**Ravi Savarirayan;Murdoch Children's Research Institute, Royal Children's Hospital;Research Fellow**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's a good question. I think I have to break it down into age group. So in the first 5 years of life, the thing that worries me the most, I'm looking out to these children is the chance of them dying suddenly in their sleep. I've had 2 patients who died in their car seat in the last 2 years, and we don't know why. I just put down deceased despite autopsy. So I think that's a complex interaction between foramen magnum compressing the spinal cord at the level of the -- where the brain stem is.

It's a combination of sleep-disordered sleeping. Some of these kids have mild viruses as well. So I think that we can impact that. So in the 0 to 5, that would be the big ticket items is the sleep-disordered breathing and the foramen magnum for sure. Then you get into the sort of the school age and adolescence, and then you're looking at things like pain, function, fatigue, walking efficiency, all of those types of things. And that probably takes you around 15 years of age.

And then from 15 to adulthood, by far the biggest issue is spinal stenosis. So we think that spinal stenosis -- symptomatic spinal stenosis because 100% of patients with achondroplasia have some degree of symptomatic spinal stenosis causing pain, lack of function, unsuccessful surgery, decreased workability, decreased [ employment ] ability. And that's the big issue in adults. So I think if you look at it over a lifespan, they're the things that I'd be interested in as the big ticket item, and you'd have to break that down. Hopefully, the earlier we interact, we may have a knock-on effect, especially like just recently, we injected a 3-month-old child with achondroplasia sentinel for Cohort 3.

And so talking to those parents, I'm not really sure what we're going to see, but I'm looking down to have a chat with him or her when they're 20.

**Kennen B. MacKay**
*RBC Capital Markets, Research Division*

And where do you see vosoritide having the most effect?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Where do you see vosoritide having the most effect? For the webcast.

**Ravi Savarirayan;Murdoch Children's Research Institute, Royal Children's Hospital;Research Fellow**

The most effect for that child?

**Kennen B. MacKay**
*RBC Capital Markets, Research Division*

[indiscernible]

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Across.

**Ravi Savarirayan;Murdoch Children's Research Institute, Royal Children's Hospital;Research Fellow**
Well, I think that the most telling effects will be on the spinal canal from foramen magnum down, with the secondary effects being the rest of the skeleton, height, function and all those other things as well. But the biggest ticket item is if we can see those big issues with the breathing and the mortality related to spinal compression throughout life.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Henry J. Fuchs**
*President of Worldwide Research & Development*

All right. So thank you all very much for the Q&A. I'm going to ask you to vacate the premises. And then it gives me a great pleasure to introduce Lon. I want to give you just a little bit of a personal update on Lon's story. Lon joined us, as you recall, about 2 years ago and he's made an enormous amount of progress in the research pharmacology and translational sciences organization. And you're going to actually see a lot of the results of that scientific endeavor by his group over the last couple of years.

And importantly, J.J. recognized the contributions that Lon made, and J.J. wanted to hear more from Lon. And so J.J. promoted Lon with my urging and support. And in broad, Lon's responsibilities to now include a broader remit in the organization around product development and scientific strategy for the organization. And so I'm really pleased to welcome Lon to the stage, who is my colleague now, and tell you about the exciting things that he's doing in the early discovery and translational world.

**Lon Cardon**
*Chief Scientific Strategy Officer*

Thank you very much, Hank. It's a pleasure to be here today. I've got quite a lot of material for you. So I'll launch right in. Four key themes really, that I want to get through today. Following on from Hank's kind introduction, I'd like to talk to you a little bit about the strategy. I introduced this last year of where we're going with BioMarin. I'd like to tell you where we are and how that is progressing, or give you an update on our exciting program in PKU gene therapy for our 2019 IND, which is progressing -- punchline, progressing beautifully and on target. I'd like to announce our next gene therapy IND, which we call BMN 331.

It's another AAV5, and this will be for hereditary angioedema. It's the first time we've noted that here today. I'd like to come back at the end just very briefly and return to Dr. Dauber's dominantly inherited short stature and how that -- sort of that particular program and overall that approach, fits into the strategy for BioMarin. It's a really exciting time. It fits beautifully, I think, for where we're going. And I'll give you -- I'll conclude with just a few really early-stage samplers of the type of things we're looking at going forward. Nothing to declare on that, just some early-stage research for you to keep your eyes out for.

Okay, into the strategy. Last year, we noted that we were transitioning the pipeline at BioMarin from ultrarare diseases into more common conditions. The announcement we made recently about partnering, out-licensing our MPS IIIB program with Allievex really signifies the end of that transition. That is, we're no longer moving from ultrarare diseases into larger rare diseases. We have moved. We don't have new programs going on -- initiating for the ultrarare diseases anymore.

We're firmly into achondroplasia, hemophilia, PKU. And we will be into that as we go forward with all the new programs that we take on. So I wanted to note that in terms of the strategic direction. Now it's also worth noting, maybe as a subtlety here, that, that doesn't mean that we've undertaken a complete reboot within BioMarin. BioMarin's been around for more than 20 years and has some real core principles. I often get asked, what is the binding approach that BioMarin takes? Rare diseases aren't a therapy area.

We don't have a single therapy area. They don't work that way. We don't have a single modality because we have gene therapy, we have biologics, we have small molecules. What is the glue that binds this together? And it's really there on the left. It's the approach. We only take things with really high unmet need. We absolutely insist on understanding the genetics or at least a really deep understanding -- mechanistic understanding. I come from Big Pharma. That's unusual for them. The genetics and mechanistic understanding yields itself, lends itself to large effect sizes, which enables us to have smaller trials and shorter trials.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And at the end, to the extent that we can ever lay our hands on them, we really try to go for proximal endpoints. You can see that in phenylalanine with PKU, Factor VIII with hemophilia. Those are the characteristics we look for in a program. They carried us through for ultrarare diseases, and we're going to stay with those for rare diseases. So that's not -- we're not leaving that. And that's important because it means we don't have to rebuild an R&D organization or a culture in an R&D organization. We're just moving to larger disorders.

How are we going to do that? And what kind of things will you see as we go forward? This is kind of an investment thesis slide. We've invested a lot of money in a few areas at BioMarin. One, you can see and we have -- we were very proud of the fact that in gene therapy, we invested early and built a great manufacturing capability. I'm going to describe it to you a little bit today with PKU. We're going to leverage that. So we'll keep bringing on gene therapy programs.

We've already spent the money, we're going to -- to the extent that we can take them forward, you'll see more of that going forward, including the new IND I'm going to describe today. I want to come back to this one program, multiple diseases. That's the indication expansion. That's the Dr. Dauber approach, really, really exciting for me personally and for the company. So that, you will see more of. You definitely will see more of. I think that's a sweet spot for BioMarin. I'll come back to that.

And finally, the point 3 on this axis of leverage is really what you might think of as a franchise play. So where a company or an organization has a strong presence in any particular disease and you understand the patient population, and we understand the physicians, and we have a commercial supply chain and the regulatory framework, then why not expand that and continue to develop the most effective therapies for the broadest number of people. For us, what I mean by that is that's PKU. We've been in it for 15 years. We had Kuvan to begin with. We had Palynziq approved not long ago. We've now got BMN 307 on the horizon. This is a play that where possible, we will really try to leverage the understanding and the investment that we've already made in particular disease areas.

So those are the axes to look for as we go forward. Everything we choose that you'll see over the years to come, will fit into one or more of these sort of axes of leverage because we're trying to do -- to build this new program, larger rare diseases without creating -- without worsening the investment thesis and, in fact, improving it for all the programs.

So that's my segue into the update on PKU for the IND. Last year, just as a very brief recap, I spent some time to walk through, in some detail, the preclinical data that led us to this program. I described complete phenylalanine normalization in our mouse models out to the lifespan of those mice, which was 80 weeks. We described treatment effects that were, again, completely normalizing in both males and females. And we described that the results of that normalization was a correction of key neurotransmitters, not just in plasma, but in the brain, which was really exciting and the first time, I think, someone had shown that for PKU.

So these are the data that we went through in some detail, and I'm sure there -- the slides and the material are available from last year's presentation. What have we been doing in the past year and where are we now is the question. Well, we finished the nonhuman primate studies, we've got our safety. Our toxicology is done. Our efficacy is completed. We spent most of our time interacting with regulatory and payer groups and on manufacturing. So we've had some really positive pre-IND and European Health Authority scientific meetings. Importantly, those interactions have been very supportive of the design we have put forward.

So we've discussed endpoints, and we've discussed size. We've discussed expected effect size of the overall treatment given our normalization before. And so we feel like we've got great alignment with the regulators on where we're going forward and what they expect and what we are aligning with. And in fact, they've been supportive of the potential for us to have a single registration trial, one Phase I/II trial, one-and-done for PKU, and that's what we're going to aim for as we go forward with our program.

Where we are in terms of our Phe normalization? We're kind of thinking our mantra for this program is normal phenylalanine, normal diet. That's the ambition that we have for this program. So a lot of regulatory very positive interactions on regulatory payers, health authorities, both Europe and the U.S.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On the manufacturing side, we noted last year that we thought that our investment -- again, back to leverage. Our investment in manufacturing was a differentiator for BioMarin, and that was a key asset because we said we -- the first patient we would treat with this product would be with commercial-grade material. No switches in the process.

I'm really pleased to tell you today that not only will the first patient be treated with commercial-grade material, we've already completed the entire campaign. We have the entire drug product ready at commercial-grade for this trial, for the Phase I, Phase II single study locked and loaded for 307. Really excited about that. We've moved from valrox, the initial campaign for valrox into the valrox PPQ.

We then turned that manufacturing facility, Robert may want to talk to this, over to PKU and now we're already back to valrox. We got PKU done. So not only showing that we've got the capacity to handle multiple programs, but we've got the flexibility to switch between them. And we still think that's really unique in differentiating for BioMarin.

So the clinical trial will be an observational study. We call that PHEnom. The first patients have been enrolled already in our observational study. Those patients will roll into the gene therapy interventional. Again, one treatment study, which we call PHEarless. That will be -- that interventional study will have 2 components. It will be -- we'll start at an agreed dose and we will dose escalate, and then we will expand those cohorts as appropriate when they meet certain criteria. So that's effectively the design.

So the summary of where we are with our IND? We finished our nonhuman primate and mass GLP studies. Really pleased with the manufacturing campaign. It's done for the entire -- whatever the dose cohort we end with, we are ready. A number of successful regulatory interactions with a broad number of groups, and it's really helped us to align on the plan for the overall program. We announced in September that we submitted our CTA to the U.K.

I can tell you today, we received very positive initial comments back from that CTA just a few weeks ago. We're very confident that we'll clear the CTA this year, and we'll be right on track as we declared to dose first patients early next year. We'll -- our IND submission on the back of that CTA is imminent. We'll have this -- that this year. So all on track with PKU. Great regulatory. Really happy with the manufacturing side, and that study is ready to go.

Moving on then to the next -- continuing on this access of leverage for gene therapy. The next program is BMN 331 gene therapy for hereditary angioedema. Now stepping back from before I go into this. Last year, I said -- I kind of at the end of the presentation hinted that we've got a number of gene therapy programs in early stages of development, and we still have a number of early-stage programs in gene therapy. I said we would. We're leveraging that.

A few we've terminated because they're ultrarare. We're not doing ultrarare, but most we still have ongoing. This one bubbled to the top suddenly over the past year because we really were able to leverage some of our key findings and approaches from valrox and PKU. We've been interested in this for a very long time. But only recently have we felt like we can actually crack it. The way to think about this, I think big picture, of this particular program is a copy of valrox in many ways. It's A -- and I'll tell you why.

It's AAV5, which valrox is, as is PKU, so leveraging all of our experience there, both in manufacturing and understanding how that capsid works. The goal there is to increase some protein level here at C1 esterase inhibitor. In valrox, it is Factor VIII. The goal of increasing that protein is to decrease negative clinical sequelae, the consequences in valrox, that's bleeds. And here, it's really severe life-threatening edema attacks. And again, we enabled this by our key learnings from valrox and PKU, as I'll describe shortly.

Just a bit about the disease. It's an autosomal dominant disorder in a serine protease. Really severe attacks, can be life-threatening. Relatively large number of patients for BioMarin. Prevalence estimates always vary on these things, but somewhere in the order of 35,000, of which maybe 1/3 or 1/4 are severe. Standard of care is improving. So moving from acute on-demand into prophylaxis, and that hasn't improved the setting for these patients, for the severe patients, but they're still unmet need. They haven't eliminated attacks.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And that means the patients walk around in a pretty severe fear of having what could be a life-threating attack. It's actually a disease that has been crying out for a treatment like gene therapy right from the beginning. You smooth out the peaks and troughs of any traditional therapy, eliminate, if one can, the life-threatening attacks, restore quality of life. The problem with this one that why people to date haven't been able to really put forward a gene therapy, is that gene therapy needs to make a large amount of protein for this to have therapeutic benefit. To give you a comparison of this sort of at cartoon level, but these are data.

Protein levels, think of Factor VIII on the left there, Factor IX, just as an example in the middle and C1 esterase inhibitor on the right. So relative to Factor VIII, our valrox program, we need a thousandfold more protein out of this. So a huge demand on a gene therapy to make that much protein. And that, I think, we think, is why this hasn't been tackled by others. It's an obvious one for gene therapy. And I alluded before, we've been trying this, too. We've been at this for 5 years and haven't been able to get those levels. And unless we can get up into those levels, we don't have a treatment, we don't reduce the edema, we don't have a path forward. So and only recently, again, learning from the vector biology and the way we've approached PKU and valrox, have we been able to achieve those levels.

I'll give you the data in one slide. It's a little complicated, so I'll walk you through. The left 2 bars there are the prophylactic -- the standard of care, prophylactic treatment. The horizontal dashed lines, the lower one is minimum therapeutic level to get anything in terms of edema improvement. The green line is where we really want to get for any gene therapy treatment, 70% of normal levels. Just staying with the left 2 bars, you can see severe patients that aren't receiving prophylaxis have a problem in terms of attacks.

Upon receiving prophylaxis, they are improving, and they're above a minimum therapeutic benefit. So that's why their attacks are decreased, although not eliminated entirely. We need to get them up above that 70% range. The middle bar, which you can't see is a bar at all, was where we have been for about 4 or 5 years. We have -- you can't even read it.

We haven't been able to get our standard, more traditional gene therapy programs to produce enough of this protein nor have others. It's a really, really hard problem. For reasons we'll disclose sometime in the future, but the large views are on the right there, promoter and enhancer properties, codon optimization, the tricks of trade we've been learning by being in gene therapy now for a number of years. This is our third product. We've been able to increase that to a level that's at least what we need in the mouse models for C1 esterase. And those of you that are following the gene therapy really -- field really closely, gene therapy dose response curves are really steep and -- compared to other therapies, and we're not at the top of that dose response curve.

So if, for whatever reason, the mice data, we need a higher dose, we can still go there, and we're comfortable with that given the doses that we've dealt with other diseases. So feeling really good about C1 esterase and about HAE. Our nonhuman primates, we're deep into them. Those studies are ongoing. IND studies will initiate next year, beginning mid next year. What we're aiming for is this IND to be out end of 2020, early 2021, in that timeframe.

Okay. I want to come back very briefly to Dr. Dauber's study, partly because I want to put this into context of the strategy, partly because on a personal level, this is one of the most exciting things that I have seen for the field that I have grown up in, I'll describe to you why. So I said we were transitioning from ultrarare into larger rare conditions. We talked about that moving from MPS into, for example, achondroplasia.

What Dr. Dauber described was yet another step, was moving from an already large rare condition into an even larger one, or from a large number of achondroplasia patients into idiopathic short stature, which could be into the hundreds of thousands if -- in potential space there. So really, really large. People have talked about that type of approach, rare to common approaches, for years, for a decade, more than that. And the model has always been, let's learn from rare diseases because they're relatively simpler, mechanistically, biologically, and then we'll apply those learnings to more common diseases.

And that's a reasonably fair approach, hadn't worked very much, but it's a reasonably fair approach. This is different than that. This is a step above that. We're not talking about just learning from the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

rare diseases. We're talking about the exact same target, CNP, the same mechanism, the same drug for broader diseases. This isn't just learning and then starting a new campaign. Dr. Dauber's study is effectively a Phase II study. If that is successful, and he identifies subgroups that are responsive to that, that could enable straight into Phase III. You go straight in.

So we don't start again with talks and safety and all the studies that we would need. We may need dose. We may need specific ones. But it enables a direct translation into the broader indication. And I say, for me, this is so exciting because I'm a human geneticist. I spent the first 2/3 of my career trying to find genes that cause diseases, spent the last 10 years, trying to translate that and found lots of genes, thousands for height alone, and you could pick your disease and there are hundreds now.

It hasn't actually translated very much. This is a key to transition. This is one of the ways we've been thinking about trying to get these things forward. We take a gene, we know about it, we build a disease that is really effective for rare diseases with an eye on even broader indications.

So what can work at CNP, may work in broader indications. And in fact, the discoveries around the world are starting to yield genes that have those properties. And it's really, really exciting. I feel it's exciting for BioMarin because we're in a perfect spot for that, because we're a rare disease company, we know how to make rare disease drugs and we're prepared to go into broader conditions. And in fact, we're already heading that way. Other rare disease companies aren't going to be prepared to go into broad conditions, and Big Pharma finds it hard to be flexible enough in general on the rare diseases. So it's kind of a sweet spot. This indication is genetically mediated indication expansion is, really exciting for us.

Returning just one last slide on CNP. Hank mentioned this before. Dr. Dauber is exploring -- has made this terrific proposal, which we were so excited to see, using the human genetics data, and you walk through the dominantly inherited short stature. That selection, that enrollment scheme is going to include individuals with a number of different mutations in different genes. If you -- and Hank said that we would complement that with more traditional cell-based models we'll ask -- in fact, the question was asked about NPR2 responsiveness.

If you look at that in a cell-based model here, the heterozygote is the middle graph there and asking the question, if you apply CNP to heterozygote mutations, do you restore function, in this case, cGMP. It should work. So you can look at the human genetic data, observationally, and say -- as Dr. Dauber has and say, I have a good hypothesis that this should work and then you can complement that with cellular models and say, yes, it should work on that. And we'll see, to the extent that it does and align these. And that's the approach we're taking. That's one of the powers of gene editing, we can just knock these things out and test all of these different mutations now and do it in a real quick fashion, which is what we've done here, and we will continue to do for the other programs.

Okay. I want to come back on this, 3 slides just at the end. Moving from things that we have discussed that are coming forward. So we've got PKU IND 2019. We've got HAE gene therapy. We've got a third program going into the clinic in 2020. A couple of vignettes on things that we are excited and working on. And I -- this one, I just want to put in as a placeholder for you. You -- most people in this room will realize -- will know BioMarin had a program in drisapersen, Phase III program, couldn't it get it across the finish line, both for dystrophin levels and for safety.

But BioMarin has remained and does remain very strongly committed to Duchenne. That's a disease area that would fit well for us. It's a big area. There's room for therapies. There's great advances. But there's room for more. We have -- I put this up as a -- again, just to show you that we continue to work on this in exploratory fashion. Exploratory for us means as early as possible. This is the very first stage. We've continued, we've created new mouse models. We've -- even in the oligo sense, evaluated all kinds of different sequence enhancements. In this case, we can get dystrophin up to a level that we need to.

We can do that with macro level safety that we weren't able to achieve before, without apparent histological challenges in the preclinical models. I point you this not to say DMD ASO is coming. It may or may not. This is, again, exploratory research, but DMD is an active area for BioMarin. And ASOs, gene therapy, combinations thereof are all in scope for us as we go forward.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Two slides to end. Again, sampling of vignettes. And this comes back to gene therapy. So anybody who's in -- really in gene therapy industry-wise, well, almost everyone will have some version of new capsid discovery, whether they're after new tissue tropism because they want to go from liver to muscle to brain or whatever, or seroprevalence, so they have less pre-existing immunity to the capsids or whatever the interest is. Most people will have -- most groups will have some activity in identifying new capsids, and we do too.

The approaches. There's lots of different approaches people take on this. A pretty common one is some version of genome engineerings. Genome engineering take attractive features of this capsid, combine it with attractive features of that capsid and hope that the outcome has the desirable features that one is particularly looking at. And that's pretty standard. It's getting more advanced. Our approach has been a little bit different than trying to second-guess nature. And in fact, what we've done is just sample as broadly as we can across species and tissues and look for new variants of new capsids that are different. Let evolution do all that tinkering of combination and just see what we can find, those with different tropism, those with better properties, whatever.

On the left here, you'll see a phylogenetic tree, which is really a measure of differences among capsids. The bottom ones in blue are the capsids that you'll be very familiar with, AAV 9, AAV 8, et cetera. A lot of people use them. By this natural screening of different species and different tissues, we found quite a large set now. 9 I'm showing on this slide right here of capsids that have very substantial sequence divergence from those that you'll know and love.

And in fact, on the right-hand graph, this is a complicated way of showing pre-existing immunity, but where better properties would be to the top and right, meaning one could expose these -- the broadest number of people to these capsids. They're all pretty unique in the sense that they're -- the AAV5, we think, is very good. That's in green in the middle. These are even better, meaning they could be likely used in even a broader number of individuals, maybe without a companion diagnostic even and without raising antibodies. So we've got a bunch of capsids, and they're -- and we're screening them through.

They -- because we found them in different tissues in different species, they do have different tropism for different tissues. One particularly exciting application, though, for these is that new capsids themselves -- by virtue of the fact that they're really different from others, they themselves may offer the -- a direct opportunity for retreatment, for redosing, which could be really exciting for children or for cells that turn over or for waning effects or whatever. And I'll show you what I mean by that, and this will be my final slide for the day.

Imagine a situation, these are real data, but imagine a situation where we dose with AAV5 or any capsid and then redose with that same capsid. What you're going to do is get a big antibody response because the first exposure will raise that, okay? And in fact, the left panel on the bottom there is exactly what happens. You dose amounts with AAV5, then dose it again with AAV5 and you get this big antibody response. That's the pink bar.

But dose that same mouse or that same class of mice, follow an AAV5 administration with one of these new capsids, nothing. There's nothing to -- on that left panel. No antibody response at all with a new capsid. Look at the right-hand panel on the bottom. If there's no antibody response, then you'd expect you'd get big expression of the gene, and that's exactly what you get. So what it means is these capsids themselves, because they're so different, may provide a vehicle for redosing. And in fact, if you want to take that beyond the mouse context, we took samples from our Phase I/II, all the valrox patients.

They've all been exposed with AAV5, the low dose and the higher dose, and applied this new capsid to those samples, to the human samples that had been -- and asked how much antibody response is elicited from a new capsid. And in fact, of the 15 patients that had been administered valrox, AAV5 exposure, 10 showed nothing at all, no detectable antibody response at all. 4 out of the remaining 5 had just a modest antibody response. And really, only one had an appreciable response, and even that was much lower than you would get from AAV5 readministration. So just to say, we're doing a lot of capsid work. The capsid work is offering new opportunities for us into new tissue areas, organ areas, but also may have direct applications should we need it for a redosing activity.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So a lot of material I presented to you today. Again, started with the strategy to tell you where we are on leveraging our investments in the transition from ultrarare into larger indications, giving you an update on 307, our PKU gene therapy, described the motivation and the data for our next gene therapy and then, again, described -- followed on from Dr. Dauber's dominantly inherited short stature and giving you some vignettes on the type of things we're thinking about going forward.

I'll finish there. And I think -- you and I are going to do Q&A, Hank? Thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Mohit. I didn't get you the last time, so you're going to be first up this time.

**Mohit Bansal**
*Citigroup Inc, Research Division*

Mohit from Citi. So you mentioned DMD and you -- so given that you had -- you had tried and saw a result gene therapy, you are good there. Lot of companies are trying to combine these 2 approaches to tackle these indications. What do you think about that?

**Lon Cardon**
*Chief Scientific Strategy Officer*

Yes, I think the thought has crossed our mind. As you can imagine, we've invested in the gene therapy side of thing, and we have continued, as I was really -- you got the point exactly I was trying to show. We've continued on the ASO because we think DMD just needs treatment. To the extent that those could be combined, that's -- we don't have data, but that is an area that we are definitely exploring it. It's a natural for us.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

And I would go a little further. The concept of gene therapy with AAV5 is to aspire to dose when the organ is relatively mature, so there's not a lot of cellular turnover, so there's not a lot of gene dilution. Obviously, in Duchenne muscular dystrophy, at the same time as the organ is developing, the organ is also failing. And so it would be ideal to dose a child with relatively preserved muscle function, but that muscle is going to divide and dilute the gene.

And in the absence of BioMarin's capsid, you wouldn't be able to redose that patient. With the presence of BioMarin's capsids, of course, we could potentially redose that patient. A different strategic approach to take is to use ASOs during childhood, full till development, until the organ is at its maximum size and then dose with the gene therapy to obviate the need for further ASO, sort of the opposite of the way Zolgensma is thought of now. So I think that's -- there are several opportunities here, therapeutic roads to take. And I think the future is bright in that regard.

And the challenge of DMD gene therapy is what do you express. And I think one of the unique advantages, and I want to leave it at this, of BioMarin's gene therapy platform is the ability to package potentially larger capsids -- larger vectors than what had been thought of as historical packaging limit of cells -- of AAV5. So that -- we're very excited about Duchenne and progressing it, as Lon said.

Well, that's actually -- that is what we call it.

Yes. Phil?

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

Phil Nadeau from Cowen. Two questions. First, on the PKU potentially registrational Phase I/II. Can you give us maybe a little bit more details on your interactions with the regulators as to that trial design? In particular, how long, how many patients and what proportion of patients will need to get to Phe normalization in order for it to support registration? And then the second question on the short stature, just a follow-up on the prior session and your comments. What magnitude of change in AGV do you need to see to consider proof-of-concept in a particular indication and move forward into a registrational study?

**Lon Cardon**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Chief Scientific Strategy Officer*

Do you want to take the first? I'll take the second, maybe.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

So how many patients is going to be driven by the amount of dose escalation that has to occur on the one hand. And so it's a fairly traditional dose escalation trial. But once a active dose is found and criteria for that are in the protocol, they'll be [ covered ] expansion. And then patients will be followed, I think, for a year, I'm going to look at Jeff, to document the durability of expression of the transgene and the maintenance of phenylalanine correction law and normal diet. The numbers that we've discussed with the health authorities for supporting registration are also informed by a consideration. We may want to take more than one dose level forward.

So we'll expand at the first sign of Phe correction, and we will consider, if safe, escalating to a higher dose and expanding that as well. And basically, the first dose that gets across the finish line will trigger initiation of registration applications and could potentially be followed by filing for a higher dose. Underneath all of that, by the way, are our potential durability considerations that may take years to work out. And we don't want to hold up the program's registration while we sort out long-term -- long-long-term durability considerations. So that's what should happen on the sample size and time considerations. And then, Lon, you want to take over?

**Lon Cardon**
*Chief Scientific Strategy Officer*

Yes. I may invite Dr. Dauber -- it's your study, but I'll give an answer to that. There is a school -- this is the question of what effect size do we expect for the dominantly inherited short stature. I think the short answer to that is we need to do the study and look at it. There is a school of thought that says, actually some of those mutations will respond at least as well or better. Achondroplasia is a hard problem because of the FGFR3 effect. And so we'll do the study and we'll see. But there is a -- at least one school of thought that says, we should do very well on at least some of these. Do you want to add to that?

I don't know if there's a mic, but -- well...

**Henry J. Fuchs**
*President of Worldwide Research & Development*

He needs a mic.

One second, Andrew, because we're webcasting, so we want to make sure that we capture.

**Andrew Dauber;Children's National Hospital;Chief of Endocrinology**

I think your specific question about what you need to reach to decide to pull the trigger for Phase III study is really not going to be my decision. I'm more interested in what the response is in these individual patients. I'll tell you that in this patient population, I'm thinking more of the change in high standard deviation score because in achondroplasia, I guess, there's less variability in the growth philosophy over time, but depending on these individual baseline height velocities, I think having one specific height velocity might not be as meaningful.

But typically, if you have any change in height standard deviation score of around 0.4 or higher within 1 year, that's thought to be a good response or a reasonable response, at least to growth hormone. And as I said, I think there's good reason, as Lon was saying as well, that these patients may respond even better than in the patients with achondroplasia. So we really have to see. And then we also need to do that subgroup analysis to see if there are individuals who are quite responsive and individuals who are less responsive. So I think there's a lot that we need to figure out first before we can give a firm answer.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Matt? Sorry about that.

**Matthew Kelsey Harrison**
*Morgan Stanley, Research Division*

Matthew Harrison, Morgan Stanley. I guess 2 for me. So one, can you just comment maybe a little bit more on durability considerations for PKU? And I guess in the context of what you saw with valrox, how you think about durability and you think about construct and you think about steroids potentially in that study. And then second question on C1. Can you just remind us, are there any issues with too high levels of C1 and how you're going to manage that in the study?

**Lon Cardon**
*Chief Scientific Strategy Officer*

Do you want to take that?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

You can, let her rip.

**Lon Cardon**
*Chief Scientific Strategy Officer*

Well, so durability. So we've got a secreted protein with valrox versus an intracellular one. So we need to see what that's going to look like. The mouse data looked great as far out as the eye could see in terms of durability. I think -- will there be variability, will there be -- I think that's going to be biology with this. But I don't know that the lessons of valrox will translate directly because of the different construct. The capsid is one thing, transduction -- but the construct itself that's going in. Steroids. Do you want to talk about thinking on steroids, Hank?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well, as you know, we're trying to move steroids to an earlier time point. And I think we're still in the final finals of this, but I would imagine that steroid use in the PKU-037 program will be prophylactic from the get-go. There seems to be gaining acceptance in the community, which is a little bit different than where we started with valrox on the potential use of steroids. And the other thing about durability to say is, as Lon pointed out, you can measure directly the direct product of the transgene in the circulation, but it's not possible to do in the hepatocyte as readily.

And we're developing technology to be able to quantify the amount of protein in hepatocytes so that we could look at protein expression over time in case there is vector catabolism as we see with valrox, don't know. Different size gene. So that may aid and guide durability considerations.

**Lon Cardon**
*Chief Scientific Strategy Officer*

He was asking a C1 esterase overshoot...

**Henry J. Fuchs**
*President of Worldwide Research & Development*

C1 esterase overshoot, right. So there has been reported complications of too -- way too high administration of C1 esterase inhibitors in patients in an unapproved setting for the product. And I believe what it is, is children on extracorporeal membrane oxygenation of off-label use in a very different therapeutic context area in C1 esterase inhibitor deficiency, I don't think that they have been reported overshooting types of complications. And as Lon pointed out in his slide, you don't really need to go way beyond the upper range of normal, it's a little bit like hemophilia in that there's a relatively wide therapeutic index, very wide range of occurrence of C1 esterase inhibitor expression, and we just need to sort of get to the bottom of the significant level for effective coverage.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Lon Cardon**
*Chief Scientific Strategy Officer*

One more?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Okay. I think we have time for one more.

**Huidong Wang**
*Barclays Bank PLC, Research Division*

Gena Wang from Barclays. Two questions. The first one, I just wanted to confirm, for the PKU program, the Phase I/II trial, would you use prophy steroid treatment?

**Lon Cardon**
*Chief Scientific Strategy Officer*

Yes.

**Huidong Wang**
*Barclays Bank PLC, Research Division*

Okay. And then will you try to hit -- the first dose, will you try to hit the -- within therapeutic window based on the animal data?

**Lon Cardon**
*Chief Scientific Strategy Officer*

Yes.

**Huidong Wang**
*Barclays Bank PLC, Research Division*

Okay.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

That's -- in particular, that's why we like the British health authority. They have a long experience with gene therapy programs and an understanding for the patient community. So they don't want to be exposed to potentially ineffective doses where possible. And so that's been a great enablement of our programs.

**Huidong Wang**
*Barclays Bank PLC, Research Division*

Great. And then the HAE program. So you did some optimization on the vectors. I was just wondering for the promoter enhancer part, did you use a tissue-specific promoter? And the second question, you also have a vector optimization. What did you do? And did you try to improve tissue tropism?

**Lon Cardon**
*Chief Scientific Strategy Officer*

Yes. Tissue tropism, not necessarily because we're straight AAV5. But in terms of codon optimization and selection, we definitely optimized around both promoter and the codon, the entire sequence.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

And it is tissue specific.

**Lon Cardon**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

*Chief Scientific Strategy Officer*
And it already is tissue specific.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes.

Okay. Great. Thank you very much, Lon. Awesome.

Great pleasure to introduce my colleague Robert Baffi, in-charge of technical operations. And he's going to give you a status report. Thanks, Robert.

**Robert A. Baffi**
*President of Global Manufacturing & Technical Operations*

Well, thank you, Hank. It is great to be here again. Last year, we talked about kicking off the PPQ campaign for valrox. I'm going to give you an update on the progress we've made there and also on the BMN 307 program. Needless to say, filing both a CTA and a BLA in the same year on 2 gene therapy programs has been exhilarating. And let me take you through a bit of what we've been involved in.

I've showed this slide or a variant of this slide before, and it's meant to describe the size of the molecules and the complexity that comes with those molecules. Gene therapy is -- our valrox program is a very large molecule, over 5 million daltons, and the complexity of making that, of characterizing it and controlling the process was paramount in our minds as we were thinking about the development of this program. So rather than take you through this, I would share with you some comments from Dr. Peter Marks. These were comments made just 2 weeks ago, but it echoes some of the concerns that the health authorities have been expressing over gene therapy from the very beginning.

They see tremendous clinical benefit in a small number of patient trials, and they've seen a variety of different approaches to manufacturing that has kept them wanting as they compare those to the recombinant programs and the level of control of those processes and the development of those processes. Dr. Marks highlighted his concerns about productivity, the scale, being able to produce enough product, the purification processes and the lack of international collaboration on requirements and expectations for these programs.

So as we've gone about this, we licensed our product in 2013. And what you can see here is the chronology and the strategy that we've developed over time. This is based, quite frankly, on our experience with recombinant products. And it started off with very little expertise and capabilities within the company from a manufacturing perspective. Nonetheless, we developed with collaborators a tox material and developed a clinical process. And what you can see across the bottom is assay development as an ongoing multiyear approach to this. And quite frankly, we learned something new every day.

As we moved into 2015, we produced the Phase I/II material. We did that with a contractor, and we filed the CTA and continued a long journey on the assay development side.

In 2016, we got the proof-of-concept data from the valrox Phase I/II study, and that convinced us that we had a winner here, and that we were -- be developing other gene therapy programs. And we made a significant commitment to build our own commercial facility. We developed the commercial process and of course, stayed on the assay development journey.

In 2017, we finished the construction and commissioned that facility and produced the Phase III material to be timed to the clinical studies that were being conducted moving into Phase III. So we were able to start the Phase III study with commercial process material. You see the Phase III material assay development stage 4 in a separate box. I'll come back to that in a moment.

2018, the facility was recognized as a facility of the year project execution. And we started a PPQ campaign, process performance campaign, process validation and assay validation and continued that work into 2019, and it culminated with the generation of 306 technical reports that are being compiled for

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the MAA and BLA. This is a substantially different approach than other companies have reported that have gotten gene therapy products approved, and we think it will establish a new standard and benchmark in terms of expectations for CMC. We're on the verge of submitting the MAA and BLA.

Now this is not just my strategy here. This strategy has been, in a piecemeal fashion, discussed with FDA and the EMA over the entire development program. And so we've had significant discussions where we've got an endorsement of the facility design, control and validation approach. And as we've looked at our analytical strategy used for product characterization, specification and process controls. We've developed and validated 50 orthogonal methods used to demonstrate comparability of the product as we move from the material that was produced at the contractor into our commercial facility and process.

We started the Phase III program with commercial material, so that really derisked the program significantly and we produced over 34 lots to support nonclinical and clinical requirements and to build large inventory in anticipation of approval of the product.

Also, what's important is not only the things we changed, which I've just described, but the things that we left unchanged. Throughout development, we used the same capsid, we used the same transgene, the same wholesale for production and the same formulation. These are critical things that routinely would require bridging studies if one were to make substantial changes to these. From the Phase III material and the assay development, we got 2 compliments from regulatory health authorities, which were a bit surprising.

When we went to the pre-BLA meeting, FDA thanked us for using commercial scale material in the Phase III study. When we went to the pre-MAA meeting, the rapporteurs thanked us for using -- for developing a state-of-the-art control system. These are indicative of the things that they're not seeing in other gene therapy programs.

So when we talk about quality and comparability and considerations around that and the 50 methods we developed, what are we really looking for? Well, in the simplest terms, we have the desired product. We have a capsid made of multiple different proteins. And we have a transgene sequence, and that's what we're trying to produce. There are ICH documents, International Conference on Harmonization, which describes some of the critical quality attributes that you should look for. And the translation of that document is something that needs to be controlled to ensure safety and efficacy.

So what are those things that need to be controlled? Well, there's a long list of them. It provides infinite entertainment for our analytical scientists, for sure. And some of those are related to the product. And you see the long list there. Some are related to the capsid itself and the types of degradation or impurity -- product-related impurities that might come along. Some of those are related to the DNA sequence that gets encapsulated into those capsids.

I've talked to you in the past about empty capsids and our approach to this, and we developed methods that not only can measure that, but informed our process to be able to virtually eliminate empty capsids from the product.

There are process-related impurities that come from the wholesale, the production system themselves, maybe it's proteins or DNA, could be components from the media or even from the resins used to purify the product. And then there's a variety of contaminants, which you really want to completely avoid in the process, the addition of advantageous viruses, microplasma bioburden, those sorts of things.

So when we looked at the analytical characterization, aligned with the clinical data, we came to some conclusions. One was that the comparability of clinical and commercial product was established based on using the variety of analytical methods we developed, that there was no statistical difference in factor expression between clinical and commercial product, that the health authorities reviewed all this data before we started the Phase III data and that this data set informed them during the pre-BLA/MAA discussions and led to the agreement to file based on the interim Phase III results.

Now we and other companies have seen variability in gene therapy as we've gotten to factor expression.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And one of the possibilities is that the variability is due to the manufacturer of the product. I'm here today to hopefully convince you that it's not the material that results in variability. In a moment, Dr. Wong will talk to you about other aspects of administration that could be involved in that.

But what this slide shows you is 6 patients in our Phase III study received the same batch of valrox. And what you can see is a spectrum of responses from virtually no response in the chromogenic assay to a variety of increasing responses in different patients. This leads to the understanding that the variability within a batch is similar to the variability amongst batches, and that this data set is very interesting because most other companies do not produce sufficient material on 1 batch to treat multiple patients. So the data demonstrates that the product itself is not contributing to the variability and notwithstanding this variability, we see very robust and durable clinical response.

We've showed you this picture in the past is our gene therapy facility, and we've made a substantial investment in manufacturing facility. And it's not just a manufacturing facility itself, it is the supporting process sciences lab, it's the supporting QC labs, it's the supporting research laboratories. And over the past years, we've spent a cumulative $200 million in investment for this capability, which now allows us to leverage this not only for the 307 program, but for the HAE program that Lon described.

And so we leverage our 20 years of biologics experience, along with the inspection embedded quality systems that have been inspected by health authorities over 70 times. This capability allowed us to empower the largest gene therapy program ever conducted, and the facility is designed to support 5,000 patients a year. There's a variety of benefits that come to having this capability now, not only were we able to produce the valrox material utilized in the Phase III study utilizing the commercial processes, we leveraged that information for the 307 program, and we've taken this step further where we're going to start the Phase I/II study with the commercial process, thereby derisking the program.

There are subtle differences in the 307 program. And what I can tell you is that, that program is 4x more productive than our valrox program. So when I quote you 5,000 patients per year, that's based on valrox process and dosing. We're leveraging these learnings now to support the IND-enabling activities for the HAE program, and we look forward to bringing that into the facility very soon. We're expanding our capacity. We're under construction now of a GMP-capable pilot facility, and this will really allow us to bring multiple programs into development simultaneously. And we've designed a second commercial gene therapy facility, which will allow for rapid construction and we're waiting to see how the portfolio of gene therapy products evolves before we make a commitment to constructing that facility.

So where are we now? The regulatory documentation is ready to submit. The Common Technical Document provides the framework to submit the product into multiple jurisdictions. We were responsible for generating modules 2 and 3. Hank and his team are putting the clinical modules together in parallel with this. We think we have a very clear rationale linking science and compliance as it refers to this document. We did prospectively define PPQ validation criteria were met, which I think will be very valuable as the regulators review this. It's a robust and consistent demonstration over multiple campaigns, and we've incorporated a comprehensive data integrity checks of all the data -- that is, of the 306 technical reports that were generated.

What I would say, when we look at this total package, and as we presented this to regulators, this is one of the key findings that led EMA to give us the accelerated assessment review process because it's not only unmet medical need that is of critical importance, it is also the overall quality of the package. And as I commented before, they were very complimentary of the control system we developed. You can see on the right, the checklist of activities. I won't go through all of those, but a very successful year in being able to generate the data necessary to support this. We have one box left to check, and that's the pre-approval inspections, and those will occur likely in the first half of next year.

So I'd like to leave you with the conclusion that we're on the launching pad with valrox. We're ready for submitting marketing applications in the U.S. and Europe by end of the year. We're inspections -- inspection ready, and we expect that in early next year and launching soon after approval. The manufacturing that we're doing is really at unprecedented scale, 2,000 liter fermentation tanks, along with the purification and filling capabilities. We are setting an industry standard in terms of both for the industry as well as for the health authorities on the standards for CMC requirements, looking like a very

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

traditional recombinant DNA type of submission. And we're developing a platform technology that will increase the number, speed and productivity of subsequent gene therapy programs.

And with that, I know we have some Q&A later on in the session.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

It gives me great pleasure to introduce Wing, which I'm going to do in one second, but Robert is also a humble guy. I had an opportunity to look at -- the first company, the first commercial company to introduce hemophilia gene therapy, I measured the time interval from the very first patient they dosed in Phase I clinical trials to the initiation of the first patient dosed in their Phase III trial. That time line was something on the order of, I think, 42, 46 months. BioMarin, largely driven by Robert and Wing, went from first patient dosed to an application on file in about 48 months. The commercial advantage of this team is unbelievable. And therefore, it gives me great pleasure to introduce Wing.

Wing is a humble individual. So that's why I'm introducing Wing. Wing is also a little bit of a -- a bit of a fire engine in the sense that she prefers to sort of work behind the scenes and only sort of get visibly and actively engaged when the need is. And you can imagine at that pace, that's every day for us. And on a personal level, I want to thank and appreciate Wing, she's an amazing person.

Okay. Wing's background, get a little more technical about it, started her career at USC. And people like Ravi and Dr. Dauber, they are the triple threats. This is the historical classic designation of a physician who is a caregiver, researcher and a teacher, but that wasn't enough for Wing. And Wing decided to move to industry to amplify on a much larger scale the impact that she could have therapeutically for people starting in the medical areas at Baxter and Biogen. That's because there really wasn't that much innovation going on in the hemophilia space. And when Wing heard about gene therapy, Wing decided to become a clinical investigator on the industry side, and she's really done a phenomenal job, as I said, leading and driving the program. Hemophilia patients are lucky to have you, Wing. So, ladies and gentlemen, Wing.

**Yen Wong Wing**
*Vice President of Clinical Science*

I guess, can you see me? Yes. It is obvious, I didn't get vosoritide. Let's see. Let's get to the next slide. All right. So thank you, Hank, for that kind introduction.

I have certainly walked through the hemophilia product development journey the last 15 years of my life in the industry and over 20 years in academia, so you can add up and think how old I am. But certainly been -- also been involved in a number of these products in the development, and more importantly, in getting them to patients.

Now unfortunately, I've also seen the devastation of HIV and hepatitis in the early years of my training and carried that memory of these people we have lost throughout the first 2 areas of those rectangles that you see because it lasted over a number of years until 1985 when products were safe. So the development of safer recombinant clotting factors was a good add or an incremental add to the armamentarium that we have. However, that also had, nevertheless, experienced unanticipated contamination and shortages. And I think some of you may remember those shortages, and we had to then really scramble and really try to push up the development of other products. So we moved into the extended half-life products.

Even with extended half-life products, 2 of which I was intimately involved in and launched, we hit the ceiling of inability to extend that Factor VIII half-life beyond 1.5x that we can do. So prophylaxis with extended half-life products still require 2 to 3x of IV access injections per week. So it's 100 to 150 times a year. Moreover, these injections were accompanied with suboptimal trough levels, the Factor VIII levels were just not high enough to provide daily protection from bleeding episodes. You got protected at some of the time, but not all of the time.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The next evolution was the introduction of Biomimetics, and you see there in terms of nonfactor therapies. These are essentially, especially with emi, a bypassing agent. And for patients with inhibitors, take our Factor VIII inhibitors, it's a phenomenal advancement. While there is efficacy in patients with no inhibitors and that has been used and is being used now, they still require frequent subcu injections. Mahlangu, in 2018, shared with us the data of the study that shows that 50% to 60% of patients report breakthrough bleeding that requires exogenous or additional Factor VIII treatment with emi use and that greater than 25% of patients still had joint bleeds that require treatment. The monitoring of this additional Factor VIII and treatment for breakthrough bleeds is challenging. This is not simply a measuring Factor VIII, because you're not giving Factor VIII. Emi is a biphenotypic antibody. Now other ongoing questions include reports of thrombotic microangiopathy and deaths, and this has been recently outlined in a letter to the editor in the New England Journal of Medicine.

So while it is helpful, it is not getting us to where we need to go. The current treatment options, including all these non-Factor VIII replacement therapies that are here or coming, all still require lifelong maintenance and a high degree of compliance to the prescribed treatment schedule in order to achieve their therapeutic effect. Ongoing anxiety, if you're a parent or a patient, regarding bleeding risk, can be experienced all the time. And if you miss just 1 injection, you worry you're not getting to the level you need to be protected. So with this compliance issue and with even after more treatment compliance the perfect patient, and we have a number of those, progressive joint damage and impaired quality of life still occurs. You see that in the literature.

So at the very core, none of the currently marketed therapies can alter the fundamental need of patients with hemophilia A, and that fundamental need is attainment of sustained hemostatically effective Factor VIII activity levels over multiple years. It is this unmet need that can be addressed by gene therapy and by valrox. So the field is looking for a physiologic treatment that can restore hemostasis and -- using gene therapy.

So we have shown you in the past 3 to 4 years that valrox addresses this physiologic need. It replaces that which is missing, and it does not disrupt the coagulation cascade because mother nature does not like disruption of the coagulation cascade. And you will have additional risk when you do that. So valrox has established a sustained hemostatically effective Factor VIII levels over 2 to 3 years, with documented abrogation of bleeds and documented abrogation of need for replacement therapy. These give patients the freedom not to have to worry, not to have uncertainties and to be able to enjoy the spontaneity that life's activities give you. We seldom talk about these things, but spontaneity, if you think about it, it's very important in our daily lives, and we take it for granted.

So throughout our journey in the past 3.5 years to 4 years, I've been with this program pretty close to its inception. We have the data from our studies, the established that we are making this positive difference that I've alluded to and that this difference has endured. This is a result, heretofore unseen in this hemophilia community. And it's the results and the data and facts that gives us confidence in our path forward.

Here I listed 3 of the areas that I will share with you. So the regulatory issues in terms of the Factor VIII levels achieving reasonably likely to reduce bleeding is established. We have our submissions on track, end of this year. We have the EMA Accelerated Assessment that reflects the unmet need and the manufacturing stability and robustness. So the regulatory path is clear. I will share with you the Phase III data that also then supports the study data that shows statistical power to demonstrate reduction in bleeding and superiority.

I will show you the enhanced steroid management we have. And it's really my pleasure and honor to share with you that we have dosed to date 130 patients in the Phase III study.

Now what have we learned from the Phase I/II study? Certainly, the Phase I/II study gives you data that supports prolonged efficacy and durability, and we also have new and developing data to add to this durability issue that we will be happy to share with you.

As a reminder, the Phase III data recaps the dramatic reductions in annualized bleed rates and Factor VIII usage that we saw in the Phase I/II that has been going on for almost 4 years. One of the criteria

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

agreed upon with the FDA was a prespecified proportion of patients reaching 40 IUs per deciliter of Factor VIII activity by chromogenic assay. This has to occur weeks 23 to 26 post-valrox infusion. Using the most stringent chromogenic assay, we have shown that 8 of 14 have met that target and met that criteria.

Now let's look at it slightly differently, and we will present to you some new information at least presented in a different way. Another important criteria to the agency is the potential for the correlation of Factor VIII levels and the prevention of bleeding. So here, I'm going to show you the data as it lays out. Simply getting to a certain Factor VIII level has not been established as known to be correlated with the prevention in the case of gene therapy. So we are going to make that correlation. So I'm pleased to show you here now the individual data by patient that we shared with the FDA and the EMA on the 16 subjects with greater than 26 weeks or equal to 26 weeks of observation in the Phase III study. I can only state that it was very well received. And I'll leave you to figure that one out.

Let me orientate you to the slide, okay. On the left panel, or is it -- yes, it is your left panel, the number of infusions in the green. The subjects are listed by descending order of factor levels or Factor VIII expression. So you do see that there is variability in Factor VIII levels and Factor VIII expression. The vertical line there with a 0-point probability. Here this vertical line is the point of distinction of pre-valrox versus post-valrox. And these are the number of infusions that the patients historically needed to maintain their prophylaxis the year before they entered the study. So what we have seen is that if you look at the green bars, and you look at the diagram on your left, it is very much weighted towards the pre-valrox, and post-valrox-wise, it is really mostly 0 infusions per patient.

So if you look at this, the weight on the left is greatly lifted once valrox is given. Similarly, if you look at the bleeds and the treated bleeds in the purple bars, you will see that the bleeds have been maintained to be minimal to 0. And this is in the phase of no prophylaxis being used on the post-valrox side, whereas the pre-valrox side had a number of large purple bars -- one outlier at 91.5. 75% of the Phase III interim analysis subjects experienced no bleeds post valrox despite elimination of the prophylaxis.

So let's look at now the Factor VIII activity levels at weeks 23 to 26 of each subject. Now this is the criteria of the World Federation of Hemophilia, and you can read for yourself, the colors of green, purple, blue, red and red with a bar. The object of therapy is helpful is to move the severes out of the severe range. And here, you can see that the majority of patients by chromogenic assay are in either the non-hemophilic mild or moderate range and the 2 subjects at the bottom that are reported as undetectable Factor VIII activity levels by chromogenic assay.

One of them had 0 bleeds, if you can see on the bleed panel and a little bit less than before removal of Factor VIII prophylaxis. Both patients used a lot less Factor VIII. So the clinical outcome was not reflective of severe hemophiliac despite the level by chromogenic assay. What we learned is that the chromogenic assay quantifies levels below 3 IUs per deciliter as undetectable. So you may have it, but it's not read out as detectable. So in fact, using the 1 stage assay, their Factor VIII activity levels are in the 2 to 3 IUs per deciliter marking them as moderate, in line with their clinical profile.

If you overall look at these 2 panels with 88% in the moderate or back to Factor VIII activity levels with the chromogenic assay and 100% out of the severe range with the 1 stage assay.

Now when we decide to study, we assumed conservatively that the mean ABR at baseline, as we noted here, was going to be about 3.5. And we assumed that there would be some breakthrough bleeding in the real world and that the ABR post gene transfer would be 1. The designed study gave us 90% power to demonstrate superiority as you see here. The assumption is now based on available data we have. The ABR running in is actually rather good, and the bleeding rate in the 16 patients was a mean of 1.5 with a median of 0.9, and the difference is because of the outlier patient I mentioned. So we expect the mean to better reflect the median over time. So taken together, the study power for the Phase III study is now greater than 95%. So we are very confident in our Phase III trial.

Another element of confidence comes from our steroid management. We had told you before that there was a bit of a delay in the evaluation of the interim analysis cohort. And now we have data to show you that dosing and the time of dosing to the steroid start in the Phase I/II trial and the Phase III trials shows a slight discrepancy and a methodology to approach really improving that outcome. The Phase I/II study

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

used steroids prophylactically, as given at 3 weeks, before any ALT rise. The Phase III study was applying corticosteroids after ALT rise, so it's dependent on each patient and each PI. If you look at the table here, the Phase I/II study, again, because by criteria, the protocol says 3 weeks, it started at 3 weeks post dosing of valrox. If you look at Phase III before May 30, which is the time of the interim analysis readout, it was 10 weeks from dosing to corticosteroid start. Once we had reviewed the data and we've discussed with our investigators and worked with them on really starting steroids earlier, we have been able to shave off 5 weeks and we're getting closer to the 3-week mark. So this gives us confidence that the Phase III results will reflect the best possible on-demand use closer to the prophylaxis timing, and our belief is that this will enable better maintenance of the Factor VIII expression during initial transduction.

Now let's move on to durability because I am running out of time. So I'm just going to remind you of the data we have showed in terms of durability from the Phase I/II study into 2 dose cohorts over 2 to 3 years. And I also want to remind you again of the substantial reductions that are seen in ABRs and the Factor VIII usage. Seen in a slightly different manner, we present the data in the lowest curve and the orange dots are the 6e13, black dots are the 4e13 and the green dots are the patients from the Phase III study. These are all based on chromogenic assay. And when you extend it out to the durability of 3 years or so, you can see that the green dots mirrors or overlaps the orange and black dots. So the clinical data from the Phase III study demonstrates that Factor VIII activity levels are comparable to 6e and 4e13 ranges in the 201 and the durability anticipated, therefore, to be between that.

Now another way of looking at durability is really to understand where the vector is and whether we are circularized because circularized DNA supports long-term expression. That's been independently done by a number of people to show that in the past. When we tried to evaluate that, we didn't have any access to hepatocytes. So we looked at a possible proxy in lieu of having that access. This data was shown by Dr. John Pasi at the ISTH. And if you look at the PBMCs, which is this, it is an uptick around by 26 weeks -- 24 weeks within the PBMCs. Now why are we interested in PBMCs? PBMCs, peripheral blood mononuclear cells, are the models for long-lived cells. And what we show is that if you look at the whole blood and that is the purple, it really does then have a durable expression. But it's really mainly carried by the PBMCs, which are the long-lived cells.

Now there's been enormous amount of interest in studying this further and it took us a while to be able to get this going as people were not sure what information is helpful in a single liver biopsy months and years past dosing. And we don't have a control or a baseline biopsy. But we wanted to investigate the state of the liver to access and look at liver health, distribution of the transgene and some related parameters. So here's a patient who expressed low to undetectable Factor VIII activity levels post dose. And you can see he has 1.3% of hepatocytes than had the DNA being shown. So unsurprisingly, this is only a trace amount that's shown in the architecturally sound liver. The rest of the liver shows no inflammation and no cirrhosis.

Where were the vector? Were they concentrated, are the cells engorged, did we have a higher expression, are the cells stressed

[Audio Gap]

Or areas of inflammation. Here, you see the second biopsy in a separate subject. And this subject had 32% of hepatocytes with detectable DNA. And you can see that they are marked there. So in this second subject with diffused expression of the transgene throughout the liver, it's detected in areas that are panlobular. So there's not in any particular area that's susceptible to insult based on location. There's an absence of engorgement, because the cells look healthy, the hepatocyte, that's suggesting absence of ER stress or the absence of inflammatory response. The level of the vector DNA expressed is roughly correlated with the level of DNA distribution in the liver. So these are the Factor VIII activity levels seen in these 2 respective subjects.

Now going back to the proxy. So now we have the Phase III data. Dr. Pasi showed the Phase I/II data. So now here, I'm going to show you the Phase III data, which is 301, darker blue, compared to the 201 PBMCs I've shown you earlier. And they mirror each other and parallel each other, both to the extent of the profile and the height. So you can see that the same phenomenon as measured by the 201 data of the fraction of ITR fusion which is a circularized DNA overlaps, has durability of expression in the Phase III

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

mirrors that in the Phase I/II. Moreover, if you look at the pink area, that shows the quantification of DNA. And they are statistically similar across subjects and samples in both studies, again suggesting that the molecular biology of durable episome formation is similar.

So this is the second to last slide. I'm just going to recapitulate to you what we have shown you earlier in terms of our confidence and the basis of that confidence in the regulatory success in the data in the Phase III study as well as the data of durability in the Phase I/II study.

So it takes more than a village to have come this far. I want to actually just take some time to thank the study sites, the coordinators, the PIs and the hemophilia community. But more importantly, I want to thank the patients, the patients who gave us their trust and commitment to do the study. They've come a long way. We have a long way more to go, but we are very confident, and we owe it all to the patients to enable us to do the study. So thank you.

**Henry J. Fuchs**
*President of Worldwide Research & Development*
Okay. A lot of good stuff. Have time for a few questions. So let's -- I haven't heard from Geoff yet. So if you don't -- I'm really throwing the microphone people off. I just want to [ share this paper roll ] because the shares will go up. Sorry.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Geoffrey Christopher Meacham**
*BofA Merrill Lynch, Research Division*

Geoffrey Meacham, Bank of America. So when you look at durability, how much of the regulatory conversation previously has been on the risks and benefit of retreatment? I just wasn't sure if you needed an answer on that topic now with your application or if there is something that you can talk about with the FDA or EMEA, sort of in the post-approval setting.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

In the post-approval setting, is the short answer. We've had a lot of discussions with FDA about the length of follow-up in the trial through registration and then in the post-approval setting. And based on the conversations we've had, no we haven't gotten -- we're not in a review yet. So the pre-submission conversations have been that the duration of follow-up that we're proposing to submit is adequate to support an initial registration. And I think the -- their confidence is going to get built by these kinds of data that we're showing you now about the state of the liver's health. And a lot of people are speculating all of the transgene is 1 single cell or all of the cells that are making Factor VIII are just grossly engorged and they're about to die tomorrow, and it's just not what we see. And there's a lot of speculation that something happened in the product as we went from Phase II to Phase III. And we're showing you the product is behaving biologically in patients in Phase III as it behaved in Phase II. So this becomes powerful evidence to the agency to accept the Phase II 3, 4 year data as supporting durability for the initial application and registration.

**Geoffrey Christopher Meacham**
*BofA Merrill Lynch, Research Division*

And the follow-up to that is do you have to have an answer today, though, about what the strategies were in terms of vectors and just the risk of immunogenicity, if you did have to retreat?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

No, it hasn't come up. Again, their critical consideration is going to be benefit-risk of the product that's offered to them, not any future products.

Okay. Where do we go -- Salveen, I haven't heard from you today.

**Salveen Jaswal Richter**
*Goldman Sachs Group Inc., Research Division*

So 2 questions. One is how confident based on communication with the FDA are you that you can file under an accelerated approval pathway? This keeps coming up as a question.

And then secondly, I'm going to go off tangent, but given the myriad of pricing models that we've now seen across gene therapy, how are you thinking about the different approaches you may take? And are you still staying within that $1 million to $3 million pricing band?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. We are 99.999% confident that we can file with the FDA. The approval pathway discussion has been substantially around accelerated approval. But for technical reasons that, that is a decision that's made during review rather than on the upfront basis. And we're just enormously -- barring some disaster happening in the next few days, we're going to be submitting the MAA and the BLA. I'm going to defer the pricing question. Maybe J.J. will touch on that, if you don't mind, when J.J. comes -- or do you want to address that now, J.J.?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Jeff, you want, he's conveniently next to me so I'll let Jeff answer the question.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

I saw you raising your hand.

**Jeffrey Robert Ajer**
*Executive VP & Chief Commercial Officer*

Yes, first, I'd like to say, I think the pricing and the reimbursement environment is evolving nicely as we proceed to first a filing and potentially later an approval. And one thing I would observe is we don't need all of the pieces to be -- to have fallen in place today -- that would be lovely, but it's not necessary. We need all of the pieces to be in place when we potentially launch the product. So it's been very helpful to see other similar types of products make it to market, to see their pricing strategy, to see the evaluation of those prices, to see the market uptake of those products. Very helpful.

In the case of valrox, the value proposition rests on 3 legs of the stool, one being improved clinical outcomes, the second being improvements in patient quality of life and the third being demonstrated economic benefits. And in this case, we are really at a great advantage of being able to demonstrate that there are economic benefits of the treatment of valrox. Wing went through it. The level of factor utilization post-valrox administration can be directly translated into an economic benefit that is really powerful over the window of durability. That, combined with the reduction in infusions and the other benefits, gives us a really powerful story.

In the United States, if we wanted to do some really creative things like payment over times, we start running into barriers related to government price calculations and the implications to government pricing. Perhaps these barriers will be addressed legislatively, probably they need to be addressed legislatively and not administratively. In other markets with single national payer systems, we don't have those kinds of barriers.

BioMarin has been doing a lot of work meeting individually with payers on the valrox proposition, which we are regulatory -- we are allowed to do under the regulations. And what I'd say is we have the attention and the interest of payers. They're interested in different kind of payment models; they're aware of the practical barriers. And I think that we've got a path forward. And I think that the kind of prices that you see tossed around and the kind of pricing that we've seen established already is guidance for BioMarin, and maybe I'll just ask if J.J. wants to add anything.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Yes, this is the context, but to answer your question more directly, I would say, yes, in the U.S., it is pretty unlikely that the price would be under $1 million; somewhat unlikely that it would be over $3 million.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Okay. Who's next? We have to pick people we haven't heard from. Joe Schwartz in the back. I haven't heard from Joe.

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

Great. So I was -- I found it really interesting that you biopsied a patient who got the 4e13 dose and your durability at 3 years would suggest that the 6e13 dose doesn't cause any problematic physical manifestations in the liver either. But I'm just curious, did you biopsy any patients at the higher dose? And

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

I know that you ran a lot of preclinical work to analyze your stress markers and the likes, so did you run any analysis on any of those relative to what you saw in the animals?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

The biopsy strategy was first come, first serve. And we're continuing to encourage and urge -- I think we have another biopsy that's under analysis at the moment, but we wanted to share these data because we thought they were pretty meaningful. I don't know if we'll get all of the patients to agree on the liver biopsy. But as Wing said, we're very grateful for those patients who did. We haven't done stress markers staining at this point, I don't think, and this is like hot off the presses. But I think the lack of engorgement of the cells, the relative overall health of the cells is a really durable sign.

**Yen Wong Wing**
*Vice President of Clinical Science*

So just to add to that, it is voluntary biopsy. So you can't march people in there at the level you want.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. How about Robyn? We haven't heard from Robyn. So can we -- right up here in the front row.

**Robyn Kay Shelton Karnauskas**
*SunTrust Robinson Humphrey, Inc., Research Division*

Just curious, since you're starting to share some of the science, like do you have a sense or do you think you can figure out why some patients maintain expression or maintain more of a circular expression versus others? Is it due to how the drug is given, is there any variability in how the drug is given to the patient? What do you think is going on?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

You've done a lot of investigation about the potential identifiables, and we can't identify, not by lot that was received, as Robert mentioned, nor by anything related to infusion parameters recorded. So we haven't found anything. When you draw a cartoon of valrox and the syringe to Factor VIII being pumped out, there are so many steps. And so there's a lot of room for patient variability, some of which could be genetic or definable by other factors, but it's going to take, I think, more sample size to be able to really understand variability better.

**Yen Wong Wing**
*Vice President of Clinical Science*

And it's also seen in other products. [indiscernible]

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. The slide that Robert showed is a powerful slide. He said it in a very understated way. This will be like the first time a regulator sees a lot of patients treated with a single lot. That's a powerful thing.

Okay. I think, Josh, we have one -- time, how are we doing? And then Ellie will do and then we will wrap.

**Joshua Elliott Schimmer**
*Evercore ISI Institutional Equities, Research Division*

Joshua Schimmer from Evercore ISI. Question for Wing. Amongst the 16 patients from the Phase III interim, was there evidence of correlation between immune response and lack of factor expression? And it would seem fairly intuitive to run a comparative trial looking at prophylactic steroids versus on demand steroids, possibly sooner rather than later to inform clinical practice. Is that something that's in the works?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Yen Wong Wing**
*Vice President of Clinical Science*

When you say immune response, you are talking to the capsid or to Factor VIII?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Answer it all. None to Factor VIII. The capsid are used in immune response.

**Yen Wong Wing**
*Vice President of Clinical Science*

None. The answer is none.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

And so probably the most important one then, ELISPOT. ELISPOT.

**Yen Wong Wing**
*Vice President of Clinical Science*

Yes, it's negative. So interferon gamma -- so we've done a number of TNF interferon where's ELISPOTs and they are negative. So no...

**Henry J. Fuchs**
*President of Worldwide Research & Development*

We don't think there's an immunological explanation to variability, at least with our product.

**Joshua Elliott Schimmer**
*Evercore ISI Institutional Equities, Research Division*

Why would earlier steroid interventions lead to...

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well, steroids affect other cellular processes besides immunological processes.

**Joshua Elliott Schimmer**
*Evercore ISI Institutional Equities, Research Division*

Okay, and so then a prophylactic versus a...

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well, we were thinking about that. And I'd say stay tuned for more developments in that area. When we started this, the investigators were very concerned about using steroids in everybody and they encouraged us to try to stick to those who need it. And now they recognize and we recognize the importance of being more aggressive in implementing the steroids, let's see where that gets us to. And in the meantime, we could be thinking about what that next trial design might look like. I would say that the weight required behind that effort is diminishing with time. In other words, whereas 6 months ago, if you'd ask me, I would have said, we probably are going to need to do one of these definitive and more head-to-head trials. But now that we're seeing so much acceptance of steroid use in the population, I think it will be more straightforward.

I want to give Ellie a chance to ask a question, and then we can move to the wrap.

**Eliana Rachel Merle**
*Cantor Fitzgerald & Co., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks so much for squeezing me in. Just on the redosing, I know that you're clearly doing a lot of work on the R&D side of things with novel capsids. How should we think about when we might see redosing in previously treated valrox patients and sort of what a study like that might look like?

And if you could update us on the latest of the study that you had started, I think, a while back in patients who expressed AAV5 frequencing antibodies and sort of what you learned from that study?

And then another one on vosoritide, if I may. I thought it was interesting how you compared sort of the growth versus what was seen in the natural history. Was there any sort of delta when you compare versus the natural history on some of the maybe more mortality or surgical-type endpoints that probably the payers are focused on when you looked at the long-term phase II?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes, that's a big package you got there. So no imminent plans for a clinical redosing candidate as yet in the valrox program. There's no indication that it's needed just yet or that there's a sufficient opportunity would be another way of looking at that. That's number one. The second question was -- remind me, and there was a third vosoritide question.

**Eliana Rachel Merle**
*Cantor Fitzgerald & Co., Research Division*

AAV5.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

We have a study that's ongoing in patients who have had pre-existing immunity to AAV5. And we just need to find more of those patients. They're hard to find, AAV5-positive patients. So stay tuned, would be more development there.
Vosoritide, we've done the skeletal analyses. We haven't done any of the alternative analyses that you suggested just yet. I think it's going to be, with an n of 10 being our comparator right now, a little hard to dig out things like mortality. And as I said earlier, I think that Ravi is correct in pointing out that stature is a leading-edge indicator of overall health. But I also pointed out that stature is going to be the thing that we're going to be measuring for a while, at least to a hyper accurate degree that would warrant like regulatory kinds of communications. So stay tuned for more analysis. I'm sure there will be, as Jonathan mentioned, there will be like 10 important publications that come out of just the natural history portion of it.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Okay. Thanks, guys, very much for standing with me, and I appreciate that. And actually, it gives me an enormous amount of pleasure to introduce Dan who's going to start to begin the wrap up.

This was a data presentation, right. And Dan's a closet scientist.

**Daniel K. Spiegelman**
*Executive VP & CFO*

You'll be thrilled to know I'm not going to do any R&D science. So the purpose of today, our R&D day, of course, has been giving you an update on our progress against our core scientific mission of developing new drugs for patients that need them.

But part of our mission is to develop returns for our investors. And I just want to spend a few minutes on our progress against that. So really, back in 2016 and maybe even a little bit before that, we guided that we would become non-GAAP profitable in 2017 and that we would grow it every year after that. And we met that goal in 2017. And we met that goal in the subsequent years. And as far -- in our projections, we would expect to continue to be able to drive that growth. In addition, we've said that we thought with our core business and with the products that we already were lined up to get approved, that we would be able to generate roughly 15% a year in revenue growth on our approved products -- that we could get to $2 billion in revenues in 2020, and we continue to look to be on track for that. And we would expect that with valrox and vosoritide, we can accelerate the rate of revenue growth after that.

Part of our mission to generate better bottom line returns. We talked, again, back in 2016 that, that would be the peak year for our R&D spending as a percentage of revenues, and that we intended to continue to build a pipeline to continue to invest in R&D, but to drive R&D as a percentage of revenues down. And we have done that. We've got about 40%, 45% in 2019, and we're on our way to driving it to what we would sort of project for a long-term guidance of about 25%, and we intend to do that. And, of course, so I'm the finance guy, we also talk about GAAP. We also talk about GAAP results as well.

In 2016, we had a large write-off of the Prosensa acquisition, which we had talked about earlier. But since then, we have been looking to reduce the level of our GAAP loss. And we've continued to do that. And in 2019, we're on our way. We -- our guidance is in the neighborhood of roughly a $50 million GAAP loss.

And at this point, it's my pleasure to introduce our CEO and Chairman, J.J. Bienaimé to give one more comment on finances and wrap up. Thank you.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Thank you, Dan. Good morning, everybody. So yes, have a little bit of a broken voice. But hopefully, you will be able to hear me.

So based on everything you heard this morning and especially our increased confidence in the durability of effect of both vosoritide and valrox, so it gives me pleasure to announce that we will -- sorry, I had to go back, I thought I was wrong there -- that we will be providing preliminary guidance for 2020, and we anticipate being for the first time in the history of the company breakeven or slightly GAAP profitable.

So this is for the -- to celebrate the 15th anniversary next year of my being with company. Took me a while to get there, but we did it. And obviously, the objective is to continue to grow that GAAP profitability, hopefully thanks to the launch of valrox and vosoritide. And we do believe that indeed, if you see these 2 products are approved, there is going to be substantial, very substantial acceleration of revenues and substantial improvement in GAAP profitability.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So if you look at the brief history of BioMarin, we built this company on ultra-orphan disorders, which are now kind of our legacy products. The lysosomal storage, [indiscernible]; enzyme replacement therapy -- Aldurazyme, Naglazyme, Vimizim, Brineura. Actually, if you look at those products, since they've been launched, they've generated $7.6 billion of revenues for the company. And then we had the addition after that of Kuvan and more recently, Palynziq, which is our PKU franchise, which added another $2.7 billion in cumulative revenues to date. So if you add those 2, it's basically over $10 billion of revenues that we generated.

So they took us to where we are today. I believe there is still, and I will talk about that in the next slide, major growth opportunities left with Palynziq and a few other products. But obviously, now we move into the next stage of development of the company with these 2 potentially transformative therapies. I hope we will convince you of that today in vosoritide and valrox in different indications, but these 2 products are going to have a tremendous impact on the patient populations that they will be treating.

So just one word, one slide on Palynziq because I think that's an underestimated asset by many investors. So basically, we launched the product only in the U.S. so far. We are starting to get patients in Europe, but Europe will really take off in 2020. So we have -- as when we reported the third quarter at the end of September, we had close to 700 patients on therapy. We had another close to 200 that were waiting to be on therapy that they signed up for the drug. So over 800 patients that will be treated are likely to be -- so this total should be above 1,000 by the end of the year. And I just want to emphasize again that there's a 6 months delay between patients' initiation of therapy and generation of significant revenues, but this is, let's say, let's round it to 1,000 patients at the end of the year or so. I just want to point out that compared to the opportunity, we're just scratching the surface here.

On the right side of the slide, you see this pie chart that shows, if you just look at adult PKU patients that are in the clinic today, it's around -- in the combined U.S. and EMEA -- Europe, Middle East, Africa -- it's about 10,000 patients. These are the low-hanging fruits, the one that I think, over time, are very likely to get on Palynziq. So we shoot at basically 10% of the low-hanging fruits here. So we have a lot of room to grow for this part in the U.S. and outside of the U.S.

And then there is those 20,000 patients or so that are, today, not regularly visiting the clinics. And this is why -- one of the key reasons why we are developing gene therapy for PKU, because we believe that those patients might -- some of them will get on Palynziq but some of them, they want something very simple to be able to want to be treated.

So we believe that -- so Palynziq is increasing, and we've shown that in our Q3 results. It's increasing the overall size of our PKU franchise, we believe PKU gene therapy will have also a significant impact in increasing that PKU franchise.

So just wanted to add in one item also on Palynziq, regarding Kuvan generics that are likely to be on the market in about a year from now, in the U.S. In Europe, we have protection until 2024. But I think compared to the usual generic erosion and impact on a brand, what I want to emphasize is that we might lose some adult PKU patients to Kuvan generics, but these patients are not lost forever to BioMarin. We will very likely to get some of them back on Palynziq down the road. And hopefully, we'll get all of them treated with gene therapy down the road.

So again, I want to summarize what we've been reviewing today and why we believe it's setting us up for significant growth and profitability. And vosoritide, we've now shown basically 9 centimeters of adults -- of additional height compared to matched natural history over 54 months of treatment. And again, we're doing a Phase II trial in very young patients, basically almost from birth. We believe that the impact of the drug on patients under 5 years of age is going to be dramatic. And then if we treat the patients for many, many years, starting from birth, that the improvements in height is going to be much more significant than 9 centimeters over the growth phase of these patients.

So we're going to have the Phase III data within 6 weeks from now and assuming that the data is positive, we are on track to potentially filing an MAA or BLA probably in the second half of next year, and we could -- continuing to enroll our Phase II younger patient trial to continue to collect safety and, down the road, efficacy data in this under 5 years of age patients.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Regarding valrox, we have this new data we show you today on in vivo liver biopsies that show that the factor expression is detectable in the liver, years after the gene transfer. And it seems to -- there seems to be a correlation between Factor VIII levels. And again, these are very, very few patients, but Factor VIII expressions and the gene transfer in those liver biopsies. Also, since we improved our -- sorry, on-demand steroid protocol in the Phase III trial, we have observed, as Wing has shown that the time from ALT rise to steroid start has dramatically reduced from 10 weeks to about 5 weeks now, which we believe we'll have to demonstrate but that will have a significant impact on improving Factor VIII expressions in the balance of the Phase III patients. And we are days to weeks away from submitting our applications for filing in the U.S. and Europe for valrox' potential approval in mid- to second half of next year.

Regarding commercial financial, as we just discussed, we anticipate GAAP net income breakeven or better in 2020. We are executing. You heard from Lon, our transition to larger genetic conditions. And you heard from Robert that we have the manufacturing capabilities and also for -- and also, we have demonstrated to you hopefully, that we have the commercial breadth to support new products, new gene therapy products and new platforms and potential retreatment, not only for patients treated with Factor VIII gene therapy, but any kind of gene therapy, like potentially DMD down the road.

And also we hope we convinced you that our R&D engine continues to be humming. Obviously, we're moving forward with BMN 307 for PKU gene therapy. We just disclosed our next gene therapy, or our third gene therapy product for HAE, which is very, very exciting. And we've been able to overcome some hurdles on protein expression here compared to other companies that have tried and have not succeeded so far. We believe that we can, thanks to genetic analysis, we can expand indications of vosoritide beyond achondroplasia. And then our next generation's AAV vectors will unlock new opportunities whether it's for retreatment or for treatment of other genetic niches.
So with this, I think we are done for the day. I want to thank you for your time here. I want to thank all the presenters, external presenters and presenters from BioMarin, for putting this meeting together. It's a tremendous amount of work. So -- especially work from Hank's team and Traci's team on the IR front and Dan to make this happen. So -- and we have been kind of pretty early lunch available outside, and we are available to answer your questions, and feel free to mingle with BioMarin management if you have additional questions. Thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.