# EXHIBIT H

03-Mar-2020

# BioMarin Pharmaceutical, Inc. (BMRN)

**Cowen Health Care Conference**



1-877-FACTSET   www.callstreet.com

Total Pages: 13

Copyright © 2001-2020 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

# OTHER PARTICIPANTS

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

# MANAGEMENT DISCUSSION SECTION

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Good morning, and welcome once again to Cowen and Company's 40th Annual Health Care Conference. I'm Phil Nadeau, one of the biotech analysts here at Cowen. It's my pleasure to introduce the next presenting company, BioMarin. We have CEO J.J. Bienaimé here with us today. He's going to give corporate update with about 8 or 10 slides. Then he and I are going to have a Q&A session following.

J.J.? Thank you.

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Thank you, Phil. Good morning, everybody. Just want to highlight, as usual, that this presentation will contain forward-looking statements. For details about this, look at our 10-K, 10-Q and 8-K reports. So I think most of you in the room are pretty familiar with the company, but in terms of overall mission of the company, we are entirely focused on rare and serious genetic disorders, most of them life-threatening. And we try to develop drugs and bring to the market products that provide a meaningful benefit to a small patient populations or medium sized. We're kind of moving from ultra-orphans to orphans, but the company was built on ultra-orphan drugs.

So we had a great year last year. 2020 is off to a good start. Obviously, the key milestone this year would be the launch of valrox in hemophilia A in the US and Europe, to submit the global marketing applications for review for vosoritide probably in the summer or Q3 of this year, to complete the enrollment of our ongoing Phase 2 trial in patients under five years of age this year. Although, it's a study with like three different segments, two of them have already been completed.

We recently provided the guidance for 2020. It's the first time we're going to have a profitable year, with slightly profitable anticipated GAAP net income between $20 million and $80 million. And we anticipate total revenues around $2 billion.

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

**C** Corrected Transcript
03-Mar-2020

In terms of upcoming R&D projects, we cleared recently – we got approval from the US and UK authorities for starting a human clinical trial in patients for our next gene therapy product, BMN 307 for PKU. And the study should treat – [indiscernible] (00:02:28) right now, we should treat our first patient at the end of this month or early next month.

So also the recent news two days ago was that the FDA did accept our BLA filing under Priority Review. So they gave us a PDUFA date of August 21. They told us that this time they're not planning on having any advisory committee. So if approved, this will be the first gene therapy in the US for treating any kind of hemophilia. And also, they accepted the companion diagnostic filing because we are going to need to test the patients for preexisting antibodies to the vector which is AAV5 antibody. Based on pretty thorough analysis of existing data, about 20% of US patients have preexisting AAV5 antibody that we're going to need to – probably the last step to qualify the patients to be treated, and we'll be providing those tests.

Just the highlight again of the interim Phase 3 data which we communicated a few months ago that showed that valrox had a dramatic impact on bleeding control of those patients. So on the left of the slide, this is – on the left of the bar in the middle, you have the number of bleeding episodes for these patients when they were on standard of care, which is two to three weeks intravenous infusion of factor VIII. They still had significant number of bleeding episodes that you can see on the slide. And after they've been taken off standard of care, treated with valrox, you see on the right side very, very few bleeding episodes here.

And actually, these patients are actually ranked here according to their factory VIII levels, so whether it's been on a chromogenic assay or the one-stage assay. But you can see that even the patients that were not – didn't have factory VIII levels in the normal levels or mild levels, they still had a significant reduction as you can see on the [ph] slide (00:04:28) here on the left in their bleeding episodes. And of course, they had a dramatic reduction in their use of factor VIII injections. So this is pretty impressive data. This was the basis of a filing.

In addition to this earlier this year, we had another New England Journal of Medicine publication of our Phase 2 trial this time with these three-year updates. When we looked at how the patients were doing three years after treatment with valrox, and this is a high-dose patient at 6e13 vg/kg which is a Phase 3 dose.

You see that before this is – on the left before they get treated with valrox, while again on prophylactic intravenous infusion of factor VIII standard of care, they had on average 16 bleeding episodes per year. And at year one, they went to a median of 0 and a mean of 0.9, actually got better in year two. And the median number of bleeding episode is still 0 at year three, three year after treatment, and the mean is 0.7, dropping from 16 bleeding episodes per year.

And related to that on the right side of the slide is their factor VIII consumptions, the number of injections that they need on average per year. So they went from 138 or so infusions per year to a median of 0 and at year three, three year after treatment, a mean of 5 injections per year. So this is pretty dramatic data, and this is why we believe the FDA gave us Accelerated Review and accepted the filing.

So there is – so we anticipate launching in the second half of this year. There is major interest in the products on hematologists' part and patients' part. Actually, we have a program, we do a lot of educational program on gene therapy concurrently with some National Hemophilia Foundation programs most of the time. And at the end of the program, the patients have the choice to opt in and give us some information about them that they mean they want to receive more information from BioMarin on valrox. As of two weeks ago, there were 400 of them in the US alone that opted in. I mean, they are interested in being treated. Many of them might not be eligible at the end but it does show interest. And I think it's going to keep growing over the next few weeks.

---

**BioMarin Pharmaceutical, Inc.** *(BMRN)*
Cowen Health Care Conference

Also interestingly enough, we did our Phase 3 trial in about 130 patients. But we had 300 of them who had signed informed consent and were interested in the trial, in being treated with gene therapy with valrox, while at that time, there was no Phase 3 data obviously because they were on a Phase 3 study, and there was very limited Phase 2 data that show there is some interest.

The payers are very interested in the product. We've had many meetings with payers over the past 18 months because they understand this patient population very well and they understand how much it costs them. And actually, there's been several publications recently documenting the annual cost of prophylactic factor VIII in the US, it's about $700,000 a year. And there is a paper recently that came out that estimated the lifetime cost for adults PKU – adult gene therapy is, in fact – sorry, adult factor VIII patients hemophilia is about $38 million for the lifetime of the patient.

Our intent is to save money for the health care system. Actually, we have met recently with a payer that actually came to us because they are very convinced of the value of our product and then say they want to meet with us so they can treat as many patients as possible, as quickly as possible so they can save some money. So that's a good sign.

So we are ready for launch. 98% (sic) [90%] (00:08:10) of the commercial team in the US has been hired and all the sales managers in place in the major European countries. We have ample commercial inventory. If we launch the product tomorrow, we would be able to treat 500 patients this year. And we have capacity for way more than that.

So, we built a gene therapy facility. We started building it 3.5 years ago or so, in addition to other facilities that is shown on this slide. But that facility is now fully operational and we communicated – we communicated recently that actually we now with this facility alone can generate up to 10,000 patient treatments per year, depending on the mix of products between valrox, the PKU gene therapy and other. So we are absolutely ready in this respect. And we also have major experience manufacturing extremely complex biologics. I think we'll be – we've been inspected by many, many different regulatory authorities around the world about 80 times in the past 15 years.

So this is a brief depiction of our products today. So we have six products on the market, which we can see on the slide, they were – they allowed us to build the company. But in addition to this, the most recently launched are Brineura and Palynziq which are doing well. But again, now, in addition to valrox, we got now vosoritide also for achondroplasia, which is in pre-filing situation. And we're about to start the second indication for vosoritide. By the way, in dominantly inherited short stature which is a much larger indication than achondroplasia, we should start the trial before the middle of this year. So, actually, this will be the first time potentially that we're going to have a product with multiple indications. All the products we have on the market today only have one indication.

So yeah – so, valrox, we talked about. So PKU gene therapy about to start a trial. And our next PKU program as we announced – preannounced is gene therapy for hereditary angioedema. We are starting IND-enabling studies. We should be in a position to file the IND sometime next year.

So I just want to emphasize that we have a very diversified business. We are a true global company for a company our size. We sell products in 75 countries around the world. So anticipate around $2 billion revenue this year. So, you see we're not dependent on only one region. So it does – so we do have geographic sociopolitical risks depending on what's happening in different countries in the world. There is always something going on. But we're not 100% dependent on one country or one product, which is also a good diversification. And we basically more than doubled the revenues in the past five years.

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

**C** Corrected Transcript
03-Mar-2020

So Palynziq, the most recently approved product for PKU, this is our second PKU product, did $87 million in 2019. We anticipate around $200 million this year, growing very, very fast about – so what I want to emphasize is that this product is only approved for adult PKU patients. If you look at the US and the European market, about 30,000 adult PKU patients. And we only treated less than 3,000. Consequently, we're still scratching just the surface and we have a long way to go and long potential growth for these products.

Finally, we just give – gave guidance for 2020. So, again, total BioMarin revenues between $1.95 billion and $2.05 billion. This is the guidance [ph] for revenues (00:11:52). So Vimizim is now our first $0.5 billion product. We past $500 million in revenues last year with Vimizim. Our cost of sales is still high, that's because of the complexity of manufacturing our products, although our cost of sales should go down with gene therapy and vosoritide because they are significantly less expensive to manufacture on a per-patient basis than our current products.

Our R&D expenses are not going up much. Our SG&A is going up because we are preparing the launch of valrox and vosoritide [ph] without much (00:12:21) revenues. So I talked about the GAAP net income, first year profitable. And the non-GAAP, very substantial increase in non-GAAP to now $260 million to $310 million. So these are the introductory remarks I have, and I'm going to join Phil for questions.

# QUESTION AND ANSWER SECTION

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

J.J., thanks for that...

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yes.

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

...that introduction. I think, as we talked to investors, most focus today is on valrox, its approval and launch. Maybe first on the approval. Are there any areas of major disagreement between BioMarin and the agency, whether it's in clinical data, clinical trial design or manufacturing?

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. So since we have had breakthrough – we have had Breakthrough Therapy designation, Accelerated Filing/Priority Review, we've had a lot of interaction with the FDA over the past few years. And I would say on a [indiscernible] (00:13:09) front as of today, I'm not aware of any substantial discussion going on on the CMC front. There are some discussions but we have been cooperating very closely with the FDA over the past few years. Actually, even when we designed this manufacturing facility, we interacted with them. We've been interacting with them very closely on the development of [ph] in-process assay, released (00:13:30) assay. So we believe we have a very good relationship with them.



# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

**C** Corrected Transcript
03-Mar-2020

And also maybe one anecdote is that when you go to your pre-BLA or pre-NDA meeting with the FDA, generally you spent 80% of the time, maybe plus, on critical issues and 10%, 20% on manufacturing. And our meeting with them pre-BLA for valrox, there were no clinical questions; everything was on the CMC manufacturing section. So our head of technical operations was the star of the meeting, and he was very happy with that.

---

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

You mentioned some of the statistics around the pharmacoeconomics of factor replacement therapy and therefore what value a functional care could bring, how widely understood is that data among the payers? You mentioned one that you recently met with that...

---

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah.

---

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

...clearly understands it, but how widely is that [indiscernible] (00:14:17)

---

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I think that because this is such a high-ticket item for the payers, the hemophilia A patients cost them a lot of money that they do spend a lot of time analyzing their spend. So I'm not seeing all of them do a very, very thorough analysis on this, but most of them are pretty aware of the cost of these patients.

And in addition to the cost of recombinant factor VIII or Hemlibra in the US per year is around $7,000 for adults. [ph] We see how (00:14:45) bleeding episodes on the paper that was [indiscernible] (00:14:49) [ph] United States (00:14:49), the average cost in the US to treat a bleeding episode is $50,000 per episode. All the payers are pretty familiar with the data and this is why they're looking forward to the launch of our products so they can actually save money in addition to improving the life – the quality of life of the patients.

---

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

How interested is BioMarin in putting in place alternative payment models? And based on your conversations with payers, how interested are payers in adopting those models?

---

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So we are very interested, we're going to be offering pay upfront, pay over time, pay for performance, or some aspects of this. So the pay for performance in the US is challenging for payers for a couple of reasons. One is that although they're interested in it, they are not always organized to actually track it and implement it and manage it. And two, they are not very well organized to pay – to commit to payments over time

But then there is an issue – the regulatory issues in the US with Medicaid best price which make it a little complex to have outcome-based agreements, not impossible. So we are making some progress in – potentially coming

---

**BioMarin Pharmaceutical, Inc.** *(BMRN)*
Cowen Health Care Conference

Corrected Transcript
03-Mar-2020

with a solution that would allow the payers to be only paying for "performance" outcome-based agreements without running afoul of the best price issue which seems to be a big problem, obviously, for us.

And ex-US, somewhat easier to do that, and I'm sure there will be some outcome-based agreements ex-US. Although, again, even with single payers in some countries, they have annual budgets and they always – not always willing to commit to several years of liabilities. So they all – so, when they get into the details, may realize it's still a bit more complex than it looks, even if they are potentially interested in outcome-based agreements. So we'll be offering this. But I think the majority of the payers in the US still will pay upfront.

---

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

Historically...

---

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

At least at launch, yeah.

---

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

At launch, okay. Historically, BioMarin's charged basically one price worldwide or a very similar price US, ex-US.

---

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yes.

---

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

Is there a reason I think that would change with gene therapy, isn't it?

---

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

It will generally be – but I think that the ex-US price will be lower than the US price. But is that going to be 30% of the US price? No. Like it is for big pharma? No. But it'll be a discount to our US price. The reason being that the cost of [ph] those analyses (00:17:13) in Europe is different than the US because – for two reasons why it varies from country to country but in many countries, they don't. The percentage of patients that receive prophylactic factor VIII is lower than the US. So the cost of the factor VIII is lower. And also because factor VIII, there are some countries that have agreements with factor VIII manufacturers and suppliers that are lower costs. So the overall treatment cost – cost of treating today in Europe is lower than the US but not dramatically lower.

---

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

Q

Right. One thing investors are trying to understand is how large is the pool of patients who'll be early adopters, how large is the number of patients who will want the first gene therapy as soon as it's available. You put couple of figures in your presentation...

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

**C** Corrected Transcript
03-Mar-2020

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yes.

---

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

...can you help us size the population?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So the size of the population, if you look at hemophilia A in general in the world, excluding India, China and most of Africa for access reasons today, it's 120,000 patients. Then you have to look – then you have to do the [ph] waterfalls and immediately (00:18:15) actually, initially, the patients are mild to moderate [indiscernible] (00:18:19) one gene therapy. So you lose about 45% of the patients. And they have to be over 18. They have to be free of preexisting AAV5 antibody, so you lose another 20%. So of the 120,000 you start with, the initial market target will be about 30,000 patients, which is still a lot at their current cost of therapy.

---

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

And how many of those do you sense want to jump in and adopt gene therapy [indiscernible] (00:18:45)

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Anyone guess? But we know that there is lots of demand there, lots of patients interested. They are – and I mean, these patients have been waiting for gene therapy for 20 years, and some of them are tired of waiting, and they want to try. And also at the same time, they know that it's not likely they use valrox then their options are gone, like they won't be able to go back to what they are doing today. They absolutely can go back to what they're doing today.

So right now, we have three years of demonstrated bleeding control. We're having four years this summer. Actually, some patients I've met have told me that even if we give them a year of no infusion, they would take it. As we discussed earlier, some of them they want to take a [indiscernible] (00:19:35) vacation, they kind of do that today.

---

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

Right.

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

They have to carry all their factor VIII refrigerated. I'm not saying this is not the way we're going to position the product, but there are some patients that are interested even if – limited efficacy in terms of duration. But I believe we have four years of efficacy right now and based on animal data, we believe it's going to be significantly more than four years.

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

There's a number of companies coming behind you with other gene therapy programs, who do you consider your stiffest competition? Is there anyone that you're watching most closely?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean, it's hard to tell. I mean, Spark has not given an update in 18 months or more now. So we don't know what's going on there. Sangamo, Pfizer, they have given updates recently but they are even further behind. And I would say the factory VIII data looks decent, but again, payers of the patients, they are really interested in outcomes. And we're always going to have three more years of data [ph] than (00:20:29) they have. So we have shown a median of zero bleeds, three years after treatment, it's going to be challenging to improve upon that.

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

Maybe switching to vosoritide, congratulations on the positive Phase 3 data. I think you said can meet with the regulators in the first half of the year to discuss the filing.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yes.

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

What questions are to be answered at that meeting?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean, the – the issue like – I mean, the Europeans, I think, we don't believe there have been any issues there. I mean, the US, if you were at the AdCom last year, the FDA always prefer longer studies, more patients, more studies. So – and they want to make sure that the effect is durable. So, the Phase 3 trial was incredibly effective, the P value was unbelievable but it's only a one-year trial. [indiscernible] (00:21:20) we like more, but it's difficult to treat.

We'll do a randomized trial to inject little kids with placebo once a week – once a day for two years. So I think it might be difficult to do that. But we also have now, we – the most recent update we gave on our Phase 2 trial was 4.5 years. It was not a randomized trial, but it was as compared to matched historical control that shows a clear benefit of the product and a durable benefit of the product, we showed about nine months – sorry, 9 centimeters increase over 4.5 years as compared to historical control with just less than 5 years of treatment. So, if we treat the patients almost from birth – from birth to age 15 and if the response is linear, and I think it's conservative because in the early years, we're going to have more of an effect, that would be about 1 foot improvement in height, which would dramatically increase the quality of life of these patients.

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

How motivating will that be for the patients to get on a therapy? What proportion of patients actually want to be treated and how big of a difference in their life would have – would it be?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean, I think the vast majority of them, achondroplastic kids are born – 80% of the achondroplastic patients are born from average-stature parents is diagnosed before birth. So, [indiscernible] (00:22:40) diagnosis then the geneticist meets the parents while the baby is not born yet and tell the parents, you're going to have an achondroplastic child. 100% of the parents, the first question they ask is what can we do about it right now, how much?

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

Yes.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So, I think there is going to be demand for it. And I think also based on even if you go back to the Advisory Committee, there was a public docket of comments, and you see how interested the patients are in being treated. There were open-mic comments where vast majority of the patients understood the benefits of the product. So – and then the other issue is time of the essence because every year the patient is not treated, that patient loses some growth and also is more impacted by the morbidity of the disorder. So – and we're not overly concerned about demand here if we get approved.

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

What about the competitive horizon there, there's a couple earlier-stage programs in development. How do you perceive them as [ph] change in the market dynamics (00:23:43)?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean, it's hard to tell because the most aggressive competitor only have so far data – in addition to animal data which we also have, they have only treated a handful or less than 10, I think, healthy volunteer patients with one dose with chronic therapy. They have no patient there and we don't – it doesn't appear that they have treated a patient yet, although they have been talking about treating a patient for over a year now. So they are falling further and further behind. They are more than five years behind us.

It's basically the same product, long-acting with pegylation. So instead of once a day, it could be once a week. But they have – it's hard to compare because they don't have any data and also since they are five years plus behind us. If the once a week becomes something that patients wants gives us time to actually come up with our own once-a-week product.

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

Maybe turning to PKU. To start maybe a brief update on the Palynziq launch. How are you feeling about that trajectory and where [ph] that's coming from (00:24:50)?

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

**C** Corrected Transcript
03-Mar-2020

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean, in the US, it's doing absolutely great. That's why we're going to do around $200 million revenue this year. So it's the fastest launch ever – we've ever had. I mean, the concerns before launch, my personal concern and all of us at BioMarin was because the product is not easy to titrate and get started and severe allergic reactions for some patients that although we had that under control in clinical trials, once you got in the real world in the less-controlled environment, some problems could occur. And the good news is that yes, there were patients with severe allergic reactions, the vast majority of them came back to the drug and the vast majority of them knew how to manage it because we prepare them [ph] do very tight ramps (00:25:31). We have to train the centers that treat the patients. We have to train the patients before we can ship the drug.

But the rate of severe allergic reactions is same or lower than in the clinical trial and the rate of discontinuation is very low. And the patients are writing to us, I receive letters regularly that this is transformative therapy for them. There are different people, they thank us for what we did here. So, it's just the issue that it's the first four to six months the complex product to use, there's a lot of education needed but once you pass that, also the reactions are basically gone. So, it's doing great, life-changing therapy.

We're just starting in Europe. Europe will be slower because it's always slower in Europe because of payers in different countries but also we didn't do any clinical trials in Europe, so there is no established cadre of doctors that have hands-on experience with Palynziq. But eventually, it's going to catch up.

---

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

Yeah.

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So, I think it is going to be [ph] very long (00:26:35). The thing that will limit the top line sales of Palynziq will be PKU gene therapy which we are preparing.

---

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

So, speaking of PKU gene therapy, [ph] I think that (00:26:47) you're going to dosed first patient this quarter...

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yes.

---

### Phil Nadeau
*Analyst, Cowen and Company, LLC*

Q

...what are your goals for that program and what quality of data do you hope to see?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So, our goal is to – based on animal data, we believe we can normalize Phe levels so we can turn these patients from hyper Phe to normal Phe levels, allow them to have a normal diet, normal life. We did that in mice in new

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

**C** Corrected Transcript
03-Mar-2020

transgenic goal model for PKU where we took the mice from hyper Phe levels to normal Phe levels within two weeks of treatment of gene therapy intervention, might be longer with patients. But we're going to shoot for normalization, so our first dose is 2e13 vg/kg which is effective in mice, it might not be the dose in human that brings the Phe levels to normal, but we can go higher. We might need to go to 6e13 vg/kg like valrox. So the -how long it's going to take to get to the final dose depends on how the patients react, but we're going to know a lot more in the next few months.

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

**Q**

In the last two minutes, maybe we can discuss the $2 billion of revenue that you currently have for your base enzyme business. Any changes in reimbursement dynamics or payer pushback?

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

Not in the US. What's interesting is that you get mainly the pricing headlines in the US, but actually our business in the US is the best ever and our prices are best ever. You hear less about payer issues in rest of the world, but there are some which is mainly related to currency fluctuations, economic conditions, political conditions, so – and also the fact that in the US, you can increase your price still and we have increased our price by [ph] about (00:28:30) inflation. We never go above inflation. And ex-US, generally, your best price is your launch price. After that, it can only go down. So even if you launch at the same price in US and Europe, after many – several years, your European price is generally lower because you can increase your US price and also because of currency fluctuations.

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

**Q**

For the older businesses like Vimizim and Naglazyme, are you still finding patients or is it [ph] the enzyme platform (00:28:58)?

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

Absolutely. We're still finding patients. That's pretty amazing but – so Naglazyme is – will be 15-year-old in June of this year, and is still in terms of patients, we're still finding patients and growing high-single digits, pretty incredible. And so that's why – so our products – the downside of our business model is that there are many proteins, extremely expensive manufacturing, so our gross margin is lower than the average biopharma – big biopharma companies. The upside is that the life cycle of our product is way longer. The average biopharma product peaks at nine years after approval. Again, we have 15 years of Naglazyme [indiscernible] (00:29:47).

**Phil Nadeau**
*Analyst, Cowen and Company, LLC*

**Q**

And one last question for me and that's on M&A and business development. You, with the valrox's success could have, could be very profitable with a lot of cash. How would you put that cash to use, to work?

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

So we're looking forward to this problem. Hasn't been the case so far and I would say, yes, I mean, if valrox is approved and does as expected or better, we will start generating some significant cash flow which we can use

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Cowen Health Care Conference

among other things for business development opportunities because although we've seen a lot of things that if you ask us in the past couple of years that some of them we would like to buy, we just cannot afford it. I think starting next year, this is about to change.

## Phil Nadeau
*Analyst, Cowen and Company, LLC*

Great. Well, thanks for the update. Thanks for participating in the conference. We appreciate it very much.

## Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Thanks, Phil.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.