# EXHIBIT K

C Corrected Transcript

**FACTSET:call**street

14-May-2020

# BioMarin Pharmaceutical, Inc. (BMRN)

**Bank of America Merrill Lynch Virtual Healthcare Conference**

Total Pages: 11
Copyright © 2001-2020 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

# OTHER PARTICIPANTS

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

### Aspen Mori
*Analyst, BofA Securities, Inc.*

# MANAGEMENT DISCUSSION SECTION

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Okay. Welcome, everyone. I'm Geoff Meacham, I'm the Senior Biopharma Analyst here at BofA and welcome to our virtual Vegas Conference, Healthcare Conference. We are thrilled this afternoon to have BioMarin, and speaking on behalf of BioMarin, we have J.J. Bienaimé, who's Chairman and CEO; and Hank Fuchs, who is President-Worldwide Research and Development. Guys, are you on?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Yes, we are.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Okay. Great. So the format for today is that we'll ask some questions with the team here, and of course there are – there's technology on the Veracast system to log-in and e-mail a question as well, and Aspen from my team and I will be leading the Q&A.

**BioMarin Pharmaceutical, Inc.** *(BMRN)*
Bank of America Merrill Lynch Virtual Healthcare Conference

Corrected Transcript
14-May-2020

# QUESTION AND ANSWER SECTION

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*



Q

Let me just kick it off, though, J.J., with some discussion. After a pretty solid 1Q, I wanted to kind of ask you about the – maybe the – perhaps the potential long-term implications of COVID. I know you mentioned on the most recent quarter about some nuances with respect to new patient starts, but do you feel like in a lot of different of the rare diseases that you're currently in, that we're set up to roll out telemedicine more broadly, should this COVID uncertainty continue a little bit longer?

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. So thank you, Geoff. Good morning, everybody, or afternoon. Yeah. So actually for BioMarin, we expect that the long-term implication of the COVID-19 will be a greater number of patients being home-infused, where this is possible. This was already happening, has been happening in most of Western Europe and North America, but we were seeing an acceleration towards home infusion which is good, long-term because it will improve, actually, compliance with the drug. Not that we have poor compliance, but, I mean, it's going to make it easier, it's going to improve the quality of life of the patient.

And clearly, since the lockdown that's been facing most of the world, our teams have quickly mobilized resources in countries around the world to help patients transition from hospital settings to homes or alternative treatment sites that are closer to the patient's home. So not only this is supporting treatment continuity during the COVID-19 crisis, but it will help patients now and for future events that makes access to infusion centers challenging and correlates with the improved adherence as well.

So the other thing is that our commercial team has been moving quickly towards digital interactions, and these are likely to persist even beyond the epidemic and this would be also advantageous, we believe, as clinicians, advocacy groups, patients become more comfortable with this new method of interaction and will be even complementary and additive to the face-to-face interactions, whenever they resume.

And finally, I will say the clinicians are adopting and leveraging telemedicine as a way to stay connected with their patients, and they're finding this is a tool that allows them to be innovative and efficient in treating their patients, which may help patients, especially those in rural areas, overcome barriers to treatment.

And one last point, we're about to hopefully introduce our first gene therapy product in the not-too-distant future, and I would say in a COVID and post-COVID world, any product concept that long-term reduces interactions between patients and healthcare professional should be well-received.

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*



Q

Okay. That's helpful as a backdrop to the overall business. Let's switch gears. I'm sure the topic de jure in a lot of your discussions has been Valrox and I just wanted to ask you how you were thinking about the launch in the context of social distancing, of telemedicine? What work can you do in advance to help raise awareness and theoretically accelerate adoption?

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Bank of America Merrill Lynch Virtual Healthcare Conference

Corrected Transcript
14-May-2020

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. So, I mean we – the sales force has been recruited in the US, entirely recruited in the US a few weeks ago. The European [ph] sales (00:04:35) measures have been recruited. All of them have significant hemophilia experience and relationships with hematologists and hemophilia treatment centers and patients organizations. So, that's going to be helpful.

So, what happened is that obviously we've been moving a lot of the activity that we were planning on doing face-to-face, we moved them towards digital and virtual interactions, which, people have to get used to, and is not always as good as personal interaction, but even with payers, we've done a lot of meetings, with, of course, regulatory authorities, we're doing a lot of interactions, and Hank can talk about that, but I would say, overall, we don't believe this is going to have a significant impact on the launch.

Actually, we've done a survey – we did a survey a year ago of about 100 healthcare professionals in the US and 100 healthcare professionals in Europe, and we've redone that survey a couple of weeks ago, so post-COVID-19, and actually the number of hematologists that have said that they are planning on prescribing ROCTAVIAN to their patients actually has gone up a little bit from 76% to 81% in the US and that's 100 – a sample of 100 hematologists, and 125 hematologists in Europe, [ph] still say about (00:05:59) 75%.

So, despite the COVID-19, it looked like the interest in the product is still there and we're not – we're not really concerned about launching it in this situation, at the same time we're not launching the drug today. PDUFA data is late August, so we will likely be launching early September in the US and as I say – and later actually in Europe. Hopefully, it will be past the peak of the COVID-19 impact. So we're looking pretty good about it overall.

I mean, Hank, do you have anything else you want to add here in preparing for the launch?

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Again, just to emphasize, as you say, I think there's a lens through which to look at this that ROCTAVIAN is going to reduce your dependency on the healthcare system and therefore reduce a vulnerable population's exposure, which is a good thing to do. So, I think, in the right context, I think – you know, there certainly are barriers, but in the right context, those are going to be overcome.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. That's helpful, guys. Just in the context this week of the RTF for Bristol on bb2121, there's an emphasis on manufacturing. Maybe just remind us where you are with respect to CMC and from a manufacturing perspective, what gives you the confidence in the ultimate outcome here, with respect to an inspection? Maybe just help us with the inspection and the manufacturing capability?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean, I'll start, then, Hank is a big fan of our manufacturing organization, so he'll give you his perspective. First of all, we already have been inspected and certified by the European authorities so that the facility – the gene therapy facility in Novato, California has been inspected by the European authorities and been certified for making commercial product for future launch in Europe. So that's done, check that box. The inspection by the health – so that's a good sign because they do a pretty thorough review and the inspection by the FDA is scheduled

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Bank of America Merrill Lynch Virtual Healthcare Conference

**Corrected Transcript**
14-May-2020

significantly before the PDUFA date. So, we are on track in this respect. I would say what makes us confident in – well the European approval is already a good one. I mean, manufacturing approval is already good box to check.

And second was, based on all our interactions we've had over the past three years or so, interact with the FDA as we were building the plant, budgeting the plant, makes us feel already confident that we're going to be in a good position with the FDA inspection.

Hank, do you want to add your perspective on this?

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Well, I think going back to the context of bluebird, I think first of all remember that A, [ph] these have (00:08:54) got to be in order of magnitude simpler than lentiviral cell ex vivo therapy, so we got that going for us, but I think also we've taken a pretty high bar approach to data quality, data integrity process development, facility development and we've talked about that with Wall Street a lot, at every step of the process. I think the fact that we aimed really high should serve us well, has so far during the review, and as J.J. says, we're pretty close to the finish line at this point.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. And that's helpful, guys. I think – I had some from the team and a couple of on Valrox as well. Aspen?

### Aspen Mori
*Analyst, BofA Securities, Inc.*

Q

Thanks, Geoff. Yeah I wanted to talk a little bit about the commercial landscape for Valrox. Maybe you could start with how you guys are thinking about the initial launch? What prescriber base are you targeting, maybe how many patients they cover? Yeah, let's start there.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean we are targeting the entire spectrum of hemophilia treatment centers in the US and Europe, initially. We know who they are, where they are. Our sales reps have experience dealing with them. So, there is no specific treatment center we're not going to be going and commercialize the product after. So, we get a question a lot about the profile of the patients that are more likely to adopt our product. I would say for competitive reasons, I don't want – we don't want to disclose exactly what that profile is, but we have some ideas. We've done a lot of marketing research.

Maybe I could just say that these patients are [ph] or generally (00:10:46) patients are someone that are going to be adopting the product faster. It looks like about a third of the patients, based on marketing research, will be early adopters and these are patients that are actively involved in the community to learn about new treatments and hear from peers, but who do not rely on the community to – for advice on disease management and they are generally well-informed and optimistic about new treatments, and open to switch shortly after approval, and this is based on our own marketing research and other people marketing research. So, overall, there is very significant interest in the product.

### Aspen Mori
*Analyst, BofA Securities, Inc.*

Q

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Bank of America Merrill Lynch Virtual Healthcare Conference

**C** Corrected Transcript

14-May-2020

Okay. Thanks. And then one more, maybe how are you guys thinking about – maybe this is a little bit longer-term for Valrox, but how are you thinking about the potential competitive landscape, including gene therapy and non-gene therapies that are also in development?

...

### Jean-Jacques Bienaimé                                                                                       A
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Hank, you want to about the gene therapy competition?

...

### Henry J. Fuchs                                                                                               A
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Sure. Well, I think something to start with is we've completed the Phase 3 clinical trial, both the data readout from an [ph] interim (00:12:04) analysis that supports application globally, but also the enrollment in the confirmatory clinical trial, the largest gene therapy trial in hemophilia ever conducted, and the competitors haven't started that. So the first thing to say is, the current set of competitors are way behind.

The second thing to say is, technologically they don't particularly bring anything that off the – in the start of it you'd say was designed to address any potential issues or vulnerabilities with what's going to be ROCTAVIAN. For example, you could say, well, we're not going to be in the first instance, amenable to the seropositive population, the AAV5-positive patients, but in fact, as we've talked about the – it's not like the AAV5-positive, AAV6-negative population. It's a very large population so there's not very much service to be done there.

As far as the other product attributes, we'll see where we are when we report the four-year data mid-year, but it's going to take a long time to understand how to beat. If we were 100% off prophylaxis at year-three, that's a hard number to beat, and if you don't have particular scientific insight about what you're chasing after, because you don't have really a lot of data and you're years behind the leader, then it becomes really difficult. So, I don't know that there's a obvious generation ahead skipping strategy for competitors. So, I think where our focus has therefore been principally on, getting the most benefit for patients from Valrox that we can possibly do.

...

### Jean-Jacques Bienaimé                                                                                       A
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

And also another side effect of the COVID-19 epidemic is that the lead that we have over our competitors is increasing because in a sense, we were lucky on the timing of the virus because we were fully enrolled in our Phase 3 trial at the end of last November. So, we don't have to treat patients anymore. Yes, there are follow-up visits, but don't have to start patients or treat new patients and our competitors are delaying the start of the Phase 3 trials. Roche announced like a year delay. So, if anything, we are not overly concerned about the impact of the virus in the competitive situation. If anything, it's going to help us.

...

### Geoff Meacham                                                                                                Q
*Analyst, Bank of America Merrill Lynch*

Hi, guys. This is Geoff again. Yeah, just as a follow-up to that J.J., obviously we're going to have soon, the three- and four-year data, but if you look longer-term for Valrox, when do you think we'll have visibility on the potential to re-treat? Obviously, it's not going to be an acute concern or question for the first few years of the launch, but down the road though, having that as an option, I don't know, in 5 to 10 years' time, would be helpful.

...

### Jean-Jacques Bienaimé                                                                                       A
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Bank of America Merrill Lynch Virtual Healthcare Conference

**C** Corrected Transcript
14-May-2020

Yeah. So, I'll start and then I'll let Hank jump in. So I just I just want to emphasize something that some people haven't understood, or don't know, before talking about re-treatment is that if a patient is treated with ROCTAVIAN, worst-case scenario is, if they don't respond or they don't respond after several years, they can go back to what they're doing today. The fact that they're even being treated with ROCTAVIAN doesn't preclude them from going back to what they're being treated with today. Now it might preclude them being re-treated with other AAV-based gene therapy compounds, or constructs, yes, and this is why potential re-treatment strategy becomes important.

So, with this introduction, Hank?

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Well, and I think J.J. just sort of articulated three different kind of contexts of the question. So the patients that have AAV5 initially, positive, and therefore, they can't be treated; patients who didn't have a great initial response, but have a very strong antibody response to AAV5 as a consequence of receiving ROCTAVIAN; and then patients who over time have lost expression.

Each of those biological problems is probably addressable slightly differently and we're trying to leverage the data to highlight for us where the best next level of investment is going to be, as regards long-term future of the hemophilia patients. And at this point, we've got research under way in all – in sort of all three workstreams, if you will. We've talked about, for example, a capsid which doesn't appear to cross-react with AAV5, so maybe that's good for patients to get retreatment. We've talked about nearer-term strategies to dose through preexisting, lower-grade immunity. And we're – we've been doing a lot of laboratory work to try to understand why there's some initial transduction to prevent the need for retreatment in the first place.

So, with all that said, we're fully aware of where the places to go next conceivably are, but let's not take our eye off the sort of first things first, which is, let's make sure people really do understand the value proposition for ROCTAVIAN, how to safely and appropriately use it, that we're gathering additional data in a longer-term fashion to really understand in a bigger way where we really are with ROCTAVIAN's impact in the hemophilia population, and where there's opportunity to further innovate.

---

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

That's helpful. And then just a follow-up for both you, guys, when you think about the initial launch and obviously you'll have to – continue to have payer discussions, but what other external factors could help with the launch vis-à-vis patient visibility, or even physician visibility? You think something like treatment guidelines may help, or broader communication of the clinical data thus far?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I don't know. Hank, you [indiscernible] (00:18:00)?

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

It's all of the above. I mean, let's start with, it's a relatively small dataset, and – that the interim analysis is going to trigger the launch on the basis of. And I think for the sort of more front-end of adoption curve types, academic

---

clinicians or, being a patient who either has more urgent healthcare problems, or maybe a little bit more mobile and more educated, they may be faster adopters.

And then there'll be another tranche of data when the full study 301 reads out, and then those data, together with the longer experience that people are having from the earlier studies, I think will start to recruit the next set of physicians and I think it's going to be an iterative process of education, awareness raising, and all of those things that you said are going to be relevant, you know, guideline committees, medical education, discussions and CMEs.

So the – I think this is going to be – we're at the very beginning. [ph] Let's (00:19:05) talk about durability that we – well, let's track that we're at the very beginning of a big revolution and that there are going to be a lot of patients benefited for many years, and, like I said before, first and foremost, is getting started with that part of it, especially in these times. So for those patients who feel like they're better served by managing COVID vulnerability by physical distancing, get your ROCTAVIAN and be done with it, as opposed to continue to live with dependency on the healthcare system. So, we're really looking forward to the moment here where the thing goes from being investigational or commercial, and I think that's going to start a big transformation, and then the little streams that you're talking about will follow.

---

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*

Q

Okay. That's helpful. Let's switch gears to Vosoritide. And so just give us an update here with respect to the regulatory piece. You guys have talked about the filing in the back-half of this year. Maybe just with the package, what are the items that have yet to mature? Are there anything vis-à-vis CMC or preclinical that has to be done? Clearly, the clinicals are done, but I wanted to maybe get a little bit more perspective on the overall package in the US and Europe.

---

**Henry J. Fuchs**
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. We're really in good shape. I mean, the Phase 3 clinical trial that's going to be statistically robust evidence of effectiveness with a p-value of 10 to the minus-13, that study had completed and read out in the fourth quarter last year. So we're really in the write-up phase. We were also fortunate to have basically done a data snapshot on our largest natural history database for evaluation of long-term efficacy outcomes, and we had also snapped that database as well before the end of last year. So, those three key pillars of our program were already in good shape.

The fourth key pillar of our program is safety and efficacy in children under five, and we had agreed during the meeting with the FDA that the application would start – the application would be filed without the completed study of patients under five, that had been discussed extensively at their Advisory Committee, and we had discussions with them, the FDA, extensively about that. So there is agreement around that.

At this point, we're really in the taking and tying and putting a bow on everything, there's some final reports to write up, obviously some last-minute types of housekeeping studies to do, but everything is on track. Obviously, with COVID out there it does make some things little less predictable these days, but we feel pretty good about the Q3 timeline.

The Europe process, similarly all basically ticked and tied, nothing really to feature there that's different. I think we've taken a pretty – Europe is very procedurally oriented and there are a lot of process validation checks happen through behind the scenes along the way and we're feeling pretty good about all that. So, [ph] with years

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*

**C** Corrected Transcript
14-May-2020

turning (00:22:10) we've had a lot of experience with this in the last few years, so starting to feel like old familiar territory around BioMarin – we're in submission, we're in review.

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

And we are planning, so it's really a question of finalizing and putting the filing together and be on track to file in Q3. Next quarter.

---

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. Yeah, that's helpful. And [ph] we hope at the (00:22:37) launch for this product maybe what are some of the similarities and differences with respect to your existing portfolio? I know for Valrox, obviously, you're talking about a gene therapy and a vastly disruptive treatment that the sore type looks a little bit more like the rest of your portfolio, but are there nuances with respect to the patient population or the commercial uptick of the sore type versus other [indiscernible] (00:23:08)?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. So, versus our earlier products, the big differences are – first of all, this is a larger patient population than any NPS disorders, significantly larger, there's 120,000 patients in the world, about 24,000 or 25,000 of them will be eligible for therapy because they're under 18 years, and that does include India and China and West Africa, so actually you would more than double those numbers if you included these. So, larger patient population, Two, most of the challenges in the early days of BioMarin was to – with the NPS products the challenge was to find the patients. Most of them, we didn't know where they were. They were – many of them misdiagnosed and that is not the case here. All the patients diagnosed before birth. So the patients are easy to find in this respect.

And then another huge difference, but an important point is the fact that there's going to be a need for urgent treatment here in a sense that the parents of these kids who are going to be making the treatment decision, I think that most of them understand or will understand very quickly that treating the kids the earlier is the better, and not to wait, because every year of growth that is lost is probably lost forever. Consequently, there's going to be a need to get on treatment fast. We should generate some pretty significant early demand here. So, all this combined, we believe this is going to be a faster ramp-up than the other products that we've been launching in the past.

---

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. That's helpful. And J.J., in the context of the competitive landscape, you feel pretty well-positioned there and then I guess in the other context of COVID-19 and telemedicine, do you feel like achondroplasia, is there any reason to believe that it's any different with respect to the ability to do – to practice and to identify patients vis-à-vis telemedicine?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So, I really don't think – patients are already identified, the product is relatively easy to use, one subQ injection per day, and we're going to make it easier for the parents to inject the drug with improvement in the presentation of the drug and pen device, all that kind of stuff. Already – and Hank can give you more detail about it. The

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Bank of America Merrill Lynch Virtual Healthcare Conference

compliance in our clinical trials has been amazing. There is no safety issue to speak of. So, all of this combined, I think, would lead this product to be stored and monitored very relatively easily with telemedicine.

Regarding our competitors, I mean in terms of the clinical data, it's very hard to make any comparison because they don't have – they haven't treated any patients yet and I would say, another side effect again of the COVID-19 epidemic is that they are falling further and further behind in starting their first human patient trial. They are over five years behind us and it's not clear to us as to what is going to be their gene setting proposition and what are they really bringing to the party, considering that compliance is very good with our drug already and we have pretty well-demonstrated efficacy.

And Hank has a perspective on the once-a-day versus once-a-week, you want to talk about that, Hank? In the context of the [indiscernible] (00:26:51)?

**Henry J. Fuchs**
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Yeah. I mean, you talk about the impact of COVID and treatment and whatnot, I mean, you do have to appreciate how simple this is in the grand scheme of things. This is a once-a-day subQ injection. It's not like insulin. It's not like you have to monitor something or you have to adjust the way you live your life. It's like a blink and it's over. And what you hear from patients about that is that it's actually not the skin prick that hurts, that bothers them. If they have any concerns at all, injection site reactions, for example, it has more to do with the fluid going into them that feels a little unnatural.

Patients get used to it. But what I guess that means is that solving for fewer injections doesn't really solve a problem because that's not what the patient's problems are. It's the injections. Blink and it's over. It's more like what happens after the injection. You just increase the volume, increasing excipients, you have to worry they didn't work on those things. So this – the value proposition, as J.J. just said is not crystal clear.

In the meantime, we're working very closely with our patients to improve the forms – form of delivery, patient education materials, anything that we can do to make life better for them during their journey, we can be doing, and I think we don't hear a whole lot about injection – this is not kind of where people's concerns are.

**Geoff Meacham** Q
*Analyst, Bank of America Merrill Lynch*

Okay. That's helpful and I'll just wrap up with a question more on capital allocation. J.J., you obviously have growing pipeline with BMN 270, and I think when you look across the landscape, there's quite a bit in the rare disease space, but does the uncertainty from COVID kind of change your view on the pace of BD or the magnitude of the type of deals, or do you just look at it as before?

**Jean-Jacques Bienaimé** A
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Yeah, I would say we have a pretty good track record, of in-licensing potential products at early stage, preclinical stage, making them our own, and developing them into potential blockbusters. ROCTAVIAN is a great example of that since we in-licensed the technology from UCL, but very early stage, and then we used that to produce our own gene construct that became ROCTAVIAN. And we are now going to use the tremendous experience we have had developing ROCTAVIAN to leverage this for other genes therapy candidates. And we are being highly productive.



# BioMarin Pharmaceutical, Inc. *(BMRN)*
Bank of America Merrill Lynch Virtual Healthcare Conference

 Corrected Transcript
14-May-2020

We announced the Dinaqor deal a couple of weeks ago. I think also our gene therapy manufacturing experience is coming in very handy and attracting a lot of potential partners here.

So, the other thing is that obviously, assuming ROCTAVIAN is approved, and assuming ROCTAVIAN starts generating some significant revenues a little bit this year, but mainly starting next year, that starts – that is going to create hopefully free cash flow that we can use and deploy for internal R&D but also for being a bit more aggressive on the bidding front because we have more resources in the next two years.

## Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Perfect. Well, with that, we're out of time. So, J.J., Hank, thank you very much for the discussion. Really very, very helpful. Great conversation.

## Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Okay. Thanks for having us.

## Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Perfect, Thanks.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.