# EXHIBIT L

19-May-2020

# BioMarin Pharmaceutical, Inc. (BMRN)

**RBC Capital Markets Global Healthcare Conference**

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 10
Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

**Corrected Transcript**
19-May-2020

# CORPORATE PARTICIPANTS

**Henry J. Fuchs**
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

# OTHER PARTICIPANTS

**Kennen MacKay**
*Analyst, RBC Capital Markets LLC*

# MANAGEMENT DISCUSSION SECTION

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Hi. My name is Kennen MacKay, and I'm one of the senior biotechnology analysts here at RBC. It's my great pleasure to keep our conference rolling up and – I'm joined on the line with BioMarin Pharmaceutical. From BioMarin, I have Dr. Hank Fuchs, the President of Worldwide Research & Development. Hank, thanks so much for joining us today.

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Thanks, Kennen. We appreciate the opportunity to participate in your virtual healthcare meeting today.

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

**Corrected Transcript**
19-May-2020

# QUESTION AND ANSWER SECTION

**Kennen MacKay**
*Analyst, RBC Capital Markets LLC*

Q

Thank you. So, obviously an incredibly busy and very functionally different time. Obviously, all of us are adjusting to work-from-home due to the coronavirus impact. Maybe we can just kick off the discussion with sort of your sense of where coronavirus, where the COVID-19 pandemic has impacted BioMarin the largest?

**Henry J. Fuchs**
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. Thanks, Kennen. Despite the immediate challenges of COVID-19, we've actually never been in a stronger position to execute our growth strategy, and in fact, due to the essential nature of our approved products, we've weathered the pandemic pretty well for the MPS business. The largest markets that have well-established bases of home infusion patients have remained strong contributors in the face of COVID-19 challenges and this includes the US and Canada, UK and Germany. This has led to high compliance. Especially in times like these, patients want to stay well. In other parts of the world, where home fusion is not as well established like Latin America, the pandemic has enabled us to ramp up the home infusion practice and we're in the process of converting more patients to home infusion. So, little bit it's been a silver lining that ultimately will strengthen our business in the long term.

But then when you think about the pandemic, you also want to think about that longer term. On the horizon later this year, we're looking forward to the potential approval of Roctavian for the treatment of hemophilia A. Our PDUFA action date of August 21 is holding firm. In spite of the pandemic, everything is going quite well, in review with the FDA. And we recently received certification of our manufacturing facility from Europe. During the challenging times, we feel fortunate that the pivotal study has completed enrollment last year, and so it will be the largest report on dataset for heme A with gene therapy. So good progress on Roctavian.

Vosoritide for the treatment of achondroplasia, another major product opportunity we're looking forward to advancing in the third quarter and also not disrupted by COVID because of the phase of development that we're in. And maybe the final thing to comment that's not affecting BioMarin fundamentally is on the earlier stage pipeline, we were able to enter into a collaboration with DiNAQOR to jointly develop novel gene therapy treatments for rare genetic cardiomyopathies and thus expand our pipeline to go beyond hemophilia A and PKU and hereditary angioedema and now into the genetic cardiomyopathy, starting with a hypertrophic cardiomyopathy.

We've been busy building this infrastructure over several years, and it's not the kind of thing that COVID is going to blow away. And that combined with the gene therapy, manufacturing expertise and a broad global footprint puts us into a great position again in the larger and rare genetic diseases, and I think again, none of that has really been meaningfully negatively impacted by the pandemic.

And then finally on the financial side of the business, we have Brian here who can answer more detailed questions, but we stay on track to transition to GAAP profitability to introduce the first ever gene therapy to get into registration in achondroplasia and to undertake initiatives to continue the journey of sustainable profitability growth over years to come. So with that, let me pause there, Kennen, and pass it back to you for other types of questions.

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

**Corrected Transcript**

19-May-2020

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Yeah. That's a phenomenal overview and apologies for not introducing Brian if he's on the line as well. To your point, in a lot of ways, BioMarin is stronger than ever operating – much, much stronger than ever, not only despite COVID-19, but also despite some competitive developments. Maybe to that point, one of the pipeline agents that myself and the Street seems most excited about is obviously Roctavian, and some of the four-year data coming up potentially in midyear maybe could help sort of inform some thinking around really the durability of this product. Can you maybe talk a little bit about on any developments as it relates to how durability is developing here? And by that, I mean thinking around what is causing the expression to wane over time from Roctavian?

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Lot of complicated elements to the – set up in that question. Maybe let's just hit on some of the big ones. I think from a big picture perspective, the four-year data is on some level icing on the cake here already, because Roctavian is already – will have already – has already demonstrated pretty substantial value benefit. And you're starting to see publications about what it really costs to have hemophilia in a lifetime or what the projected impact of Roctavian might be if we assumed a certain price of Roctavian. And I think most of those studies will establish a foundation of good Roctavian reasons from a payer perspective that have already been established in the four years icing on the cake.

But it's good for confidence in the clinical outcomes for patients and it does kind of reinforce the biology that we've talked about, and I think people will be interested in the science and what does it mean for durability of demonstrable vector. We have a lot still to learn, and so there'll be a lot of learning. I think there will be some – I'm going to call it scurrilous behavior trying to prognosticate what's going to happen in year five, six, seven based on what we've seen in year two, three, and four. We've done a little bit of that for scientific purposes. I think it's going to be very difficult. I talked about this from the get-go. The parameters are already relatively small patient population, already some intrinsic variability that's human in origin, inter and intra-patient variability. And the shape of the curve is not pure, it's not linear, so there are different extrapolation models you can apply to things.

But as or more importantly, the relationship between a given Factor VIII level and a given clinical outcome has yet to be re-established in a gene therapy context. So I put all that in the category of scurrilous simply because the scientific aim of that – the discoveries is real and pure. Prognosing what's going to happen, I think, starts to move into a different direction. And then so – and the reason I say this is all back to the big picture. We'll have established a very positive benefit risk. At the time of PDUFA actually, we'll have more than three years' worth of efficacy data, four years of efficacy data. Obviously, we haven't seen the data so we can't talk about what it is, and we'll be building an increasingly large dataset of experience with Roctavian that I think is going to be attractive to payers and patients.

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Yes. No, I certainly agree with you and it's really incredibly optimistic there. One physician that we had talked to during our spring [indiscernible] (07:51) series had said as much as 10% of hemophilia patients could either be requesting or be prescribed Roctavian within the first year of approval. Is that sort of in any way related to how you're thinking about this internally or is that just again sort of a complete divergence from the demand that you're anticipating?

---



# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

**Corrected Transcript**

19-May-2020

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

It's not at all divergent qualitatively. I think it's a little hard for us to do. It's a little bit like cross-study comparisons. And so, I find myself for some reason kind of not referring to the studies that other people did very much because for the simple reason that just because they validate what we believe, they don't – it's like a little bit of cherry-picking can be involved there.

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Sure.

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

But I will say that qualitatively, we're seeing more and more market analysts reaching to doctors who are more and more familiar with the story and more and more aware of a segment of their patient population in whom the need is higher and the questions are fewer and the expectations are more reasonable. And as doctors start – and we saw this by the way happen in the clinical trial, right, because when you're starting the clinical trial, we had seven patients worth of experience at those dose group. Right? And so now they're thinking about, okay, who really is at the higher end of the interest willingness curve. Right? And that's held up pretty quickly if you recall.

So I mean we basically the pace we're on completion of the study was really activating the sites in the countries. And 300 patients signed up. And so now with this much more data, you're getting that much more acceleration of that same process. So you're seeing more and more respondents, cynical respondents, bare respondents, acknowledging that a meaningful fraction of their patients are asking about it. We've talked about our opt-in, our query line. We see activity crackling there as well. So, yeah, these numbers don't seem like woo to us at all.

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Yeah. And absent in-person physician visits, that's online and sort of virtual effort seems that much more important. Can you talk at all about some of the educational efforts that BioMarin has been doing around Roctavian ahead of the approval or for even plans following approval after that August PDUFA you've mentioned?

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. This is a little like the earlier question in the sense that for every slow adopter conversation, there's a faster adopter conversation that is to be had, and the more we awaken – for every COVID impediment headwind that we talk about, there's a benefit of the silver lining of COVID which is people are getting quite adept at doing telemedicine and remote healthcare, remote monitoring that stay-at-home is a pretty good effective way of controlling your exposure to risk for COVID. That recurrent dependency on the healthcare system is not really a particularly good thing for COVID. And so as many people, as we hear, ask the question about should we worry about doing gene therapy during the time of COVID, we hear people asking isn't now the exact time to be doing gene therapy for hemophilia A to protect COVID.

And I don't know exactly where the heads, tails kinds of things lands quantitatively in the market future but we're encouraged. First of all, the agency is pushing very hard very far in terms of into the – we're on track on the PDUFA action cycle and feeling good about where we are. The medical community is as engaged even if it's telemedicine wise. We're working around the barriers. And on August 21, [indiscernible] (11:50) seems around the

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

**C** Corrected Transcript

19-May-2020

corner and another level from a COVID time, there's still three months to kind of adjust and tune to get it right. We're having a lot of communication with our sites about how to be ready when the go goes, and the rest is going to play itself out.

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

And maybe sort of shifting gears a little bit, another real sort of focus is on PKU, and the – both I guess offensive, as well as sort of defensive roles that are going on there with risk to Kuvan from generic entry, as well as Palynziq and sort of uptake there. Can you talk a little bit about, especially during the COVID era, the thinking around those two dynamics?

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

The two dynamics are Palynziq and COVID?

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Yeah. Exactly. Palynziq uptake and sort of efforts towards defending Kuvan from generic entry later in the year.

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Right. So the biggest impact that we're foreseeing right now is going to be during the second quarter overall, and for Palynziq in particular, that's kind of like new starts kinds of things. And if you make the assumption that there isn't a second wave and then things will wake up at some pace and business will resume, and we'll be back to the fundamental consideration, the value proposition of Palynziq versus the value proposition of Kuvan. And so there I think the fundamental dynamic is less dependent on COVID. The extent to which it's dependent a little bit on COVID is just an upfront initiation of therapy. For Palynziq, it's a little bit more complicated.

And so what we've been seeing is overall, pandemic independent is – first of all, Palynziq is only indicated for adults and there is a quite reasonable interest level of current Kuvan adults to migrate to Palynziq for its superior efficacy and for the prospect of a more normal diet. Remember the Kuvan is still indicated as an adjunct to dietary management of PKU. And when the genericization hits, it'll be a big benefit – big potential benefit to children who have no choice because there is no Palynziq in that space. And then the question is what magnitude impact will it have on the Palynziq in the overall PKU business. I think our view is over time, the PKU business is going to grow while patients switch from Kuvan to Palynziq, which patients will do ultimately because it's not about just being cheaper, it's about – which is what the generic offers, it's about what's being more effective.

And I – one color comment that I'd add to this that just a little bit humble, [indiscernible] (15:01) not to talk about this, but it's actually hard to get Kuvan responsiveness. He's done a really good job, his team has done a really good job. You have to be very careful with the medical and dietary management side. Generic companies, will they be able to do that, will be able to undercut the price to the degree that that they need to to win business in absence of that ancillary care? That's a big experiment. And so a little bit up in the air with the overall impact. You've heard us talk about, will this follow the exact genericization ritual. We say probably not behind that. Some of that is just the experience that we have in phenylketonuria. All that said what we know about PKU patients is they want better fee control. We know that Palynziq offers better fee control. Ultimately, the current Kuvan market regardless of generic or not generic it's going to be more of a Palynziq market than it is today, much, much more.

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Got you. And what about the EU versus the US? How do you sort of see dynamics unfolding abroad versus – again versus here domestically?

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

As regards Palynziq versus Kuvan, Kuvan – the genericization issue is a little bit of a later thing. Kuvan doesn't have as deep roots in EU community. It was kind of mis-launched by the prior occupants. I think we have a really good opportunity there to step in and fill a big void with Palynziq. It takes a little time to launch in the EU because you have all the countries, you have all the reimbursement things going out. But eventually, we'll get there. The reason, the fundamental reason why Kuvan genericization in Europe is a much less big issue aside from the fact that it's been years from now is that what people in Europe and people everywhere is normal fee, normal diet, and there's not very much prospect of that with Kuvan, but it does happen with Palynziq to a meaningful degree.

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Got you. No, that makes sense. Maybe then shifting back to gene therapy, this I think in the coming years is going to be an increasingly critical part of BioMarin's business mix. Can you maybe talk a little bit more, before we dive into specifics, about the recent gene therapy deal with DiNAQOR and plans to develop some cardiovascular [indiscernible] (17:26).

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Sure. We have by virtue of having a commercial facility, by virtue of having a lot of process development experience in the backend, have a lot of leverage in terms of the gene therapy competency and we've been picking up speed and capability as we've been going along. And biologically in the research community, we tend not to talk publicly very much about what we're doing, but we had had an interest in – and we had showed you some hinting data about some of these things, about how we can get higher degrees of expression than other people can get, we can get tissue tropisms for unusual places. We showed an experiment in which we showed great muscle delivery instead of pure liver delivery. [indiscernible] (18:11) deliver to the heart even better. And so we had started to have a burgeoning interest in cardiac gene addition. And so when you double-click on kind of severe cardiac, genetic in origin, amenable to the gene additions, there are actually quite a few indications. But one of the bigger ones that we had been focused on were the genetic hypertrophic cardiomyopathies and in particular some specific subtypes of that.

And lo and behold, two friends/former colleagues had started a company to deliver cardiac genes for – to deliver genes to – heart muscle for gene therapy. And they had reduced – this is a group that had been working in the field for decades scientifically and had gotten to a place where we were convinced that they had taken a step past where we were. And so the deal was to leverage the building blocks that they had established in terms of the initial vector constructs, initial animal test systems, initial cell-based screen assays. And so really BioMarinize and build that out. And it really is a nice collaboration because these are people we've known for a while and worked with for a while in different contexts and they were exactly where we were. They were just a little bit ahead of us by virtue of concentration. Now where we add to the – and go back to the robust infrastructure that we have for final vector optimization, characterization, regulatory support, execution of clinical trials, manufacturing scale up et cetera then this becomes a one plus one equals way more than whatever. So that was the sort of the spirit and

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

**Corrected Transcript**
19-May-2020

---

the basis for the transaction. And there are a lot of genetic-based cardiomyopathies by the way. So getting good at this will serve us through a lot of different indications.

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

**Q**

And is that technology exclusive to the sort of cardiovascular cardiomyopathy indications or is that something that can be leveraged and put to work much more broadly?

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

Things tend to be kind of very bespoke. So it's not like there are shelf animal models lying around for C3 deficiency in which 100 compounds have passed through and you've got the knowledge of the positive predictive success and the negative predictive success. We've got to build it as you go and so that is really more with this – the franchise – where the franchise is and it's in the early stages of building up the building blocks. But the nice thing about biological systems that are tied like this and when I say tied, I mean where the molecular etiology is precise from the get-go is that you can really build those test systems pretty quickly and get into a more reliable zone for things like dose calculation, comparing things for biodistribution purposes et cetera.

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

**Q**

Yeah. Okay. And then again thinking about sort of the deeper gene therapy and sort of gene therapy pipeline, really what part of it are you most excited about, either as it relates to new vectors, new constructs or potential to target new tissue types?

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

This question is always like which of your children do you love the most. I mean I love the late-stage regulatory process that we're going through Roctavian. I mean, these people are serious to commit to the human health, they want to make a difference. I love that part of the process. I love the sort of the breathless anticipation of first in human, did we get the dose right that we're about to experience with BMN 307. I love that early design phase where somebody from the lab comes up to you and goes, we just got expression level that's 30 times higher than any group has ever reported and we got it consistently. That's exciting. I love the part where somebody sees and what's really cool about where we're going with the cardiomyopathy is these pathways – these recessive disease pathways are reasonably prevalent in the larger population and have a reasonably severe phenotype associated with them, and there's nothing for these patients. That's also pretty exciting. I love them all. What's not to love?

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

**Q**

Absolutely. We are running up towards time, and I would be remiss if I didn't ask about vosoritide. Wondering really when we could expect a Phase 2 data from infants and younger children potentially given some of the delays from COVID-19? Is that still very much on track?

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

No. Unfortunately, it did hit the pause button. Fortunately not a very consequential pause in the overall grand scheme of things because the agreement that we reached with the health authorities was that we would file

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

absent complete efficacy data on those patients, and that we would just seek an initial safety. And they had been prepared for that and they have been preparing for that. So no regulatory wrinkles related to this. We have some options that we can consider. The original plan was to compare the groups pooled by age. That was the original [indiscernible] (23:35). We can think about different designs of statistical plans. We haven't really kind of zeroed on on this, so it's still a bit of a flux. It depends a little bit on, okay, so when is the restart, how much longer do we have to go, how much of delay are we looking at. Well, if we truncate the sample size, what does that do to us? So, a little bit of works in progress, but not to worry because it doesn't really change achondroplasia vosoritide regulatory pathway particularly or even really meaningfully the initial adoption.

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Got you.

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Most people would be willing to extrapolate.

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

Yeah. That is wonderful news and we are very much anticipating that...

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah,

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Q

...that Q3 filing.

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah.

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

With that, we are running out of time here. So I want to thank you very much for joining us today and participating in the conference, and thank everyone else on the line for joining as well. We really appreciate your time today.

---

### Henry J. Fuchs
*President, Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Thanks, Kennen. Take care. Be safe.

---

### Kennen MacKay
*Analyst, RBC Capital Markets LLC*

Thank you. You too. Bye-bye.

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## RBC Capital Markets Global Healthcare Conference

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.