# EXHIBIT N

04-Jun-2020

# BioMarin Pharmaceutical, Inc. (BMRN)

**Jefferies Virtual Healthcare Conference**

**FACTSET:call**street
1-877-FACTSET    www.callstreet.com

Total Pages: 11
Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Jefferies Virtual Healthcare Conference

Corrected Transcript
04-Jun-2020

# CORPORATE PARTICIPANTS

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**Brian R. Mueller**
*Senior Vice President-Finance, Chief Accounting Officer & Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

# OTHER PARTICIPANTS

**Eun K. Yang**
*Analyst, Jefferies LLC*

# MANAGEMENT DISCUSSION SECTION

## Eun K. Yang
*Analyst, Jefferies LLC*

Hi, everyone. This is Eun Yang, a biotech analyst with Jefferies. Welcome to Jefferies Virtual Healthcare Conference. It is my pleasure to host a fireside chat with the BioMarin management, JJ Bienaimé, Chairman and CEO; Hank Fuchs, President of Worldwide R&D; and Brian Mueller, Acting CFO.

Before we start the Q&A, JJ will give us a brief opening remarks. JJ?

## Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Thank you, Eun. So we appreciate the opportunity to participate in a virtual healthcare conference today. As you know, last Sunday, we shared highlights from four years of clinical data with ROCTAVIAN gene therapy for the treatment of severe hemophilia A. We are very pleased that at four years after treatment, patients on our study remain off prophylactic therapy and have experienced less than one bleed per year on a cumulative basis over the four years of the study. The clinical benefit demonstrated to date with ROCTAVIAN is a tremendous win for patients with severe hemophilia A.

So just to give you some perspective, the 13 patients in our Phase 2 trial that have received either a one-time 6e13 per kilogram dose of 7 patients or 4e13 vector genome per kilogram dose, there were 6 patients. They have been spared over 9,000 intravenous infusions of replacement Factor VIII if one conservatively assumes a comparator of just 100 infusions per year on standard of care. We know it's more than that.

And this does not include the presumed quality of life improvements of the savings to the healthcare system we're treating that are bleeding episodes and among other things. But needless to say that we are thrilled with this outcome and we look forward to Dr. John Pasi will be presenting the full four-year data set on June 17 at 9:00 AM Eastern Time at the virtual World Federation of Hemophilia Congress. We anticipate the US approval of



# BioMarin Pharmaceutical, Inc. *(BMRN)*
Jefferies Virtual Healthcare Conference

**C** Corrected Transcript
04-Jun-2020

ROCTAVIAN, the first ever gene therapy treatment in any hemophilia indication in the second half of this year based on our August 21 PDUFA date with the FDA.

So turning briefly to our existing business, even with the immediate challenges of the COVID-19 pandemic, we continue to expect to turn profitable on a GAAP basis for the first time in the company's history, having maintained both our full year GAAP net income and our non-GAAP income guidance despite lowering the top line guidance slightly due to COVID-19 impact. Demand for our essential medicines remained strong and we have adapted well to the COVID-19 challenges by implementing mitigation strategies to ensure access to our therapies around the world.

In addition to these achievements and the achievement of this important financial milestone and anticipated US approval of ROCTAVIAN, we plan to submit marketing application for the first potential approved therapy to treat achondroplasia, which is the most common form of dwarfism as well as starting the BMN 307 PKU gene therapy study. So the combination of these key regulatory and clinical events, in addition to the continued progress of our earlier stage program, we expect all this will drive significant value creation in both the near-term and the long-term. So, these are some of the highlights we anticipate in the second half of 2020.

So, I will pause here and hand the call back to you, Eun, for questions.

# QUESTION AND ANSWER SECTION

**Eun K. Yang**
*Analyst, Jefferies LLC*

Q

Thank you. So, let's just start with ValRox, the preliminary four-year data that you announced recently. So question to you is that this four-year data is showing bleed control without Exogenous Factor VIII usage, how does that influence your thinking of pricing and pricing model for ValRox?

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So, I mean, obviously, as we said, the four-year update is a continuum of information when we had already the one year, two-year, three years. Obviously, the longer we can demonstrate bleeding control, the greater the demonstrated value of ROCTAVIAN. So, it stands on a pure cost offset basis I know we have now demonstrated, so four year of efficacy. So four years of current standard of care being about $700,000 per year per patient, just for the cost of recombinant Factor VIII.

We say there is a cost offset of $2.8 million on the drug side only that doesn't take into account the cost of the infusion, administration. The fact that the patient is still based on our own data at baseline, whereas still experiencing bleeding episodes, needing additional rescue Factor VIII, emergency room visits, treatment of bleeds. There are some studies showing that one bleeding episode in the US costs about $50,000 per bleeding episodes treatment. So these are all the savings that are in the [ph] bang on here (05:58) that will position us well in our discussions with the payers regarding the reimbursement of ValRox – I mean ROCTAVIAN.

**Eun K. Yang**
*Analyst, Jefferies LLC*

Q

How about pricing model?

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Jefferies Virtual Healthcare Conference

**Corrected Transcript**

04-Jun-2020

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So pricing model, I mean [indiscernible] (06:12), so we will be offering different modalities for the payers. If some payers want to pay up front, they will be able to pay up front. They want to be paying over time, we'll have some facilities for the payers to be able to pay over time. And we also have been working very diligently on potential outcome-based agreements that we believe will make ROCTAVIAN even more attractive than it would be without it. For competitive reasons, we don't want to give too many details about it, but as soon as the product is approved and we have a pricing, we will communicate about that.

### Eun K. Yang
*Analyst, Jefferies LLC*

Q

Thank you. And, Hank, so from the four-year data, how should we think of a fifth year data? I think in the past, you alluded that...

[indiscernible] (07:04)

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

And then six year data.

### Eun K. Yang
*Analyst, Jefferies LLC*

Q

...plateauing effect. And also from the preliminary comments in your press release, would it be reasonable to assume a median Factor VIII levels and year four would you be around 15% to 17% of the normal from about 20% at year three?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

That's not very far off. I think we said commensurate. But as I think about the establishment of a therapy as a potential standard of care or a transformational standard, I'm starting to think that the coin of the realm isn't any longer what your Factor VII level is at any time. But we see phenomenal hemostatic efficacy actually down even though relatively low Factor levels. In fact, that's one of the really cool things about the 201 data that even the group that launched a little lower because of the lower dose, they're still in hemostatic efficacy.

Even those two patients who were at the bottom of the chart remain off prophylaxis. So they're experiencing clinical hemostatic efficacy and as I was going through the data over the weekend, it was occurring to me more and more and more is that what we should be talking about is like the equivalent of a prophylaxis-free survival rate, which is like 100% at four years.

So from a development perspective, if you were to think about kind of chase BioMarin competitively, you'd have to be 100% – who cares about your factor level – you have to be 100% prophylaxis-free survival at four years before you're even in the discussion of therapeutic effectiveness. So I think the four-year data put durability into a much different context and really hammered home how hard it is going to be to displace ROCTAVIAN when it's approved.

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Jefferies Virtual Healthcare Conference

**C** Corrected Transcript
04-Jun-2020

---

**Eun K. Yang**
*Analyst, Jefferies LLC*

**Q**

You also mentioned that you guys are on track for FDA's inspection in second quarter and we have less than a month left. So has the date been set up?

---

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

Hank?

---

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

Yeah. We have a schedule and, in fact, the agency has been quite collaborative. Inspections are part document review and part inspection onsite. So they accommodated a suggestion that we made, which was to start the document review already and so we shipped them a whole bunch of documents and they have begun their reviews. And I think that will make their onsite inspection just that much more efficient.

Now, we have to pay attention to travel and stuff like that, and our working belief and agency has signaled strongly that they intend to maintain their PDUFA action date. And so far, the kind of flexibility we've seen from the agency would suggest that whatever problems they experienced are going to work around.

---

**Eun K. Yang**
*Analyst, Jefferies LLC*

**Q**

All right. So does the FDA want to see four-year data prior to approving ValRox?

---

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

We talked about that at the time of the initial submission and it was not a requirement of the initial submission. And the industry is usually reluctant to have interval information informed decisions because there's all kinds of – their view is the – the application has to be robust enough in the first instance, so it's got to get across the finish line without depending on additional data. They're aware of the data and what can you say. It's pretty encouraging.

---

**Eun K. Yang**
*Analyst, Jefferies LLC*

**Q**

But there is no requirement for you to submit four-year data, okay.

---

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

No. Not a requirement. No.

---

**Eun K. Yang**
*Analyst, Jefferies LLC*

**Q**

Now, let's move to vosoritide. So, you are on track to file for approval in the US and EU [ph] third quarter (10:43) this year. So can you talk about your current thinking of pricing and what has been the feedback from payers?

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Jefferies Virtual Healthcare Conference

**Corrected Transcript**
04-Jun-2020

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. I mean we have a little time to make a pricing decision of vosoritide. I think what we – and we are initiating some payer research, what we said is – I mean obviously this is not a ultra-orphan disorder unlike MPS IV, MPS VI. So we're not talking about this kind of pricing. Probably more like a KUVAN range.

At the same time, this is a product that will be used probably about 15 to 18 years maximum by the patients that will have a benefit over the lifetime of the patient. So that has entered into a pricing decision, but about 24,000, 25,000 achondroplasia patients in the world, I mean excluding India and China that are under the age of 18. So this is our target population. So if you want to make the math very simple is take $100,000. That's not the pricing – I mean if we charge $100,000 a year, this would be a $2.4 billion market opportunity.

### Eun K. Yang
*Analyst, Jefferies LLC*

Q

Okay. So [indiscernible] (12:05) so obviously vosoritide is well ahead of any competitor that you consider, but there are FGFR3 direct inhibitors that are TKI or ligand trap, whichever that may be. But [indiscernible] (12:23) developed being TKI against FGFR3 said that although clinical data remains to be seen, they think that as a direct inhibition, they could potentially double the AGV gain of 1.6 centimeter per year with vosoritide. Do you have any comments on that?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I think Hank could comment on – that's kind of a scary thought, but Hank?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Well, I mean, I believe that when I see it, let me start with that. And I'm not sure the physiologic rationale for super speeding growth. In fact, one of the things that's problematic with growth hormone in pituitary disorders, for example, who are in non-growth hormone deficiency disorders is potentially somewhat relevant in the sense that with growth hormone, you get a lot of growth very early and then the growth tails off. And that early growth is not necessarily healthy bone growth.

And one of our opinion leaders, who is an original in the growth hormone field, pediatric endocrinologist, when he was addressing the FDA on the topic of the magnitude of the benefit and the durability of benefit pointed out that the effect of vosoritide in restoring physiologic growth and maintaining physiologic growth is unprecedented in the growth disorders world. And he said I find – that's actually been the most impressive thing.

So I don't know that it's a good idea to overshoot and what happens after you do that, interesting thoughts. These things are so – almost when you're talking to me about competitors, by the way, I have to point out that of all these competitors, I think there's been a single dose healthy volunteer study for all of these things. That's really getting increasingly hard to talk about a study with a p-value of 10 with a minus 13, five years of accumulated height data, near or around the corner from worldwide submissions and preclinical data. They just seem very far apart from each other in terms of ability to compare with any kind of validity other than to say we're way ahead.

### Eun K. Yang
*Analyst, Jefferies LLC*

Q

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Jefferies Virtual Healthcare Conference

Corrected Transcript

04-Jun-2020

---

Fair. And I'd like to move on to PKU gene therapy. So in the animal, the mouse model, you show sustained – you have a few corrections in the lifetime of the mice. If you measure, what was the enzyme activity levels achieved within the milestone model from baseline? The reason why I'm asking that question is if we assume that in humans, enzyme activity levels will decline over time similar to Factor VIII levels, then I'm kind of wondering what would you think about the minimum PAH activity levels required in the liver for few correction in humans?

---

### Henry J. Fuchs

*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*



Well, I think while the Factor VIII level declines in humans over now a relatively longish period of time, the clinical significance of those declines is unclear given the AVR rate that we see. And similarly, I think with [indiscernible] (15:46) you're going to care about mostly is the blood phenylalanine levels. And here, we have a bit of an advantage that is that you can overshoot an enzyme expression without apparent toxicity. It won't cause clinically relevant hyperphenylalaninemia from having too much phenylalanine oscillation in your liver.

And I think there are some other things that are going to make comparison between ROCTAVIAN clinical data and PKU clinical data a little more difficult than just the fact that we're measuring in one case the transgene product, in other case, the substrate of the transgene product. I think also just the state of liver health has the potential to be different between the two populations and so I think we should approach the BMN 307 data with an open mind as to durability. The [indiscernible] (16:44) data are very encouraging and very consistent with what you see in the field in general.

---

### Eun K. Yang

*Analyst, Jefferies LLC*



So, have you measured enzyme level activity in the [indiscernible] (16:55)?

---

### Henry J. Fuchs

*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*



Oh yeah. I'm sorry. I should have – we have. I don't know those data off the top of my head. How far in advance of a – I mean how far above therapeutic efficacy do we get enzyme levels, I think pretty far, but I don't know off the top of my head the full kind of dose response results.

---

### Eun K. Yang

*Analyst, Jefferies LLC*

Q

In Phase 1 and the PHEARLESS trial slated to start in second half of this year, I don't think you have disclosed the details about the trial. The question to you is that by designing the trial is a potential registration enabling study?

---

### Henry J. Fuchs

*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yes. So there are two elements of that. So the first-in-human study has a dose-finding phase, and then there's an expansion phase which could be registrational. So the study was designed with registrational endpoints, registrational monitoring, registrational run-in periods, all those details agencies like to see. We've had scientific advice with the EMA and we've had FDA [ph] and put in sign of (18:01) the program and agreement on endpoints.

So, all of that registration advance planning is done and in addition, in our Technical Operations group, the material that we'll be using will be fully representative of the to-be-commercialized process. So, there will be no necessity for press for switching material during the program. And so the early data that we get will be pertinent to

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Jefferies Virtual Healthcare Conference

**C** Corrected Transcript

04-Jun-2020

the commercial product's registration decisions. So, for those two reasons, the program could be registrational right out of the gate.

### Eun K. Yang
*Analyst, Jefferies LLC*

**Q**

Right. And then in terms of ValRox uptake, now we talked a lot about number of patients that you could treat based on Phase 3 trial enrollment. But another way to look at is Zolgensma for SMA although it's a completely different indication. But nevertheless, Zolgensma was the first systemic gene therapy of its kind there in the US, and then ValRox will be the second. So, when you look at Zolgensma commercialization, in the first six months of launch, they actually treated about 200 patients commercially. So, do you think that they will give you a good reference point for ValRox?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

I think we have the ability to treat even more than 200 patients in the first six months. We can probably treat easily 500 to 600 with a inventory that haven't launched. I mean, it is indeed a very different indication for basically infants and it's kind of a life-threatening disorder that they were treating. So I'm not sure it's comparable of however – I mean you've done some surveys yourself as you published, interviewing hematologists in the US and Europe and I think they say that in the US, they anticipate treating 1,000 patients. [ph] That's the wrong (20:02) data, 1,000 patients by the end of 2021 and – sorry, by the end of 2022 in the US, and 1,000 patients by the end of 2022 in Europe.

So we're doing our own marquee research in all the surveys. We've done some marquee research that shows that the doctor anticipates even within a year to treat about 30% of their patients, severe hemophilia A patients that will be eligible for ROCTAVIAN with the products. So we believe there's going to be some significant demand and we're ready for that demand. We also have – in addition to the inventory that haven't launched, we have capacity for 10,000 patient treatments per year with our current facility, so I think if we do have capacity, it will be a very good problem for us, but we don't anticipate that in the first couple of years.

### Eun K. Yang
*Analyst, Jefferies LLC*

**Q**

I think on the first quarter earnings call, you mentioned that at launch – by the time of launch, you would have about 400 patient doses. But then your capacity is up to 10,000.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

Yeah.

### Eun K. Yang
*Analyst, Jefferies LLC*

**Q**

So when you think about next year, how many patient doses will be available for ValRox?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Jefferies Virtual Healthcare Conference

 Corrected Transcript

04-Jun-2020

---

Significantly more than 400, but it depends also on when we get approved in the US, Europe [indiscernible] (21:25) and then the speed of the update. So we're ready for it. We're flexible. If need be, Hank, and I and Brian will go and work in a facility and make some product.

[indiscernible] (21:44)

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

[indiscernible] (21:45) told me that we might need a little training. I said, okay, we'll go do it.

---

### Eun K. Yang
*Analyst, Jefferies LLC*

Q

In terms of hemophilia, it's a new kind of therapeutic area for you and then you are going against [indiscernible] (21:56) from modality. You are going against Roche and other Factor VIII replacement therapy sponsors that have been in the market for a long time. So can you talk about your commercial structure for ValRox?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean we don't want to give too many details again for competitive reasons, but our sales organization, commercial organization to launch ValRox to the US is in place, has been in place for a few weeks. We have hired a very experienced sales representatives and sales managers from other companies that have established relationship with hemophilia treatment centers and have been working in a hemophilia field for years. So, we believe we are ready for it.

In Europe, we are quite as advance because Europe always take a bit more time to launch, but we have the emerging infrastructure of a sales organization in Europe and we're going to accelerate the hiring very quickly. We are ready in the US launch next week, Brian?

---

### Brian R. Mueller
*Senior Vice President-Finance, Chief Accounting Officer & Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah, [ph] we say (23:00) importantly also is the payer engagement. So under some of the Safe Harbor rules, we're able to engage with payers before approval so we've been doing that since last year and the payer enthusiasm is high. We've sat across the table from executives from healthcare plans that represent large number of covered lives, saying that they are acutely aware of how extensive their current severe hemophilia A patients are in their system and are looking forward to ROCTAVIAN.

Another data point that I think is interesting when you think about the commercial launch front is the number of hemophilia treatment centers in the US is roughly approximate to the number of PKU clinics. So from a scale standpoint, that the type of environment that we're comfortable and already operating in from a size and scale standpoint. So like JJ said, we're ready to launch.

---

### Eun K. Yang
*Analyst, Jefferies LLC*

Q

I have one question for Hank and one question for Brian. So Hank, should we expect vosoritide Priority Review at the FDA?

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Jefferies Virtual Healthcare Conference

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Well, the Priority Review, that's too early to predict and there's a lot of stuff going on at the FDA right now, so too early to predict.

### Eun K. Yang
*Analyst, Jefferies LLC*

Q

Now, Brian, so we have ValRox and vosoritide launches this year and next year. How do you think about – what do you think about would be the achievable profit margin target by 2023 from about 10% in 2019?

### Brian R. Mueller
*Senior Vice President-Finance, Chief Accounting Officer & Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. It's a great question, so thanks. From an operating margin standpoint, so first of all, we haven't given long-term guidance and 2023 might be too specific if we think about ROCTAVIAN and vosoritide revenues ramping up over the next few years. But our goal over that period of time as that revenue ramps by all means is significant margin improvement.

We'll see more favorable COGS from both ROCTAVIAN and vosoritide, which is going to help bring our historical legacy enzyme replacement therapy, higher cost of goods of around 20%, 21% down into the mid-teens. R&D expense will continue to grow but start to shrink as a percentage of sales. All that drops to the bottom line.

And then SG&A, the infrastructure has been largely built. We support up to $2 billion in sales today and are ready to launch these next two products. So we haven't given specific numbers but if you do the math on overall margin improvement with sales and marketing getting into the teams as well, we're in that 30%, 40% range. So pretty healthy margins especially as revenues hope to ramp up significantly.

### Eun K. Yang
*Analyst, Jefferies LLC*

I think we have to wrap it up. So thanks very much. Thanks, JJ, Hank, and Brian. Thank you and thanks for joining us today.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Thank you. Thanks for having us.

### Brian R. Mueller
*Senior Vice President-Finance, Chief Accounting Officer & Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

Thanks, everybody. Good to see you.

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Bye-bye.

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Jefferies Virtual Healthcare Conference

C Corrected Transcript
04-Jun-2020

## Eun K. Yang
*Analyst, Jefferies LLC*

Thanks.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.