# EXHIBIT O

09-Jun-2020

# BioMarin Pharmaceutical, Inc. (BMRN)

**Goldman Sachs Global Healthcare Conference**

FACTSET: **call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 15
Copyright © 2001-2020 FactSet CallStreet, LLC

**BioMarin Pharmaceutical, Inc.** *(BMRN)*
Goldman Sachs Global Healthcare Conference

Corrected Transcript
09-Jun-2020

# CORPORATE PARTICIPANTS

**Jean-Jacques Bienaimé**
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin
Pharmaceutical, Inc.*

**Brian R. Mueller**
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

# OTHER PARTICIPANTS

**Salveen Richter**
*Analyst, Goldman Sachs & Co. LLC*

# MANAGEMENT DISCUSSION SECTION

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Good afternoon, I'm Salveen Richter, biotechnology analyst at Goldman Sachs. I'm pleased to have BioMarin here with us this afternoon and with us we have JJ Bienaimé, Chairman and CEO; Hank Fuchs, President, Worldwide Research and Development; and Brian Mueller, Acting CFO.

And with that, I'll turn it over to you, JJ in the case that you want to make some opening remarks here.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

So thank you, Salveen. We are very happy to participate in your June conference for the seventh year in a row even if we cannot talk in-person. So it is no coincidence that BioMarin is at a significant inflection point in 2020. We've been growing the company for many years, honing our R&D platform, advancing our manufacturing capabilities, expanding our global commercial footprint and working with health authorities around the world to develop essential medicine for people with rare diseases.

The result is that we are turning profitable this year on a GAAP basis for the first time in the company's history and we are anticipating approval of ROCTAVIAN, the first ever gene therapy treatment for any hemophilia indication. We are planning to submit the marketing applications for vosoritide, the first potential approved therapy to treat achondroplasia which is the most common form of human dwarfism in addition to numerous other pipelines initiatives that are expected to drive significant profitability and value creation in both the near-term and the long-term. So as you know, about a week ago or so, we shared the highlights from the four years of clinical data with ROCTAVIAN for the treatment of severe hemophilia A.

We are so pleased that four years after a one-time infusion of ROCTAVIAN, patients in our study remain off prophylactic therapy and have experienced less than one bleed on a cumulative basis.


2
Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*



Four years of bleed control and counting is a tremendous win for these patients and we look forward to Dr. John Pasi presenting the full four year data set on June 17 at 9:00 AM Eastern Time at the Virtual World Federation of Hemophilia Congress. We continue to anticipate the US approval of ROCTAVIAN in the second half of the year based on our August 21 PDUFA action date. So despite immediate challenges of the COVID-19 pandemic, BioMarin has never been in a stronger position to execute our growth strategy, for a number of reasons including high barriers to entry for our existing business, our diversified pipeline and a high likelihood of approvals for both ROCTAVIAN and vosoritide.

So we announced 25% top-line growth on our first quarter results call demonstrating strong demand for our existing commercial products. We maintain our full year GAAP net income and non-GAAP income guidance even though we slightly lowered our top-line guidance. So there are some of the highlights for the first half of the year. So we look forward to the remainder of 2020. We look forward to it with enthusiasm as our next two potential blockbusters advance over the coming months.

So we'll pause there and hand you back to you Salveen for questions.

# QUESTION AND ANSWER SECTION

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

Great. So maybe just to start here, we've seen a pretty nice evolution of the company over the last five years. How do you see the next five years playing out for BioMarin?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I mean [indiscernible] (03:47) we have communicated that our target goal is to reach about $5 billion of revenues by 2025 assuming that ROCTAVIAN and vosoritide are approved, we believe it's achievable. On top of our existing commercial business, we believe that we'll have multiple products in the clinic. We are gearing up our R&D pipeline, our late-stage preclinical opportunities to make that happen. We probably will be a bit more active in business development. Continuing to do early stage [ph] deals but maybe largest (04:26), sales as ROCTAVIAN and vosoritide generate some significant cash flow. And we anticipate that the company to be significantly profitable on a GAAP basis.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. And just speaking about the BD strategy here, can you speak to the decision to enter into the recent DiNAQOR collaboration and do you see this as representative for what you might like to do in the future? And are there any other technologies or therapeutic modalities of disease areas that you are looking to enter into?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So, I'll start and then Hank can continue. But I mean the DiNAQOR transaction is great for us, because it leverages our know-how of gene therapy in general, AAV vectors, vector biology, major manufacturing experience and know-how. It allows us to enter into a less busy and crowded, I would say, gene therapy field or emerging

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Goldman Sachs Global Healthcare Conference

cardiac gene therapies market, which is a very significant market potentially, actually larger than DMD for instance. And we believe that we partner here with one of the leaders in the field of cardiac gene therapy. So, that did make a lot sense for us and – so we have other ideas, although, we don't want to disclose everything for competitive reasons, but maybe Hank can give his perspective here on this?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*



Well, I think in addition what DiNAQOR saw in us is a company who is able to produce oversized strange genes and abundance target beyond the liver and achieve high levels of expression. All things in the last year, we've made public with you. But for cardiac gene therapy, considerations of bio-distribution and protein expression are going to become really important. And in fact, I think as you get outside of liver expression of proteins, the ability to target tissues, control gene expression and get adequate expression of the protein of interest is going to be the coin of the realm. So I think they saw in BioMarin, the first company who is really poised to break out of just liver-specific gene therapy because of these additional technological attributes.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*



Maybe we can just expand on that and talk about what's coming on the next generation outlook when we look at capsids and then how you seek to kind of evolve with regard to the manufacturing capabilities that you have as well?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*



Well, we have had quite a bit of active research in the area of capsids and our primary focus has been to – has to come up – there have been really two co-primary focuses, one is to come up with non-seroprevalence capsids that could be used for, for example, re-dosing or for in patients who are pre-immune if we can't solve the problem any other way. And a second fundamental approach that we've been undertaking is to look at novel capsids to improve on tissue tropisms, and I think we've made progress in both areas and I think some of the proof points are, for example, PAH gene for PKU is ready to go in the clinic. HAE gene expression in vivo has been – pre-clinical studies have been optimized. And to remind people, we've gotten several orders of magnitude, extra protein expression out of our HAE system compared to anything that's ever been published or presented. So, real powerful proof point on how much gene expression we can achieve.

And then in terms of novel distribution of capsids, showed at our R&D Day some novel capsids that had different tissue tropisms, better muscle delivery, and so I think that we're laying the tracks of the proof points to show that our technology is muscular in regard to going into other tissues and achieving higher levels of expression.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*



All right. And JJ, at our CEO Conference in January, I think you mentioned that BioMarin was undervalued in your view just given the base business, the upcoming launches, the pipeline and the manufacturing abilities, do you still feel similarly as we look to the story in the context of [indiscernible] (09:04)

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Goldman Sachs Global Healthcare Conference

**Corrected Transcript**

09-Jun-2020

So, I guess based on the increase in the stock price since the conference, I guess it was right. So, it all depends on the probability you ascribed to [indiscernible] (09:23) ROCTAVIAN's approval and vosoritide approval and then commercial success.

So, on the last 12 months trading revenues, our multiple of revenues for any biotech companies above $1 billion is only second to Vertex. So then, we could say well, [indiscernible] (09:38) we are not undervalued, but then it all depends on how successful we are with the launch of ROCTAVIAN and vosoritide and then in this respect, we could be undervalued.

So, we know we are managing the company for the long-term, we're growing revenues, significant cash position, we're growing pipeline, the company's not for sale and I think someone who wants to buy [indiscernible] (10:05) there are other companies that are trading at a lower multiple of sales that could generate some top-line revenues when acquired at a lower price than BioMarin.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

And so with regard to achieving GAAP profitability in 2020, how should we think about the margins here in both the short and long-term and how is that impacted by the two upcoming launches?

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Brian, you want to take that one?

### Brian R. Mueller
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. Sure. Yeah. Thanks. Salveen, great question. And as JJ mentioned, this first year of expected GAAP profitability for the company for the first time in our history is part of the transformation. And by the way, we've reached non-GAAP profitability a couple of years ago and that's expected to grow significantly this year.

But we definitely expect that ROCTAVIAN and vosoritide, if they are approved and we launched, will drive significant margin improvement over the years. We've already been on a steady margin improvement journey which is part of what drives our GAAP profitability this year. And might helpful, I'll take you through a couple of the line items just to put it in perspective. So, first of all, cost of goods sold, our gross margins have been around 20% or 80% by the 20% cost of goods sold and that's driven by our legacy based business of the enzyme replacement therapies. These are recombinant human enzymes made in mammalian cell culture process, very complex manufacturing and therefore higher cost than perhaps some of our larger peers.

But we are expecting that ROCTAVIAN and vosoritide will have lower cost of goods sold and so as those products ramp in revenue, we'll start to see overall margin improvement with cost of goods sold perhaps settling in the mid-teens area. I should also note, we've got a number of internal cost of goods sold reduction initiatives even on the base business.

R&D, we want innovation to continue to fuel the future of the company, so we will increase R&D spending on an absolute dollar basis. But again, as revenues start to ramp up, we'll see that come down as a percentage of revenues. We think that even if R&D settles in at say, 25% of revenues, that's enough to fund a robust pipeline, but also drop more profits to the bottom line. Sales and marketing, I think that's a leverage story. We've built a

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Goldman Sachs Global Healthcare Conference

**C** Corrected Transcript

09-Jun-2020

---

global sales and marketing organization that supports our originally planned $2 billion of revenue today and if that same commercial infrastructure that we will use to launch ROCTAVIAN and vosoritide.

Now granted those are unique disease spaces, so some initial incremental investment will be required for those launches. So, we may not see the margin improvement initially as we're launching those products because you have to spend the sales and marketing dollars before you get to meaningful revenues. But over time, by all means, we'll see margin improvement there. We think our target for sales and marketing is dropping into the teens as well over time.

And then G&A is another leverage story. We've invested a lot in G&A to support the infrastructure in company we have today and that's what we'll leverage for the future and we'll see G&A come down as a percentage of sales as well. So, across the board, we're going to see margin improvement with ROCTAVIAN and vosoritide and it all drops to the bottom line.

---

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

Thanks, Brian. So, moving to the commercial products here with the COVID-19 pandemic still ongoing, could you just talk about the disruption or impact here to your base business and just your comfort with the guidance that you provided in the context of this?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

I can do it, but Brian, you're on a roll, so why don't you take that one or two.

---

### Brian R. Mueller
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

A

Okay. So yeah, I'll start. So when we updated our guidance in April, we adjusted the top-line by about 5%, $100 million and in the larger portions of that were Vimizim and Naglazyme, where those are again weekly, typically in clinic infusions. And as we – as COVID interruption impacted the healthcare system whether it'd be the reprioritization of healthcare resources, folks just staying at home or other circumstances. We did see some interruption in patient infusions.

Many parts of the world, home infusions were already in place. So we saw minimal to no disruption there. And so we did expect that the hardest hit quarter would be Q2, and we are experiencing that. But importantly, the assumptions that we made when we updated guidance are holding up. As you can imagine the serious nature of the diseases that our therapies treat, and the criticality of our therapies, the folks involved, the stakeholders are working hard to maintain continuity of supply whether that'd be the physicians, the patient families or the patient support network.

So where parts of the world were not equipped already for home infusion, they've been working hard to enable home infusions and we've seen some traction there in increasing the level of home infusions. There's also been a bit of a delay in new patient starts especially those that happen in the clinic, that's where you saw a reduction in our Palynziq guidance, because we are still launching that product. But again as we see things opening up and clinics opening up, we'll hopefully get back on track. But importantly, the assumptions that we made are holding up.

---

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Goldman Sachs Global Healthcare Conference

Corrected Transcript
09-Jun-2020

---

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

And just, with regard to Palynziq and I guess, and Kuvan in the PKU gene therapy, that's entering the clinic here, how do you think [indiscernible] (16:03) that's going to play out in the PKU space given the generic coming to market potentially later this year?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

So, the generic is only for the US market, which is the largest market for Kuvan. So, we – if you look at our PKU franchise, since we launched Palynziq, despite the cannibalization, cannibalization in part of Kuvan and Palynziq, our PKU franchise is actually being going up. So obviously, in the US, starting in Q4, there should be erosion of our Kuvan business, but – and there could be our projections are like, so in 2021, there's probably going to be a minor reduction of our PKU franchise in terms of worldwide revenues, but we believe that thanks to the Palynziq growth that would be more than compensated the loss of the Kuvan business, we will actually see a growth of our PKU franchise starting in 2022.

Now regarding the gene therapy, if you look at the state of the market in terms of the penetration of the patients, the adult PKU patients especially that's what we're talking about for Palynziq and for gene therapy at least initially. Most of the adult PKU patients are not treated today. So there is still a significant room for growth, some of it will be captured by Palynziq, some of it because it's much easier to use, will be captured by gene therapy, so we believe that gene therapy will actually expand the market just like Palynziq has been expanding in the market over time.

---

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

And as you think about the two upcoming launches with ROCTAVIAN, vosoritide, at a high level, can you just lay out your expectations here? And how much of a contributor are they to your previously stated goal of $5 billion in net revenue in 2025?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

A

Probably slightly more than half based on the current business and again there's going to be Kuvan erosion, there's going to be growth of Palynziq, so about 50/50 roughly, so a pretty significant contribution.

---

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

So moving to ROCTAVIAN here, so you just – you commented on the four year durability and we know that will be presented at WFH but you provided some highlights in a press release. Could you just recap the three year data that was demonstrated in the four year highlights? And how you find this to be clinically and commercially meaningful in terms of the expression levels and the ABR?

---

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Sure. I might have missed something in your question, Salveen, so come back to me if I didn't get it quite right. But what we showed is four years after the 6e dose and three years after the 4e dose that all patients remain off of prophylaxis. Six of the seven high dose patients and five of the six low dose patients remain free of joint bleeds

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Goldman Sachs Global Healthcare Conference

 Corrected Transcript

09-Jun-2020

– treated joint bleed – treated bleeds. And importantly the only two people that experienced spontaneous bleeds, experienced them in target joints, not in non-target joints.

And at a frequency then that was lower than their pretreatment baseline, at a frequency that would be considered a good prophylactic Factor VIII level outcome, and in their case without the benefit of prophylactic therapy. So even our lowest responders three and four years later, have had a fantastic therapeutic outcome.

And I think the importance of the three-year mark for the lower dose group is going back to the 201, 301 data where some had expressed a concern that maybe the 301 product launch is a little bit lower. Even if the launch is lower, durability can be expected to be longer than three years. And at this point actually given the way the curve looks like and given the fact that we have hemostatic efficacy at fairly low levels of factor, it could be a long time before patients need to resume Factor Prophylaxis. So we're very pleased and so is the community.

---

**Jean-Jacques Bienaimé**                                                                    A
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

And again there will be more details, including Factor VIII levels at a week and a day from now at WFH; it's not that far away.

---

**Salveen Richter**                                                                          Q
*Analyst, Goldman Sachs & Co. LLC*

And then, as you near this August 21 PDUFA date, could you just comment on what gating factors still are there ahead of the PDUFA and commercialization with regard to the US facility, we know it's pending FDA inspection. So, are there any alternative ways, I guess, for the FDA to certify that plan by a virtual means?

---

**Henry J. Fuchs**                                                                           A
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Well, we're in the middle of mash with the FDA any given day it's like back and forth. What I would say is that in regards to major metrics, the agency is actually ahead of their PDUFA mandated regulatory metrics in terms of timeline. So, really what remains are inspections and completion of reviews. They have all the information on file that they need to complete their reviews. And so, we're working very closely with them to keep things on track. Obviously, they're very busy on their end. It's not like they didn't have anything to do before all this happened. So, we continue the collaborations.

---

**Salveen Richter**                                                                          Q
*Analyst, Goldman Sachs & Co. LLC*

And then, can you just talk about disease education and the targeting of the 150 hemophilia transplant centers in the US ahead of the launch? What are the most important steps that need to be done here?

---

**Jean-Jacques Bienaimé**                                                                    A
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

I mean, most people will say is to educate that through the clinicians, I mean the patients and the clinicians on gene therapy because, even hematology is obviously they're experts in hematology, but some of them don't know that much of a gene therapy and vectors and AV and pre-existing anybody and that kind of stuff. So, there's a lot of education we're doing then that trying to prepare them for how to administer ROCTAVIAN, which is not going to be very complex by the way, it's going to be like a three hour or so infusion. There's no need for a preconditioning regimen or that kind of stuff. This is way, way simpler than ex-vivo gene therapy, and not that different from what they're doing today by infusing replacement Factor VIII.

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
## Goldman Sachs Global Healthcare Conference

**Corrected Transcript**

09-Jun-2020

---

So, and then, so we are already interacting, our sales force is interacting. With those hemophilia centers, actually all our sales reps were the vast majority of them have significant experience in hemophilia and have established relationship with hemophilia centers. And of course, we also have been interacting with the payers in the first few months or so, educate them and prepare them for the launch and the interaction so far has been very positive. I mean, the main thing that has changed with the shelter-in-place is that a lot of these interactions that were supposed to take place face-to-face are now taking place with Zoom or video conferences which is all different they're not sometimes not as good, but hope we're doing the best we can and again preparing the centers for the ROCTAVIAN launch.

---

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

**Q**

And when you communicate with hematologists, what is the kind of feedback that you get with regard to what they might want to see to put a patient on drug? Was it X levels above or bleeding rates above a certain level or at a certain threshold as you get out just on a time point? Like, what is it that you'd be getting factors so then what they want to see?

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

I'll take that one. I've seen a lot of marketing research on this, but...

---

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

Yeah. Well, so that they just made an important point. What I was going to say is, this year for me it feels a little bit differently as we've engaged the investigator community. We'll see what happens at the larger WFH with the data because I think what I'm experiencing is, people are like four years of no prophylaxis therapy. And the recent year is as good as it is. And it looked like the levels were kind of – I mean, people's attention is now way off of the factor level at this point. And it's like this conversation is now the new standard of care is going to be, you got to be off prophylaxis for four years. If you're not off of prophylaxis for four years, you're set – the bar is really high as my sense is where people are reacting for the data, but JJ you started to mention market research...

---

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

I mean, there's some marketing research we've done ourselves. Our marketing research has been done by some of your colleagues on the banks, which in the past few weeks and months have been very positive and going in the right direction. So, even our own marketing research, doctors, clinicians treating hemophilia patients, US and Europe, they say they anticipate about a third of their patients are severe hemophilia patients to be treated with ROCTAVIAN by the end of – within a year or so, which is very positive. So, and they're all very impressed in the recent calls quantitatively, quantitatively, very impressed with the bleeding controls.

I mean, the Factor VIII levels doesn't seem to be a major worry of them at this time, same with the payers. And I think as every year goes by, the focus on the clinical endpoint which is bleeding control is that the taking prevalence over Factor VIII levels. And on top of it, I mean I just read an interview about Dr. Pasi who is our Principal Investigator and key opinion leader in the field and he himself said, he doesn't really know the correlation with Factor VIII levels and bleeding control, he doesn't know also whether clinically one stage our chromogenic is a better assay. So, there are all those issues but at the end of the day the patients and the docs and the peers are

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Goldman Sachs Global Healthcare Conference

**Corrected Transcript**
09-Jun-2020

going to look at bleeding episodes and Factor VIII consumptions and whether ROCTAVIAN reduces that and we have very significant evidence that it does over at least four year now.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

**Q**

And the WFH and ISTH and other organizations are collaborating on our hemophilia gene therapy registry. How do you think this would be utilized and are there ways you can capitalize and track patient experiences over time and use this as a marketing tool?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

Number one on that list is, I think they're very concerned to measure joint complications. I mean, I think the initial death of hemophilia gene therapy is that because we won't be relying on peaks and trough managements and because we'll be using physiologic correction that if you can take a child who is well prophylaxed through childhood and has very good preserved joint function that if you switch them over to gene therapy and away from prophylactic therapy, they won't develop any joint complications. So, I think that first milestone that I hear people talking about is kind of five years from now, what's your overall joint health in the population for people who took gene therapy and didn't take gene therapy, but there are myriad other questions that people will be interested in as well.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

**Q**

And then finally with the companion diagnostics test, how should we accept this being used initially when you launch the drug?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

It's going to be fairly straightforward like any other companion diagnostic, that is you have to get a test or verify that you're – things play out the way we think we would play out. Meaning specifically that the companion diagnostic would be approved before on the PDUFA date and that the PI would reference the requirements for companion diagnostic. So, we'll have to have the companion diagnostic test done and then it may even need to be repeated depending on the time interval between you had your first companion diagnostic test and when you're in go mode. I think Jeff's talked about some of the processes that have to happen from identification of the patient to the payers readiness level and that can take some time, but we'll be prepared to enable patients to receive the companion diagnostic in as effortless way as possible.

We have a study that we're launching a global seroprevalence study to continue to advance the science on what's known about seroprevalence. And so, we'd like to enroll another 1,000 patients in Hemophilia A patients and characterize their seroprevalence and they're changing their seroprevalence over time or is a function of different risk factors. And so, we'll be learning a lot more about seroprevalence. And I think that will also synergize at the companion diagnostic.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

**A**

And also an important point is, also that we selected the vectors AAV5 because we knew of that in terms of preexisting antibodies it would be probably the lowest one of the ones that were available. And actually in the US on the 20% to 25% maximum of the patients who have preexisting AAV5 antibody. So, of like, I'd say when we're

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Goldman Sachs Global Healthcare Conference

**Corrected Transcript**

09-Jun-2020

going to test about 1,000 patients, 750 of them should actually be – at least 750 of them should be free of AAV5 antibodies and eligible for ROCTAVIAN treatment.

---

### Salveen Richter
Analyst, Goldman Sachs & Co. LLC

Q

JJ, any updates here on the payer front with regard to pricing in the US [ph] and or including (30:08) Europe and any further understanding on what the models might be like, you talked about the US, where you were looking more at one-time payments but is Europe going to kind of push you to other model?

---

### Jean-Jacques Bienaimé
Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.

A

So, actually we've had multiple interactions with payers over the past year or so, US, Europe. And I would say they've been very positive interactions. And obviously, that really a lot of them are focused on costs offset, looking at how much these patients are costing them today, whether it's intravenous infusions or replacement factors. The costs of treating bleeding episodes which in the US is about $50,000 per bleeding episode. And so, consequently the four-year update is very helpful here, to solidify our potential pricing and pricing negotiations with payers.

Actually in the US, again, we will be offering pay upfront, pay over time, pay for performance. Actually, we've been working very diligently to figure out a way to come up with a real pay for performance program. And so, when we launch the products you're going to hear more about it, but we are very excited about it and we believe that can make a very big difference positively actually in the adoption of ROCTAVIAN not only in Europe but also in US. We believe we can actually implement this in the US, so stay tuned on that.

---

### Salveen Richter
Analyst, Goldman Sachs & Co. LLC

Q

And then, moving to the vosoritide, so we saw the top line pivotal data last year. Could you help remind us here as to the filing strategy and what needs to be done to complete the submission package?

---

### Henry J. Fuchs
President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.

A

Yeah. As far as what needs to be done, at this point we've had our pre-submission meetings and no additional clinical trials were required, and so really in report writing phase at this point. And then we have targeted back half of the year, Q3 for the submission and we're feeling pretty good about the timeliness of that. Now, obviously, our regulatory group is working a little extra hard as we have live submissions and review in US and Europe on ROCTAVIAN. And so, [ph] that'll be cool (32:28), we'll be in review conceivably in both regions with two different assets at the same time.

---

### Salveen Richter
Analyst, Goldman Sachs & Co. LLC

Q

And then you have five-year long-term data from the open label portion of the Phase 2, as well as infant study data that's coming. So...

---

### Henry J. Fuchs
President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.

A

Yeah.

---

**BioMarin Pharmaceutical, Inc.** *(BMRN)*

Goldman Sachs Global Healthcare Conference

Corrected Transcript

09-Jun-2020

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

...will you be submitting any of this, and how should we think about this data and what's clinically meaningful on this front here for both of them?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. So, there's a study going on, we've completed a pivotal trial on patients who are older than five. We have initiated a study in patients who are – in children who have achondroplasia who are under five years of age. And the study was designed in three different cohorts according to the age of the patient because it turns out that the younger you are the higher a dose of vosoritide you need. So, we've completed the two to five-year old enrollment. We've completed the six months to two-year-old enrollment. And we were enrolling the zero to 6-month old cohort. And the original plan prior to COVID was we were going to unblind that study when all three cohorts were fully enrolled.

And so, what we communicated to the agencies is that at the time of submission you would have the safety data from cohorts 1, 2 and 3 with obviously a heavier emphasis on the amount of data in the first cohort, the two to five-year olds just because they've been on it for longer. And that the efficiency data would be submitted in a post-approval supplement. And so that's the agreements that we've reached with agencies worldwide. And it was a good thing because of COVID, it's slowed down the enrollment of that final cohort.

So, there won't be any efficacy data, at least as we sit here today, the plan is no efficacy data from under-fives, but in terms of the clinical significance of all of that, the FDA convened an advisory committee a couple years ago. And this question was discussed specifically and the conclusion from the advisors was, basically safety data is mostly what we need. If it worked in children who are older than five it ought to work better in children who are under five provided it's safe.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

And then, you talked about applicability of this drug in other diseases of short stature, so where do those programs stand?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. So, we've a very active collaboration with an academic investigator who put forward to us a program that we actually feel like he could move faster than we could move just because sometimes those local studies can do that. And he's been in discussion with the agency about the design of that protocol. And there's been some back and forth about that and I think we're confident that we can get the study off the ground this year.

And the fundamental principle derives from the genetics of stature and that is to say there are humans who have mutations in CNP that cause endogenous overexpression. And for example, one of them is 7-foot 4 inches tall. So, against the polygenic background of what controls your stature, overexpression of a single gene can overcome all of that and make you 7-foot 4. So, it stands to reason that if you have a specific genetic mutation that's causing a statural deficiency, say, achondroplasia, but there are a variety of other mutations that could be overcome that use of vosoritide could overcome the negative signaling of growth of that mutation and that's the concept that he's working on with the FDA. And I think that will go forward at the end of this year.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

And with regard to the rest of the pipeline here, can you give us an update on the PKU gene therapy program and when you might be reinitiating that study?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah, I think the story on the PKU gene therapy program as I said, the clinical trial apparatus kind of been ground to a halt due to COVID and I think for therapies that don't have any alternative forms of care for breakthrough therapies or therapies that are imminently going to be licensed, they're in a different category than first-in-human studies. And so, the study is basically not enrolling in the moment and we're in active discussions with our investigators.

Now, the thaw is starting to happen, I do think people want to make sure that there isn't such a thing as a second wave. And as soon as institutions are ready to begin opening up enrollment and that's going to be a very local kind of a decision too, right. It's going to depend on where the research center is with us, what's the hospital's capacity is, what the prevalent rate of infection is, et cetera, et cetera. So, some time, I think in the second half of the year we're going to see some movement in the trials.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

And then...

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

And then I don't think it's different for us than any – for our competitors for example.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

Sure. And then, are you on track here with the HAE program with regards to the IND-enabling studies that you're planning?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. Yeah. Yeah. We're in a good position, mostly our contractors have maintained operational status. And so, we've been able to progress and we've had access to our laboratory field at least to finish the few experiments that have been deemed to be essential for the creation of this. And there's some facility work that had a two-week delay that we think we can make up for in terms of production of the asset for GLP studies. So yeah, on track.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Q

Perfect. So, maybe one last question here. I mean, what are you way most excited about in the pipeline that comes behind vosoritide and ROCTAVIAN, and is it gene therapy or what else is coming from the non-gene therapy portfolio as well?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

This is like even my grown children I love. And so, the little babies that are in the hedge. I mean, Lon and I are just really hooked on the idea of translating genetic discoveries into transformative medicines. And so, the cardiac field is right for this, I mean, 500,000 hypertrophic cardiomyopathy, 60% of which are of genetic origin. And you go sort of organ system by organ system by organ system and you realize how many half low insufficiency conditions there are were addition of a gene back will attenuate disease in a considerable way. And I think again the story there is seroprevalence tropisms and gene expression, and I think where we got muscular in all three areas. And so, I wouldn't be surprised to see BioMarin starting to break out into other therapeutic platform areas, I wouldn't be suppressed to see BioMarin develop – branch out into other what we previously called therapeutic area spaces. When medicine was driven by organ histology and pathophysiology, therapeutic areas got to find that way in the future in molecular terms that will be the molecular basis the condition increasingly defines the condition. And I think we're in this phase of we're trying to drive towards that. It's kind of modality independent, it's kind of therapeutic area independent. It's very much biological driven. You can make the biggest differences of people, fastest and most certainly by knowing where you are biologically. That's the story of the last 10 years of BioMarin.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Okay. Well, thank you so much. With that, I guess, JJ and Hank and Brian, appreciate your time today.

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Sure. Thanks, Salveen. It's always good to see you.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Thank you. Thanks for having us.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Thank you.

### Jean-Jacques Bienaimé
*Chairman & Chief Executive Officer, BioMarin Pharmaceutical, Inc.*

Bye.

### Salveen Richter
*Analyst, Goldman Sachs & Co. LLC*

Bye.



# BioMarin Pharmaceutical, Inc. *(BMRN)*

Goldman Sachs Global Healthcare Conference

 Corrected Transcript

09-Jun-2020

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.