# EXHIBIT P

24-Jun-2020

# BioMarin Pharmaceutical, Inc. (BMRN)

**Bank of America Merrill Lynch Securities Napa Biopharma Conference**



Total Pages: 16

Copyright © 2001-2020 FactSet CallStreet, LLC

**BioMarin Pharmaceutical, Inc.** *(BMRN)*
Bank of America Merrill Lynch Securities Napa Biopharma Conference

Corrected Transcript
24-Jun-2020

# CORPORATE PARTICIPANTS

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**Brian R. Mueller**
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

# OTHER PARTICIPANTS

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*

**Aspen Mori**
*Analyst, BofA Securities, Inc.*

# MANAGEMENT DISCUSSION SECTION

## Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Okay. Welcome to the third day of the BofA Virtual Napa Conference. We all would much rather be in actual Napa versus virtual Napa, but that's okay. We're excited and my name is Geoff Meacham. I'm the Senior Biopharma Analyst here and I have Aspen Mori from my team as well on the line.

We're really excited to have BioMarin with us for this session and speaking on behalf of BioMarin, we have Hank Fuchs, who is President of Worldwide R&D, as well as Brian Mueller, Acting CFO.

Guys, are you there?

## Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Yes. Good morning, Geoff – good afternoon, Geoff.

## Brian R. Mueller
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

We are. Good morning, everyone and thank you Geoff.

## Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Good morning. Great. Yeah, so the format is I'm going to hand over to Hank just to say a couple of things to kick off the session. And then – the format for this is it's client directed. So of course feel free to lob some questions in to the webcast technology. We're happy to ask Hank or Brian that and then – and also e-mail or IM me questions.

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Bank of America Merrill Lynch Securities Napa Biopharma Conference

**C** Corrected Transcript

24-Jun-2020

I've been getting a lot of different modalities. But I'll hand over to you, Hank and then we can get started with the Q&A

---

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Thanks very much, Geoff. We would have preferred to see you in Napa, but we nonetheless appreciate the opportunity to speak with you all today on a virtual basis. We're pretty excited. As you know, our late breaker presentation, the full four year Roctavian results were shared last Wednesday by Professor John Pasi during the World Federation of Hemophilia's Virtual Summit. And to remind you, hemostatic efficacy was maintained at all factor levels from the lowest patients to the highest patients. While there was a shallow decline in Factor VIII levels which was commensurate with what we've seen previously, we observed continued quality of life benefits and maintenance of bleed-free status. In fact, at four years, all of the patients remain off of prophylaxis with mean cumulative annualized bleed rates of less than one for both dose cohorts; that is the four years of follow-up from the 6e13 dose and three years of follow-up from the 4e13 dose respectively.

We're so pleased with the clinical benefit demonstrated with Roctavian that it continues to be durable at the four years and counting. And on our call last week, our study investigator shared stories that gave insights into how dramatically their patients' lives have changed since being treated with Roctavian with many feeling like they no longer have hemophilia. And in fact it's quite transforming for the clinicians who are now better appreciating the burden of hemophilia because of the contrast between a fully-treated hemophilia patient and a post-gene transfer hemophilia patient.

It's truly inspirational and a big reason why we're so passionate about the work that we're doing. So we continue to anticipate approval of Roctavian in the second half of this year based on the August 21 PDUFA action date. I do want to note now we are now under two months from the Prescription Drug User Fee action date in the United States. And so we're going to implement a lockdown on communication of our regulatory status to ensure that everyone has the same information at the same time and I want to thank you for bearing with us. And I also want to acknowledge that that's got to be one of the most key questions that people have in their mind. And so, having acknowledged that we can also move on and talk about our existing business, and despite the ongoing challenges with COVID we continue to expect to turn profitable on a GAAP basis for the first time in the company's history, having maintained both our full-year GAAP net income and non-GAAP income guidance despite lowering the top line GAAP guidance slightly due to COVID. And Brian is on the call and I am sure he'll be happy to answer any questions about that.

In addition to the achievement of the important financial milestone and an anticipated Roctavian approval, we remain on track to submit marketing applications for the first approved therapy potentially to treat achondroplasia, the most common form of dwarfism, as well as the start of our BMN 307 PKU gene therapy study for Phenylketonuria patients. The combination of these key events in addition to the continued progress of our early-stage pipeline have had us very busy and energized. And neither Brian, nor I, nor Traci are ever too tired to tell the story about BioMarin and the success that we're having.

So with that, Geoff, I'll pause here and hand it back to you for questions.

---

# QUESTION AND ANSWER SECTION

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*

Okay. Perfect. Yeah. Hank, recognizing the FDA commentary, we won't talk too much about that, but I did want to ask you about how the awareness and visibility has sort of changed over time? I know for Roctavian, if you go back a few years ago, there were questions about retreatment, there were questions about Factory VIII levels, but I feel like after four years there's a lot more clarity to the product profile. And I wanted to kind of get your feedback on how that's changed in your discussion with some of the practitioners and hematologists that may be among the initial adopters?

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Yeah, when I started doing this, I think to some extent hemophilia was all about the numbers, the Factory VIII levels. And now six years later – and again, I think this goes to the – to some extent to the transformation that the clinicians have experienced that – then I have to pay such attention on the numbers. And Steve Pipe was telling a story about one of his patients, like, I don't pay any attention to the numbers. They're not interested in their numbers. They don't care about their numbers. Doc, you want to know about my number, you could know about my number, but I don't need to know about my numbers.

And so that's been a big change in the community and it's I think in large measure because the combination of eliminating prophylaxis and eliminating bleeds has not really ever been seen before. And so now you can really focus on the well-being of the patient, because it's uncluttered by considerations about how often you have to use factor. So it's really – it's a profound transformation for this community.

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*

Okay. And just a follow-up to that, when you think about any of the nuances in the recent data, clearly the bleed rate is the major focus and Factor VIII, was there anything else so that you'd point out to that would help sort of augment the profile, when you start to think about what the label could look like or what the initial commercial strategy could look like?

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Well, I think we have all been impressed that there is this decline in factor level numerically as you look at the average tracing whatnot, and the thing you have to keep in your mind to tell you about that is to a large extent, and this is evidenced by the dot plots that we showed, that the averages are coming down driven more by changes at the top of the list than at the bottom of the list.

And what I mean by that is, is that the attrition of factor expression appears to be lower in patients with lower factor levels. And so, that's why I think some people have optimism for prognosticating a sustained benefit for many more years to come than what we have so far observed. And this is not about like what factor level does the [indiscernible] (00:07:27) open again at. That's an interesting academic and scientific question. This is more about how is the patient doing and are they well-managed presently.

# BioMarin Pharmaceutical, Inc. *(BMRN)*

**C** Corrected Transcript

And so, I think the hemostatic efficacy even at low factor level statement under – and some level doesn't do enough justice to the profundity of the clinical benefit that that patient – those patients who are even in that range still experiencing profound benefit many years later. And those are our lowest patients. And so I think that's a pretty comforting thing is to think about the fact that the expectations for clinical benefit really can be fairly large.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

In your discussion, Hank, with some practitioners, clinicians, have many folks been asking what would a re-administration look like or is it mostly just trying to figure out how durable the valrox benefit could be?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Honestly, in discussions with clinicians and patient advocates and patients, those questions on re-dosing and durability don't really come up very much. I was talking to a clinician about this kind of very point, he was like where does that come up in the conversation, and the response was it's not really just positive decision making because if you've initiated a conversation with your clinician about, and you are manifesting any interest in gene therapy, you've already processed that it's still relatively in the journey and that you will be making your decision in the face of a substantial amount of uncertainty.

And so, what I've gathered from the clinicians is that's more about in this phase of the life of the product about setting expectations appropriately than it is necessarily answering questions about a future which are uncertain or unknown. And there is quite a lot of acceptance about that. It's interesting to me when we see some of these market research thing, pieces that are being done by other analyst groups that there is a high amount of interest in gene therapy already in the patient community. So they've already – they've chewed through a lot of the awareness of these issues, maybe more than most people have given them credit for.

And so I think that interest level is a reflection of the burden of the condition and the opportunity for transforming your life for a period of time at a minimum, if not for a really long time.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Got you. Okay. That's helpful. I think Aspen from the team had a couple more on valrox. Aspen?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Please.

### Aspen Mori
*Analyst, BofA Securities, Inc.*

Q

Yeah. Thanks, Geoff. Thanks, Hank. So, couple on the WFH update. I guess first off maybe you could keep elaborating it's interesting to hear some of the feedback you got specifically on the four-year data from WFH, obviously it was virtual, so couldn't get a whole lot of doctor feedback on that. And then in addition to that, there is maybe a thought that the low dose data at three years declined by maybe a rate that's a little faster than some people have expected. Maybe you could talk about that and what your read-through there is for the overall valrox profile and durability?



Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*

**C Corrected Transcript**

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. You can make math models of the data points and we put them in there. When we chose the word commensurate, I think that was partly also an acknowledgment of the fact that there's quite a lot of variability there. The standard deviations on these numbers are – I mean, not lost on anyone that there's a fair amount of variability both between patients but also within patients.

And on our call that Professor Pasi talked about one of those patients who just on one particular day had an undetectable factor level and we got him back and like the next day had – was in the mild range. So, people are acclimated to there being variability in the factor and I think that's a big part of why people are moving their eye away from just thinking about factor to answering a very fundamental question about how is the patient doing.

And so I think the read-through from the 4 year – 3 years is that if you've been dosed with 6e13 and you've had a result that was higher, that it's going to take you a while to drift down yet. And so, don't want to make too much out of the shape of those curves and really call our attention instead to how the patients are doing, which is maintained at phenomenal.

And you're right about the virtual summit, I mean that's the thing I noticed that I miss the most is just going between meetings and running into people. And I remember actually last year, I ran into Guy Young, who started this journey in gene therapy, I would say is a somewhat skeptical person and I think he maintains his skepticism overall. But I now see that as just being careful, clinically. He asked a question at last year's meeting about how do we set expectations for our patients. And I think that was indicative of the right way of thinking about how to talk to patients about these things.

And I think that what you may not see as well is because we have a lot of medical education programming going on both through symposia that are at the meetings, but also other venues and forums that we create to share awareness. And in the period of Zoom, there is a lot of connection that's going on. And as I said before, the patients have been processing awareness of this for quite a lot longer anyway. And so their voice is fairly strong in this community and I think there's a lot of awareness growing in the patient community as well.

All these are encouraging and exciting things. And, like I said before, inspire our interest in bringing a potentially transformative therapy to patients. I think there's a lot of connections starting to be made here.

### Aspen Mori
*Analyst, BofA Securities, Inc.*

Q

Okay. Thanks. And then you mentioned earlier that numbers don't matter so much to how the patients are doing. Whether or not they're bleeding or – I mean, it sounds like they're obviously not. But I guess, going forward, do you think that when we're considering the competitive landscape in the gene therapy hemophilia space, rather than focusing on the Factor VIII levels, do you think that it does make sense though to compare bleed rates or is there maybe another metric that you think might make sense to say – to stack up between two different therapies?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

I mean, this to me, feels a little like you have two drugs that have the same objective response rate or two drugs that have the same cholesterol levels. One of those two drugs, the objective response rate turns into a survival benefit and the other one doesn't. Or one of those drugs turns out to have a lipid lowering benefit, but no

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Bank of America Merrill Lynch Securities Napa Biopharma Conference

Corrected Transcript
24-Jun-2020

cardiovascular outcomes benefit. It seems to me that in those circumstance what typically happens is just that the clinical outcomes vastly trump anything related to surrogate even superior – surrogate superiority.

So, I think one of the things that I noticed in particular with this, like I said, the docs are undergoing this transformation. They started skeptical and now we have evidence that you can go four years without bleeding and not on prophylaxis. It took them four years to believe that. Now, they're saying is, I don't want to look at factor numbers and whatnot. I don't know how to interpret factor numbers. I know how to interpret the clinical status of my patient.

So I think what John Pasi said or alluded to on the call that we hosted was something like, unless you're 100% bleed-free at four years or you're not in the game. So that's how I think about this competitively – new standard.

---

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*

Q

And, Hank, from a lifecycle management perspective, obviously, you have the launch ahead of you, but what would you say for Roctavian's indication base? Is it expand into hemophilia through different age cohorts? Is it more on the AAV5 delivery system? Just a word on that.

---

**Henry J. Fuchs**
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. I mean, I think the two lowest hanging pieces of fruit are the AAV5 zero positives. So if there's any way that we can make Roctavian available for them and we've excluded patients who have had inhibitors and there's quite a lot of literature. It's about 25% or 35% of the patients by the way, and more as you get older. And we've excluded inhibitors and there's a lot of evidence that actually gene therapy would be a good way to reverse inhibitors. So we'll be getting those studies underway. So those are, that's about – that almost is a 50% increase or maybe a doubling of the size of our – tripling the size of Roctavian – I forget exactly how that math works, but big opportunities there.

And then, yeah, we'd like to get into younger age patients. There's obviously the barrier of potential for gene dilution as you go into younger and younger and younger patients and we have a few ideas about how to do that and when to do. That's interesting. We're learning a little bit from PALYNZIQ. In Europe we have an indication to that starts at age 16. And if we can get young adults transitioned on to the more definitive form of therapy before they go away to university, our commercial team in the case of PALYNZIQ believes that that's going to be a really key advantage. And similarly, if you can transition a child from a prophylactic factor replacement, which can be accommodated in a parent/child kind of a context, if you can transition that child before he goes away to college or university, that's a big advantage. So that – moving earlier I think there is some feasibility there and some interest there for sure.

I think, off the top of my – I think there's patients with preexisting liver disease that we haven't really sort of dived into exactly how to tackle that, but that's an area of really important interest. Maybe stop there or sorry, one more to add. The concept here is to replace prophylactic therapy. And so there can be, you know, there are the odd patients that are not as severely affected who are on prophylactic therapy that are important. So may be some of those are some of the lifecycle thoughts.

---

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*

Q

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Bank of America Merrill Lynch Securities Napa Biopharma Conference

Corrected Transcript

24-Jun-2020

---

Just a question on the webcast. I don't know – I'm not sure you can comment, but the question is can you comment at all if you still expect to have an inspection in the first half of this year?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*



Yeah, that's a good question to illuminate the thing that I said at the beginning, which is now that we're under two months away from PDUFA, I think our answer to these types of questions is going to be we're on track for our PDUFA 8/21/20. You know, at any given day during a regulatory review. There's a lot of stuff that goes on and it could be really difficult to interpret and that gets magnified as you get closer to the finish line. So I think the next big announcement from BioMarin is going to be about the action date.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. All right. No worries. And then another question from the webcast. How you guys think about factor levels on utilization? Would this be for patients less than 5%, let's say, that are severe or could other patients go on as well?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah, that actually – that ties to the question – to the comment I made earlier about how, and again, this is where the numbers are imperfect and the clinicians are aware of patients who have the leading phenotype, and maybe it doesn't fit exactly – they don't fit exactly into the severity classification scheme for whatever reason.

And so if you're consuming a lot of factor, I would say you're a good person to – instead of keep buying fish at the fish store, learn how to fish. That is to say instead of being constantly either high frequency on demand or prophylactic therapy, you really should be a candidate for Roctavian. That's the group that we studied.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. Let's switch gears, we may have a couple more on Roctavian from the webcast. But let's switch gears to the vosoritide. So just question at the onset, have you guys been able to meet with FDA regarding the filing and what's been the feedback thus far at this point?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Yeah. We had face-to-face meetings actually with the FDA prior to the lockdown, might have actually been kind of the week before. And it was great meeting, met all of our objectives, main consideration being to confirm with the agency that the information that's been collected to-date would stand as an adequate data set to initiate review of the application.

And so – or as my head of regulatory likes to say, [ph] they waived the sign-in (00:21:15) for the filing, and we reached some very specific and concrete agreements with them about the contents of the filing. The inclusion of the pivotal randomized trial, that's the trial with [indiscernible] (00:21:27); the inclusion of five years of treatment data from the original open label extension study; the inclusion of patient level natural history data for both population and individual patient level matching, so that we could compare the effects of treatment with vosoritide to the untreated natural history over a longer period of time than our pivotal trial.

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Bank of America Merrill Lynch Securities Napa Biopharma Conference

**C** Corrected Transcript

24-Jun-2020

And finally, we agreed to provide safety information on children under five unaccompanied by the efficacy information from that completed trial is that probably won't complete until after the application has been reviewed. And they were all – that was all part of the package that was discussed and agreed on the agency. And so, the team did the same basic thing with the European health authorities as well, got the similar basic set of agreements. So, our strategy has been, create one global dossier. It's much more facile to work that way.

And so we achieved that objective and now we're busy writing up our reports and putting the finishing touches on the submission. We said we'd submit in the third quarter and we're tracking pretty well to that.

---

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. That's helpful. And when you think about the opportunity to sort of maximize the benefit, clearly the bigger opportunity would be in pediatric patients. Just talk through, Hank, the bar there for efficacy, is it higher in this population versus a more mature population? And how do you think that's going to play out from a commercial perspective?

---

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Well, vosoritide acts on the growth plate which closes in late adolescence. So if you're asking about that facet of treatment, the treatment is really only applicable to children who are still growing. And in fact even within that spectrum the – over time natural growth – the pattern of natural growth is there's a lot of growth from zero to five years of age and then there is a much more gradual rate of growth and that rate of growth itself declines into late adolescence, and in achondroplasia individuals that late adolescent growth is not accompanied by an adolescent growth spurt, because their growth plates are diseased.

And so the real – the best benefit is going to be if you start really, really early. And this was the point that was addressed quite well by the FDA's Advisory Committee when they convened in 2018 for discussion purposes. And that's why they campaigned for safety data in children who are under five being an important consideration in the dossier. They are basically saying the FDA, we're going to be willing to extrapolate on the basis of biological data from efficacy in over five to under five. The thing that we want to make sure is we didn't get the dose wrong. This is the FDA's Advisor speaking to the FDA. And we just want to make sure that it's going to be safe to use in young children with achondroplasia. And so that form, the structure for the dossier, which I think informs your question, which is the earlier we can treat the better. And then we can get the benefit of the full 13, 14, 15, 16, 18 years of growth that a child has in front of them. That's the ultimate positioning in the achondroplasia world.

---

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay.

---

### Brian R. Mueller
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

A

I can – this is Brian, I can comment on some of the market opportunity further if you'd like.

---

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Perfect. Yeah.

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Bank of America Merrill Lynch Securities Napa Biopharma Conference

### Brian R. Mueller

*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah, so, with achondroplasia being the most common skeletal dysplasia, we estimate that there's approximately 22,000 patients, children in our global commercial territory with achondroplasia, so definitely a larger patient population than the ultra-orphan diseases that we grew up with as a company.

And also, I think compelling on the commercial side is the – Hank mentioned the importance of treating early, but the early diagnosis is really important on the commercial prospect front, because most achondroplasia children are diagnosed prenatally or shortly after birth, which means they will be known to the healthcare system and easier to find and treat.

And just again a point back to our legacy base business, that's significantly different than the launch factors when we, say, launched Naglazyme for MPS VI 15 years ago, ultra-rare disease, not well understood, so the disease education in finding patients was the key factor. So, not only are we talking about more patients here, but it should be easier to find.

### Geoff Meacham

*Analyst, Bank of America Merrill Lynch*

Q

Great. That's helpful, Brian. I want to go back to a question on the growth plate, is there – Hank, as you treat more patients, are there any theoretical safety concerns in some of these younger patients that have a healthier and more open [ph] growth plates (00:26:58). Is that something that maybe is a kind of a post-approval type of analyses or something that you'd have to formally go back and look at? Or is it captured by the package that you have thus far?

### Henry J. Fuchs

*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Well, it's like any new medicine. I think the goal of the registration program is to answer the most salient questions that inform benefit and risk, at least in the time period of the submission. And like I said, I think people are comfortable that the healthier growth plates were going to respond affirmatively [ph] because of (00:27:33) the treatment.

The concern had – the theoretical concern, which actually turned out to be real, is that the PK of the drug would be different as a function of age. And this is actually a phenomenon that's been known in neonatal medicine for a while with the doses that are used in neonatal medicine are often higher, say, weight-adjusted than they are for older age patients. And so, that's why we did the study the way that we did the study, which is to say we chunked it into three different age groups, had a sentinel group in whom we measured the PK before then randomizing patients into the larger study.

And what that taught us is that there is a difference in exposure to the drug after injection in six months to two-year olds, compared to two-year-olds to five-year-olds and compared to five-year-olds and older. And so, we had to raise the dose in the younger children. So, that wouldn't have led to – if we'd used the same dose, it wouldn't have led to a safety problem, it just would have been suboptimal efficacy.

But we also did it carefully and quantitatively, that is to say, we kind of knew exactly what the target was and we approached it from under the target rather than over the target. And so, I think, now, having established the relationship of PK to exposure and the sentinels are teaching us that that exposure is well tolerated, I think we can be increasingly comfortable about the tolerability of the proposed regimen in children.



# BioMarin Pharmaceutical, Inc. *(BMRN)*

And this is an important thing to have established because, as I said and Brian mentioned, most of these kids are diagnosed early, and so to have the opportunity to intervene early, if that's your choice, can be a real advantage.

---

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. That's helpful. And either for Hank or for Brian, I know that -obviously, it's a pretty competitive field, you have a number of players that are earlier – being first to market is really important. But when you think about product attributes, what do you think would be a component of your data that could lead to something a little bit more sustainable in terms of the competitive advantage, aside from, obviously, time to market?

---

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

I mean, I'm overwhelmingly biased in this regard because we're months away from initiating registration than any competitor that you're talking about. I don't think they're even [ph] dosing (00:30:08) achondroplasia patients or not a lot. And so, if you were to tick through the list and say, okay, where are we vulnerable from an efficacy perspective?

Well, we restore physiologic growth. And in fact, one of our experts told the FDA that the thing that he likes about vosoritide in comparison to growth hormone for growth hormone deficiency disorders is that with growth hormone there's this catch-up, burst of growth at the beginning, which is gratifying to the parent, but it's not really the healthiest of bone because it formed too fast. And then growth hormone kind of wears off and you don't get the same effect of growth hormone. [ph] It goes (00:30:46) in contrast in achondroplasia with vosoritide, you get restoration of physiologic growth and, impressively, that's sustained.

So, I'm not sure I see a efficacy opportunity to beat us. Safety, I think there will be several zeros in front of any even observable frequency or side effects – meaning very, very low – very, very well-tolerated drug. Convenience to patients, our patients are happy with the daily injection. Compliance is fantastic. There are no real complaints. It's not like people are coming to us and saying, we like this product offering better or this product offering better. These needle sticks these days are fairly innocent things, blink-and-you're-done. So, I don't know how I would advise somebody to catch us. And I think they're too far behind – [ph] the scene in the generic side of this (00:31:39).

---

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

No, that's right. Yeah and just the last question kind of on the commercial setting would just be the – what are lessons to be learned from other more recent launches for you guys, from just pace and awareness and visibility? In other words, what can you do ahead of the rollout to help accelerate the launch? Either engaging with KOLs or what's your perception of sort of depth of awareness among the prescriber population?

---

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Again, I'm a little biased, where we go, it tends to attract interest because our approach is what's the basic molecular defect and what's the most fundamental way to turn that around and gain a large amount of signal in terms of clinical responsiveness that would propel rapid registration and uptake.

---

Copyright © 2001-2020 FactSet CallStreet, LLC

# BioMarin Pharmaceutical, Inc. *(BMRN)*

**Corrected Transcript**

And so, we tend to address more scientifically-inclined medical audiences. [indiscernible] (00:32:48) rare disease tend to settle to centers and the centers tend to be more academically-inclined and interested in, mechanistically, what's going on and turning that around. So, what we've learned is that formula of using scientists – science to drive and medicines – science to drive awareness of the medical complications of the condition and the opportunity for new therapy has been really the glue of Jeff Ajer's commercial organization and that it knits tightly with our development and medical approach to commercialization.

So, I think for the most part, you're going to see us keep doing that because there's an enormous amount of demand for that in the medical community and in the patient community is that understand fundamentally like what went wrong and how do we fix it and how do we know that we're on the right track. I know the business organization's been doing a lot to address this question, it might be useful to hear Brian speak about leverage and thinking about how to build sustainability into our business model. Brian?

### Brian R. Mueller
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. Thanks, Hank. It's a great point. And yeah, I think probably two things to say there, maybe just to elaborate on some of that launch preparation, specifics about what we've learned. The other learning that we're going through right now is related to Roctavian launch prep and that is [ph] peer (00:34:04) discussion. So, of course, we're [indiscernible] (34:11) any marketing to patients before approval, but there are some safe harbors in the regulations that let us talk to payers pre-approval. And so, with Roctavian and that value proposition and the new technology that we hope to bring to the hemophilia A community, we started payer discussions there along late last year. And those are gone really well. Those are – we've learned how that can really help prepare for a successful launch. And so, I would, again, envision using a page out of that playbook for achondroplasia and vosoritide as well, beyond that the disease and medical education that Hank referred to.

And then, yeah, on the leverage side, we've built a commercial organization that can support up to $2 billion in revenue today. We took a small 5%, $100 million adjustment to our revenue back in – revenue projections for 2020 back in April due to COVID patient demand disruption, but by and large still close to that $2 billion, selling in over 70 countries. So, looking forward to another brand in the rare disease market. Not only do we have that global reach, but the corporate infrastructure and global marketing efforts that we've now been able to replicate brand after brand. So, the hope is that vosoritide is the next chapter in that story.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

Okay. And just to follow up from the webcast for you Hank, so just to be clear, are you guys expecting a label with a broader age range, including less than five years old, or is there some sort of restrictions?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

Labeling is very advanced in the process feature. I think what we start out with is a recognition of the biology and the community's interest in essentially extrapolating that biology, and we recognize safety as an important fundamental question about benefit and risk for this portion of the population. We think it's rational for the product to be used in that population. But exactly how that gets translated into a label is subject to [indiscernible] (00:36:33) down the road from now.

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

Q

# BioMarin Pharmaceutical, Inc. *(BMRN)*

**C** Corrected Transcript
24-Jun-2020

Okay. That's helpful. Let's switch gears to Palynziq and to gene therapy. So, the question really is how do you think Palynziq's clinical profile holds out when you consider the cheaper generic Kuvan, and maybe down the road, more effective and convenient gene therapies?

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

**A**

Well, I'll start medically and then Brian has some financial and commercial comments he can chip in as well. But first of all, Palynziq is indicated for adults in the United States and for patients older than 16 in Europe. So, sapropterin Kuvan is the only available option besides medical food for children with Phenylketonuria.

But when you get into adulthood because Kuvan sapropterin and generic sapropterin will all be required to be taken as an adjunct to medical food therapy, Palynziq offers the opportunity for much better Phe reduction in a much broader range of a patient population. And even in spite of fairly substantial amount of protein intake, in fact, in our Phase 3 trial, our patients essentially resumed normal protein intake. And so, I think that given the complexity of complying with sapropterin and medical food, given the narrowness of the target population and what works relative with the Palynziq and given the magnitude of the benefit of Kuvan relative to Palynziq, I think Palynziq offers a much better profile.

The only disadvantages of Palynziq are the induction titration for which you got to be committed for about six months. But after that, 99% of patients comply and stay on Palynziq. And it's obviously, it's an injectable as opposed to an oral and that's a challenge to retention, but I think the facts speak for themselves in terms of retention.

So, I think Palynziq is an awesome offering compared to sapropterin and generic sapropterin. And I think it's going to be tough for a generic company to win in this space because there's so much connection that has to go on between the PKU clinician, dietician and patient and you put medical food in the middle of that and things start to fall apart because it's a horrible form of therapy.

So then thinking about gene therapy, I think in some levels, Palynziq gets the community unstuck off of medical food into more modern approaches to therapy and I think gene therapy just takes that a step further. It's really impossible to speculate about the sort of the curve of adoption of gene therapy compared to Palynziq. I think at this stage of the journey, we're excited that we can have both offerings – well, all three, you have Kuvan, we have Palynziq and we're working on making BMN 307 available.

And I think when you think about the numbers in Phenylketonuria, and over time in Phenylketonuria, we've only marginally penetrated the Phenylketonuria community in terms of offering our solutions to patients. And so, I think having these a bit more advanced medicines in the tool chest enables us to access progressively higher fractions of that population.

So, I think that gene therapy is a nice addition to the Palynziq core component. And we'll experience a little bit of transition from Kuvan in adults to Palynziq. But I think over time, you're going to see us really build a bigger and better and stronger PKU franchise. I mean, our commercial team created this and they're dead set on making the most out of it.

### Brian R. Mueller
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

**A**

Yeah. I can answer [indiscernible] (00:40:32).



# BioMarin Pharmaceutical, Inc. *(BMRN)*

### Henry J. Fuchs

*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

And, Brian, do you have anything to add?

---

### Brian R. Mueller

*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

A

Yeah. Absolutely. Thanks. Good set-up there, Hank. So, not only is the overall PKU market large in, let's just say, US and Europe, where we believe there's approximately 30,000 patients, we are already established in that market having the only approved therapies for PKU and being in that market for over a decade back to Kuvan.

And as Hank mentioned, medically, there's also sort of this nice sequence commercially of the potential for three PKU brands. Kuvan has been around a while, but noting that we are losing market exclusivity in the US next year, but that's a great time to have an offering in Palynziq that reduces Phe and liberalizes diet even more. We think that there is 8,000 adult PKU patients that are in the clinic and not on Kuvan today. So, those are patients that are seeing physicians and represent good candidates for Palynziq, and then over 19,000 patients, adult PKU patients out of the clinic.

And they may be out of the clinic because they don't like being told when they go to the doctor, that they need to be put back on their very restrictive diet, so the promise of Palynziq there with more diet liberalization may be to bring those folks back to the clinic. So, still a lot of marketing to do on Palynziq. And then as Kuvan becomes more mature and Palynziq continues its launch to have the potential to offer a gene therapy, the next generation project – or product, really does seem to set up the overall PKU lifecycle for the company pretty well.

---

### Aspen Mori

*Analyst, BofA Securities, Inc.*

Q

Hey, guys. It's Aspen again. Maybe to follow up on that and to zone in on the gene therapy, BMN 307, how are you guys thinking about the competitive landscape there in terms of the other competitors developing gene therapy? And how is this discussion different than maybe the ones you had over the past few years about valrox versus those competitors. Is there anything that you would highlight there to, I don't know, maybe I guess avoid the nitpickiness that kind of happened over the last couple of years with the Factor VIII [indiscernible] (00:43:09)?

---

### Henry J. Fuchs

*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

A

That's essentially a two-part question. I was reading the CEO of Pfizer sort of healthcare conference earlier in the month and so many asked him about how are you going to be competitive in the gene therapy space considering, basically parenthesis, considering how far behind you are. And his answer was manufacturing capacity, we're going to – we are building a plant in North Carolina and we are well under way to having leading capacity.

And I was thinking, boy, I'm glad that we made the decision about, I think it was three years ago to build a commercial facility and to include to-be commercialized material into clinical trial that we could then deem registrational because that works really well for health authorities. And so, yeah, we got that memo about capacity and capability a few years ago. And I think that we're going to carry that forward as a key part of our competitive advantage.

Now, having demonstrated that you can get to – you know, [indiscernible] (00:44:14) was nice and clearly Novartis has obviously made a lot of progress. But we're talking about much bigger patient populations and much bigger expression levels and much more clarity. I mean, I think the interesting part about your question about the

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*
Bank of America Merrill Lynch Securities Napa Biopharma Conference

C Corrected Transcript
24-Jun-2020

surrogate endpoint is that we're the first company that has a gene therapy for which you can actually measure a surrogate endpoint. So, it's caused there to be a lot of focus on that.

I think the good thing with PKU gene therapy is that people will focus on this Phe levels and we should see substantially lowered Phe levels and sustained for a really long period of time. So, I don't think that's going to be nearly the challenge in PKU that it was in Roctavian's development. So, I think our competitive advantage boils down to both our manufacturing capacity and our knowledge in PKU space and the fact that we've been down this road with the agencies internationally now and have that institutional knowledge that is a critical expediter. I think all of those three things stack up, the proof's going to be in the pudding in terms of when people get across the finish line.

---

**Geoff Meacham** Q
*Analyst, Bank of America Merrill Lynch*

Hank, this is Geoff. Yeah, just a final sort of follow-up, last couple of questions, I mean, you obviously – for PKU, that's kind of a next wave here and as you move forward from a regulatory perspective with valrox and vosoritide, what do you think from an R&D capacity and depth perspective, is there earlier stage, what are you most excited about and maybe what's the potential for licensing and product acquisition at this point?

---

**Henry J. Fuchs** A
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Well, I think the DiNAQOR partnership, it simplifies a lot of the answer to question that you're talking about. I think the ability to extend ourselves through others becomes a critical unbottlenecking of the BioMarin engine of capabilities. To some extent, that's been part of our journey to so far is our ability to extend ourselves into different areas. We weren't a gene therapy company, we were an enzyme company. And so, with measured steps that we take, we extend ourselves.

And we've been working on muscular diseases for a while in the lab and then we came across this group with cardiac muscular disease opportunities and that started to feel right. Another capability that we've developed is around expression. And I think one of the things that DiNAQOR valued about BioMarin was we can get a high degree of expression. One of the things that interested us, we had internally been interested in the cardiac space, because there are – just on the hypertrophic cardiomyopathies, there are 300,000 genetically determined cardiomyopathies patients and good – and they concentrate into what are called haploinsufficiency disorders, which mean that they're caused by having a defect in one of the clearance genes, and so they're amenable to gene addition to restore to normal levels, but you have to deliver a lot of gene to a lot of – and get a lot of expression to overcome the clinical phenotype of those haploinsufficiency disorders, so that was a match made in heaven where their biology complemented our core technology capability. And I think that's a muscle that we have manifested in the past, that's how we got Roctavian. And I think we're going to see more and more of this. The exciting part of that is gene addition in the haploinsufficiency disorders. I think that's going to be a new potential avenue for much bigger expansion of the platform.

---

**Geoff Meacham**
*Analyst, Bank of America Merrill Lynch*

Okay. That's helpful. Well, with that, we're out of time. So, I want to give some room for the next group but, guys, really appreciate the conversation, really super helpful Q&A.

---

# BioMarin Pharmaceutical, Inc. *(BMRN)*

Bank of America Merrill Lynch Securities Napa Biopharma Conference

**C** Corrected Transcript

24-Jun-2020

---

### Aspen Mori
*Analyst, BofA Securities, Inc.*

Terrific.

.................................................................................................................................................................................................................................................................

### Henry J. Fuchs
*President-Worldwide Research & Development, BioMarin Pharmaceutical, Inc.*

Thanks, Geoff.

.................................................................................................................................................................................................................................................................

### Brian R. Mueller
*Acting Chief Financial Officer, BioMarin Pharmaceutical, Inc.*

Yeah. Thank you so much, Geoff and everybody, really appreciate it.

.................................................................................................................................................................................................................................................................

### Geoff Meacham
*Analyst, Bank of America Merrill Lynch*

All right. Take care, guys. Talk to you soon.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.