# EXHIBIT V

**S&P Global**
Market Intelligence

# BioMarin Pharmaceutical Inc.
# NasdaqGS:BMRN
# Company Conference Presentation
## Wednesday, September 09, 2020 4:25 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ................................................................................ 3

Presentation ................................................................................ 4

Question and Answer ................................................................................ 6

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Henry J. Fuchs**
*President of Worldwide Research & Development*

**Jean-Jacques Bienaimé**
*Chairman & CEO*

**ANALYSTS**

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

All right. Great, and good morning. And thanks to everyone for joining us at the Baird 2020 Global Healthcare Conference. I'm Mike Ulz, one of the biotech analysts here at Baird, and it's my pleasure to introduce the team from BioMarin, including J.J. Bienaimé, Chairman and CEO. We also have Brian Mueller, CFO; and Hank Fuchs, President of Worldwide Research and Development.

So just a quick reminder, the format for today is a fireside chat. So if you have a question, please feel free to submit one through the webcast portal, which is anonymous, and I'll be sure to ask a question on your behalf. But before we jump into the Q&A here, I'll just turn it over to J.J. to make some introductory comments. J.J.?

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Yes. Thank you, Mike. We appreciate the opportunity to speak with you today. It has been a very active few weeks for us, as you know. And now that the dust has settled, we want to share our framework for the remainder of 2020 and early '21.

So to start, BioMarin fundamentals remain solid, supported by our global base business of essential medicines, our strong cash position and robust pipeline of products moving through development. We expect to exit 2020 with approximately 1.5 -- sorry, $1.4 billion of cash after paying the outstanding convertible bond in October. And importantly, we expect positive operating cash flows going forward in 2021 and beyond. So this strong foundation allows us to simultaneously pursue approval of ROCTAVIAN and vosoritide, to develop the earlier-stage pipeline and to grow our existing commercial business.

So before getting to our ROCTAVIAN update, I want to share our excitement over recent developments with vosoritide. Over the weekend, the full Phase III data from our global study with 119 children with achondroplasia was published in The Lancet. The Phase III results provide strong evidence of the clinical benefit of vosoritide, demonstrating a highly statistically significant improvement in annualized growth velocity in children treated with vosoritide that participated in the study.

Our marketing applications have been submitted to both European and U.S. health authorities, with the EMA having recently validated the application. So we are encouraged, very encouraged by the results from our multiple studies with vosoritide, given the tremendous unmet medical need for children with achondroplasia.

Turning now to ROCTAVIAN. The pursuit of the expedited approval with 26 weeks of data from 16 subjects was driven by our PRIME designation in Europe and Breakthrough Therapy designation in the United States. And while the controlled data that served as the basis of this expedited approval was dramatic for our patients, at the end of the day, health authorities want a larger data set, given the highly innovative nature of gene therapy treatment with hemophilia A. Given our track record as pioneers with scientific research and innovation, we designed and executed a robust development program with ROCTAVIAN. We are in a very fortunate position to be 2 months from completion of our global 1-year Phase III study with 134 subjects. So now we now plan to share top line 1-year Phase III data from this study in early 2021. And this is a potential new catalyst and this is new information.

Given the depth and breadth of data expected from our Phase III results, EMA recently informed us that they would like to base the approval and labeling discussions on the upcoming 1-year data. Again, this is new information today. So as a result, we are now working with EMA to enable submission of the full 1-year Phase III data and anticipate being in a position to submit that data on 134 subjects that is set to design -- that is designed -- the trial is designed to demonstrate, as a reminder, superiority over standard of care. So we're set to submit the data at the end of the first quarter of 2021.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

While we are disappointed with this delay, we believe that the package at launch will be even stronger with the full data results from 134 subjects treated 1 year after treatment. And it will better position us commercially in Europe and allow us to obtain potentially better pricing and reimbursement, not if you were approved based on only 16 patients worth of data, 6 months after treatment.

Importantly, European health authorities have inspected and accredited our ROCTAVIAN manufacturing facility, and there are no outstanding manufacturing issues to be addressed. So we remain confident in the commercial potential and approvability of ROCTAVIAN. Our confidence in the potential outcome of the full Phase III results are based on a few parameters, so I would like to invite Hank Fuchs, our head of R&D, to describe a few of them before we get to questions and answers. Hank?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Thanks, J.J. The potential for 1-year Phase III ROCTAVIAN results being supportive of approval are based on a number of factors. In addition to the robust Phase III study design -- and by robust, I want to call everyone's attention to the fact that there is a baseline run in to collect prospectively annualized bleed rate and that the primary end point of the study is itself annualized bleed rate, a well-recognized clinical outcome. So based on the robust Phase III study design and results observed so far, we have confidence that the statistical powering assumptions will demonstrate that the annualized bleed rate superiority versus standard of care Factor VIII prophylaxis versus -- so we're going to compare the ABR on standard of care prophylaxis versus the ABR after gene transfer.

So further to what we presented at R&D Day, we now have more reliable information on baseline bleeding data, which gives us an opportunity to update the statistical powering of the study. Based on the results of the ABR from the Phase III's final analysis population in the non-interventional study 902, that's the run-in study, the observed bleeding rate or ABR in this Factor VIII prophylaxis population is 4.8. This baseline ABR is higher than what we had originally assumed and therefore gives us increased confidence that the 1-year Phase III study results will provide more than 90% power to demonstrate superiority and annualized bleed rate compared to the baseline ABR on standard of care.

Based on these parameters, notably, the statistical power for ABR superiority, we're very encouraged that full Phase III results have the potential to support approval of ROCTAVIAN. As J.J. mentioned, we intend to share top line results from the Phase III study early in the first quarter of 2021. Our plan includes a Type A meeting with the FDA to discuss the contents of the complete response letter, which we have not conducted yet, and we'll delineate steps necessary for approval. In light of the EMA's request for 1-year data from the Phase III study and the FDA's recommendation for 2-year data from the study, further discussions with the FDA will be undertaken to assess if alignment on the data requirements between the EMA and the FDA can be harmonized, as has been done for all of our applications.
We are very encouraged by our discussions with the EMA and believe we can align an efficient path forward for marketing authorization of ROCTAVIAN. And with that, now I'll turn the call back to you, Mike, for questions.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Great. So thanks for that introduction and all those updates, very positive and encouraging. So maybe just to start, if we can go back to the FDA and the initial CRL and maybe if you can just talk specifically about what the FDA wanted to see that they weren't seeing in the data. I think it was something to do with durability and some differences between what we're seeing in the Phase I/II versus the Phase III.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. The kernel of the agency's feedback and the CRL was that they saw differences in 201 and 301, the Phase II study and the Phase III study. And that caused them to be challenged to project the durability after administration of the Phase III product based on the Phase I/II results. And essentially, that was really it. The fact that there were differences between Phase II and Phase III and the fact that the Phase III follow-up was relatively short and that they had -- they couldn't get there was their language around projecting the durability of Phase III.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

And those specific differences, was it -- did they highlight what that was in particular? Like steroid use or something else or...

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well there is recognition of some potential for confounding of the underlying explanation of the differences, but the main issue of the CRL is that there were differences.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you. And then just curious, were there any other issues beyond just those differences raised by the FDA?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well the complete response letter is complete, but it's kind of demarked into those that caused the complete response than everything else. And for the most part, the differences in the outcomes of Phase II/III and the underlying differences in the design of the study, namely the administration of corticosteroids prophylactically versus on demand, were what limited the agency's ability to get confident about the durability of the Phase III product.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

It's worth pointing out that all of this was known at the time of the pre-BLA meeting. So the review has not -- in our view, the review has not uncovered something that we haven't been very transparent with you, with the agency about. So I think we've commented in the press release about the CRL that it was a

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

bit of a surprise. And in particular, there was very low to no communication from the agency from when they first ideated this conclusion to when we received the CRL.

And the most compelling piece of surprise was the recommendation for 2 years. And we just don't -- that's never come up in any of our discussion, and we don't know what the root of that is. And we can speculate but we don't know what the root is.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you. And then just next steps from here. You mentioned a Type A meeting with the FDA, the next steps to get that schedule. Do you have that schedule? And then kind of what's the -- it sounds like there's opportunity. Maybe you're suggesting for approval based off 1 year instead of 2 years. Maybe just talk about what you plan to accomplish in that meeting and some of the potential scenarios around maybe outcomes.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well I think it's to really understand with clarity why the issues that have been identified, for example, trajectory of durability under accelerated approval regulations, was a requirement. So kind of like scratch below the surface of these statements. They're relatively brief and very concise. And you know that there's paragraphs of thinking and discussion. And we talked about the relatively low communication from the FDA.

And so this first Type A meeting really is what would ordinarily happen during usual review, which is back-and-forth discussion of issues to where you would get more insight. So the goal of the first meeting really is to get more insight into the thinking of the review, both in terms of their initial decision and how that might read on ultimate approvability. But also they're thinking about where did 2 years come from? What itch does that scratch? Is that the only way to scratch that itch, for example?

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you. I guess does it -- it sounded like you thought maybe you could -- you might be able to suggest to the FDA that if the EMA is willing to accept 1-year data, that maybe they could be more flexible. Is that fair? Or -- I know it's a tough question, I apologize.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

No, it's a very fair question. I mean I think it's worthwhile to raise the notion that availability of the product in Europe ahead of potential availability of the product in the U.S. might cause the U.S. regulators to think. On the other side of that, both sides, both regulators like to brag about how independent they are. Which one of those ends up being the dominant influence is a very difficult thing.

I think the key thing is all of this should be guided by good science. We've designed a Phase III trial with a clinical end point, adequately powered for an important therapeutic outcome, which is superiority to current -- it's not just the standard of care, by the way, factor replacement therapy. It's the #1 recommendation of the recently released guidance document for the management of hemophilia. Point #1 is daily prophylactic -- or regular prophylactic therapy with Factor VIII concentrates.

So it's a well-designed study. As I said, there wasn't anything in the review that was new or different relative to where we've been so far. So that's why we have a fairly high degree of conviction that the pivotal trial will, in fact, be pivotal in the footnote is and subject to further discussion with the agency about that.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got you. And then just you talked about sort of the feedback from the EU, and you're going to file in Europe based off of 1-year data. When you had your -- that agreement with the EU, was that before you had gotten the CRL or had the CRL come after? And what impact could that have? Or maybe they're just independent and it has no impact?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well Europe was aware of the FDA's action by the time they had written to us about this issue, about their time line. And so it was sort of a decision that was taken in isolation of, there's an awareness of. I think each of these processes has a little bit of nuance that's different from the other. So for example, in the U.S., the Center of Innovation left the FDA with Scott Gottlieb. And so this often leads to a pendulum swing in the other direction. In Europe, our rapporteur, the French were besieged by COVID right at the time that the review was supposed to be happening. So they got off the blocks like 2 months late.

At the end of the European review is an EC Commission Decision. So the note of that is that the European approval would have come almost directly on top of the Phase III data. We had worked with both agencies to try to create -- to try to exemplify the importance of an accelerated approval by the distance and time between when the accelerated approval data are available and the final data are available. But in both places, to a large extent because of COVID, the time line for their actions started to slip into the same time frame in which the Phase III data were going to be available.

I mean the self-congratulatory version of that is we did a pretty good job of enrolling the pivotal clinical trial such that it started to encroach on the airspace of the accelerated approval. The only other thing we could have done is slowed down the pivotal trial, but who would want to have done that, especially in retrospect?

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you. And then I guess just timing the next update that you might provide from the U.S. regulatory process, is that something we could maybe see by the end of this year? Or is it hard to tell at this point?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

It's a little hard to tell at this point simply because we had so little communication with the agency about the review. As recently as the mid-cycle meeting during the medical review, there were absolutely no issues. During the late-cycle meeting, they observed this trajectory, the difference between the Phase II and the Phase III material, which like I said, that was -- that meeting was in June. That was 13 months after our conversation with them about the data at the pre-BLA meeting.

And they first identified the issue in writing, but there was no -- there were no senior people involved in that meeting with the FDA. It was just sort of, "Here's what we found." And we asked them, "Where are you going with this?" And they said, "Here's what we found." And then we had no further conversation with agencies essentially until the day before the CRL. So we really still have a lot to learn about how they've been thinking about things and where are there opportunities or challenges that need to be overcome.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

But if I may, Mike, I think the fact that now we're going to have top line data early next year on the full Phase III trial, I think it's going to set -- it's going to share at the discussion level. We're going to have a whole set of new data, much larger. We're going to go from 16 patients with 6 months of data to 134

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

patients with 1 year. We're going to have annualize bleeding rate data. The study is designed, as I said, to demonstrate superiority over standard of care. We hope it will. We believe it will. It remains to be demonstrated. So this is going to change the level of discussion here with any agencies.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

And to your question, that's the next major milestone. It's the data.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

That is the next major milestone, yes.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Because all -- everything up until then is going to be talk, talk, talk, with a big chunk of data coming right behind it.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Fair enough. Just when you think -- when the regulators start looking at the 1-year data, obviously, the primary is annualized bleed rate. You're confident you could hit superiority, I guess. Are there other end points you think, just based on your interactions, that are going to be important? Is -- are Factor VIII levels going to be important at 1 year or not necessarily? Any thoughts around that?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

So far, the agency, the FDA's focus has been on the ABR, and it's only recently that trajectory of Factor VIII is entering the equation. So I don't know how trajectory of Factor VIII at the 1-year mark may or may not factor into agency consideration at the time. But it's going to be pretty tough at the point -- today that we don't have statistical evidence on ABR. We have strong evidence of reasonably likely to control bleeding, but we don't have the same robustness of design and outcome with ABR.

When we have that ABR outcome, it tends to anchor things because we're no longer talking about reasonably likely to predict the clinical benefit. We're talking about demonstrated clinical benefit. And so as J.J. was saying, I think that changes the tone of conversation. It changes the importance of all the other elements of the data.

All this totality of data is an FDA important consideration. But it's hard to see in a context in which you have superiority for bleeding outcomes that this doesn't lead to a positive outcome in a regulatory agency. But these are the things that we have to discuss.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you. And then just maybe on the competitive front. Obviously, you guys have had quite a bit of lead on some of the other competitors. Do you expect that to maintain some of that lead? Does it get smaller? Do you think this -- FDA now is going to want to see at least 2 years of data...

**Henry J. Fuchs**
*President of Worldwide Research & Development*

I think it gets bigger. I mean I just -- I think I saw yesterday that Pfizer announced that it's starting its Phase III trial study design, [indiscernible] [ 63 ]. And I'm thinking to myself, you got to get pretty lucky to get superiority. But more likely, your claim is going to be not inferior to the factor replacement therapy in a world in which people are going to be aspiring to do better therapeutically. For example, HEMLIBRA is

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

better than Factor VIII standard of care therapy. If our study is successful, we're going to be better than Factor VIII standard of care.

Now you start to get to a place where not inferiority to yesterday's therapy becomes irrelevant almost. I don't know if that's saying the time it's going to be adequate to propel them to the market. And I also don't know -- I mean, basically, they're recruiting half the patients because they have twice the high seroprevalence that we do. But even that is like are people really going to sign up for that study? 3 times a week monitoring for ALT rise. They have the same up and down kinds of challenges for some of their patients.

So I don't know. It feels more like the fact that we have the largest gene therapy study in hemophilia that is getting ready to read out is going to create even more distance. That's a -- because we've been so focused on the initial regulatory action, understandably, people haven't really zeroed in on the virtue and value of this very large Phase III trial. But it's conducted. I mean we're just waiting for the ink to dry on the trial results. So we're pretty encouraged that, that's going to create a lot of separation for us.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you. Okay. And maybe -- we got about 5 minutes left here, so maybe we can just switch to vosoritide. And you mentioned the publication yesterday in The Lancet. But maybe if you can just talk about sort of the disease and how -- what are some of the advantages treating a patient with vosoritide could have?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. Achondroplasia is a [ cartilage ] form of dwarfism caused by a specific mutation. And it results in a defect in chondrocyte proliferation in the growth plates of the bone such that there are critical deficiencies in growth, which to the naked eye look like short stature as well as what's called rhizomelic limb length than a shortening, which means that the limbs are disproportionately short. Your -- the upper part of your body is twice as large as the lower part of your body in contrast to unaffected adults, which is a 1:1 ratio.

So as a consequence of that abnormal growth, internal structures of the body can be compressed to cause pretty significant medical complications. For example, in the ears, children will develop recurrent ear infections, which doesn't sound like much, but they have such frequency of ear infections that it can lead to intellectual development and cognitive development delays. They can get compression in the base of their pharynx and get caused -- sleep apnea can be caused. They have significant skeletal abnormalities associated with the chondrocyte defects. And it's not uncommon for patients to have 15 or so surgeries.

There's no medical therapy for achondroplasia. There is some palliative therapies, for example, straightening of bones and things like that. There's a procedure that is absolutely medieval called limb lengthening, where you break the long bones and you put a crankshaft in to extend the bone to artificially cause the bones to grow.

And the prospect of vosoritide, therefore, is to take the molecular foot off of the brake of growth and enable growth to proceed at a more natural rate. And if we start this significantly early in a child's development, we can obviate the problems in the ears and the hypopharynx and ultimately resolve or prevent the occurrence of a lot of spinal and other skeletal complications of the condition.

We have an outstanding Phase III result in over 100 patients with a very significant p-value on an end point that has been used to support registration for dozens of products in the United States. We have ancillary studies that document the safety in children who are under 5, another study which documents the long-term therapeutic outcomes in patients who are treated with vosoritide. And we have a lot of contemporaneous natural history data to characterize the burden of the condition and the outcome of vosoritide therapy. So all told, a comprehensive program and looking forward to a lot of interaction with health authorities.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. You mentioned you've got a very comprehensive package there. And -- but obviously, there hasn't been an approved drug for achondroplasia so it's kind of novel. And the FDA seems to be maybe -- we've seen a couple more CRLs more recently. Do you think the FDA is getting a little more stringent here? Or just -- your thoughts around all that.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

This division is historically fairly conservative, the FDA, in the first place. They tend to regulate much larger populations. So they're used to seeing -- what our study would look like is a small subgroup analysis in an obesity trial or a hypertension trial.

And so yes, there's going to be -- there's a fair amount of conservatism. As I said when I was talking about ROCTAVIAN, we're aware that there's some conservativeness in general in the agency. Scott Gottlieb was a breath of fresh air, and you take that away and the pendulum swings in the other direction.

But we have a really strong data package. The truth of the matter is that a lot of the BioMarin products in the orphan space have required a little bit longer time with health authorities to get comfortable. And it wouldn't surprise me if that happens with vosoritide. But we really -- we're a much more robust company than those earlier development programs. And we really put a lot of power into this particular package. So hopefully, we can get through in the first cycle.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you. Maybe you can...

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Mike, so as you know, this is a pretty significant opportunity with around 24,000 patients in the world, I mean, excluding India, China and Africa, that could potentially be eligible for therapy here. This is chronic therapy, not for life, but for the first 18 years of life or so. So it's a pretty significant opportunity for BioMarin. And I know the focus has been on ROCTAVIAN and it should still be, but this is potentially a product that's as big as ROCTAVIAN in terms of the commercial value there.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Got you. And maybe just last quick question. Just in terms of initial filing and kind of capturing those younger patients, your thoughts around that.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well back to innovation and agency, the agency did ask for help from an advisory committee before even the submission. So -- and our program is very consistent with the advisory committee. And one of the elements that came out of that was because of the safety considerations for children under 5, you're not going to have pivotal data in children under 5 at the same time you have pivotal data in children over 5.

So the advisory committee's advice to the FDA was be prepared to accept safety data because we're going to extrapolate from over 5 to under 5. And that's been -- when we met with the agencies pre-submission, we went over that explicitly, and they agreed to accept the submission with those elements in it. That is specifically just safety data in children under 5 with the idea -- with an understanding that there's going to be a lot of extrapolation.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Great. Thanks. We're just about -- we're out of time here, so why don't we end it there? J.J., Hank and Brian, thank you very much and congratulations on all the progress.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Pleasure.

**Michael Eric Ulz**
*Robert W. Baird & Co. Incorporated, Research Division*

Have a great day, everyone.

**Jean-Jacques Bienaimé**
*Chairman & CEO*
Thanks. Bye.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BIOMARIN PHARMACEUTICAL INC. COMPANY CONFERENCE PRESENTATION |  SEP 09, 2020**

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence                                                                                                                13