# EXHIBIT Y

**S&P Global**
Market Intelligence

# BioMarin Pharmaceutical Inc. NasdaqGS:BMRN

# Company Conference Presentation

## Wednesday, September 16, 2020 4:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................... 3

Presentation .................................................................... 4

Question and Answer .................................................................... 6

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Brian R. Mueller**
*Executive VP & CFO*

**Henry J. Fuchs**
*President of Worldwide Research &
Development*

**Jean-Jacques Bienaimé**
*Chairman & CEO*

**ANALYSTS**

**Cory William Kasimov**
*JPMorgan Chase & Co, Research
Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

All right. I think we are live here now. So good morning or good afternoon. I guess even good evening to some of you. My name is Cory Kasimov, I'm a Senior Biotech Analyst at JPMorgan. And it's my pleasure to host this next session at the 11th Annual, but first time virtual, U.S. All stars Conference with BioMarin. And here from the company, we have J.J. Bienaimé, the Chairman and CEO; Hank Fuchs, President of Worldwide R&D; and Brian Mueller, the newly appointed CFO.

So in terms of structure, in just a minute, I'm going to turn things over to J.J. and Hank for some opening comments from management. Then I'll run through a bunch of my questions. But remember, you also have the ability to ask questions with a function on your webcast, so feel free to send those in throughout, and we'll work them into the conversation.

So with that, let me hand it over to J.J. and Hank for some opening comments to kick things off here.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

So thank you, Cory. So we appreciate the opportunity to participate in your virtual conference today. So we have provided some business updates over the last couple of weeks on our framework for the remainder of 2020 and looking ahead to 2021.

So starting with our financials. The foundation of BioMarin remains strong, and it is supported by our global base business of essential medicines, our solid cash position and our robust pipeline of products moving to development. We expect to finish 2020 with approximately $1.4 billion in cash after paying the outstanding convertible bond due in October. And importantly, we expect to be cash flow positive on an operating basis on a going-forward basis. This foundation enables us to simultaneously pursue approvals of ROCTAVIAN, in hemophilia and vosoritide in achondroplasia and also to develop the earlier-stage pipeline and to grow our existing commercial business.

Moving to vosoritide, for the treatment of achondroplasia, we were very pleased to announce the phase -- the full Phase III data from our global study with 119 children with achondroplasia was recently published in The Lancet. The Phase III results provide strong evidence of the clinical benefits of vosoritide, demonstrating a highly significant improvement annualized growth velocity in children treated with vosoritide participating in the study. We are very encouraged by the results from our multiple studies with vosoritide given the unmet needs for children with achondroplasia.

Our marketing applications have been submitted to both European and U.S. authorities, with the EMA having recently validated the application. So assuming standard review time lines followed by potential approval, we could be launching vosoritide by the end of next year.

Turning now to ROCTAVIAN, in the pursuit of expedited approvals with 26 weeks of data from 16 subjects was driven in Europe by our prime designation and in U.S. by our breakthrough therapy designation. And while the bleeding control data that serves as the basis for this expedited approval was dramatic for all the patients treated for all -- mostly all the patients treated, the health authorities in both the U.S. and Europe have requested larger data sets due to the highly innovative nature of gene therapy treatment for hemophilia A.

Fortunately, the completion of our global 1-year Phase III study with 134 subjects is around the corner in November of this year. So as we announced couple weeks ago, we plan to share the top line 1-year Phase III data from this study in early Q1 of next year.

For our application in Europe, we announced that EMA recently informed us that they would like to base the approval and the labeling discussions on the upcoming 1-year data. As a result, we are now working

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with EMA to enable submissions of full year -- the full 1-year Phase III data, and we anticipate being in a position to submit the whole data set at the end of the first quarter of 2021.

While we are disappointed in this delay, we believe the package at launch will be even stronger with full results from 134 subjects for 1 year. It will also better positioned us commercially in Europe, and it will also put us in a stronger position for pricing and reimbursement negotiations.

Importantly, European authorities have inspected and accredited our ROCTAVIAN gene-therapy manufacturing facility, and there are no outstanding manufacturing issues to be addressed. So we feel confident in the future approval of ROCTAVIAN.

And I would like -- I would now like to invite Hank to describe a few important attributes of our Phase III studies that are the basis of our confidence before we move to Q&A. So Hank?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Thanks, J.J. The potential for the 1-year Phase III ROCTAVIAN results being supportive of registration are based on a number of key factors. And the first is the robustness of the Phase III study design. And to remind you, all patients who were included in this portion of the study, over 110 of these patients, were prospectively run in to collect baseline annualized bleed rate data. And at this point, we've now completed the analysis of that baseline run-in period. So we have more precise understandings of the power of the study.

If you'll remember at R&D Day, we presented that we plan the study to have a baseline ABR of 3.5, and it turns out that the baseline ABR held up at 4.8. And so that, combined with the Phase II data that we've observed as well as the interim ABR data from the interim analysis cohort, gives us confidence that the study is adequately powered. In fact, the study has more than 90%, in fact it as where the 99% power to demonstrate superiority and annualized bleed rate compared to the annualized bleed rate on standard of care prophylaxis.

So based on these parameters, and notably, the statistical power for superiority given the history of performance of ROCTAVIAN, we're very encouraged that the Phase III results have the potential to be positive and potentially even very, very positive. And so we'll share the results of these -- of the study in the first quarter of 2021.

So going forward from a regulatory perspective, our plan includes following up with the Food and Administration to discuss the contents of the complete response letter and steps necessary for approval. In light of the EMA's request for the 1-year data from the Phase III study and the FDA's request for 2-year data from the study, further discussions with the FDA will be undertaken to assess if alignment on data requirements between the EMA and the FDA can be harmonized.

But we're very encouraged by our discussions with the EMA and believe we can align on an efficient path forward for marketing authorization of ROCTAVIAN, and we're working now with them to solidify time lines, and we look to expedite the availability of ROCTAVIAN in Europe on the basis of the interactions we've had.
So with that, I'll turn it back to you, Cory.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. And there's your video, just came back. All right. So thanks for that overview. I think it really help -- one thing it is on -- really help set the stage for my questions. And we'll start, I think, with the obvious questions around the ROCTAVIAN complete response letter, which obviously caught everybody off guard, and I'm sure this is coming up a lot in your recent interactions. But can you kind of discuss the conversations and interactions you were having with the agency leading up to their decision in terms of any granularity on the reasoning for as you understand it?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

I mean if by leading up, you mean within 4 months of the receipt of the complete response letter, we had no conversations with the Food and Drug Administration on clinical efficacy data. So to take you all the way back to the beginning, we had an agreement with them in 2018 about the design of the registration-enabling study which was the full 301 study, the results of which are around the corner as well as a nested component of that 301 study, which was going to be the interim analysis.

And at that meeting, we agreed on the assay to be used from the substrate. We agreed on the target of effectiveness of greater than 40 IU per deciliter of expression. We agreed on the time point of measurement, 23 to 26 weeks. We agreed on the durability parameter, which is that patients can be followed for their bleed rate on gene therapy for at least 6 months to be able to compare the bleeding after gene therapy to the bleeding before gene therapy. And we agreed on the statistical tests for the performance of analysis of the interim subset.

And a year later, we had completed the interim analysis, and we're on the precipice of completing -- of really scaling up enrollment, I should say. And so we had a pre-BLA meeting with the FDA. At that time, we had the 3-year data. We had -- the original meeting, we had the 2-year data, then we had the 3-year data. And at the pre-BLA meeting, we asked questions about the clinical efficacy and whether that was going to satisfy the FDA's needs. And in the preliminary meeting minutes, there were no clinical issues identified for discussion.

We had the pre-BLA meeting, the clinical team leader reported, there's nothing to discuss. You may -- we prospectively agreed on the endpoints. You meet all the end points. There's nothing clinically discussed. That was -- then we submitted and had some initial interactions with the agency. No issues came up. We had the mid-cycle meeting in April of 2020. This is 3 months, by the way, after they finalize their guidance document on hemophilia gene therapy, and again, which we met all the criteria. In fact, maybe if anything, lowered the bar a little bit in the gene therapy guidance.

So in April, we had the late -- the mid-cycle meeting. It was our last meeting with anybody and senior management at the FDA presence. And from then until the receipt of the complete response letter, we had no dialogue whatsoever with the agency. Until the day before the CRL, we had a dialogue with some senior management present, but not anybody on the review team, and then the very next day, we receive the CRL.

And in response to a question I can anticipate you're asking how much dialogue was there? What was the dialogue on the 2-year thing? There is absolutely positively not -- there wasn't even any dot in retrospect you could connect as being related to a 2-year endpoint discussion. So literally came -- literally, literally came out of the blue when we received the complete response letter -- outcome episode.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. I mean it's obviously surprising. This is obviously not your first rodeo, right, and trying to get a drug through the FDA. You have 7 of them. So have you seen a dynamic like this before for months leading into a decision date there's no dialogue?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

On a breakthrough therapy?

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Well, that's a follow-up question. Taking a step back, just from a broader industry perspective, breakthrough designations, one thing we've tied some value to thought open ongoing communications with the agency. What is -- what is the significance of breakthrough designation in your mind, if you go through an experience like this?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Low. The variable here is in the time of COVID.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Right. Okay.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Maybe...

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Let me also -- Cory, it actually is the first time we deal with a newly created, I mean, 2 years ago, FDA reorganized and recreated SBIR separate from STTR. And it is actually the first time we deal with this SBIR decision organization within the FDA. So this is also something that's new in addition to the COVID-19. And we believe that SBIR is under-resourced and understaffed.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Well -- and SBIR says -- that's what SBIR says. So what did the FDA cite to you in the past in terms -- if anything, it doesn't sound like much in terms of differences between the Phase I/II pilot data and those Phase III interim results? Was this something that was discussed? Or is it just something that was brought up in the CRL?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well, in the middle of the process, they made note of the trajectory of the future of Factor VIII expression and they made note of thresholds. So for example, we said, they want to know, is there a -- gene therapy is going to wear off. Is there a threshold level where a patient should revert to prophylactics therapy? During pre-BLA and before, we've had some discussion about that, and the review team leader had indicated that understanding thresholds was a third step in the development process. First step, efficacy on the surrogate, that's reasonably likely to predict. Second step, confirmation of effectiveness on a clinical outcome variable. And then the third is to establish precisely the relationship between the surrogate and the clinical outcome variable.

And so to get in the CRL communication that says one of the reasons for the CRL is because we're -- given this trajectory, we are unable to establish that threshold they noted that. We said, "Well, that's for your

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

guidance document, not an approvability issue, that's a labeling issue of anything or a post-approval study issue." So we were -- so that was mentioned, but there were no senior management present, and there was no discussion about it. It was just observed. We offered back that, like I said, reminder of what you had told us in the development phase of the program. And so we had thought that these issues would be handled in labeling somehow because they seem relatively innocuous and not pertinent to anything we discussed previously as to risk and benefit.

So that's why it really struck us because the conversation was so low key, it was below the level of management that we just didn't design. And at the same time, it's probably worth appreciating that they had communicated that they were going to inspect us, and then they changed their plans sensibly related to COVID. And so we then went into a big scramble where our focus was during this time -- because we've been told there are no clinical issues, our focus in this time was, well, they must have problems with inspection.

So we created -- we were going crazy. And we -- this whole Opus Magnus about how they could virtually inspect us or use different inspectors, bunch of stuff, by the way, that's in their current guidance documents about inspections during the time of COVID. And we could never get any traction on that discussion. So we really thought it was all COVID-related delay of inspection. And then when we get the CRL and find that they turn -- and who knows really what the motivation underneath all of that was?

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Right. Okay.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

So that clinical factors were stuck on the blame category.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Just to confirm, you did not give them the 4-year data that was presented in, I believe it was June, right?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

We did.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

You did? Okay. And that's the -- all right. So then when everything...

**Jean-Jacques Bienaimé**
*Chairman & CEO*

And I think they had made their decision before this data.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

All right. Yes. In hindsight, it feels that way. Now in terms of establishing this threshold that you're talking about with the FDA, I want to understand, how do you think this relates to potential competition? Do you -- are you going to potentially enable others to move faster because you establish a threshold and they might not need data that's as mature as yours.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It's hard to imagine that being the case in a world in which the clinical outcome has been shown. If you think about, for example, pulmonary arterial hypertension, the first approvals were based on 6-minute walk distance, and then everybody started to come up to say, no more pulmonary vascular resistance, everybody started to come with the speed on 6-minute walk distance. And then time to clinical worsening became the endpoint, and everybody started to move to sort of that.

So you sell them seeing kind of regression until there's really comprehensive validation of the surrogate. And one of the challenges that a comprehensive validation of the surrogate is everybody's transgene product. They're not going to be the identical sequence likely. And so that's another factor that's going to -- and they address this in the guidance document about the steps that are involved to developing a surrogate endpoint.

Now here's a key point is that it will also go through a phase where drugs are approved on the basis of a clinical endpoint and that actually -- you can't get an accelerated approval on any longer on the basis of a surrogate endpoint. So there typically is a bit of a dolphin time. Sometimes that can be expedited for really important reasons or -- but really, it's really a matter of accumulation of a massive amount of data. So I don't really see it playing out as a competition enabler. In fact, I see it more as a barrier creator.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. And then probably last question on kind of what's happened. But you previously hypothesized that steroid use, whether it's on-demand steroids versus prophylactic, may have played a role in the differences between the Phase I/II and the preliminary interim Phase III. Can you just talk about that in a little bit more detail? And has the FDA ever provided a view to you guys on this front?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Okay. So if you look at the pattern of steroid use between 4E group and the 6E group of the Phase II study, and then overlay the pattern of steroid use in the Phase III study, a couple of things emerge. First is that from about 6 months on in all cases, steroid management is essentially on demand. That is to say, everybody who is on steroids -- everybody is going to be on steroids is on steroids at that point in time, basically. And so it's really just a matter of how fast you can taper the steroids. And that's an iterative kind of how is your liver function doing? How is your Factor VIII doing? Do we feel safe in lowering your steroids? That's what I mean about post 6 months, it's on demand.

And in fact, the trajectory of Factor VIII expression, whether you got to that 6-month point either on demand as in the 4E group or you got to that point by the 6E prophylactic therapy from the 6-month point on, the trajectory of Factor VIII decline is the same regardless of how you got there. And that -- so that leads us to believe that if there are differences that are accounted for in steroid use, they pertain to the transduction phase, the first 6 months.

So sort of our current thinking is how high you get is a function of whether you have steroids on board at the time of the introduction of the tranching into the liver cells. From 26 weeks on, it's determined by the pace at which you taper steroids. And to the extent that we had discussion with the agency about this, they basically, I think, see that in a similar way.

And in fact, one of the interesting parts of the very last discussion that we had, we were showing the data to their senior management and they were speculating basically. You've seen the curves, the black and the yellow and the green. They said, so what do you think of the trajectory as you've modeled this statistically? What's the trajectory of that Factor VIII expression? Now we didn't put statistical modeling in our BLA because we thought we would get shut down, and we didn't need it. But his response was, it looks like it's going to be 7 or 8 years before it's below 5%. Is that about right? And he said, that's about right. So I think they put...

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's a head of SBIR, [ he remarked ].

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. So I think they put some stock in it. It just hasn't been -- this is what review is about. This is what the dialogue is about. This is what was supposedly happening during those 4 months. When we were having that discussion with him, he was sitting on top of a signed off CRL.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Right. Right. Okay. So then guiding to the next...

**Henry J. Fuchs**
*President of Worldwide Research & Development*

I think they're likely pass the steroid confounder and they're comfortable -- they're likely comfortable with the durability and expression being under the influence of steroid during the taper phase.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. Okay. That makes sense. So then in terms of next steps, do you have clarity yet on the timing of the Type A meeting with the FDA? And maybe more importantly, your expectations for it? Like I'm sure you're going to be inquiring if there's a way for the FDA to align with the EMA on the 1-year versus the 2-year. But to your knowledge, is there precedent for something along these lines?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well, the agency certainly has a lot of institutional flexibility about it, the way it could manage these sorts of things. And so I think I was reading this question before the meeting, and I was saying to myself, well, I wonder if Golodirsen is a decent example of a best case kind of outcome that can happen, where they can move pretty quickly. So Golodirsen, I think got a complete response later in August and was on the market in December last year.

Now that's over on the STTR side, where they have a little bit more experience and they have a track record and a precedent for doing these things. Andexxa in STTR, it took a little longer. I think they had a CRL and then another sort of a run-up and they just narrowly avoided getting a second CRL, but eventually, they got back on track. So we are able to study precedents to try to understand sort of how they think about these situations and how to overcome these things.

I do think that they have a motivation to be on the same page as the EMA. The EMA has syndicated, there were certainly aware of the FDA's decision. And I think the fact that they stuck to the 1-year was they're sticking the flag on the ground saying, we want to see that data. So hopefully, we can align, as I said in my prepared remarks, globally on the 1-year analysis.

The process with the FDA, it's a little hard to outline because it can be an iterative process. And especially in this case, where we missed the 4 months of dialogue that happened during review. So a lot of CRLs happen after that 4 months of dialogue, and you pretty much have a pretty good idea of what the DUCs to lineup are at that point. And your first type meeting is really just sort of finishing some things and just that ran out of the clock on the first cycle of the application...

**Jean-Jacques Bienaimé**
*Chairman & CEO*

If I may Cory, I'll start. I mean a lot is going to depend on the Phase III data that we're going to have in early January. We -- because we could be in a position with the Phase III -- again, remember, now the baseline, the actual baseline is 4.8 ABR. The observed interim baseline in Phase III in the first 16 patient was around 1.5 ABR, Definitely moving in the right direction.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We could be in a position where we talked to some consultant statisticians where we could have data in Phase I that makes the probability of this -- the data -- sorry, the design in year 1 that makes the probability of the data in year 2 to be positive, extremely high. And that obviously could be the basis for negotiating with the FDA.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. So...

**Jean-Jacques Bienaimé**
*Chairman & CEO*

A few words about it, Hank, expressed in a different way.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well, the issue that J.J. is referring to is, since these people will go back to prophylaxis, they're going to have a reasonably low bleeding rate. And so their ability to dilute the signal in the second year would take an enormous amount of -- an unprecedented amount of failure for that to occur. And where that's to be occurring, we would have hoped that the Data Monitoring Committee would have alerted us to the accumulating proportion of failures in the study. And so far, that hasn't happened. So we feel pretty good about the probability of the 2-year results given if the 1-year result is successful.

And it's -- I think it's drawing things back to the process and the expectations to set with you all. I wish it was as simple as in X number of days, we're going to have a meeting. And out of that meeting, we're going to have crystal clarity about what needs to be done. I think in this particular case, what I was trying to set up was because of the absence of dialogue, it may take a couple of bites of the apple. But as J.J. said, the goal is to get to the place where we're reasonably confident we understand how agencies are going to look at that 1-year data when we take -- when we open the envelope on the 1-year data.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. So this brings up a few questions then. First of all, can you remind us -- I know it's far fewer patients, but in your pilot study, how ABR trended from year 1 to year 2?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

So it was always lower than 1, I think, in years 1 and 2. I think it blipped up in year 4 to 1.3 because of 1 guy.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Right. So it improved from year 1 to year 2, what you would think would bode well. So then if I understand this correctly, the expectation maybe is this is more of an iterative process where there's nothing binary in a decision of what the FDA tells you. And then maybe you let the Phase III data do the talking, if it's positive and go to them with that and see if you can file at that point in time. Is that a good way to think about it?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

I think that's a good basal expectation. And obviously, we're going to try to do better than that. We're going to try to work towards more clarity, more certainty. And if we can't -- but, we -- I think we started at the top of the call going. The Phase III data, one way or the other, the data that was coming up was going to be really catalytic. If it looked -- it looked terrible, no matter how the accelerated approval went,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is going to be bad for the product. And if it looked great, that was going to be what people were talking about. We weren't going to be talking about 16 patients in Factor VIII any longer.

So we're back really, as you said, right, where we started, which is very dependent on those Phase III data. And I think -- again, the -- I think it was really the proximity of the data, especially in Europe, given they got a late start and they have European Commission Authorization on the back end of it, they were basically going to be approving the product days before the Phase III data were available. And we had negotiated about that separation. It's just that the combination of the COVID delay and the euro process just didn't come together.

And I think the same thing is going to be with the FDA. I think, a little bit in the time of COVID in being risk averse getting yet to the finish line. I think the 1-year data is going to be catalytic for them as well. I'd like to try to get as good as we can about where that 2-year thing came from and see if we can get that off the table.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. I'm going to come back to the...

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Cory, I mean, this is going to be a major change in the playing field here. We're just going to disclose the results in early -- in January of the largest gene therapy trial ever done in any indication.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

I can think of a good forum to disclose those results.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Yes.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

It might not be a -- it might be this kind of forum all over again, but whatever.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

That's okay.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

So last thing on your Type A meeting with the FDA. I mean you're going to have people like me pestering you. And I kind of -- do you have feedback, what -- how are things trending? What's your plan and your strategy if you have one yet in terms of kind of keeping the street in the loop? Or is it going to be like, look, we're going to have the Phase III data in January, let's just all wait for that, and then we'll talk about kind of the plan going forward?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

I think that's it.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Okay. And so Hank, in terms of this like catalytic event and I agree -- I mean, as we were talking before the call, this product, even if you had gotten approval back in August, and if you had failed that Phase III trial, this product was going to be a 0 at that point in time anyway. So from a long-term building BioMarin, the company, this was a critical factor. And I find it not surprising, but at the same time, amazing that everybody kind of thought of that as without much fear or controversy kind of going into the PDUFA date, but post the CRL, where you've lost what we think is the equivalent of a couple of valroxes worth of value in the company. Now there's all this kind of concern and controversy.

So what's your level of confidence going into this Phase III trial, given what you know about how the product performed in the pilot study, and given what you know about the run-in phase here, where the baseline ABR is higher than what you remodeled?

### Henry J. Fuchs
*President of Worldwide Research & Development*

More than 99%. I think the fact that we got ABRs lower than the target in the 4E group, the 6E group and the 301 interim analysis subset speaks to the fact that if you can get a decent amount of transgene expression, you're going to substantially reduce bleeding. Another confidence builder comes from what the baseline ABR is.

In R&D Day, we presented a number that was predicated on an early look at smaller end. This was a big subject in the review of emicizumab, what's the baseline ABR. And our baseline ABR came in almost on top of emicizumab. So the extent to which the baseline is believable at 4.8, emicizumab kind of validates us, that's a large sample size. And we've had different numbers in the run-in phases for the baseline in our other studies. But now we have 134 patients, that's composed of 112 patients that's composing that baseline ABR. It's a good solid number. So I think those 2 parameters is what drives the statistical power.

And then you could ask the question, how is the study done? And like I said, it's been supervised by an independent data monitoring committee. You would think that if there is a lot of treatment failure in there that they would have kind of -- because the key moment, again, is at that interim analysis, we've had 22 patients in the ITT subset. I think there were a total of only 34 patients dosed at that point. So for May 28, 2019, to when we finished enrollment in November, I think 16th, 2019, we enrolled 100 patients.

So the conversation with the FDA and the DMC was timed explicitly to say, if you guys don't think this study is confirmatory, you shouldn't let us dose up, and they were watching the evolution of the patient's Factor VIII levels and bleeding rates. So you would think that if there is a problem in here that would have been not cool to dose another 100 patients. So that's the final -- that's the piece of study conduct that for reasons of keeping us distant to the study I don't have very precise knowledge of, I just know that the DMC does. And so I'm encouraged on the baseline ABR. I'm encouraged on the Phase II and the interim Phase III results that I'm encouraged by study conduct that says we should be able to do this. And 99% powers like a lot, at least a lot of...

### Cory William Kasimov
*JPMorgan Chase & Co, Research Division*

The baseline ABR assumption of 3.5, was that just used to be conservative in your powering when you had the Roche Phase III Haven data already?

### Henry J. Fuchs
*President of Worldwide Research & Development*

Well, it was thrown at us by SBIR. And so we'll start with that. We didn't want to argue at it for that point of view. And actually, that -- it was then after that, if you remember the timing sequence, when we started our Phase III study, it was a noninferiority study because emicizumab had not yet proved superiority. At the time of the emicizumab review in the non-inhibitor population in adults, there's a lot of controversy about whether their ABR is artificially high and whether they demonstrated superiority in a relatively small sample because they had an artificially high-baseline ABR but that all went through.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And in fact, what Roche showed, and I remember this distinctly because they showed it at Glasgow in, I think it was 2018, they showed a meta-analysis of all this -- a lot of studies basically refuting the agency's position at 3.5 targeted Factor VIII prophylaxis. So I think that's a solid number at this point in the mid-4s, so what you can expect from Factor VIII prophylaxis in the community.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. And then is the intention still to provide 5-year update on the pilot data next summer as you've done the last few years?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Yes. We wouldn't be the middle of the year without that.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

That's true. So last question then on valrox, I'm just kind of trying to wrap everything up, we'll move over and talk about vosoritide and some other things. When you take into consideration your confidence in the Phase III data, the fact that you're going to have the 5-year data, the fact that you don't think that there's a catch-up effect that's here for competition. And J.J., your comments earlier that you'll have more to go on when you launch this product overall. Is it fair to say that your expectations for the commercial potential of this product are completely unchanged following the CRL?

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Completely unchanged. I would say they're just shifted -- I mean, the realization of the revenues is shifted by 1 to 2 years for sure. But in terms of the potential of the product, it's the same, if not better. We will see what the Phase III data look like.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Right. Okay. All right. Perfect. So I do want to switch gears. We've got like 10 to 12 minutes here, so I wanted to ask some questions on vosoritide. And look, I know one has nothing to do with the other completely, different divisions of the FDA. This is much more in a wheelhouse, but we've gotten this question a surprising number of times, so I'll ask you, too. Your confidence in the regulatory review process for vosoritide. And maybe just to piggyback on top of that, what you would kind of flag as the biggest risk to the application kind of vis-à-vis the FDA?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Well, a DMEP is new to us, even though they're part of SBIR. So STTR is more familiar, but DMEP is relatively new. DMEP has a track record of being relatively conservative on applications to the negative. But on the other side, they approved Increlex for Loran dwarfism on a relatively small open-label study. So they have demonstrated some flexibility.

To the positive, they've had already an advisory committee that laid out sort of the requirements of the program. To the concern, there are durability data in this context is this lead-in study. There are not going to be any questions about steroids or differences in the product manufactured between those Phase II data and long-term commercial data. But still, you're comparing to a natural history data set. One of the things that came across that advisory committee was the importance of long-term natural history data because you're never going to have final adult height data at the time of registration, that's a [indiscernible].

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so to really sum the impact of vosoritide or any other growth-enhancing -- stature-enchancing vehicle, you're going to really have to know what the untreated temporaneous population was going to do. And we assembled a very large nice natural history data set we presented at the pre-NDA meeting and also the pre-MAA meetings in Europe, and it's a pretty solid and robust package. And I think that's where the good chunk of the discussion is going to be because that's where it always is with the agency is on comparison to natural history and longer term kinds of exposure settings. But I think we've got a really good story there. We've really done a lot of work on the natural history untreated achondroplasia.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. And then is there anything you'd highlight? You just had the Phase III Lancet publication. You had presentation of data just this past weekend. Anything worth highlighting that might you believe it might be underappreciated by investors?

**Henry J. Fuchs**
*President of Worldwide Research & Development*

We were pretty reluctant to do science by press release. So we kept the top line disclosure at pretty high level. And it was really important to the investigators that they presented a scientific congress, and it appears in a peer review publication. And now we see the -- there's a lot of [indiscernible] over things appearing in the literature as opposed to just being on the top line.

So I'm pretty pleased that the story holds up all the way through the peer review process, that there aren't any meaningful deviations in the story as told as it goes through peer review. I think what we told you at the beginning sets the stage for short type going forward. I think that's still the stage. Very strong statistical evidence in a robust clinical outcome -- clinical trial. Assessing an outcome variable, that's very familiar to the agency and to the practicing community around correcting central deficiencies.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. So assuming no mix ups here in this regulatory review, how are you guys thinking about the market opportunity for this program? And how big of an issue is patient acceptance of pharmacotherapy that was alluded to in that recent New York times article? And this is something that I think we've been discussing since you introduced this program. But as you've learned more about it and done more market research, how big of an issue is that?

**Jean-Jacques Bienaimé**
*Chairman & CEO*

I mean, as Hank said, there was already an advisory community before we even have the Phase III data, which is unusual, but -- and you can go back to this advisory committee to the testimonies of the committee, the live testimonies by patients and physicians and to -- actually, there is a lot -- there's a docket of comments, written comments for patients overwhelmingly positive. And it was even before we got the Phase III data.

So indeed, there is a subset of patients that might not be open, but they are actually -- the ones that are not open to therapies are not eligible for therapy because they're adults. And 80% of achondroplastic patients are born from unaffected parents, only 20% of them are born from achondroplastic parent. And some of the achondroplastic parents might have a different view which we respect about whether or not they want to treat their kids that will be their decision. But I would say, overwhelmingly, the majority of parents of patients with achondroplasia are incapable of treating their kids, that's based on the advisory committee and also based on our own marketing research. So we're not really worried about this.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. And then briefly...

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

### Henry J. Fuchs
*President of Worldwide Research & Development*

Cory, sorry about -- you asked about market opportunity as well. Just a reminder, not unlike hemophilia, this is still a rare disease, but a larger rare disease. Over 20,000 patients in BioMarin commercialized territories. So pretty different from the ultra-orphan products that we grew up upon.

### Cory William Kasimov
*JPMorgan Chase & Co, Research Division*

Right. Absolutely. Okay. And then just on the pipeline outside of valrox and, vosoritide, I know with your other gene therapy programs, Hank, like PKU, HAE, you've had some COVID-related interruptions like everybody has. How should we think about maybe news flow out of the pipeline over -- into 2021 and kind of through next year?

### Henry J. Fuchs
*President of Worldwide Research & Development*

Well, so I think one event is going to be the start of PKU gene therapy program, which we hope is imminent here. The next step in that program is going to be expansion of the dose escalation cohorts into the registration-enabling cohort because we're making the phase -- the material for the clinical supply is coming from the commercializable facility. So given that we have a strong track record of development in phenylketonuria for Kuvan and Palynziq, and we have a lot of data on file already with the FDA about the untreated natural history as well as the treated natural history of PKU, we're pretty confident that a blood Phe endpoint is going to be acceptable to the agency for approval.

And so the next news event will be the pivot into that registration-enabling dose expansion phase. I can't give you a precise time when that will occur because it has to go through a dose escalation. So it depends on the number of dose escalations we have to do. We're starting with what we think is an effective dose, but we've got to prove that.

After that, HAE is next up, gene therapy, C1 esterase inhibitor replacement, I think we're targeting first half of '21. And then we've not announced the IND -- next IND after that, but we've got a number of candidates, some of which you've seen us hint at, whether those are -- I think we've hinted at some substrate reduction strategies. I think we've hinted at some muscle delivery strategies. We did the licensing deal with DiNAQOR. Maybe there's a shot that the DiNAQOR assets could be next IND. We saw some time to sort out next, next. But that's how we're thinking about it.

### Cory William Kasimov
*JPMorgan Chase & Co, Research Division*

Okay. And then just in the last couple minutes, wanted to get a few financial questions. And maybe one, and J.J., you've kind of alluded to this already. You have company's -- previously stated company goal of $5 billion in revenue by 2025. Valrox clearly right shifts this a little bit, but kind of how are your thoughts around the dynamics on getting to that type of objective?

### Jean-Jacques Bienaimé
*Chairman & CEO*

Yes. I'm going to start in and Brian can -- yes, Brian can chip in. Again, I think it's all shifted by a year or 2 years, I mean 1 to 2 years depending again on when we get approval in Europe, when we get -- eventually get approved in the U.S. But the overall peak sales potential of ROCTAVIAN hasn't changes, so it just shifted.

### Cory William Kasimov
*JPMorgan Chase & Co, Research Division*

Okay.

### Jean-Jacques Bienaimé
*Chairman & CEO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Brian, do you want to add anything to this?

**Brian R. Mueller**
*Executive VP & CFO*

Yes, of course, yes. So a couple things. So of course, ROCTAVIAN is a big contributor to that goal. And any delay and Hank commented earlier is to various scenarios that can get in ROCTAVIAN in the market, but that's going to push ROCTAVIAN to the right. But just a reminder, contributing to that $5 billion goal was also vosoritide, which has been filed, and we'll hope to launch second half of next year. That's a pretty large opportunity contributing to that $5 billion as well as the growth of the base business that continues to grow in the early part of this decade.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. And that -- my final question is on that base business and just -- and the growth outlook there. Just your overall confidence level on that front given COVID and everything else going on in the world?

**Brian R. Mueller**
*Executive VP & CFO*

Yes. I mean so we've talked about COVID impact in 2020, and we're just a few weeks away from reporting Q3, so we'll give another update then. But again, just in the context of longer-term 2025, just a reminder that Kuvan in the U.S. is losing market exclusivity. So we're watching that closely. But for the base enzyme business, we're talking Vimizim, Naglazyme, Brineura and then Palynziq, which is still in the early stages of its overall launch, we expect that to continue to grow over the next few years, cumulatively, low double digits. So still growing, still finding patients around the world.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Okay. All right. Terrific. So I think we are just about out of time here. I think we'll wrap it up. And thank you all very much for joining us here today. And look forward to when we reconvene and do this again in January, and hopefully, have some good news around that time as well. So thank you, guys very much.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Thank you, Cory.

**Henry J. Fuchs**
*President of Worldwide Research & Development*

Thank you, Cory.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*

Thanks, everybody. See you soon.

**Jean-Jacques Bienaimé**
*Chairman & CEO*

Bye.

**Cory William Kasimov**
*JPMorgan Chase & Co, Research Division*
Bye.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.