# EXHIBIT AA

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*]<br>FUCHS HENRY J | 2. Issuer Name **and** Ticker or Trading Symbol<br>BIOMARIN PHARMACEUTICAL INC [ BMRN ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)　(First)　(Middle)<br>C/O BIOMARIN PHARMACEUTICAL INC.<br>770 LINDARO ST. | 3. Date of Earliest Transaction (Month/Day/Year)<br>06/16/2017 | Director　　　　10% Owner<br>X Officer (give title below)　Other (specify below)<br>President, Worldwide R&D |
| (Street)<br>SAN RAFAEL　CA　94901<br>(City)　(State)　(Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>　Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/16/2017[(1)] | 06/16/2017 | M | | 5,000 | A | $26.49 | 141,422 | D | |
| Common Stock | 06/16/2017[(1)] | 06/16/2017 | M | | 9,397 | A | $37.46 | 150,819 | D | |
| Common Stock | 06/16/2017[(1)] | 06/16/2017 | S | | 5,000 | D | $90[(2)] | 145,819 | D | |
| Common Stock | 06/16/2017[(1)] | 06/16/2017 | S | | 9,397 | D | $90[(2)] | 136,422 | D | |
| Common Stock | 06/19/2017[(1)] | 06/19/2017 | M | | 603 | A | $37.46 | 137,025 | D | |
| Common Stock | 06/19/2017[(1)] | 06/19/2017 | S | | 603 | D | $90[(2)] | 136,422 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) Common Stock | $26.49 | 06/16/2017[(1)] | 06/16/2017 | M | | | 5,000 | 11/12/2011 | 05/11/2021 | Common Stock | 5,000 | $0 | 15,225[(3)] | D | |
| Stock Option (right to buy) Common Stock | $37.46 | 06/16/2017[(1)] | 06/16/2017 | M | | | 9,397 | 11/08/2012 | 05/07/2022 | Common Stock | 9,397 | $0 | 47,934[(3)] | D | |
| Stock Option (right to buy) Common Stock | $37.46 | 06/19/2017[(1)] | 06/19/2017 | M | | | 603 | 11/08/2012 | 05/07/2022 | Common Stock | 603 | $0 | 47,331[(3)] | D | |

**Explanation of Responses:**

1. Trade made pursuant to a 10b5-1 plan executed on May 9, 2017.
2. All shares sold at the same price.
3. Reflects the number of options outstanding after the transactions from this specific stock option grant.

/s/ Laura Randall Woodhead,　06/20/2017

SEC FORM 4

Attorney-in-Fact

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**