# EXHIBIT EE

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* FUCHS HENRY J | 2. Issuer Name **and** Ticker or Trading Symbol BIOMARIN PHARMACEUTICAL INC [ BMRN ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

(Last) (First) (Middle)

C/O BIOMARIN PHARMACEUTICAL INC.
770 LINDARO ST.

(Street)
SAN RAFAEL　CA　94901

(City) (State) (Zip)

3. Date of Earliest Transaction (Month/Day/Year)
04/30/2020

4. If Amendment, Date of Original Filed (Month/Day/Year)

| | Director | 10% Owner |
|---|---|---|
| X | Officer (give title below) | Other (specify below) |

President, Worldwide R&D

6. Individual or Joint/Group Filing (Check Applicable Line)

X　Form filed by One Reporting Person

　　Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/30/2020[1] | | A | V | 339 | A | $62.586 | 102,995 | D | |
| Common Stock | 07/13/2020[2] | | M | | 224 | A | $67.81 | 103,219 | D | |
| Common Stock | 07/13/2020[2] | | M | | 13,810 | A | $67.81 | 117,029 | D | |
| Common Stock | 07/13/2020[2] | | M | | 8,977 | A | $63.1 | 126,006 | D | |
| Common Stock | 07/13/2020[2] | | S | | 23,011 | D | $130[3] | 102,995 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to buy Common Stock) | $67.81 | 07/13/2020[2] | | M | | | 224 | 01/15/2017 | 05/14/2023 | Common Stock | 224 | $0 | 1,250[4] | D | |
| Stock Option (Right to buy Common Stock) | $67.81 | 07/13/2020[2] | | M | | | 13,810 | 11/15/2013 | 05/14/2023 | Common Stock | 13,810 | $0 | 75,716[4] | D | |
| Stock Option (Right to buy Common Stock) | $63.1 | 07/13/2020[2] | | M | | | 8,977 | 12/04/2014 | 06/03/2024 | Common Stock | 8,977 | $0 | 49,423[4] | D | |

**Explanation of Responses:**

1. Represents shares acquired by the reporting person on April 30, 2020, pursuant to the issuer's Employee Stock Purchase Plan.

2. Trade made pursuant to a 10b5-1 plan executed on March 11, 2020.

3. The price in column 4 is the weighted average price. The price actually received ranged from $130.00 to $130.025. The reporting person shall provide to the issuer, any security holder of the issuer, or the SEC staff, upon request, information regarding the number of shares sold at each price.

4. Reflects the number of options outstanding after the transactions from this specific stock option grant.

/s/ Eric Fleekop, Attorney-in-Fact　　07/15/2020

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Case 3:20-cv-06719-WHO     Document 59-33     Filed 04/22/21     Page 3 of 3

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**