# EXHIBIT JJ

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| BIENAIME JEAN JACQUES | BIOMARIN PHARMACEUTICAL INC [ BMRN ] | X Director | 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below) | Other (specify below) |
| C/O BIOMARIN PHARMACEUTICAL INC. 770 LINDARO ST. | 3. Date of Earliest Transaction (Month/Day/Year) 03/03/2020 | Chief Executive Officer | |
| (Street) SAN RAFAEL CA 94901 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City) (State) (Zip) | | X Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/03/2020 | | L | | 30 | A | $94.39 | 296,443 | D | |
| Common Stock | 03/09/2020[1] | | M | | 10,000 | A | $21.51 | 306,443 | D | |
| Common Stock | 03/09/2020[1][2] | | S | | 10,000 | D | $89.52 | 296,443 | D | |
| Common Stock | | | | | | | | 247,958 | I | Shares held by Jean-Jacques Bienaime Family Trust |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to buy Common Stock) | $21.51 | 03/09/2020[1] | | M | | | 10,000 | 11/12/2010 | 05/11/2020 | Common Stock | 10,000 | $0 | 79,000[3] | D | |

**Explanation of Responses:**

1. Trade made pursuant to a 10b5-1 plan executed on November 13, 2019.
2. The sale reported in this Form 4 was matchable under Section 16(b) of the Securities Exchange Act of 1934, as amended, to the extent of 10 shares, with the reporting person's purchase of shares at a price of $75.3786 on November 11, 2019. The reporting person has paid to the Issuer the profit realized by the reporting person in connection with the short-swing transaction, less transaction costs.
3. Reflects the number of options outstanding after the transactions from this specific stock option grant.

/s/ Eric Fleekop, Attorney-in-Fact     03/11/2020

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**