# EXHIBIT MM

**FORM 4**

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BIENAIME JEAN JACQUES | BIOMARIN PHARMACEUTICAL INC [ BMRN ] | X Director    10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O BIOMARIN PHARMACEUTICAL INC. 770 LINDARO ST. | 3. Date of Earliest Transaction (Month/Day/Year) 04/30/2020 | Chief Executive Officer |
| (Street) SAN RAFAEL   CA    94901 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/30/2020[1] | | A | V | 339 | A | $62.586 | 298,552 | D | |
| Common Stock | 05/01/2020[2] | | M | | 4,000 | A | $21.51 | 302,552 | D | |
| Common Stock | 05/01/2020[2] | | S | | 4,000 | D | $89.38 | 298,552 | D | |
| Common Stock | 05/04/2020[2] | | M | | 5,000 | A | $21.51 | 303,552 | D | |
| Common Stock | 05/04/2020[2] | | S | | 5,000 | D | $88 | 298,552 | D | |
| Common Stock | | | | | | | | 247,958 | I | Shares held by Jean-Jacques Bienaime Family Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to buy Common Stock) | $21.51 | 05/01/2020[2] | | M | | | 4,000 | | | 11/12/2010 | 05/11/2020 | Common Stock | 4,000 | $0 | 25,000[3] | D | |
| Stock Option (Right to buy Common Stock) | $21.51 | 05/04/2020[2] | | M | | | 5,000 | | | 11/12/2010 | 05/11/2020 | Common Stock | 5,000 | $0 | 20,000[3] | D | |

**Explanation of Responses:**

1. Represents shares acquired by the reporting person on April 30, 2020, pursuant to the issuer's Employee Stock Purchase Plan.
2. Trade made pursuant to a 10b5-1 plan executed on March 5, 2020.
3. Reflects the number of options outstanding after the transactions from this specific stock option grant.

SEC FORM 4

| /s/ Eric Fleekop, Attorney-in-Fact | 05/05/2020 |
| --- | --- |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

| /s/ Eric Fleekop, Attorney-in-Fact | 05/05/2020 |
| --- | --- |
| ** Signature of Reporting Person | Date |