COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
ALEX KASNER (310637)
(akasner@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:	+1 650 843 5000
Facsimile:	+1 650 849 7400

Attorneys for Defendants
BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé,
Brian R. Mueller, and Henry J. Fuchs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BioMarin Pharmaceutical Inc. Securities Litigation | Case No. 3:20-cv-06719-WHO<br><br>STIPULATION AND [PROPOSED[ ORDER TO RESCHEDULE MOTION TO DISMISS HEARING |

Lead Plaintiff Arbejdsmarkedets Tillægspension ("ATP" or "Lead Plaintiff") and Defendants BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, Brian R. Mueller, and Henry J. Fuchs ("Defendants") (collectively with ATP, the "Parties") stipulate and agree as follows:

WHEREAS, on December 22, 2020, the Court issued an order appointing ATP Lead Plaintiff in the above-referenced action pursuant to the Private Securities Litigation Reform Act of 1995;

WHEREAS, on February 22, 2021, Lead Plaintiff filed an Amended Class Action Complaint;

WHEREAS, on April 22, 2021, Defendants filed a Motion to Dismiss Plaintiff's Amended Class Action Complaint and a Motion Hearing was set for September 8, 2021 at 2:00 p.m.;

WHEREAS, on June 22, 2021, Lead Plaintiff filed an Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint;

1  WHEREAS, on July 22, 2021, Defendants filed a Reply in Support of the Motion to Dismiss Plaintiff's Amended Class Action Complaint;

WHEREAS, on August 30, 2021, the Court entered a Clerk's Notice ("Order") resetting the September 8, 2021 Motion Hearing to September 15, 2021 at 2:00 p.m.;

WHEREAS, counsel for Defendants have a professional conflict and will be unavailable for the rescheduled Motion Hearing;

WHEREAS, counsel for Defendants have another matter that is set for trial in the Northern District of California and will be unavailable for the duration of the trial;

WHEREAS, counsel for Defendants and for Lead Plaintiff have met and conferred and, at the request of counsel for Defendant and without objection from counsel for Lead Plaintiff, agreed to seek a continuance of the Motion Hearing from September 15, 2021 to November 17, 2021 at 2:00 p.m. or another date that is convenient for the Court.

NOW THEREFORE, the Parties, by and through their undersigned counsel, agree and stipulate to the following, subject to the Court's approval:

1. The Motion Hearing scheduled for September 15, 2021 at 2:00 p.m. shall be rescheduled to November 17, 2021 at 2:00 p.m.

IT IS SO STIPULATED.

Dated:     September 8, 2021          COOLEY LLP

/s/ Jessica Valenzuela Santamaria
Jessica Valenzuela Santamaria (220934)
John C. Dwyer (136533)
Alex Kasner (310637)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400

Attorneys for Defendants

BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, Brian R. Mueller, and Henry J. Fuchs

| | |
|---|---|
| Dated: September 8, 2021 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |

/s/ Katherine M. Sinderson

Salvatore Graziano (admitted pro hac vice)
(salvatore@blbglaw.com)
Jeroen Van Kwawegan (admitted pro hac vice)
(jeroen@blbglaw.com)
Katherine M. Sinderson (admitted pro hac vice)
(katiem@blbglaw.com)
Abe Alexander (admitted pro hac vice)
(abe.alexander@blbglaw.com)
Christopher R. Miles (admitted pro hac vice)
(christopher.miles@blbglaw.com)
Thomas Z. Serpber (pro hac vice motion pending)
(thomas.sperber@blbglaw.com)

1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

Lead Counsel for Lead Plaintiff and the Class

\*   \*   \*

ORDER

IT IS SO ORDERED.

DATED: September 8, 2021

_____

THE HONORABLE WILLIAM H. ORRICK

UNITED STATES DISTRICT JUDGE

<u>ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)</u>

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  September 8, 2021  <u>/s/ Jessica Valenzuela Santamaria</u>
Jessica Valenzuela Santamaria