COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
ALEX KASNER (310637)
(akasner@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé,
and Henry J. Fuchs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re BioMarin Pharmaceutical Inc. Securities Litigation* | Case No. 3:20-cv-06719-WHO<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>**CIV. L.R. 7-3(D)(2)**<br><br><u>**CLASS ACTION**</u><br><br>JUDGE: HON. WILLIAM H. ORRICK<br>COURTROOM: 2 |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, and Henry J. Fuchs (collectively, the "Defendants") respectfully submit this Statement of Recent Decision to bring to the Court's attention a recent decision granting a motion to dismiss in a lawsuit involving claims brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934: *Carr v. Zosano Pharma Corp.*, No. 20-cv-07625-EMC, 2021 WL 3913509 (N.D. Cal. Sept. 1, 2021).  This decision relates to the arguments made in Defendants' Motion to Dismiss ("Motion") (Dkt. 59) and Reply in support of the Motion ("Reply") (Dkt. 65) and was

published after the date the Reply was filed. A copy of the decision is attached for the Court's reference as **Exhibit A**.

Dated:      November 24, 2021                COOLEY LLP


                                             */s/ Jessica Valenzuela Santamaria*
                                             Jessica Valenzuela Santamaria (220934)
                                             John C. Dwyer (136533)
                                             Alex Kasner (310637)
                                             3175 Hanover Street
                                             Palo Alto, CA 94304-1130
                                             Tel: (650) 843-5000
                                             Fax: (650) 849-7400


                                             Attorneys for Defendants
                                             BioMarin Pharmaceutical Inc., Jean-Jacques
                                             Bienaimé, and Henry J. Fuchs