**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

SALVATORE GRAZIANO (admitted *pro hac vice*)
(salvatore@blbglaw.com)
JEROEN VAN KWAWEGEN (admitted *pro hac vice*)
(jeroen@blbglaw.com)
KATHERINE M. SINDERSON (admitted *pro hac vice*)
(katiem@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
THOMAS Z. SPERBER (admitted *pro hac vice*)
(thomas.sperber@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | Case No. 3:20-CV-06719-WHO <br><br> **CLASS ACTION** <br><br> **LEAD PLAINTIFF'S STATEMENT OF RECENT DECISION** <br><br> Judge:          William H. Orrick <br> Courtroom:    2, 17th Floor |

Pursuant to Civil Local Rule 7-3(d)(2), Lead Plaintiff, Arbejdsmarkedets Tillægspension, respectfully submits this Statement of Recent Decision ("Statement") to bring to the Court's attention a recent decision denying a motion for reconsideration concerning the Private Securities Litigation Reform Act's ("PSLRA") safe-harbor provision, *In re Twitter Securities Litigation*, 2021 WL 4166725 (N.D. Cal. Sept. 14, 2021), attached as Exhibit A.  This decision relates to arguments made in Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 63) and was published after Defendants filed their Reply in Support of Motion to Dismiss Plaintiff's Amended Class Action Complaint (ECF No. 65).

Dated:  November 29, 2021                Respectfully submitted,

                                         **BERNSTEIN LITOWITZ BERGER**
                                           **& GROSSMANN LLP**


                                         */s/ Salvatore Graziano*
                                         SALVATORE GRAZIANO (admitted *pro hac vice*)
                                         (salvatore@blbglaw.com)
                                         JEROEN VAN KWAWEGEN (admitted *pro hac vice*)
                                         (jeroen@blbglaw.com)
                                         KATHERINE M. SINDERSON (admitted *pro hac vice*)
                                         (katiem@blbglaw.com)
                                         ABE ALEXANDER (admitted *pro hac vice*)
                                         (abe.alexander@blbglaw.com)
                                         THOMAS Z. SPERBER (admitted *pro hac vice*)
                                         (thomas.sperber@blbglaw.com)
                                         1251 Avenue of the Americas
                                         New York, NY 10020
                                         Telephone: (212) 554-1400
                                         Facsimile: (212) 554-1444

                                         JONATHAN D. USLANER (Bar No. 256898)
                                         (jonathanu@blbglaw.com)
                                         2121 Avenue of the Stars, Suite 2575
                                         Los Angeles, CA 90067
                                         Telephone: (310) 819-3470

                                         *Counsel for Lead Plaintiff and the Class*

LEAD PLAINTIFF'S STATEMENT OF RECENT DECISION
CASE NO. 3:20-CV-06719-WHO                                                      3