# EXHIBIT B

## Simmons, Amie

| | |
|---|---|
| **From:** | De Jarnette, Brett |
| **Sent:** | Thursday, July 14, 2022 1:09 PM |
| **To:** | Billy Freeland; Katie M. Sinderson; Main, Amanda; Thomas Sperber; Simmons, Amie; McCormack, Claire A. |
| **Cc:** | Salvatore Graziano; Abe Alexander; Verdin, Hazel; Gibbs, Patrick; Walden, Josh |
| **Subject:** | RE: BioMarin - RFP Response Dispute |

Billy,

Your proposed class certification briefing schedule works for us so long as Plaintiff substantially completes its document productions well in advance of the filing of its motion and any deposition of Plaintiff. If there are further delays, we reserve the right to move our opposition deadline. Also, we propose 1/25/23 at 2pm PT for the class certification hearing.

Please let us know if you would like to discuss.

Thanks,
Brett

**From:** Billy Freeland <Billy.Freeland@blbglaw.com>
**Sent:** Friday, July 1, 2022 7:59 AM
**To:** De Jarnette, Brett <bdejarnette@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Walden, Josh <jwalden@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Brett,

We looked at our schedules and we can't do July 29. What about an Aug. 15 deadline for our opening brief, bringing your opposition to Friday, Oct. 14 and our reply to Tuesday, Dec. 13? Please let us know if that works on your end.

Additionally, we wanted to update you on our production of a log or other documents relevant to communications with FE 1. While we intended to produce those this week, we had a recent Relativity outage, and today our litigation support teams are very busy finishing projects ahead of the holiday weekend. We will produce these documents early next week.

Best,
Billy

**William E. Freeland**
Associate

 Bernstein Litowitz
Berger & Grossmann LLP

**From:** De Jarnette, Brett <bdejarnette@cooley.com>
**Sent:** Tuesday, June 28, 2022 3:39 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Walden, Josh <jwalden@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Thanks, Katie. ==Unfortunately, we can't do September 13 as an opposition deadline due to travel/ vacation schedules. What about July 29 as the deadline for your class certification motion to make sure you have enough time and we file our opposition by October 7?==

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Tuesday, June 28, 2022 12:22 PM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Walden, Josh <jwalden@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Amanda, just an update on this, since I had indicated we expected to have an update likely on Wednesday. We will most likely have that update for you on Thursday.

**From:** Katie M. Sinderson
**Sent:** Sunday, June 26, 2022 10:25 AM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Walden, Josh <jwalden@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

Amanda, as you know, the Court has yet to enter a schedule for this Action. While we had indicated that we expected to file our class certification motion on July 1, in light of the hurdles our client is encountering in applying Defendants' search terms, as well as our client's availability for a deposition if Defendants would choose to notice one (mid-late August), we think it makes sense to file our opening class certification later in July. While we currently think that July 15 makes sense, we wanted to run that date by you to make sure September 13 works for defendants to file their opposition brief. We expect to have an update for you this week (likely Wednesday) on the timing for our client's continued document productions.

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Friday, June 24, 2022 8:03 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie

<asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Walden, Josh <jwalden@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

[External]

Katie,

We still have not received a date by which Plaintiff will substantially complete its email production for key custodians.  As you know, we initially expected to hear back from you by June 3, and we committed to produce certain documents by June 17 with the understanding that Plaintiff would promptly commit to a specific date for its own production considering the class certification briefing schedule that the parties previously discussed.  Given the time that has passed and the fact that we have received no specific date (or even an update for that matter), we continue to express our concern that Plaintiff intends to produce its documents at the last minute around the time it files its motion for class certification.  Can you provide us with the date that Plaintiff will substantially complete its email production?

I also do not believe you ever confirmed whether Plaintiff applied the BMN 270 term to search for documents as part of its collection?

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Wednesday, June 15, 2022 12:39 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Walden, Josh <jwalden@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

Katie,

It's disappointing that you still do not have a date for us given that we expected to hear back with a commitment on this by June 3rd.  We look forward to receiving this information as soon as possible.

Also, can you confirm whether Plaintiff applied the BMN 270 term to search for documents as part of its collection?

With respect to Defendants' productions, I don't recall indicating that, but I can confirm that we do not anticipate producing any documents before Friday.

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Wednesday, June 15, 2022 11:57 AM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Walden, Josh <jwalden@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Amanda, I am hoping to have more information for you early next week about a date for substantial completion (for all custodians, not just key custodians).

With respect to Defendants' productions, you had indicated that you expected to begin rolling productions <u>before</u> Friday's date for substantial completion from key custodians.  Can we expect a production today?

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Wednesday, June 15, 2022 2:53 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Walden, Josh <jwalden@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Katie,

Following up on my email below – can you please let us know the date by which Plaintiff intends to substantially complete its document production from key custodians?

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Tuesday, June 7, 2022 9:08 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

Katie,

Based on your email below, we understood that Plaintiff would let us know last week a date by which it would be able to substantially complete its document production from key custodians.  Last week came and went and

it is now late Tuesday the following week, and we still have not received a date.  What is the date by which Plaintiff can substantially complete its production of documents from key custodians?

Also, I'm not sure we ever heard back as to whether Plaintiff was going to apply the BMN 270 term to search for documents as part of its collection?  With respect to the other term we proposed, it is not intended to search for *unrelated* investment policies or discussions, as reiterated in our emails regarding Plaintiff's responses to Defendants' document requests.  We will assume that Plaintiff refuses to apply such term in its collection of documents unless we hear otherwise.

Thanks,
Amanda

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Wednesday, June 1, 2022 8:22 AM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Amanda, we will inquire with the client about adding "BMN 270" to the search and let you know.  We will not add the second term.  As we discussed during our meet and confer, we will provide ATP's investment policies and strategies for the fund where the BioMarin trades were conducted, as well as documents that reference transactions in BioMarin stock.  We will not search for and produce unrelated investment policies or discussions.

With respect to your second question, we have been and will continue to produce English language versions of documents that ATP produces to the extent that they maintain them in their normal course of business.  I expect that there will be Danish documents in future productions.

All the best,
Katie

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Tuesday, May 31, 2022 12:06 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Hi Katie,

5

While we are not in a position to comment on the custodians identified below, especially in light of the deficient interrogatory responses (and only one of the individuals appears on the org chart Plaintiff produced), we did have a few additional search term suggestions:
- BMN 270
- Investment* AND (polic* OR practice* OR procedure* OR strateg*) – if too broad, this could potentially be narrowed to reference the fund that held the BioMarin stock

Also, to what extent do you expect the documents produced will *not* be in English?  To the extent Plaintiff also maintains English versions of any documents that are produced, we ask Plaintiff to produce the English versions of the documents.

Thanks,
Amanda

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Friday, May 27, 2022 11:16 AM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

---

Amanda, thank you for your response.  June 17 is acceptable to us.

We will commit to promptly providing a date for substantial completion of document production once we have further information from our client concerning the search terms we have agreed to run (below).  We should have that information next week, though we will update you if there are delays.  We will then move quickly to complete ATP's production.  In the meantime, we will continue rolling productions of ATP's non-custodial documents.

The relevant custodians we have identified from ATP are: Torben Christensen; Claus Berner Møller; Christian Kjær.

- BioMarin
- BMRN
- 09061G101
- "Henry Fuchs"
- Bienaime
- "Bio Marin"
- Bienamé
- Roctavian
- Valrox*
- Fuchs
- ███████████
- ███████████
- Balakrishnan
- Glasscock

6

- "Tammy Rose"
- "Amy Waterhouse"
- Swann
- "Biologics license application"
- "BLA"
- "Gene therapy"
- "Gene therapies"
- "First mover advantage" OR "First-mover advantage"
- "complete response letter*"
- Hemophilia
- (FDA or "food and drug administration") AND inspection*
- (FDA or "food and drug administration") AND COVID*
- "Breakthrough Therapy Designation"
- (Shares OR stock* OR securit*) and (Biotech* OR pharma*)
- (invest* OR risk* AND (Biotech* OR pharma*)
- valoctocogene

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Thursday, May 26, 2022 7:39 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

[External]

Katie,

I am following up regarding our May 24 call and the timing of the parties' substantial completion of documents from key custodians. Our understanding from the call is that Plaintiff refuses to agree to a mutual deadline for the production of such documents. While we are willing to produce responsive documents from the regulatory file and emails for the individual defendants by June 17, Plaintiff must also commit to produce documents by a specific date and within a reasonable time considering the class certification briefing schedule that the parties previously discussed. To date, you have stated that Plaintiff plans to complete its substantial production of documents from key custodians "sometime before" we need to take a deposition in connection with class certification. But the briefing schedule we discussed was based on our understanding that Plaintiff intended to produce documents by June 3 and would not dump documents on us at the time it files its motion. Thus, Plaintiff needs to commit to a specific date and the timing of Plaintiff's production needs to be reasonable in light of the briefing schedule or the schedule will need to change.

Are you willing to commit to a date for the substantial completion of Plaintiff's document production from key custodians, and if so, what date?

Thanks,
Amanda

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Sunday, May 22, 2022 10:34 AM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Amanda, we can do a call on Tuesday afternoon, anytime from 12-4 Eastern to hopefully resolve this issue and conclude our meet and confer regarding Defendants' document requests.  Please let us know if there is a time in that range that works.

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Saturday, May 21, 2022 12:04 AM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Katie,

As an initial matter, the dates in the joint statement are ***proposed*** dates, not deadlines, and they have not been adopted by the Court.

Further, it is important to note that we *just recently* finished meeting and conferring on Plaintiff's document requests on May 10.  Following your reasoning, we would be nowhere near in a position to produce any documents in early June if we had done nothing until after May 10 (or even later since we didn't get an agreement from you on several of the requests as of that date).  While we are undertaking a substantial document collection and review, you acknowledge that Plaintiff's production will be "relatively small" and at the same time seek to hold us to a higher standard.  We should not be prejudiced by Plaintiff's decision to delay its collection and processing of emails until after the parties' meet and confer is complete.  If we had done that, we would not be in a position to produce documents anytime soon.

Putting all of that aside, I never suggested that we were going hold back a production that was ready to go out.  To be clear, it is not ready.  While we have been working diligently in an attempt to meet the June 3 target date, we have much left to do and of course we have encountered technical hiccups that have caused delay.  If Plaintiff is unable to produce documents by June 3, then there is no reason not to set a date when we will both be prepared to produce documents from key custodians.  In the meantime, we can produce documents from the regulatory file and likely some other documents we have collected.

The parties should play by the same rules.  We are happy to make ourselves available to promptly conclude the parties' meet and confer on Defendants' document requests if that is helpful.

If you'd like to speak on Monday at 4 pm pacific, I am available then.  But I do not think we should be wasting judicial resources on this.

Amanda A. Main
Cooley LLP

8

3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Friday, May 20, 2022 5:06 PM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** Re: BioMarin - RFP Response Dispute

**[External]**

---

Amanda, a meet and confer is necessary before bringing any disputes to the Court's attention to confirm that we are an impasse. Our proposal is clear: Defendants will comply with their previous commitment to substantially complete their production from the two Individual Defendants and from the relevant regulatory file by June 3. Frankly, if you are prepared to make such a production as you have said you are, it is improper to hold it back simply to demand a reciprocal commitment from Lead Plaintiff.  But Defendants have yet to produce a single document (except for insurance agreements required under the federal rules).

Our commitment remains the same:  We will continue to make rolling productions on behalf of Lead Plaintiff. We do not see any barrier to substantially completing Lead Plaintiff's custodial document production—which we expect to be relatively small—soon after the parties complete their negotiations over the scope of production and search terms.

Please let us know your availability for Monday afternoon.

Given your commitment that our other dispute about the RFPs is not in any way impacting the timing of your production, we will accommodate your request to provide our portion of the joint report on Monday.

---

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Friday, May 20, 2022 7:04:40 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

---

That is not true.  The 26(f) report does not state that the deadline would be a unilateral one or only apply to Defendants – why would you think it would be anything other than reciprocal?  The only reason there is any reference to Defendants' "key custodians" is because we proposed a different date, added a column, and wanted to be clear what our planned production would consist of.  And it isn't true that I raised this last week.  I brought it up on a call more than a month ago.

What exactly do you want to discuss on a meet and confer call?  If you have a proposed resolution, seems like email would be more efficient.

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office

9

+1 650 849 7400 fax
amain@cooley.com

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Friday, May 20, 2022 2:31 PM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

[External]

Amanda, whether you "expected" that the deadline would be reciprocal, Defendants never shared that expectation with Plaintiffs until last week.  The parties' joint status report clearly said something completely different, and Defendants did not serve their document requests or meet and confer on a schedule that would indicate that was their expectation (or even make that a possibility).

What time Monday afternoon are you free to meet and confer?

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Friday, May 20, 2022 5:24 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

[External]

Katie,

We are not going to co-sign Plaintiff's search terms and we have disagreed with the approach of applying search terms at the collection stage from the outset.  Either way, we proceeded with our collection and review without waiting for input from Plaintiff and we expected Plaintiff to do the same.  We didn't say that Plaintiff needs to complete its production by June 3.  But if June 3 is the deadline for the parties to substantially complete their document production from key custodians, it is and should be mutual.  We are amenable to pushing that date back.

We asked to meet and confer as quickly as possible and unfortunately your schedules didn't permit a conference before today.  The need to meet and confer would have been substantially reduced had Plaintiff properly responded to the document requests in the first instance.  After our discussion today, we are hopeful that there are not as many genuine disputes as it appeared from the responses.

Our understanding was that Plaintiff did not expect to have many responsive emails and thus the burden of collection, review, and production would be nowhere near the burden Defendants have undertaken.  But of course we expected the deadline would be reciprocal.

I thought I answered your question (is the resolution of the other issue you are bringing to the Court impacting Defendants' review in any way), but maybe I did not understand the question – what "other issue" are you referring to?  The RFPs that will be the subject of your discovery motion?  If that's your question, the answer is no.

Amanda A. Main

10

Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Friday, May 20, 2022 12:54 PM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

---

Amanda, we have been completely transparent that we could not produce documents from Lead Plaintiffs' custodial documents until the parties agreed on appropriate search terms.  Notwithstanding that transparency, Defendants failed to even serve document requests until March, we served our objections in April, and Defendants then waited 5 weeks to request a meet and confer (notwithstanding our repeated suggestions that we hold such a conversation).  In the meantime, we have been producing responsive documents.

Today, two weeks before Defendants purportedly expect Lead Plaintiffs to complete their production, Defendants just conducted their very first meet and confer on Defendants' document requests.

The timeline above makes it clear that Defendants are not serious that they ever expected the June 3 deadline to be reciprocal.  Instead, it's clear that Defendants are hoping to delay their own production until Lead Plaintiffs—due to Defendants' dilatory conduct—are in a position to complete their production.

If Defendants are going to nonetheless withhold their June 3 production, please confirm this by email immediately.  Sal and I will find time on Monday to have a final meet and confer so that we can bring this to the Court's attention as soon as possible if necessary.

Please also answer my other question—is the resolution of the other issue we are bringing to the Court impacting Defendants' review in any way?

---

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Friday, May 20, 2022 3:16 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

---

We are proceeding with our review while waiting to hear from you regarding the planned timing of Plaintiff's email production from key custodians.

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130

11

+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Katie M. Sinderson <KatieM@blbglaw.com>
**Sent:** Friday, May 20, 2022 12:10 PM
**To:** Main, Amanda <amain@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

---

Amanda—as I asked on our call earlier (and you asked me to put into an email): Is the resolution of this issue delaying Defendants' document production in any way?  I.e., are you delaying any aspect of your review or production while we resolve this?

---

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Friday, May 20, 2022 12:12 AM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

---

Tom,

While there are a number of things we could state in response to your email, I believe there's nothing to be gained from the back-and-forth accusations and mud-slinging, so I'm not going to address the various misstatements and mischaracterizations in your email below.  I instead will focus on the core matters.

First, we again dispute your suggestion that the June 3 deadline was a one-way deadline only applying to Defendants, as that is not what the Joint CMC Statement says nor would that make sense.  This is not a "brand-new demand" for reciprocity.  In any event, we have been working diligently to be in a position to complete a substantial production from the individual defendants by June 3.  As stated below, if Plaintiff intends to play by a different set of rules, we need to know that now.

Second, we still have received no response to the question I have repeatedly asked – when will Plaintiff disclose its key email custodians and the search terms used to collect and cull data?  I'm not sure how many times we need to ask this question.  The fact that Plaintiff has repeatedly ignored this question is itself concerning.

Finally, with respect to a joint submission, it is ludicrous to suggest you are being held "hostage."  There is no urgency and there is no reason to impose a 48 hour turn-around.  After all, you have not even provided your portion!  We have other deadlines, cases, and commitments, as I am sure you do.  If you provide your position by Monday morning pacific time, we will provide our response by EOD on Thursday, the 26th.

Amanda

Amanda A. Main
Cooley LLP
3175 Hanover Street

Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Thursday, May 19, 2022 11:28 AM
**To:** Main, Amanda <amain@cooley.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Amanda,

To be clear, your position is that Defendants are prepared to make substantially complete productions from the Individual Defendants by June 3—which the parties thoroughly negotiated and submitted to the Court—but that you will hold back on that production based on your brand-new demand for reciprocity?

We reiterate that Defendants have yet to produce a <u>single document</u> in response to Lead Plaintiff's document requests—Defendants' (belated) production of insurance agreements was required by Rule 26(a) and should have been produced months ago in connection with the parties' initial disclosures.  Those requests were served nearly 4 months ago, Defendants agreed to produce certain categories of documents (such as org charts) weeks ago, and the parties have reached substantial agreement on the scope of those requests weeks ago.

Furthermore, your assertion that we have produced "only three pages" is patently false. We produced over 600 pages of discovery across two zip files via FTP on Monday—our Litigation Support team confirmed that you downloaded both zip files.

With respect to the timing of our submission to the Court, we would prefer to file a joint submission, but we will not be held hostage by Defendants' refusal to act in a timely fashion.  You have known about this dispute and our intention to bring it to the Court's attention for a full week now.  We expect that Cooley, a global law firm with enormous resources, should have been able to draft a 2.5-page submission on Defendants' position on this straightforward issue by now.  However, in hopes of reaching a compromise, if Defendants are willing to provide their position by Monday, we will provide you our position by close of business today (Thursday).  Otherwise, we will file our submission tomorrow.

Thanks,
Tom

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Wednesday, May 18, 2022 11:50 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Tom,

Defendants timely responded and objected to Plaintiff's document requests on February 28, 2022, and we have since engaged in protracted meet and confer calls on at least five separate occasions (March 11, March 24, April 1, April 13, and May 10), not to mention numerous emails back and forth.  It is not true that Defendants have not produced a single document in response to Plaintiff's requests.  We produced the requested insurance agreements and have consistently communicated that we were in the process of prioritizing the kick-off of our email review.  In any event, your criticism is not well-taken given that **Plaintiff has produced only three pages of what appear to be some limited org charges, and that was only two days ago**.

With respect to Plaintiff's responses to Defendants' document requests, in an effort to avoid the lengthy and unproductive meet and confer process we engaged in with respect to Plaintiff's requests, we took the time to identify the deficiencies in a letter.  However, because Plaintiff flouted its discovery obligations and barely agreed to produce a handful of documents, this letter was much lengthier than we had hoped.  Given that Plaintiff could not schedule a meet and confer call until a week later, we asked that Plaintiff provide written confirmations and proposals in advance, but it does not appear we will be receiving any.

With respect to email custodians and search terms, before you sent your email below, I informed you that we would identify our current custodians and search terms that day (and we did).  Yet we have received no such disclosure from Plaintiff.  **I have asked several times and received no response: when will we receive the names of Plaintiff's email custodians and search terms used to cull the email collection and review set?**

We should also discuss the June 3 "deadline."  Defendants did not (and would not) agree to a one-way deadline that would require Defendants to substantially produce documents from the individual defendants, and require nothing from Plaintiff.  The Joint CMC Statement refers to the "substantial production of key custodians." (Dkt. 87 at 10.)  It doesn't limit that to Defendants.  That the parties had a disagreement as to the meaning of "key custodians" in terms of Defendants' production did not convert this deadline into a unilateral one.  If Plaintiff does not intend to complete its substantial production of key custodians by June 3, you should make that clear.  Although the Court has not yet set any deadlines in this matter, we have been working diligently towards a meaningful production on June 3, but it will not be a one-way production.

With respect to the joint submission that Plaintiff would like to file, for reasons already stated, we believe any such submission is premature.  Nonetheless, if Plaintiff insists on elevating this matter to the Court, we of course will cooperate to prepare the joint submission that the Court has requested.  But we will not do so on an unnecessarily accelerated timeline.

Amanda

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Tuesday, May 17, 2022 1:41 PM
**To:** Main, Amanda <amain@cooley.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

---

14

Counsel,

While Defendants have repeatedly asked us to wait to identify and resolve known disputes until after receiving some level of document production, Defendants' discovery conduct has made it clear that that course of action is untenable.  We served our document requests on January 28, 2022, and Defendants have not produced a single document in response to those document requests.  Defendants have refused to tell us the universe of custodians they intend to search.  We learned last week that Defendants do not have any idea what sources of custodial data exist for the Individual Defendants.  Defendants still have not provided us with the search terms they intend to use.  In sum, it is unclear to us how Defendants intend to meet their own agreed-upon June 3 deadline for substantial completion of document production for the Individual Defendants.  What is clear is that Plaintiffs need to raise known disputes with the Court as soon as the parties determine that they are at an impasse—which we are here.

Your demand that we now "focus" on Lead Plaintiff's responses to Defendants' document requests is absurd given Defendants' dilatory approach to discovery. Defendants waited two months after discovery began to serve their discovery requests, and Lead Plaintiff timely served their responses and objections in early April.  Defendants immediately informed us that they found our objections to be unacceptable, at which time we invited Defendants to meet and confer so that we could reach agreement on the scope of Lead Plaintiff's document production. Defendants waited until May 12—more than 5 weeks after we served our objections and asked Defendants to meet and confer—to request a meet and confer.  Notwithstanding Defendants' delay, Lead Plaintiff has already initiated its document production.  As we have told you repeatedly, once we have an agreement or further clarity on the appropriate scope of production, we do not anticipate any difficulties in completing Lead Plaintiff's document production well in advance of the due date for Defendants' opposition to class certification.

With respect to the June 3 deadline, the Parties agreed that Defendants would "substantially produce" all documents from at least the Individual Defendants and the regulatory file.  ECF No. 87 at 10-11.  The Parties have not agreed to a deadline for Lead Plaintiff's production of documents. If you wished to have a reciprocal deadline, you should have raised this issue in connection with the Joint Case Management Statement and served document requests sufficiently in advance of such a deadline.

Please let us know whether you can commit to a time by which you can provide your portion of a joint submission by the end of the day.  We will plan to file the submission on Friday to bring this to the Court's attention.  If Defendants are unwilling to provide their 2.5-page portion so that we may file this as a joint submission, we will plan to file a 2-page submission under the Court's rules.

Thanks,
Tom

Tom Sperber
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1939

---

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Monday, May 16, 2022 11:30 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** RE: BioMarin - RFP Response Dispute

**[External]**

Hi Tom,

We do not understand the rush to the Court on these requests, particularly given our agreement to produce some responsive documents.  Is there any reason why Plaintiff would not wait to review the documents Defendants produce before demanding additional documents are necessary and proportional to the needs of discovery?  In any event, feel free to send us your portion once ready but we cannot commit to providing our responsive portion within 48 hours.

In the meantime, further to my letter of last week and my email earlier today, we should focus on meeting and conferring on the many issues with Plaintiff's responses to Defendants' document requests.  To the extent you are treating June 3rd as a deadline for Defendants to produce documents, we expect Plaintiff to substantially complete its production of documents from key custodians as well.  When do you expect to provide information on Plaintiff's email custodians?

I will send you information on our custodians and search terms tomorrow and also hope to get back to you re the recent comments on the draft ESI protocol.

Thanks,
Amanda

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Monday, May 16, 2022 9:47 AM
**To:** Valenzuela Santamaria, Jessica <jvs@cooley.com>; Main, Amanda <amain@cooley.com>; Simmons, Amie <asimmons@cooley.com>; McCormack, Claire A. <cmccormack@cooley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Subject:** BioMarin - RFP Response Dispute

**[External]**

Counsel,

As discussed during our May 10 meet and confer concerning Defendants' responses to Lead Plaintiff's requests for production, we remain at an impasse as to the scope of Request Nos. 22-24. Accordingly, we will move the Court to compel production of the full scope of documents sought by these requests—including internal communications from all relevant custodians' files for the entire Relevant Time Period. To be clear, "relevant" custodians include all custodians from whom Defendants will be producing documents.

Pursuant to Section 4 of Judge Orrick's Standing Order for Civil Cases, we intend to submit a concise, 5 page joint statement. We will circulate a draft with our portion (limited to approximately 2.5 pages) completed by EOD tomorrow. We ask that you send the draft back with your 2.5-page portion completed by no later than EOD Thursday. Assuming you have not taken any new positions since our meet and confer, we will aim to get the joint statement on file Friday.

Thanks,
Tom

Tom Sperber
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1939

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,

disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.