# EXHIBIT C

## Simmons, Amie

**From:**      De Jarnette, Brett
**Sent:**      Monday, August 8, 2022 1:51 PM
**To:**        Billy Freeland; Verdin, Hazel; Katie M. Sinderson; Abe Alexander; Thomas Sperber
**Cc:**        Gibbs, Patrick; Main, Amanda; Walden, Josh; Simmons, Amie
**Subject:**   RE: In re BioMarin Pharmaceutical Inc. Securities Litigation

Billy,

As I made clear in my July 13 email, plaintiff's production of documents and information should be completed well in advance of filing its motion and any deposition of plaintiff. Katie even acknowledged on our meet and confer that plaintiff's production of documents and information in response to our second set of RFPs and Rogs would impact the class certification briefing schedule. We requested this information months ago and plaintiff's delay has continued to push the schedule back.

While you propose August 18 to file your motion, we still have no idea whether plaintiffs will produce the documents and information requested. To that end, we need to have an understanding of what information you are going to provide and when before committing to a class certification schedule. Does your proposal mean you are going to finally produce the requested information? If so, when can we expect to receive that information?

Thanks,
Brett

**From:** Billy Freeland <Billy.Freeland@blbglaw.com>
**Sent:** Monday, August 8, 2022 8:43 AM
**To:** De Jarnette, Brett <bdejarnette@cooley.com>; Verdin, Hazel <hverdin@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; Main, Amanda <amain@cooley.com>; Walden, Josh <jwalden@cooley.com>; Simmons, Amie <asimmons@cooley.com>
**Subject:** RE: In re BioMarin Pharmaceutical Inc. Securities Litigation

**[External]**

Brett,

We are planning to file our class certification motion on August 18. Your opposition would then be due on Monday, Oct. 17 and our reply would be due on Friday, Dec. 16. Please confirm that this works for you.

You had previously proposed January 25, 2023 at 2pm PT for the class cert hearing. We will discuss internally and will let you know if that works for us.

Best,
Billy

**William E. Freeland**
Associate

 Bernstein Litowitz
Berger & Grossmann LLP

**From:** De Jarnette, Brett <bdejarnette@cooley.com>
**Sent:** Saturday, August 6, 2022 12:13 AM
**To:** Billy Freeland <Billy.Freeland@blbglaw.com>; Verdin, Hazel <hverdin@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; Main, Amanda <amain@cooley.com>; Walden, Josh <jwalden@cooley.com>; Simmons, Amie <asimmons@cooley.com>
**Subject:** RE: In re BioMarin Pharmaceutical Inc. Securities Litigation

**[External]**

Billy – following up again on this, as it is now early August, and three weeks since our meet and confer.  When can we expect a response?  As you know, we requested this information months ago and still don't have an answer on whether your client will agree to produce such information.  We just need to know one way or another so we can take the appropriate next steps if need be.

Also, I assume at this point that you don't plan on filing your class certification motion on August 15.  Please let us know when you we can expect a proposed briefing schedule from you.

Thanks,
Brett

**From:** Billy Freeland <Billy.Freeland@blbglaw.com>
**Sent:** Sunday, July 31, 2022 10:02 AM
**To:** Verdin, Hazel <hverdin@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; Main, Amanda <amain@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>; Walden, Josh <jwalden@cooley.com>; Simmons, Amie <asimmons@cooley.com>
**Subject:** RE: In re BioMarin Pharmaceutical Inc. Securities Litigation

**[External]**

Hazel,

As we indicated on our last meet and confer, our client returns in early August. Once they are back, we will have a better idea as to when you can expect a response, which we will get to you promptly.

Best,
Billy

**William E. Freeland**
Associate

 Bernstein Litowitz Berger & Grossmann LLP

**From:** Verdin, Hazel <hverdin@cooley.com>
**Sent:** Friday, July 29, 2022 7:52 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; Main, Amanda <amain@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>; Walden, Josh <jwalden@cooley.com>; Simmons, Amie <asimmons@cooley.com>
**Subject:** RE: In re BioMarin Pharmaceutical Inc. Securities Litigation

**[External]**

Counsel,

I am following up on my email below.  Please let us know when we can expect a response.

Thank you.

Hazel Verdin
Cooley LLP
+1 650 843 5774 office
hverdin@cooley.com

**From:** Verdin, Hazel <hverdin@cooley.com>
**Sent:** Friday, July 22, 2022 10:04 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; Main, Amanda <amain@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>; Walden, Josh <jwalden@cooley.com>; Simmons, Amie <asimmons@cooley.com>
**Subject:** In re BioMarin Pharmaceutical Inc. Securities Litigation

Counsel,

Please see the attached correspondence.

Best,
Hazel

Hazel Verdin
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5774 office
hverdin@cooley.com

www.cooley.com/hazel-verdin

Twitter | Facebook | LinkedIn

Cooley is committed to racial justice

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.