**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

SALVATORE GRAZIANO (*pro hac vice*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN (*pro hac vice*)
jeroen@blbglaw.com
KATHERINE M. SINDERSON (*pro hac vice*)
katiem@blbglaw.com
ABE ALEXANDER (*pro hac vice*)
abe.alexander@blbglaw.com
WILLIAM E. FREELAND (*pro hac vice*)
billy.freeland@blbglaw.com
THOMAS Z. SPERBER (*pro hac vice*)
thomas.sperber@blbglaw.com

*Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | CLASS ACTION |
| | Case No. 3:20-cv-06719-WHO |
| | **DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| | Date: TBD<br>Time: TBD<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick |

DECLARATION OF KATHERINE M. SINDERSON
Case No. 3:20-cv-06719-WHO

I, Katherine M. Sinderson, declare:

1.      I am an attorney licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action.  I am a partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), located at 1251 Avenue of the Americas, New York, New York 10020, and counsel for Lead Plaintiff Arbejdsmarkedets Tillægspension.  I submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification.   I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of the Expert Report of Michael L. Hartzmark, Ph.D., dated October 17, 2022.

3.      Attached as Exhibit 2 is a true and correct copy of the Declaration of Torben Christensen in Support of Lead Plaintiff's Motion for Class Certification.

4.      Attached as Exhibit 3 is a true and correct copy of the firm resume of Bernstein Litowitz.

5.      As reflected in the Firm Resume, Bernstein Litowitz is among the most experienced securities class action law firms in the country and has obtained numerous significant settlements in this district. Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which recoveries obtained for the class totaled in excess of $6 billion. Bernstein Litowitz also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & "ERISA" Litigation*, No. 09-md-2058 (S.D.N.Y.); a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.); and a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.).

6.      Courts in this District and Circuit have recognized Bernstein Litowitz as qualified class counsel in securities class actions. Such examples include *In re McKesson HBOC, Inc. Securities Litigation*, No. 99-cv-20743 (N.D. Cal.), in which Bernstein Litowitz recovered $1.05 billion for investors, the largest recovery in a securities class action in the Ninth Circuit; *Hefler v. Wells Fargo & Company*, No. 16-cv-5479 (N.D. Cal.), in which Bernstein Litowitz recovered $480 million for investors; *In re Allergan, Inc. Proxy Violation Securities Litigation*, No. 14-cv-

2004 (C.D. Cal.), in which Bernstein Litowitz recovered $250 million for investors; *In re New Century Securities Litigation*, No. 07-cv-931 (C.D. Cal.) in which Bernstein Litowitz secured an approximately $125 million recovery for investors; and *In re Clarent Corp. Securities Litigation*, No. 01-cv-3361 (N.D. Cal.), in which Bernstein Litowitz conducted a four-week trial and obtained a favorable jury verdict finding the CEO and former auditor of the defendant company violated the federal securities laws, leading to a recovery of millions of dollars for investors.

7. Courts have recognized the quality of Bernstein Litowitz's advocacy. For example, in the *Clarent Corp. Securities Litigation,* the court described Bernstein Litowitz's trial presentation as exhibiting "great civility and the highest professional ethics." *In re Clarent Corp. Sec. Litig.,* Master Case No. C 01-3361, Trial Tr. (Vol. 17) at 2611:19-20 (N.D. Cal. Feb. 17, 2005) (Breyer, J.). Another court has noted that Bernstein Litowitz takes its "responsibilities to the court very seriously" (*In re Openwave Systems Sec. Litig.,* No. 07-cv-1309, Tr. at 26:22-23 (S.D.N.Y.) (Feb. 27, 2009)); and has described its advocacy as being performed "at every juncture with integrity and competence" (*In re WorldCom, Inc. Sec. Litig.,* 2004 WL 2591402, *17 (S.D.N.Y. Nov. 12, 2004)).

8. Attached hereto as Exhibit 4 is a true and correct copy of an order issued by the United States District Court for the Northern District of California in an unrelated action where Bernstein Litowitz has been serving as Lead Counsel for Lead Plaintiff SEB Investment Management AB, and Class Counsel for the certified Class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). As reflected in the order, counsel for an unsuccessful lead plaintiff movant raised questions about Bernstein Litowitz's hiring of a former employee of the Lead Plaintiff. Following discovery and extensive briefing, the court found that the evidence did not establish a *quid pro quo*, and allowed Bernstein Litowitz to continue as Class Counsel. *See id*. at *1-2. The court nevertheless ordered Bernstein Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel, and also to the decision-maker for the proposed lead plaintiff who is selecting class counsel. *See id.* at *2. Accordingly, Lead Counsel has provided the order to Lead Plaintiff. Since that order, the court in *Symantec* granted final approval of the $70 million settlement in that action, commenting on the

record that Bernstein Litowitz "did a good job, so thank you for that." *See SEB Inv. Mgmt. AB v. Symantec Corp.,* No. 18-cv-2902, ECF No. 425 at 18 (N.D. Cal. Feb. 10, 2022). Additionally, courts have repeatedly approved Bernstein Litowitz as lead counsel and class counsel in securities class actions after being apprised of the *Symantec* order, including *In re Oracle Corp. Securities Litigation,* 2022 WL 1459567, at \*5 (N.D. Cal. May 9, 2022), *In re Mattel, Inc. Securities Litigation,* 2021 WL 4704578, at \*7 (C.D. Cal. Oct. 6, 2021), *In re Myriad Genetics, Inc. Securities Litigation,* 2021 WL 5882259, at \*13 (D. Utah Dec. 13, 2021), *In re EQT Corp. Securities Litigation,* No. 19-cv-00754, 2022 WL 3293518, at \*24 (W.D. Pa. Aug. 11, 2022), and *Allegheny County Employees' Retirement System. v. Energy Transfer LP,* No. 20-cv-00200, 2022 WL 3597200, at \*24 (E.D. Pa. Aug. 23, 2022).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of October, 2022, in New York, New York.

/s/ Katherine M. Sinderson
Katherine M. Sinderson