# Exhibit 2

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
SALVATORE GRAZIANO (*pro hac vice*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN (*pro hac vice*)
jeroen@blbglaw.com
KATHERINE M. SINDERSON (*pro hac vice*)
katiem@blbglaw.com
ABE ALEXANDER (*pro hac vice*)
abe.alexander@blbglaw.com
WILLIAM E. FREELAND (*pro hac vice*)
billy.freeland@blbglaw.com
THOMAS Z. SPERBER (*pro hac vice*)
thomas.sperber@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Counsel for Lead Plaintiff Arbejdsmarkedets*
*Tillægspension and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | Case No. 3:20-CV-06719-WHO<br><br>The Honorable William H. Orrick<br><br>**DECLARATION OF TORBEN CHRISTENSEN ON BEHALF OF ARBEJDSMARKEDETS TILLÆGSPENSION IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

DECLARATION TORBEN CHRISTENSEN ON BEHALF OF ARBEJDSMARKEDETS
TILLÆGSPENSION IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION
NO. 3:20-CV-06719-WHO

I, Torben Christensen, declare as follows:

1. I respectfully submit this Declaration in support of the application of Arbejdsmarkedets Tillægspension ("ATP" or "Lead Plaintiff"), a Court-appointed Lead Plaintiff in the above-captioned action (the "Action"), to serve as a representative for the Class (as defined in Lead Plaintiff's Motion for Class Certification).

2. I serve as Legal Director for ATP. I am authorized to make this Declaration on behalf of ATP and have personal knowledge about the information in this Declaration.

3. ATP is a Denmark-based pension fund founded in 1964. ATP provides retirement allowances and other benefits to Danish citizens. At the end of 2020, ATP managed more than 959 billion DKK (approximately $156 billion USD), benefiting more than five million members.

4. As set forth in prior pleadings, ATP purchased over 177,000 shares of common stock issued by BioMarin Pharmaceutical Inc. ("BioMarin") during the Class Period and suffered substantial losses when BioMarin's stock price declined following the corrective disclosures alleged in the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 54).

5. ATP understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As a class representative, ATP, a sophisticated institutional investor, is committed to vigorously prosecuting this litigation. ATP intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

6. ATP has diligently pursued the effective prosecution of this Action and actively monitored its progress. Among other things, it has authorized the filing of the motion seeking to be appointed Lead Plaintiff, reviewed the Complaint and various pleadings, successfully opposed Defendants' motion to dismiss, and propounded discovery. Since ATP's appointment as Lead Plaintiff, it has reviewed periodic updates and other correspondence from Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") regarding all aspects of the case, including the

DECLARATION OF TORBEN CHRISTENSEN ON BEHALF OF ARBEJDSMARKEDETS TILLÆGSPENSION IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
NO. 3:20-CV-06719-WHO

progress of discovery and the filing of significant pleadings and Court orders. As a Class Representative, ATP would continue to diligently pursue the effective prosecution of the Action.

7.    ATP is committed to continuing to actively direct this litigation and maximize the recovery for the proposed Class by attending hearings and/or trial, sitting for deposition, and overseeing the preparation and filing of pleadings, as appropriate.

8.    ATP understands that as a Class Representative, it would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and would continue to work actively with Class Counsel in order to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

9.    ATP seeks appointment of Bernstein Litowitz as Class Counsel based on its substantial experience and expertise in prosecuting securities class actions. ATP believes that Bernstein Litowitz possesses the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

10.    ATP understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class. If there is a recovery in this case, ATP does not expect to receive any more than its pro-rata share of the amount recovered, beyond that which is provided by the PSLRA.

11.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF TORBEN CHRISTENSEN ON BEHALF OF ARBEJDSMARKEDETS TILLÆGSPENSION IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
NO. 3:20-CV-06719-WHO                                                                 2

Executed this _16_ day of _August_ , 2022.

*On behalf of Arbejdsmarkedets Tillægspension*

_____
Torben Christensen
Legal Director of Arbejdsmarkedets Tillægspension

DECLARATION OF TORBEN CHRISTENSEN ON BEHALF OF ARBEJDSMARKEDETS
TILLÆGSPENSION IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION
NO. 3:20-CV-06719-WHO                                                    3