**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

SALVATORE GRAZIANO (*pro hac vice*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN (*pro hac vice*)
jeroen@blbglaw.com
KATHERINE M. SINDERSON (*pro hac vice*)
katiem@blbglaw.com
ABE ALEXANDER (*pro hac vice*)
abe.alexander@blbglaw.com
WILLIAM E. FREELAND (*pro hac vice*)
billy.freeland@blbglaw.com
THOMAS Z. SPERBER (*pro hac vice*)
thomas.sperber@blbglaw.com

*Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | CLASS ACTION<br><br>Case No. 3:20-cv-06719-WHO<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

[PROPOSED] ORDER
Case No. 3:20-cv-06719-WHO

Having reviewed Lead Plaintiff's Motion for Class Certification, filed on October 17, 2022, and after considering the parties' written and oral submissions, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1.      Lead Plaintiff's Motion for Class Certification is granted;

2.      The Class is defined as:

> All persons who purchased or acquired BioMarin common stock from March 3, 2020 until August 18, 2020, inclusive (the "Class Period"), and who were damaged thereby (the "Class").  Excluded from the Class are: (1) Defendants; (2) any current or former officers or directors of BioMarin; (3) the immediate family members of any Defendant or any current or former officer or director of BioMarin; and (4) any entity that any Defendant owns or controls, or owned or controlled, during the Class Period.

3.      Lead Plaintiff Arbejdsmarkedets Tillægspension is appointed as Class Representative; and

4.      Bernstein Litowitz Berger & Grossmann LLP is appointed as Lead Counsel for the Class.

**IT IS SO ORDERED.**

Dated: _____, 2022     _____
The Honorable William H. Orrick
United States District Judge

[PROPOSED] ORDER
Case No. 3:20-cv-06719-WHO