# Exhibit 1

Defendants' First Privilege Log
In re BioMarin Pharmaceutical Inc. Securities Litig.
Case No. 3:20-cv-06719-WHO

| Priv Log Number | Beginning Bates No. | Ending Bates No. | Date | Author | Email Sender | Email Recipients | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| BMRN_PL_00001 | BMRN-ATP_0009876 | BMRN-ATP_0009876 | 3/12/2020 | | Traci McCarty <TMcCarty@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Eric Davis** <EDavis@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; | Attorney Client | Email seeking legal advice and provided to counsel for legal review and advice regarding draft public statement. |
| BMRN_PL_00002 | BMRN-ATP_0010470 | BMRN-ATP_0010473 | 12/17/2019 | | Brad Glasscock <BGlasscock@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Dan Spiegelman <DSpiegelman@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Wing Yen Wong <wingyen.wong@bmrn.com>; Ransi Somaratne <ransi.somaratne@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Brinda Balakrishnan <brinda.balakrishnan@bmrn.com>; Amy Wireman <AWireman@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; | Attorney Client | Email containing draft statement provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00003 | BMRN-ATP_0010474 | BMRN-ATP_0010476 | 12/17/2019 | Brad Glasscock | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00004 | BMRN-ATP_0010524 | BMRN-ATP_0010526 | 12/20/2019 | | Geoffrey Nichol <geoffrey.nichol@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Dan Spiegelman <DSpiegelman@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Ransi Somaratne <ransi.somaratne@bmrn.com>; Wing Yen Wong <wingyen.wong@bmrn.com>; Rebecca Peters <rebecca.peters@bmrn.com>; | Attorney Client | Email containing draft statement provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00005 | BMRN-ATP_0018491 | BMRN-ATP_0018591 | 4/10/2020 | Pauline Lee | | | Attorney Client | Document containing legal advice regarding corporate governance, risk mitigation, and compliance. |
| BMRN_PL_00006 | BMRN-ATP_0019366 | BMRN-ATP_0019367 | 4/23/2020 | | Eric Davis* <EDavis@bmrn.com> | Hank Fuchs <HFuchs@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; | Attorney Client | Email reflecting legal advice regarding draft earnings script. |
| BMRN_PL_00007 | BMRN-ATP_0019368 | BMRN-ATP_0019377 | 4/23/2020 | Eric Davis | | | Attorney Client | Draft document containing legal advice and provided to counsel for legal review and advice regarding draft earnings script. |
| BMRN_PL_00008 | BMRN-ATP_0020376 | BMRN-ATP_0020378 | 8/18/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00009 | BMRN-ATP_0020380 | BMRN-ATP_0020382 | 8/18/2020 | Debra Charlesworth | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00010 | BMRN-ATP_0020383 | BMRN-ATP_0020385 | 8/18/2020 | | Brad Glasscock <BGlasscock@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00011 | BMRN-ATP_0020386 | BMRN-ATP_0020388 | 8/18/2020 | Brad Glasscock | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |

Asterisk (*) denotes legal personnel

1

Defendants' First Privilege Log
In re BioMarin Pharmaceutical Inc. Securities Litig.
Case No. 3:20-cv-06719-WHO

| Priv Log Number | Beginning Bates No. | Ending Bates No. | Date | Author | Email Sender | Email Recipients | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| BMRN_PL_00012 | BMRN-ATP_0020389 | BMRN-ATP_0020392 | 8/18/2020 | | Traci McCarty <TMcCarty@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00013 | BMRN-ATP_0020406 | BMRN-ATP_0020408 | 8/18/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; | Attorney Client | Email seeking legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00014 | BMRN-ATP_0020410 | BMRN-ATP_0020412 | 8/18/2020 | Debra Charlesworth | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00015 | BMRN-ATP_0020413 | BMRN-ATP_0020415 | 8/18/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Randy Meier Intersectent <rmeier@intersectent.com>; | Attorney Client | Email reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00016 | BMRN-ATP_0020416 | BMRN-ATP_0020418 | 8/18/2020 | Debra Charlesworth | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00017 | BMRN-ATP_0020422 | BMRN-ATP_0020423 | 8/18/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Brad Glasscock <BGlasscock@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; | Attorney Client | Email provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00018 | BMRN-ATP_0020425 | BMRN-ATP_0020426 | 8/18/2020 | Debra Charlesworth | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00019 | BMRN-ATP_0020431 | BMRN-ATP_0020433 | 8/18/2020 | | Brad Glasscock <BGlasscock@bmrn.com> | Eric Davis* <EDavis@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; | Attorney Client | Email seeking legal advice and reflecting legal advice regarding draft press release. |
| BMRN_PL_00020 | BMRN-ATP_0020434 | BMRN-ATP_0020436 | 8/18/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Brad Glasscock <BGlasscock@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; | Attorney Client | Email seeking legal advice and reflecting legal advice regarding draft press release. |
| BMRN_PL_00021 | BMRN-ATP_0020458 | BMRN-ATP_0020458 | 8/18/2020 | | Traci McCarty <TMcCarty@bmrn.com> | Hank Fuchs <HFuchs@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; | Attorney Client | Email seeking legal advice and provided to counsel for legal review and advice regarding communications with analysts and investors following BioMarin's receipt of complete response letter from FDA. |
| BMRN_PL_00022 | BMRN-ATP_0020466 | BMRN-ATP_0020467 | 8/18/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Traci McCarty <TMcCarty@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; | Attorney Client | Email seeking legal advice and provided to counsel for legal review and advice regarding communications with analysts and investors following BioMarin's receipt of complete response letter from FDA. |
| BMRN_PL_00023 | BMRN-ATP_0020468 | BMRN-ATP_0020469 | 8/18/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Traci McCarty <TMcCarty@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; | Attorney Client | Email seeking legal advice and provided to counsel for legal review and advice regarding communications with analysts and investors following BioMarin's receipt of complete response letter from FDA. |
| BMRN_PL_00024 | BMRN-ATP_0021380 | BMRN-ATP_0021385 | 8/24/2020 | | Traci McCarty <TMcCarty@bmrn.com> | Hank Fuchs <HFuchs@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; | Attorney Client | Email seeking legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00025 | BMRN-ATP_0021387 | BMRN-ATP_0021389 | 8/24/2020 | Traci McCarty | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |

Defendants' First Privilege Log
In re BioMarin Pharmaceutical Inc. Securities Litig.
Case No. 3:20-cv-06719-WHO

| Priv Log Number | Beginning Bates No. | Ending Bates No. | Date | Author | Email Sender | Email Recipients | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| BMRN_PL_00026 | BMRN-ATP_0022079 | BMRN-ATP_0022079 | 2/20/2020 | | Traci McCarty <TMcCarty@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Katie Dalessandro <KDalessandro@bmrn.com>; Michelle Seeram-Pye <mseerampye@bmrn.com>; Rebecca Peters <rebecca.peters@bmrn.com>; | Attorney Client | Email seeking legal advice regarding draft press release and earnings script. |
| BMRN_PL_00027 | BMRN-ATP_0022080 | BMRN-ATP_0022090 | 2/20/2020 | Traci McCarty | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00028 | BMRN-ATP_0022091 | BMRN-ATP_0022102 | 2/20/2020 | Traci McCarty | | | Attorney Client | Draft document seeking legal advice and provided to counsel for legal review and advice regarding draft earnings script. |
| BMRN_PL_00029 | BMRN-ATP_0024838 | BMRN-ATP_0024840 | 12/17/2019 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Dan Spiegelman <DSpiegelman@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Wing Yen Wong <wingyen.wong@bmrn.com>; Ransi Somaratne <ransi.somaratne@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Brinda Balakrishnan <brinda.balakrishnan@bmrn.com>; Amy Wireman <AWireman@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00030 | BMRN-ATP_0024842 | BMRN-ATP_0024844 | 12/17/2019 | Debra Charlesworth | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00031 | BMRN-ATP_0031756 | BMRN-ATP_0031761 | 6/15/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00032 | BMRN-ATP_0031762 | BMRN-ATP_0031767 | 6/15/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Hank Fuchs <HFuchs@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00033 | BMRN-ATP_0031768 | BMRN-ATP_0031774 | 6/15/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00034 | BMRN-ATP_0031775 | BMRN-ATP_0031780 | 6/15/2020 | | Hank Fuchs <HFuchs@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00035 | BMRN-ATP_0031781 | BMRN-ATP_0031787 | 6/15/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Hank Fuchs <HFuchs@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00036 | BMRN-ATP_0031788 | BMRN-ATP_0031795 | 6/15/2020 | | Hank Fuchs <HFuchs@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |

Defendants' First Privilege Log
In re BioMarin Pharmaceutical Inc. Securities Litig.
Case No. 3:20-cv-06719-WHO

| Priv Log Number | Beginning Bates No. | Ending Bates No. | Date | Author | Email Sender | Email Recipients | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| BMRN_PL_00037 | BMRN-ATP_0031796 | BMRN-ATP_0031804 | 6/15/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Hank Fuchs <HFuchs@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00038 | BMRN-ATP_0031805 | BMRN-ATP_0031811 | 6/15/2020 | | Brad Glasscock <BGlasscock@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email seeking legal advice and draft provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00039 | BMRN-ATP_0031812 | BMRN-ATP_0031818 | 6/15/2020 | Brad Glasscock | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00040 | BMRN-ATP_0031819 | BMRN-ATP_0031827 | 6/15/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00041 | BMRN-ATP_0031828 | BMRN-ATP_0031834 | 6/15/2020 | | Hank Fuchs <HFuchs@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00042 | BMRN-ATP_0031835 | BMRN-ATP_0031840 | 6/15/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00043 | BMRN-ATP_0031841 | BMRN-ATP_0031847 | 6/15/2020 | Debra Charlesworth | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00044 | BMRN-ATP_0031848 | BMRN-ATP_0031854 | 6/15/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |

Asterisk (*) denotes legal personnel

Defendants' First Privilege Log
In re BioMarin Pharmaceutical Inc. Securities Litig.
Case No. 3:20-cv-06719-WHO

| Priv Log Number | Beginning Bates No. | Ending Bates No. | Date | Author | Email Sender | Email Recipients | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| BMRN_PL_00045 | BMRN-ATP_0031855 | BMRN-ATP_0031862 | 6/15/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00046 | BMRN-ATP_0031864 | BMRN-ATP_0031871 | 6/15/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00047 | BMRN-ATP_0031873 | BMRN-ATP_0031881 | 6/15/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00048 | BMRN-ATP_0031883 | BMRN-ATP_0031892 | 6/15/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; | Attorney Client | Email containing draft statement reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00049 | BMRN-ATP_0031893 | BMRN-ATP_0031899 | 6/15/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00050 | BMRN-ATP_0031900 | BMRN-ATP_0031906 | 6/15/2020 | | Geoffrey Nichol <geoffrey.nichol@bmrn.com> | Brad Glasscock <BGlasscock@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00051 | BMRN-ATP_0031907 | BMRN-ATP_0031913 | 6/15/2020 | Geoffrey Nichol | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |

Defendants' First Privilege Log
In re BioMarin Pharmaceutical Inc. Securities Litig.
Case No. 3:20-cv-06719-WHO

| Priv Log Number | Beginning Bates No. | Ending Bates No. | Date | Author | Email Sender | Email Recipients | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| BMRN_PL_00052 | BMRN-ATP_0031914 | BMRN-ATP_0031923 | 6/15/2020 | | Eric Davis* <EDavis@bmrn.com> | Debra Charlesworth <DCharlesworth@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; | Attorney Client | Email reflecting legal advice regarding draft press release. |
| BMRN_PL_00053 | BMRN-ATP_0031943 | BMRN-ATP_0031943 | 6/15/2020 | | Robert Baffi <RBaffi@bmrn.com> | Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; Jean-Jacques Bienaime <JBienaime@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; | Attorney Client | Email seeking legal advice regarding draft press release. |
| BMRN_PL_00054 | BMRN-ATP_0031944 | BMRN-ATP_0031951 | 6/15/2020 | Robert Baffi | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00055 | BMRN-ATP_0031952 | BMRN-ATP_0031958 | 6/15/2020 | | Debra Charlesworth <DCharlesworth@bmrn.com> | Jean-Jacques Bienaime <JBienaime@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; Wing Yen Wong <wingyen.wong@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email seeking legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00056 | BMRN-ATP_0031960 | BMRN-ATP_0031967 | 6/15/2020 | Debra Charlesworth | | | Attorney Client | Draft document reflecting request for legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00057 | BMRN-ATP_0032111 | BMRN-ATP_0032118 | 6/16/2020 | | Jean-Jacques Bienaime <JBienaime@bmrn.com> | Hank Fuchs <HFuchs@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; Debra Charlesworth <DCharlesworth@bmrn.com>; Jess Swann <jess.swann@bmrn.com>; Robert Baffi <RBaffi@bmrn.com>; Jessica Nora <Jessica.Nora@bmrn.com>; Eric Davis* <EDavis@bmrn.com>; Jeff Ajer <JAjer@bmrn.com>; Wing Yen Wong <wingyen.wong@bmrn.com>; Greg Guyer <Greg.Guyer@bmrn.com>; Laura Woodhead* <LWoodhead@bmrn.com>; Traci McCarty <TMcCarty@bmrn.com>; Geoffrey Nichol <geoffrey.nichol@bmrn.com>; Lon Cardon <lon.cardon@bmrn.com>; Brian Mueller <BMueller@bmrn.com>; | Attorney Client | Email seeking legal advice and provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00058 | BMRN-ATP_0039887 | BMRN-ATP_0039895 | 4/26/2020 | | Eric Davis* <EDavis@bmrn.com> | Traci McCarty <TMcCarty@bmrn.com>; Hank Fuchs <HFuchs@bmrn.com>; Brad Glasscock <BGlasscock@bmrn.com>; | Attorney Client | Email seeking legal advice and containing legal advice regarding draft earnings script. |
| BMRN_PL_00059 | BMRN-ATP_0039896 | BMRN-ATP_0039896 | 4/26/2020 | | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft earnings script. |
| BMRN_PL_00060 | BMRN-ATP_0039897 | BMRN-ATP_0039897 | 4/26/2020 | | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft earnings script. |
| BMRN_PL_00061 | BMRN-ATP_0051612 | BMRN-ATP_0051612 | 11/3/2020 | | Traci McCarty | Jean-Jacques Bienaime | Attorney Client | Email seeking legal advice regarding draft press release and earnings script. |
| BMRN_PL_00062 | BMRN-ATP_0051613 | BMRN-ATP_0051624 | 11/3/2020 | Traci McCarty | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft earnings script . |
| BMRN_PL_00063 | BMRN-ATP_0051625 | BMRN-ATP_0051634 | 11/3/2020 | Traci McCarty | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft press release . |
| BMRN_PL_00064 | BMRN-ATP_0052756 | BMRN-ATP_0052757 | 10/28/2020 | | Traci McCarty | Jeff Ajer | Attorney Client | Email seeking legal advice regarding draft press release and draft earnings script. |
| BMRN_PL_00065 | BMRN-ATP_0052758 | BMRN-ATP_0052763 | 10/28/2020 | Traci McCarty | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft earnings script. |

Asterisk (*) denotes legal personnel

Defendants' First Privilege Log
In re BioMarin Pharmaceutical Inc. Securities Litig.
Case No. 3:20-cv-06719-WHO

| Priv Log Number | Beginning Bates No. | Ending Bates No. | Date | Author | Email Sender | Email Recipients | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| BMRN_PL_00066 | BMRN-ATP_0052764 | BMRN-ATP_0052774 | 10/28/2020 | Traci McCarty | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00067 | BMRN-ATP_0052775 | BMRN-ATP_0052776 | 10/28/2020 | | Traci McCarty | Brian Mueller | Attorney Client | Email seeking legal advice regarding draft press release. |
| BMRN_PL_00068 | BMRN-ATP_0052777 | BMRN-ATP_0052778 | 10/28/2020 | | Brian Mueller | Traci McCarty | Attorney Client | Email seeking legal advice regarding draft press release. |
| BMRN_PL_00069 | BMRN-ATP_0052893 | BMRN-ATP_0052893 | 10/28/2020 | | Traci McCarty | Jeff Ajer | Attorney Client | Email seeking legal advice regarding draft press release. |
| BMRN_PL_00070 | BMRN-ATP_0052894 | BMRN-ATP_0052904 | 10/28/2020 | Traci McCarty | | | Attorney Client | Draft document provided to counsel for legal review and advice regarding draft press release. |
| BMRN_PL_00071 | BMRN-ATP_0052948 | BMRN-ATP_0052948 | 11/5/2020 | | Brian Mueller | Traci McCarty | Attorney Client | Email reflecting legal advice regarding draft earnings script. |
| BMRN_PL_00072 | BMRN-ATP_0052949 | BMRN-ATP_0052960 | 11/5/2020 | Brian Mueller | | | Attorney Client | Draft document reflecting legal advice regarding draft earnings script . |

Asterisk (*) denotes legal personnel