COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
AMANDA A. MAIN (260814)
(amain@cooley.com)
BRETT DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé,
and Henry J. Fuchs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| *In re BioMarin Pharmaceutical Inc. Securities Litigation* | **Case No. 3:20-cv-06719-WHO**<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1      Defendants BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, and Henry J. Fuchs ("Defendants") and Lead Plaintiff Arbejdsmarkedets Tillægspension ("ATP" or "Lead Plaintiff") (collectively with Defendants, the "Parties") stipulate and agree as follows:

      WHEREAS, on October 4, 2022, the Court held a Case Management Conference and set the deadline for Lead Plaintiff's Motion for Class Certification as October 17, 2022, the deadline for Defendants' Opposition to Plaintiff's Motion for Class Certification as December 16, 2022, the deadline for Lead Plaintiff's Reply as February 14, 2023, and the hearing on the Motion for Class Certification for March 1, 2023 (ECF No. 106);

      WHEREAS, Lead Plaintiff filed its Motion for Class Certification on October 17, 2022;

      WHEREAS, Defendants intend to file an Opposition to Lead Plaintiff's Motion for Class Certification;

      WHEREAS, on November 15, 2022, Defendants noticed the deposition of Former Employee ("FE-1") (as set forth in the Complaint (ECF No. 54) at paragraphs 80 and 81), to take place on November 30, 2022;

      WHEREAS, Defendants intend to use testimony from that deposition in support of their Opposition to Lead Plaintiff's Motion for Class Certification;

      WHEREAS, on November 19, 2022, counsel for Lead Plaintiff requested that the deposition of FE-1 be postponed, requesting that Defendants search for and produce relevant emails of FE-1 to the extent any exist;

      WHEREAS, FE-1 is available to reschedule the deposition the week of January 16, 2023 which is after Defendants' current deadline to file their Opposition to Lead Plaintiff's Motion for Class Certification;

      WHEREAS, counsel for Defendants and for Lead Plaintiff have met and conferred regarding the class certification briefing schedule and have agreed to extend Defendants' deadline to file its Opposition to Lead Plaintiff's Motion for Class Certification until after the deposition of FE-1 takes place;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

JOINT STIPULATION AND
[PROPOSED] ORDER
CASE NO. 3:20-CV-06719-WHO

1    WHEREAS, counsel for Defendants has committed to making any production of FE-1's
2 documents, to the extent any exist, no later than two weeks prior to the deposition, and without
3 delaying Defendants' remaining document productions;
4    NOW THEREFORE, the Parties, by and through their undersigned counsel, agree and
5 stipulate to the following class certification briefing schedule:
6    **1.**    Defendants shall file their Opposition to Lead Plaintiff's Motion for Class Certification
7 by January 27, 2023.
8    **2.**    Lead Plaintiff shall file any Reply in support of its Motion for Class Certification by
9 March 28, 2023.
10   **3.**    The hearing on Lead Plaintiff's Motion for Class Certification is reset to April 12, 2023,
11 at 2:00 p.m.

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

JOINT STIPULATION AND
[PROPOSED] ORDER
CASE NO. 3:20-CV-06719-WHO

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 29, 2022 | COOLEY LLP |
| 3 | | */s/ Patrick E. Gibbs* |
| 4 | | Patrick E. Gibbs (183174)<br>3175 Hanover Street |
| 5 | | Palo Alto, CA 94304-1130<br>Tel: (650) 843-5000<br>Fax: (650) 849-7400 |
| 6 | | |
| 7 | | Attorneys for Defendants BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, and Henry J. Fuchs |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

JOINT STIPULATION AND
[PROPOSED] ORDER
CASE NO. 3:20-CV-06719-WHO

| | |
|---|---|
| Dated: November 29, 2022 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | |
| | */s/ Katherine M. Sinderson* |
| | Salvatore Graziano (admitted *pro hac vice*) |
| | (salvatore@blbglaw.com) |
| | Jeroen Van Kwawegan (admitted *pro hac vice*) |
| | (jeroen@blbglaw.com) |
| | Katherine M. Sinderson (admitted *pro hac vice*) |
| | (katiem@blbglaw.com) |
| | Abe Alexander (admitted *pro hac vice*) |
| | (abe.alexander@blbglaw.com) |
| | William E. Freeland (admitted *pro hac vice*) |
| | billy.freeland@blbglaw.com |
| | Thomas Z. Sperber (admitted *pro hac vice*) |
| | (thomas.sperber@blbglaw.com) |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 554-1400 |
| | Facsimile: (212) 554-1444 |
| | |
| | Jonathan D. Uslaner (256898) |
| | (jonathanu@blbglaw.com) |
| | 2121 Avenue of the Stars, Suite 2575 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 819-3470 |
| | |
| | *Lead Counsel for Lead Plaintiff and the Class* |

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: _NOVEMBER 30, 2022

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

JOINT STIPULATION AND
[PROPOSED] ORDER
CASE NO. 3:20-CV-06719-WHO

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 29, 2022                    /s/ *Patrick E. Gibbs*
                                                                  Patrick E. Gibbs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5

JOINT STIPULATION AND
[~~PROPOSED~~] ORDER
CASE NO. 3:20-CV-06719-WHO