COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
AMANDA A. MAIN (260814)
(amain@cooley.com)
BRETT DE JARNETTE (292919)
(bdejarnette@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé
and Henry J. Fuchs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re BioMarin Pharmaceutical Inc. Securities Litigation* | Case No. 3:20-cv-06719-WHO <br><br> **CLASS ACTION** <br><br> **DECLARATION OF AMANDA A. MAIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Amanda A. Main, declare:

1.    I am an attorney at the law firm Cooley LLP, counsel for Defendants in the above-captioned matter. I submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification. The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.    **Exhibit 1** attached hereto is a true and correct copy of Lead Plaintiff's Responses and Objections to Defendants' Second Set of Interrogatories, dated June 27, 2022.

3.    **Exhibit 2** attached hereto is a true and correct copy of Lead Plaintiff's Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated August 25, 2022.

4.    **Exhibit 3** attached hereto is a true and correct copy of excerpts of the deposition transcript of Stig Harder, a witness Plaintiff designated to testify on its behalf under Federal Rule of Civil Procedure 30(b)(6), taken remotely on November 2-3, 2022.

5.    **Exhibit 4** attached hereto is a true and correct copy of excerpts of the deposition transcript of Torben Christensen, a witness Plaintiff designated to testify on its behalf under Federal Rule of Civil Procedure 30(b)(6), taken remotely on November 3, 2022.

6.    **Exhibit 5** attached hereto is a true and correct copy of excerpts of the deposition transcript of Michael L. Hartzmark, Ph.D., taken remotely on November 14, 2022.

7.    **Exhibit 6** attached hereto is a true and correct copy of excerpts of the deposition transcript of the BioMarin former employee cited in Plaintiff's Amended Complaint (ECF No. 54), ¶¶ 79-81, taken remotely on January 20, 2023.

8.    **Exhibit 7** attached hereto is a true and correct copy of the document produced by Defendants bearing the Bates range BMRN-ATP_0151931-BMRN-ATP_0151939.

9.    **Exhibit 8** attached hereto a true and correct copy of the document produced by Defendants bearing the Bates number BMRN-ATP_0040075.

10.    **Exhibit 9** attached hereto a true and correct copy of the document produced by Defendants bearing the Bates range BMRN-ATP_0081556-BMRN-ATP_0081557.

11.    **Exhibit 10** attached hereto a true and correct copy of the document produced by Defendants bearing the Bates range BMRN-ATP_0149010-BMRN-ATP_0149013.

12.    **Exhibit 11** attached hereto a true and correct copy of the document produced by Defendants bearing the Bates range BMRN-ATP_0098512- BMRN-ATP_0098514.

13.    **Exhibit 12** attached hereto a true and correct copy of the document produced by Defendants bearing the Bates number BMRN-ATP_0121646.

14.    **Exhibit 13** attached hereto a true and correct copy of the document produced by Defendants bearing the Bates range BMRN-ATP_0037714-BMRN-ATP_0037715.

15.    **Exhibit 14** attached hereto a true and correct copy of the document produced by Defendants bearing the Bates range BMRN-ATP_0095037-BMRN-ATP_0095038.

16.    **Exhibit 15** attached hereto a true and correct copy of the document produced by the FDA, as provided by Plaintiff's counsel in response to its subpoena to the FDA, bearing the Bates range FDA-BMRN0000002-FDA-BMRN0000009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of January 2023, at San Jose, California.

/s/ Amanda A. Main
Amanda A. Main

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

**MAIN DECL. ISO OPP TO CLASS CERT**
**3:20-CV-06719-WHO**