# EXHIBIT 1

EXHIBIT FILED UNDER SEALED

# EXHIBIT 2

EXHIBIT FILED UNDER SEALED

# EXHIBIT 3

EXHIBIT FILED UNDER SEALED

# EXHIBIT 4

EXHIBIT FILED UNDER SEALED