# EXHIBIT 6

EXHIBIT FILED UNDER SEALED

# EXHIBIT 7

EXHIBIT FILED UNDER SEALED

# EXHIBIT 8

## EXHIBIT FILED UNDER SEALED

# EXHIBIT 9

EXHIBIT FILED UNDER SEALED

# EXHIBIT 10

## EXHIBIT FILED UNDER SEALED

# EXHIBIT 11

EXHIBIT FILED UNDER SEALED

# EXHIBIT 12

## EXHIBIT FILED UNDER SEALED

# EXHIBIT 13

EXHIBIT FILED UNDER SEALED

# EXHIBIT 14

EXHIBIT FILED UNDER SEALED

# EXHIBIT 15

EXHIBIT FILED UNDER SEALED