# EXHIBIT A

## Main, Amanda

| | |
|---|---|
| **From:** | Main, Amanda |
| **Sent:** | Friday, February 10, 2023 12:39 PM |
| **To:** | Abe Alexander |
| **Cc:** | Billy Freeland; Simmons, Amie; Thomas Sperber; Katie M. Sinderson; Gibbs, Patrick; De Jarnette, Brett |
| **Subject:** | RE: BioMarin - Joint Statement re ATP Algorithm |

Abe, if you want to file an emergency motion, then feel free to do so.  We asked you to identify any information that you believe meets the sealing standard, and you are refusing.  This is a joint statement, and not the same as our opposition to class cert which you had not seen before we filed it.

And I don't know what you are referring to in stating that we didn't object to the designation of the testimony "within the timeframe provided by PO" – we had no obligation to challenge the designation within any specific period of time.

With respect to Ms. Gu, the subpoena identified the 24th, not the 20th.  We will respond on the separate thread to discuss further.

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Abe Alexander <Abe.Alexander@blbglaw.com>
**Sent:** Friday, February 10, 2023 12:22 PM
**To:** Main, Amanda <amain@cooley.com>
**Cc:** Billy Freeland <Billy.Freeland@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** Re: BioMarin - Joint Statement re ATP Algorithm

**[External]**

We will file an emergency motion.  The PO is clear.  You redacted substantively identical information in your opp, so you know what's at issue here.  Your reference to the rules refers to the fact that the court still needs to rule on the motion to seal, but it doesn't excuse parties from filing under seal in the first instance.  That is elementary stuff - we should not have to explain it to you.  And your assertion that we "overredacted" rings hollow given that you didn't object to our designation within the timeframe provided by PO

Separately let us know immediately if you are confirming Gu's depo on the 20th.  We are all busy here and need to plan our schedules.  I for one have at least one a depo every week for the next 3 months.  So we will need to work something out if the 20th is a no go

On Feb 10, 2023, at 1:13 PM, Main, Amanda <amain@cooley.com> wrote:

**[External]**

Abe, we are not playing games, and this situation is the result of Plaintiff's failure to identify information it believed should be filed under seal.  As stated in my other email, the rules provide that a designation of material as confidential under a protective order does not establish that it is sealable.  We did not assume that Plaintiff's over-designation of an entire transcript as highly confidential meant Plaintiff believed the testimony meets the standard for filing under seal.  In the past, when Plaintiff believed information should be filed under seal, it specifically identified such information.  Nevertheless, if there is information in the joint statement that you believe meets the sealing standard, please identify specifically that information in a highlighted copy of the joint statement and we will look into the process for removing the other document from the docket and replacing it with a redacted version.

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

**From:** Abe Alexander <Abe.Alexander@blbglaw.com>
**Sent:** Friday, February 10, 2023 11:58 AM
**To:** Main, Amanda <amain@cooley.com>
**Cc:** Billy Freeland <Billy.Freeland@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** Re: BioMarin - Joint Statement re ATP Algorithm

**[External]**

Unless we have immediate confirmation that you will address your failure to comply with the protective order, we will file an emergency motion explaining that we brought this to your attention and that you chose to play games instead of addressing your error.

On Feb 10, 2023, at 12:55 PM, Abe Alexander <Abe.Alexander@blbglaw.com> wrote:

Amanda - both portions of the joint statement quote testimony designated highly confidential.  Under the plain terms of the protective order you were required to file under seal.  Are you refusing to comply with the court's order?

On Feb 10, 2023, at 12:37 PM, Main, Amanda <amain@cooley.com> wrote:

**[External]**

Abe, you did not request any redactions and we do not believe any are necessary.  If you had thought redactions were necessary, we assume you would have raised that.  Are you now suggesting that some of the information in the document meets the standard for filing under seal?

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Abe Alexander <Abe.Alexander@blbglaw.com>
**Sent:** Friday, February 10, 2023 11:34 AM
**To:** Main, Amanda <amain@cooley.com>
**Cc:** Billy Freeland <Billy.Freeland@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** Re: BioMarin - Joint Statement re ATP Algorithm

[External]

---

Amanda - I'm on a plane right now and reading this on my phone, but did you just file this in unredacted form?

> On Feb 10, 2023, at 11:48 AM, Main, Amanda <amain@cooley.com> wrote:
>
> [External]
>
> ---
>
> I see the redline edit changing 8 to 3 – we will proceed with filing.
>
> But we still would like answers to all of our questions below.
>
> Amanda A. Main
> Cooley LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> +1 650 843 5914 office
> +1 650 849 7400 fax
> amain@cooley.com
>
> ---
>
> **From:** Main, Amanda <amain@cooley.com>
> **Sent:** Friday, February 10, 2023 10:47 AM
> **To:** Billy Freeland <Billy.Freeland@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>
> **Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
> **Subject:** RE: BioMarin - Joint Statement re ATP Algorithm

3

I don't see the redline – can you send a redline showing your edits?

What do you mean you "looked at eight custodians" but "determined three merited full production"?  What eight custodians are you referring to?

You can speak to what you claim Plaintiff agreed to, but please don't speak for me and what I understood Plaintiff to have agreed to, because I absolutely expected Plaintiff to conduct a diligent search for responsive information and Plaintiff represented none existed, when that was not the case.  Plaintiff also never disclosed any "discarded" files.  In any event, we never agreed to your search efforts and in fact have disagreed that Plaintiff has met its discovery obligations.

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Billy Freeland <Billy.Freeland@blbglaw.com>
**Sent:** Friday, February 10, 2023 10:38 AM
**To:** Main, Amanda <amain@cooley.com>; Simmons, Amie <asimmons@cooley.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP Algorithm

**[External]**

---

Amanda, attached is a version that makes one edit. While we looked at eight custodians, we determined three merited full production. Although we stand by our original statements, to avoid any confusion we will change the footnote text. Of course this does not change in any way that Plaintiff never agreed—and you never understood Plaintiff to have agreed—to search these types of files.

Best,
Billy

**William E. Freeland**

4

Associate

<image001.png>

---

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Friday, February 10, 2023 1:14 PM
**To:** Billy Freeland <Billy.Freeland@blbglaw.com>;
Simmons, Amie <asimmons@cooley.com>; Thomas
Sperber <Thomas.Sperber@blbglaw.com>; Katie M.
Sinderson <KatieM@blbglaw.com>; Abe Alexander
<Abe.Alexander@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette,
Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP
Algorithm

**[External]**

---

Billy – what does this mean?  Are you saying you
have additional edits?

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Billy Freeland <Billy.Freeland@blbglaw.com>
**Sent:** Friday, February 10, 2023 10:13 AM
**To:** Simmons, Amie <asimmons@cooley.com>; Main,
Amanda <amain@cooley.com>; Thomas Sperber
<Thomas.Sperber@blbglaw.com>; Katie M. Sinderson
<KatieM@blbglaw.com>; Abe Alexander
<Abe.Alexander@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette,
Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP
Algorithm

**[External]**

---

Counsel, we will be in touch very shortly with a further
response prior to your filing.

**William E. Freeland**
Associate

<image001.png>

---

**From:** Simmons, Amie <asimmons@cooley.com>
**Sent:** Friday, February 10, 2023 1:08 PM
**To:** Main, Amanda <amain@cooley.com>; Thomas
Sperber <Thomas.Sperber@blbglaw.com>; Katie M.

5

Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP Algorithm

**[External]**

Counsel,

We have no further changes to our portion of the joint statement and will proceed with filing.

Thanks,
Amie

Amie Simmons
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5570 office
+1 650 849 7400 fax
asimmons@cooley.com
Pronouns: she, her, hers

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Thursday, February 9, 2023 9:55 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Simmons, Amie <asimmons@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP Algorithm

Counsel:

Thank you for finally returning your portion of the joint statement (apparently many hours after your client has been long asleep).  We intend to file early tomorrow.  If we have any additional changes after reviewing your section in detail, we will inform you before filing.  We see that Plaintiff has now withdrawn its false claim that it first heard of Defendants' request for access when it received the draft joint statement.

Separately, Plaintiff claims in a footnote that it searched the files of "8 email custodians and over 160 separate SharePoint sites over a nearly two-year period."  **That is not consistent with our understanding of Plaintiff's search**

6

**efforts**.  Please identify the 8 custodians whose emails Plaintiff now claims to have searched.  Please also identify the 160 separate SharePoint sites that were searched – we assume you have a list handy given that you were able to count them and attest to the volume.  We expect responses to these questions as soon as possible tomorrow.

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Thursday, February 9, 2023 6:28 PM
**To:** Simmons, Amie <asimmons@cooley.com>; Main, Amanda <amain@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP Algorithm

**[External]**

---

Counsel,

Please find attached the updated joint statement.

Best,
Tom

---

**From:** Simmons, Amie <asimmons@cooley.com>
**Sent:** Monday, February 6, 2023 1:56 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Main, Amanda <amain@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP Algorithm

**[External]**

---

Counsel,

7

Please see attached Defendants' updated portion of the joint statement. We note that Plaintiff's portion is one line over, so please update it as needed and return it to us by COB tomorrow for filing.

Thanks,
Amie

Amie Simmons
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5570 office
+1 650 849 7400 fax
asimmons@cooley.com
Pronouns: she, her, hers

**From:** Simmons, Amie
**Sent:** Tuesday, January 31, 2023 1:22 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Main, Amanda <amain@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP Algorithm

Tom,

After reviewing Plaintiff's portion of the joint statement, we are making revisions to our portion.  We will send you an updated version so you have the opportunity to make additional revisions to Plaintiff's portion.

Thanks,
Amie

Amie Simmons
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5570 office
+1 650 849 7400 fax
asimmons@cooley.com
Pronouns: she, her, hers

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Wednesday, January 25, 2023 4:53 PM
**To:** Simmons, Amie <asimmons@cooley.com>; Main, Amanda <amain@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander

<Abe.Alexander@blbglaw.com>; Billy Freeland
<Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette,
Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP
Algorithm

**[External]**

Please find attached the joint statement with Plaintiff's
portion filled in.

**From:** Simmons, Amie <asimmons@cooley.com>
**Sent:** Wednesday, January 25, 2023 2:03 PM
**To:** Main, Amanda <amain@cooley.com>; Thomas
Sperber <Thomas.Sperber@blbglaw.com>; Katie M.
Sinderson <KatieM@blbglaw.com>; Abe Alexander
<Abe.Alexander@blbglaw.com>; Billy Freeland
<Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette,
Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP
Algorithm

**[External]**

Counsel,

Please confirm when we will receive your portion of the
joint statement.

Thanks,
Amie

Amie Simmons
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5570 office
+1 650 849 7400 fax
asimmons@cooley.com
Pronouns: she, her, hers

**From:** Main, Amanda <amain@cooley.com>
**Sent:** Thursday, January 19, 2023 9:29 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>;
Simmons, Amie <asimmons@cooley.com>; Katie M.
Sinderson <KatieM@blbglaw.com>; Abe Alexander
<Abe.Alexander@blbglaw.com>; Billy Freeland
<Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette,
Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP
Algorithm

9

Counsel:

We have been discussing this issue for months and, as stated in our portion of the joint statement, Plaintiff has unreasonably resisted this discovery at every turn.  This joint statement is anything but "unexpected."  Immediately after Plaintiff's deposition, we repeatedly followed up to obtain additional, necessary discovery that was wrongfully withheld from the outset.  This includes data that Plaintiff's model relied on when deciding to purchase BioMarin's stock.  We have reiterated the need for access to Plaintiff's code and the underlying data for months.

The statements in your email below are a complete mischaracterization of the record.  You suggest that Plaintiff produced the spreadsheets "4 days" after we requested them, yet email correspondence (including Plaintiff's own production email) shows beyond dispute that we had been asking about these spreadsheets since December 9 (when we pointed out that the Plaintiff previously produced incomplete information that contradicted its own testimony).  Plaintiff delayed production of those spreadsheets until the end of December, waiting until after we sent numerous unanswered emails making clear we could not accept Plaintiff's further delay on this important issue.  We cautioned we would seek relief from the Court and even offered to make ourselves available for further discussion the following week if so desired.  Plaintiff responded by producing a few additional spreadsheets and showed no interest in discussing further.  We reviewed the additional information produced and determined it was not a substitute for the information requested.

Accordingly, you have received our joint statement on a dispute that has been ongoing since the outset of discovery.  You refuse to provide your response until next Wednesday and we reserve our right to seek relief from the Court relating to Plaintiff's repeated delays.

Amanda A. Main
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5914 office
+1 650 849 7400 fax
amain@cooley.com

---

**From:** Thomas Sperber
<Thomas.Sperber@blbglaw.com>
**Sent:** Thursday, January 19, 2023 7:06 AM

10

**To:** Simmons, Amie <asimmons@cooley.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; Main, Amanda <amain@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** RE: BioMarin - Joint Statement re ATP Algorithm

**[External]**

---

Counsel,

We are surprised to receive your portion of a joint statement considering Plaintiff's many offers to meet and confer on these issues (including on December 14th, 22nd, and 23rd). On December 23, 2022, you asked about the spreadsheets reflecting ATP's August 2020 purchases of BioMarin stock, which we produced 4 days later. We have not heard from you on the issue since. Further supporting the belief that our provision of these spreadsheets put the issue to bed (and that the parties did not need to meet and confer as we requested), you did not mention such discovery on our lengthy meet and confer yesterday. In any event, we are happy to make that clear to the court.

Given our schedules, the unexpected nature of the submission, and Mr. Ramanayake's deposition on Friday, we won't be in a position to provide our response until next Wednesday. We will provide our response then.

Thanks,
Tom

---

**From:** Simmons, Amie <asimmons@cooley.com>
**Sent:** Wednesday, January 18, 2023 1:44 PM
**To:** Katie M. Sinderson <KatieM@blbglaw.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; Main, Amanda <amain@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>
**Subject:** BioMarin - Joint Statement re ATP Algorithm

**[External]**

---

Counsel,

Please see attached Defendants' portion of a joint statement regarding the parties' ongoing dispute over discovery regarding Plaintiff's algorithmic trading model.  Please confirm you will return the statement with Plaintiff's portion this Friday at 9 am pacific/noon eastern so that we can file by end of day Friday.

Thanks,
Amie

Amie Simmons
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5570 office
+1 650 849 7400 fax
asimmons@cooley.com
Pronouns: she, her, hers

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review,

use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.