SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:    (415) 421-6500
Facsimile:    (415) 421-2922

Attorneys for Plaintiffs

*Additional Attorneys Listed on Signature Page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | Case No. 3:20-cv-06719-WHO |
| | Hon. William H. Orrick |
| ALGER CAPITAL APPRECIATION FUND; ALGER MID CAP GROWTH FUND; ALGER HEALTH SCIENCES FUND; ALGER SPECTRA FUND; ALGER DYNAMIC OPPORTUNITIES FUND; ALGER CAPITAL APPRECIATION INSTITUTIONAL FUND; ALGER FOCUS EQUITY FUND; ALGER MID CAP GROWTH INSTITUTIONAL FUND; ALGER CAPITAL APPRECIATION PORTFOLIO; ALGER MIDCAP GROWTH PORTFOLIO; ALGER COLLECTIVE TRUST SPECTRA SERIES; ALGER SICAV - ALGER DYNAMIC OPPORTUNITIES FUND; ALGER SICAV - ALGER AMERICAN ASSET GROWTH FUND; ALGER SICAV - ALGER FOCUS EQUITY FUND; ALGER CAPITAL APPRECIATION SERIES CIT; and ALGER CAPITAL, LLC, | Case No. 4:23-cv-00826-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| | **PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plaintiffs, | |
| v. | |
| BIOMARIN PHARMACEUTICAL INC.; JEAN-JACQUES BIENAIME; and HENRY J. FUCHS, | |
| Defendants. | |

United States District Court
Northern District Of California

Case Nos.
3:20-cv-06719-WHO
4:23-cv-00826-YGR

PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

United States District Court
Northern District Of California

Plaintiffs Alger Capital Appreciation Fund; Alger Mid Cap Growth Fund; Alger Health Sciences Fund; Alger Spectra Fund; Alger Dynamic Opportunities Fund; Alger Capital Appreciation Institutional Fund; Alger Focus Equity Fund; Alger Mid Cap Growth Institutional Fund; Alger Capital Appreciation Portfolio; Alger Midcap Growth Portfolio; Alger Collective Trust Spectra Series; Alger SICAV - Alger Dynamic Opportunities Fund; Alger SICAV - Alger American Asset Growth Fund; Alger SICAV - Alger Focus Equity Fund; Alger Capital Appreciation Series CIT; and Alger Capital, LLC (collectively, the "Alger Plaintiffs"), by and through their undersigned counsel, hereby administratively move to consider whether *Alger Capital Appreciation Fund, et al. v. BioMarin Pharmaceutical Inc., et al.*, Case No. 23-cv-00826-YGR (the "Alger Action"), filed February 23, 2023, should be related to an earlier filed action, *In re BioMarin Pharmaceutical Inc. Securities Litigation*, Case No. 20-cv-06719-WHO (the "Class Action").

Pursuant to Civil Local Rule 3-12(a), an action is related to another action where the two actions "(1) ... concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both criteria are satisfied here. The Alger Action involves facts and circumstances that are common to and substantially overlap with those at issue in the Class Action. Specifically, both the Alger Action and the Class Action allege that Defendants BioMarin Pharmaceutical Inc. ("BioMarin"), Jean-Jacques Bienaimé, and Henry J. Fuchs committed securities fraud in connection with the Food and Drug Administration's approval of BioMarin's new drug, "Valrox," and that the plaintiffs suffered damages when the truth about the FDA's approval was gradually revealed to the market. Accordingly, the Alger Plaintiffs indicated on the Civil Cover Sheet filed in the Alger Action that their Complaint was related to the Class Action. (Dkt. No. 1-17 in the Alger Action.) The Alger Plaintiffs are members of the putative class pending before the Honorable William H. Orrick in the Class Action and have elected to bring a direct action in order to pursue their own individual claims against Defendants BioMarin, Bienaimé, and Fuchs. The parties in the Alger Action are

- 1 -

therefore substantially similar to the parties in the Class Action, as both name identical defendants: BioMarin, Bienaimé, and Fuchs. Discovery and evidence in the Alger Action is therefore likely to overlap with discovery in the Class Action, which is currently ongoing. Given that the Alger Action and the Class Action involve common facts and circumstances, identical defendants, and overlapping legal theories, assigning the Alger Action to Judge Orrick would save judicial effort and economies. If the Alger Action proceeds before a different judge, it will likely cause an unduly burdensome duplication of labor and expense and create the potential for conflicting results.

The Alger Plaintiffs therefore respectfully request that the Alger Action be transferred to Judge Orrick, who is presiding over the lower-docketed and earlier filed Class Action. While Defendants have not yet appeared in the Alger Action, counsel for Defendants advised counsel for the Alger Plaintiffs that they do not oppose the instant Administrative Motion. (Ward Decl. ¶ 2.) While the Alger Plaintiffs make this Administrative Motion as required by the Local Civil Rules and because the reassignment of the Alger Action to Judge Orrick will promote judicial efficiency and economy, they reserve their right to object to the Alger Action otherwise being joined, consolidated, or coordinated with the Class Action in order to avoid any prejudice to the Alger Plaintiffs with respect to the claims asserted in the Alger Action.

//

//

//

//

//

//

//

//

//

//

//

//

- 2 -

Case Nos.
3:20-cv-06719-WHO
4:23-cv-00826-YGR

PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

Dated:  March 13, 2023

Respectfully submitted,

ALGER CAPITAL APPRECIATION FUND; ALGER MID CAP GROWTH FUND; ALGER HEALTH SCIENCES FUND; ALGER SPECTRA FUND; ALGER DYNAMIC OPPORTUNITIES FUND; ALGER CAPITAL APPRECIATION INSTITUTIONAL FUND; ALGER FOCUS EQUITY FUND; ALGER MID CAP GROWTH INSTITUTIONAL FUND; ALGER CAPITAL APPRECIATION PORTFOLIO; ALGER MIDCAP GROWTH PORTFOLIO; ALGER COLLECTIVE TRUST SPECTRA SERIES; ALGER SICAV - ALGER DYNAMIC OPPORTUNITIES FUND; ALGER SICAV - ALGER AMERICAN ASSET GROWTH FUND; ALGER SICAV - ALGER FOCUS EQUITY FUND; ALGER CAPITAL APPRECIATION SERIES CIT; and ALGER CAPITAL, LLC,

*/s/ Robert Charles Ward*

By: _____
ROBERT CHARLES WARD

Lawrence M. Rolnick (*pro hac vice* pending)
Marc B. Kramer (*pro hac vice* pending)
Michael J. Hampson (*pro hac vice* pending)
Nicole T. Castiglione (*pro hac vice* pending)
ROLNICK KRAMER SADIGHI LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com
ncastiglione@rksllp.com

- 3 -

Case Nos.
3:20-cv-06719-WHO
4:23-cv-00826-YGR
9445044

PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED