SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:      (415) 421-6500
Facsimile:      (415) 421-2922

Attorneys for Plaintiffs

*Additional Attorneys Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | Case No. 3:20-cv-06719-WHO |
| | Hon. William H. Orrick |
| ALGER CAPITAL APPRECIATION FUND; ALGER MID CAP GROWTH FUND; ALGER HEALTH SCIENCES FUND; ALGER SPECTRA FUND; ALGER DYNAMIC OPPORTUNITIES FUND; ALGER CAPITAL APPRECIATION INSTITUTIONAL FUND; ALGER FOCUS EQUITY FUND; ALGER MID CAP GROWTH INSTITUTIONAL FUND; ALGER CAPITAL APPRECIATION PORTFOLIO; ALGER MIDCAP GROWTH PORTFOLIO; ALGER COLLECTIVE TRUST SPECTRA SERIES; ALGER SICAV - ALGER DYNAMIC OPPORTUNITIES FUND; ALGER SICAV - ALGER AMERICAN ASSET GROWTH FUND; ALGER SICAV - ALGER FOCUS EQUITY FUND; ALGER CAPITAL APPRECIATION SERIES CIT; and ALGER CAPITAL, LLC, | Case No. 4:23-cv-00826-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| | **DECLARATION OF ROBERT CHARLES WARD IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plaintiffs, | |
| v. | |
| BIOMARIN PHARMACEUTICAL INC.; JEAN-JACQUES BIENAIME; and HENRY J. FUCHS, | |
| Defendants. | |

United States District Court
Northern District Of California

Case Nos.
3:20-cv-06719-WHO
4:23-cv-00826-YGR

DECLARATION OF ROBERT CHARLES WARD IN SUPPORT
OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED

United States District Court
Northern District Of California

I, Robert Charles Ward, declare as follows:

1.    I am a partner at the law firm Shartsis Friese LLP, counsel for Plaintiffs in *Alger Capital Appreciation Fund, et al. v. BioMarin Pharmaceutical Inc., et al.*, Case No. 23-cv-00826-YGR (the "Alger Action").  I am an attorney licensed to practice law in the state of California and admitted to practice before this Court.  I submit this declaration in support of Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should be Related.

2.    Defendants BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, and Henry J. Fuchs have not yet appeared in the Alger Action and therefore a stipulation pursuant to Local Civil Rule 7-12 cannot be obtained.  Nevertheless, counsel for Defendants informed counsel for Plaintiffs on March 7, 2023, that Defendants do not oppose Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 13, 2023, in Walnut Creek, California.

By:    */s/ Robert Charles Ward*
       Robert Charles Ward

- 2 -

Case Nos.
3:20-cv-06719-WHO
4:23-cv-00826-YGR

DECLARATION OF ROBERT CHARLES WARD IN SUPPORT
OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED