SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:    (415) 421-6500
Facsimile:     (415) 421-2922

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | Case No. 3:20-cv-06719-WHO |
| | Hon. William H. Orrick |
| ALGER CAPITAL APPRECIATION FUND; ALGER MID CAP GROWTH FUND; ALGER HEALTH SCIENCES FUND; ALGER SPECTRA FUND; ALGER DYNAMIC OPPORTUNITIES FUND; ALGER CAPITAL APPRECIATION INSTITUTIONAL FUND; ALGER FOCUS EQUITY FUND; ALGER MID CAP GROWTH INSTITUTIONAL FUND; ALGER CAPITAL APPRECIATION PORTFOLIO; ALGER MIDCAP GROWTH PORTFOLIO; ALGER COLLECTIVE TRUST SPECTRA SERIES; ALGER SICAV - ALGER DYNAMIC OPPORTUNITIES FUND; ALGER SICAV - ALGER AMERICAN ASSET GROWTH FUND; ALGER SICAV - ALGER FOCUS EQUITY FUND; ALGER CAPITAL APPRECIATION SERIES CIT; and ALGER CAPITAL, LLC, | Case No. 4:23-cv-00826-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plaintiffs, | |
| v. | |
| BIOMARIN PHARMACEUTICAL INC.; JEAN-JACQUES BIENAIME; and HENRY J. FUCHS, | |
| Defendants. | |

Case Nos.
3:20-cv-06719-WHO
4:23-cv-00826-YGR

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

The Court, having considered Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should be Related, HEREBY ORDERS that *Alger Capital Appreciation Fund, et al. v. BioMarin Pharmaceutical Inc., et al.*, Case No. 23-cv-00826-YGR (the "Alger Action") is related to *In re BioMarin Pharmaceutical Inc. Securities Litigation*, Case No. 20-cv-06719-WHO (the "Class Action"); and, accordingly, the Alger Action is reassigned to the Honorable William H. Orrick, who is presiding over the Class Action.

IT IS SO ORDERED

Dated: _____

_____

The Honorable William H. Orrick

Case Nos.
3:20-cv-06719-WHO
4:23-cv-00826-YGR

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

United States District Court
Northern District Of California