COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
AMANDA A. MAIN (260814)
(amain@cooley.com)
BRETT DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé,
and Henry J. Fuchs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re BioMarin Pharmaceutical Inc. Securities Litigation* | **Case No. 3:20-cv-06719-WHO**<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS AND TO VACATE DATES IN SCHEDULING ORDERS** |

Defendants BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, and Henry J. Fuchs ("Defendants") and Lead Plaintiff Arbejdsmarkedets Tillægspension ("ATP" or "Lead Plaintiff") (collectively with Defendants, the "Parties") stipulate and agree as follows:

WHEREAS, on November 30, 2022, the Court entered the Parties' stipulated class certification briefing schedule, setting the deadline for Defendants' Opposition to Lead Plaintiff's Motion for Class Certification by January 27, 2023, the deadline for Lead Plaintiff's Reply as March 28, 2023, and the Motion for Class Certification Hearing for April 12, 2023 (ECF No. 116);

WHEREAS, on February 14, 2023, the Court held a Case Management Conference and set various deadlines, including the deadline for Fact Discovery cutoff as June 16, 2023, Dispositive Motions to be heard by February 14, 2024, Pretrial Conference for April 15, 2024, and Trial for May 20, 2024 (ECF No. 129);

WHEREAS, on March 8, 2023, the Parties held a full-day private mediation session and reached an agreement in principle to settle the litigation, and on March 14, 2023, the Parties executed a binding Term Sheet setting out the material terms of their settlement, which is subject to negotiation of a more detailed Stipulation of Settlement;

WHEREAS, in the Term Sheet, the Parties agreed to use their best efforts to negotiate in good faith to finalize and execute the Stipulation of Settlement by April 24, 2023 and for Lead Plaintiff to file the motion for preliminary approval of the settlement with the Court by April 28, 2023;

WHEREAS, the Parties agree that to conserve judicial and Party resources, all existing deadlines should be vacated and the case should be stayed until Lead Plaintiff files the motion for preliminary approval for settlement;

WHEREAS, the Parties agree that the dates set forth at the Court's Case Management Conference and in any previous scheduling orders should be vacated;

NOW THEREFORE, the Parties, by and through their undersigned counsel, agree and stipulate to the following:

1.      All existing deadlines are vacated and the case is stayed until Lead Plaintiff files the motion for preliminary approval for settlement.  The Parties expect that Plaintiff will file the motion for preliminary approval by no later than April 28, 2023 and the Parties will file a joint status report

COOLEY LLP

2

with the Court by that date if the motion is not filed.

**IT IS SO STIPULATED.**

Dated: March 20, 2023

COOLEY LLP

*/s/ Patrick E. Gibbs*

Patrick E. Gibbs (183174)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400

Attorneys for Defendants BioMarin
Pharmaceutical Inc., Jean-Jacques Bienaimé,
and Henry J. Fuchs

Dated:  March 20, 2023

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

*/s/ Katherine M. Sinderson*

Salvatore Graziano (admitted *pro hac vice*)
(salvatore@blbglaw.com)
Jeroen Van Kwawegan (admitted *pro hac vice*)
(jeroen@blbglaw.com)
Katherine M. Sinderson (admitted *pro hac vice*)
(katiem@blbglaw.com)
Abe Alexander (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
William E. Freeland (admitted *pro hac vice*)
billy.freeland@blbglaw.com
Thomas Z. Sperber (admitted *pro hac vice*)
(thomas.sperber@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Lead Counsel for Lead Plaintiff and the Class*

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

COOLEY LLP

JOINT STIPULATION AND
[PROPOSED] ORDER
CASE NO. 3:20-CV-06719-WHO

### ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  March 20, 2023                                /s/ *Patrick E. Gibbs*
                                                      Patrick E. Gibbs