**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

SALVATORE GRAZIANO (*pro hac vice*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN (*pro hac vice*)
jeroen@blbglaw.com
KATHERINE M. SINDERSON (*pro hac vice*)
katiem@blbglaw.com
ABE ALEXANDER (*pro hac vice*)
abe.alexander@blbglaw.com
WILLIAM E. FREELAND (*pro hac vice*)
billy.freeland@blbglaw.com
THOMAS Z. SPERBER (*pro hac vice*)
thomas.sperber@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Counsel for Lead Plaintiff*
*Arbejdsmarkedets Tillægspension and*
*Lead Counsel for the Settlement Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | Case No. 3:20-cv-06719-WHO<br><br>**NOTICE OF FILING OF REVISED PROPOSED PRELIMINARY APPROVAL ORDER**<br><br>Judge:  Hon. William H. Orrick<br>Date:    June 7, 2023<br>Time:   2:00 p.m. |

Lead Counsel for Lead Plaintiff Arbejdsmarkedets Tillægspension and the proposed Settlement Class has reviewed the Order Preliminary Approving Settlement and Providing for Notice as Amended recently entered by the Court in *In re Nutanix Securities Litigation*, Case No. 3:19-cv-01651-WHO on May 19, 2023, and the changes that Your Honor made to the proposed settlement notice in that securities class action.

Lead Plaintiff respectfully submits a [Revised Proposed] Order Preliminarily Approving Settlement and Providing for Notice which adopts edits to the previously filed proposed order and the Notice attached as an exhibit thereto (ECF No. 139-2) that parallel those made by Your Honor in *Nutanix*.  Defendants have reviewed and consent to these edits.

Lead Plaintiff respectfully submits the following:

**Exhibit A**: the [Revised Proposed] Order Preliminarily Approving Settlement and Providing for Notice, with its exhibits (in clean); and

**Exhibit B**: a redline comparison of the [Revised Proposed] Order Preliminarily Approving Settlement and Providing for Notice, with its exhibits, as compared to those submitted on April 28, 2023 (ECF No. 139-2).

Dated: June 5, 2023                          Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Katherine M. Sinderson*
SALVATORE GRAZIANO (*pro hac vice*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN (*pro hac vice*)
jeroen@blbglaw.com
KATHERINE M. SINDERSON (*pro hac vice*)
katiem@blbglaw.com
ABE ALEXANDER (*pro hac vice*)
abe.alexander@blbglaw.com
WILLIAM E. FREELAND (*pro hac vice*)
billy.freeland@blbglaw.com
THOMAS Z. SPERBER (*pro hac vice*)
thomas.sperber@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

NOTICE OF FILING OF REVISED PRELIMINARY APPROVAL ORDER        1        CASE NO. 3:20-CV-6719-WHO

Fax: (212) 554-1444

JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

*Lead Counsel for Lead Plaintiff*
*and the Settlement Class*