**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** June 7, 2023 | **Time:** 1 minutes 1:56 p.m. to 1:57 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-06719-WHO | **Case Name:** In re BioMarin Pharmaceutical Inc. Securities | |

**Attorneys for Plaintiffs:**   Salvatore Graziano and Katherine M. Sinderson
**Attorney for Defendant:**   Brett Hom DeJarnette

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Scott Coniam

**PROCEEDINGS**

Hearing on preliminary approval of settlement conducted via videoconference. The Court finds that the proposed settlement is in the range of fair, reasonable and adequate and expects to grant the proposed order that has been submitted with minor changes.