# Exhibit 2

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

SALVATORE GRAZIANO (*pro hac vice*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN (*pro hac vice*)
jeroen@blbglaw.com
KATHERINE M. SINDERSON (*pro hac vice*)
katiem@blbglaw.com
ABE ALEXANDER (*pro hac vice*)
abe.alexander@blbglaw.com
WILLIAM E. FREELAND (*pro hac vice*)
Billy.freeland@blbglaw.com
THOMAS Z. SPERBER (*pro hac vice*)
thomas.sperber@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Counsel for Lead Plaintiff Arbejdsmarkedets*
*Tillægspension and Lead Counsel for the*
*Settlement Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

IN RE BIOMARIN PHARMACEUTICAL
INC. SECURITIES LITIGATION

Case No. 3:20-cv-06719-WHO

**DECLARATION OF TORBEN**
**CHRISTENSEN ON BEHALF OF**
**ARBEJDSMARKEDETS**
**TILLÆGSPENSION IN SUPPORT OF**
**(I) LEAD PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF SETTLEMENT**
**AND PLAN OF ALLOCATION, AND**
**(II) LEAD COUNSEL'S MOTION FOR**
**ATTORNEYS' FEES AND LITIGATION**
**EXPENSES**

Judge:  Hon. William H. Orrick
Date:   November 8, 2023
Time:   2:00 p.m.

DECLARATION OF TORBEN
CHRISTENSEN

CASE NO. 3:20-CV-6719-WHO

I, TORBEN CHRISTENSEN, declare as follows:

1.     I serve as Legal Director for Arbejdsmarkedets Tillægspension ("ATP" or "Lead Plaintiff"), the Court-appointed Lead Plaintiff in the above-captioned action (the "Action").[1]  I submit this declaration in support of: (a) Lead Plaintiff's motion for final approval of the proposed settlement of the Action for $39 million in cash (the "Settlement") and approval of the proposed Plan of Allocation; (b) Lead Counsel's motion for attorneys' fees and litigation expenses; and (c) ATP's request to recover its reasonable costs and expenses incurred in connection with the prosecution of this litigation.  I am authorized to make this Declaration on behalf of ATP.  I have personal knowledge about the information in this Declaration and, if called upon, I could and would competently testify thereto.

I.     **Background**

   A.     **ATP**

2.     ATP is a Denmark-based pension fund founded in 1964.  ATP provides retirement allowances and other benefits to Danish citizens.  At the end of 2022, ATP managed more than 677 billion DKK (approximately $97 billion USD), benefiting more than five and a half million members.

3.     As set forth in prior pleadings in this Action, ATP purchased over 177,000 shares of common stock issued by BioMarin Pharmaceutical Inc. ("BioMarin") during the Class Period and suffered substantial losses when BioMarin's stock price declined following the corrective disclosures alleged in the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 54) (the "Complaint").

4.     On December 22, 2020, the Court issued an Order appointing ATP as the Lead Plaintiff in the Action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approving ATP's selection of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") as Lead Counsel in the Action.

---

[1] Unless otherwise indicated, capitalized terms shall have the meanings set forth in the Stipulation and Agreement of Settlement, dated April 24, 2023 (ECF No. 139-1) (the "Stipulation").

**B.     ATP's Extensive Participation
in the Prosecution and Settlement of this Action**

5.     Since its appointment as Lead Plaintiff, ATP has closely monitored the prosecution of this Action through the active and continuous involvement of myself, as well as Tomas Kruger Andersen, ATP's Head of Legal, and other ATP employees. We have had regular communications with BLB&G concerning the prosecution and settlement of this case. We have communicated with BLB&G throughout the litigation, including in connection with each material event in the case and when important decisions needed to be made. When necessary, we briefed other representatives of ATP on the status of the Action.

6.     Throughout the litigation, ATP engaged in frequent discussions with BLB&G concerning case developments and strategy, and received frequent status reports from BLB&G. Among other things, in its role as a Lead Plaintiff, ATP has:

a.     Analyzed the merits of the potential case prior to seeking appointment as Lead Plaintiff in this Action, including evaluating: (i) the potential alleged wrongdoing of and securities claims against BioMarin and the other Defendants; and (ii) the critical legal and procedural issues involved in prosecuting the Action;

b.     Reviewed and commented on pleadings filed in the Action, including the Complaint;

c.     Reviewed and commented on briefs filed in the Action, including the documents filed in opposition to Defendants' motion to dismiss the Complaint and in support of Lead Plaintiff's motion to certify the class;

d.     Searched for and collected documents for production in response to Defendants' requests and consulted with BLB&G regarding the same;

e.     Consulted with BLB&G regarding counsel's review and assessment of the document discovery obtained from Defendants;

f.     Representatives of ATP, including myself and Senior Portfolio Manager, Stig Harder, prepared and sat for depositions taken by Defendants' Counsel;

DECLARATION OF TORBEN
CHRISTENSEN                                    2                    CASE NO. 3:20-CV-6719-WHO

g. Participated in the mediation process and consulted with Lead Counsel concerning the settlement negotiations that ultimately led to the agreement in principle to settle the Action; and

h. Evaluated and approved the mediator's recommendation issued by the mediator, Michelle Yoshida, that the Action be settled for $39 million in cash.

**II.    ATP Strongly Endorses Approval of the Settlement and the Plan of Allocation**

7. Based on ATP's oversight of the prosecution and negotiations for the proposed settlement of this Action, ATP strongly endorses the Settlement and believes it provides a favorable recovery for the Settlement Class, especially when measured against the substantial risks of establishing liability and damages. ATP also endorses the proposed Plan of Allocation, and believes that it represents a fair and reasonable method for valuing claims submitted by Settlement Class Members, and for distributing the Net Settlement Fund to Settlement Class Members who submit valid and timely proof of claim forms.

**III.   ATP Supports Lead Counsel's Motion
for Attorneys' Fees and Litigation Expenses**

8. ATP also supports Lead Counsel's requested fee of 19% of the Settlement Fund. ATP takes seriously its role as a Lead Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate counsel for the work involved and the substantial risks they undertook in litigating the Action. ATP negotiated and approved that fee, subject to Court approval, pursuant to a retention agreement entered into at the outset of the action, which provided for different levels of percentage fees based on the state of litigation at which settlement or other recovery was reached. Under the retainer agreement, ATP agreed that BLB&G could seek a 19% fee if a settlement was reached after resolution of the motion to dismiss and before the completion of fact discovery.

9. Following the agreement to settle the Action, ATP has again reviewed the proposed fee and believes it is fair and reasonable in light of the excellent result obtained for the Settlement Class, the high quality of the work performed by Lead Counsel, and the risks undertaken by counsel in this Action. Based on its active participation in the prosecution of this Action, ATP was able to

directly observe the substantial efforts undertaken by Lead Counsel to obtain a favorable proposed recovery for the Settlement Class and the meaningful litigation risks they faced.

10.    ATP further believes that Lead Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action.  As a result, ATP has approved the request for payment of expenses submitted by Lead Counsel.

11.    Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, ATP supports Lead Counsel's motion for attorneys' fees and expenses.

**IV.    ATP's Request for Reimbursement of Costs and Expenses**

12.    ATP understands that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the PSLRA.  For this reason, in connection with Lead Counsel's request for payment of Litigation Expenses, ATP seeks reimbursement for the time that it dedicated to the representation of the Settlement Class in the Action.

13.    One of my responsibilities as Legal Director of ATP is to monitor outside litigation matters, including ATP's activities in securities class actions where (as here) it has been appointed lead plaintiff.  In addition to me, the following ATP employees also participated in the prosecution and settlement of this Action: Tomas Kruger Andersen, ATP's Head of Legal; Stig Harder, Senior Portfolio Manager; Benjamin Henriksen, Chief Information Security Officer; and Peter Staehre, Security Officer.  The work that we performed is summarized in paragraphs 5 and 6 above.  In addition, employees with ATP's external data housing provider, KMD, also assisted ATP in gathering documents and electronically stored information in response to Defendants' requests for documents.

14.    The time that I and other ATP employees devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for ATP and, thus, represented a cost to ATP. ATP seeks reimbursement in the amount of $127,400 for the time of the following personnel:

| Personnel | Hours | Hourly Rate | Total |
|---|---|---|---|
| Tomas Kruger Andersen, Head of Legal | 30 | $500 | $15,000 |

DECLARATION OF TORBEN CHRISTENSEN                    4                    CASE NO. 3:20-CV-6719-WHO

| | | | |
|---|---|---|---|
| Torben Christensen, Legal Director | 106 | $500 | $53,000 |
| Stig Harder, Senior Portfolio Manager | 73 | $500 | $36,500 |
| Benjamin Henriksen, Chief Information Security Officer | 20 | $500 | $10,000 |
| Peter Staehr, Security Officer | 43 | $300 | $12,900 |
| **TOTAL** | | | **$127,400** |

15.     While ATP devoted a significant amount of time to this Action, its request for reimbursement of costs, as set forth in the table above, is based on a conservative estimate of the number of hours we spent on this litigation.  The hourly rates used for purposes of this request are based on comparable rates for lawyers or other professionals of similar experience working in the Copenhagen market.

**V.     Conclusion**

16.     In conclusion, ATP was closely involved with the prosecution and settlement of this Action, strongly endorses the proposed Settlement as fair, reasonable, and adequate, and believes that it represents a highly favorable recovery for the Settlement Class in light of the risks of continued litigation.  We have reviewed and endorse the proposed Plan of Allocation as fair and reasonable for the Settlement Class.  ATP further respectfully requests that the Court approve Lead Counsel's motion for attorneys' fees and litigation expenses.  Finally, ATP requests reimbursement for its costs and expenses under the PSLRA as set forth above.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct to the best of my knowledge, information, and belief.  Executed this 4th day of October, 2023.

_____
TORBEN CHRISTENSEN

DECLARATION OF TORBEN CHRISTENSEN                    5                    CASE NO. 3:20-CV-6719-WHO