# Exhibit 5

**EXHIBIT 5**

*In re BioMarin Pharmaceutical Inc. Securities Litigation*,
Case No. 3:20-cv-06719-WHO (N.D. Cal.)

**SUMMARY OF LEAD COUNSEL'S HOURS AND LODESTAR**

From Inception to September 15, 2023

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Abe Alexander | 859.25 | $900 | $773,325.00 |
| Scott Foglietta | 64.00 | $900 | $57,600.00 |
| Salvatore J. Graziano | 201.75 | $1,250 | $252,187.50 |
| Gerald Silk | 120.00 | $1,250 | $150,000.00 |
| Katherine M. Sinderson | 825.00 | $975 | $804,375.00 |
| | | | |
| **Senior Counsel** | | | |
| David L. Duncan | 88.25 | $825 | $72,806.25 |
| Catherine van Kampen | 17.50 | $775 | $13,562.50 |
| | | | |
| **Associates** | | | |
| Girolamo Brunetto | 127.75 | $650 | $83,037.50 |
| William Freeland | 875.00 | $525 | $459,375.00 |
| Benjamin Horowitz | 17.75 | $475 | $8,431.25 |
| Rebecca Kim | 10.50 | $500 | $5,250.00 |
| Christopher Miles | 282.25 | $575 | $162,293.75 |
| Thomas Sperber | 665.00 | $475 | $315,875.00 |
| | | | |
| **Senior Staff Attorney** | | | |
| Lawrence Hosmer | 594.50 | $425 | $252,662.50 |
| | | | |
| **Staff Attorneys** | | | |
| Claudia Carten | 288.50 | $400 | $115,400.00 |
| Jerome Mitchell | 1,452.25 | $425 | $617,206.25 |
| Yeruchem Neiman | 1,768.00 | $425 | $751,400.00 |
| Stephen Roehler | 845.00 | $425 | $359,125.00 |
| Ruben Sindahl | 116.50 | $375 | $43,687.50 |

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| Lewis Smith | 1,406.25 | $425 | $597,656.25 |
| Juan Vera | 238.00 | $400 | $95,200.00 |
| | | | |
| **Financial Analysts** | | | |
| Nick DeFilippis | 28.00 | $650 | $18,200.00 |
| Rachel Graf | 18.50 | $400 | $7,400.00 |
| Adam Weinschel | 17.75 | $600 | $10,650.00 |
| | | | |
| **Investigators** | | | |
| Robin Barnier | 208.00 | $425 | $88,400.00 |
| Amy Bitkower | 77.25 | $600 | $46,350.00 |
| Jacob Foster | 142.00 | $325 | $46,150.00 |
| Jenna Goldin | 452.25 | $425 | $192,206.25 |
| Joelle Sfeir | 63.75 | $475 | $30,281.25 |
| | | | |
| **Case Managers & Paralegals** | | | |
| Khristine de Leon | 29.25 | $325 | $9,506.25 |
| Janielle Lattimore | 52.75 | $400 | $21,100.00 |
| Michelle Leung | 184.25 | $375 | $69,093.75 |
| Matthew Mahady | 24.75 | $375 | $9,281.25 |
| Nycol Morrisey | 10.25 | $375 | $3,843.75 |
| Preya Rodriguez | 198.75 | $375 | $74,531.25 |
| Gary Weston | 9.75 | $400 | $3,900.00 |
| | | | |
| **Litigation Support** | | | |
| Robert Santamarina | 110.50 | $450 | $49,725.00 |
| | | | |
| **Managing Clerk** | | | |
| Mahiri Buffong | 74.00 | $425 | $31,450.00 |
| | | | |
| **TOTALS:** | **12,564.75** | | **$6,702,525.00** |