# Exhibit 6

**EXHIBIT 6**

*In re BioMarin Pharmaceutical Inc. Securities Litigation*,
Case No. 3:20-cv-06719-WHO (N.D. Cal.)

**SUMMARY DESCRIPTIONS OF WORK PERFORMED
BY LEAD COUNSEL'S ATTORNEYS**

**<u>PARTNERS</u>**

**Abe Alexander** (859.25 hours): Mr. Alexander was extensively involved in all aspects of the litigation including investigating the claims and researching and drafting the Complaint, Lead Plaintiff's opposition to Defendants' motion to dismiss, Lead Plaintiff's motion for class certification, advising Lead Plaintiff, and preparing and defending the depositions of the two representatives of Lead Plaintiff and Lead Plaintiff's expert.  Mr. Alexander also played a central role in discovery efforts and deposition preparation, including discovery directed at the FDA, and worked extensively with Lead Plaintiff's experts.  Mr. Alexander also participated in preparing Lead Plaintiff's mediation submission, and participated in the mediation and settlement negotiations.

**Scott Foglietta** (64 hours): Mr. Foglietta is a member of the Firm's New Matters department.  Mr. Foglietta was primarily responsible for analyzing Lead Plaintiff's potential claims during the early stages of the litigation, advising ATP regarding the merits of the matter and the role of the Lead Plaintiff, and in drafting the submissions made in support of the motion for appointment of ATP as Lead Plaintiff.

**Salvatore J. Graziano** (201.75 hours): Mr. Graziano is a member of BLB&G's management committee and was the partner responsible for supervising the litigation as a whole and overseeing all aspects of case management and prosecution.  Mr. Graziano was involved in the drafting and the investigation of the Complaint and the briefing of Defendants' motion to dismiss.  Mr. Graziano also appeared on behalf of Lead Plaintiff in oral argument related to Defendants' motion to dismiss and oversaw Lead Plaintiff's motion for class certification and discovery efforts.  Mr. Graziano was principally responsible for the mediation and settlement negotiations on behalf of Lead Plaintiff.

**Gerald Silk** (120 hours): Mr. Silk is a member of BLB&G's management committee, and the head of the Firm's New Matters department.  Mr. Silk participated in the initial analysis of the case, advising ATP regarding the merits of the matter and the role of the Lead Plaintiff, and in strategic and tactical decisions throughout the litigation.

**Katherine M. Sinderson** (825 hours): Ms. Sinderson was the partner responsible for supervising the day-to-day handling and strategy of the litigation and, together with Mr. Graziano, overseeing all aspects of case management and prosecution.  Ms. Sinderson was involved in drafting the Complaint, the briefing of Lead Plaintiff's opposition to Defendants' motion to dismiss, and Lead Plaintiff's motion for class certification.  Ms. Sinderson also oversaw discovery efforts on Defendants and third parties, including numerous meet and confers and discovery disputes before

the Court and took the deposition of a former BioMarin employee. She was responsible for strategy relating to case management issues. Ms. Sinderson also participated in preparing Lead Plaintiff's mediation submission, and she attended and actively participated in the mediation and settlement negotiations.

## SENIOR COUNSEL

**David L. Duncan** (88.25 hours): Mr. Duncan is a member of the Firm's Settlement Department. Mr. Duncan's primary role at the Firm is to manage and implement class action settlements. In that capacity, Mr. Duncan participated in drafting, editing, and coordinating the settlement documentation, including the Term Sheet and the Stipulation of Settlement and related exhibits. Mr. Duncan was also responsible for coordinating with the administrator regarding dissemination of notice to the Settlement Class and for drafting Lead Plaintiff's motions for preliminary and final approval of the Settlement.

**Catherine Van Kampen** (17.5 hours): Ms. Van Kampen is also a member of the Settlement Department. Ms. van Kampen had responsibility for coordinating the process of selecting the claims administrator through a bidding process, as well as other matters related to the administration of the Settlement, including responsibility for banking matters and administration of the escrow account.

## ASSOCIATES

**Girolamo "Jimmy" Brunetto** (127.75 hours): Mr. Brunetto, an associate in the Firm's New Matters department, was involved in analyzing Lead Plaintiff's potential claims during the early stages of the litigation. Mr. Brunetto prepared a detailed memorandum to ATP concerning the claims at the outset of the litigation and assisted in preparing the briefing in support of ATP's motion for appointment as Lead Plaintiff.

**William Freeland** (875 hours): Mr. Freeland was involved in multiple aspects of the case, including many aspects of the discovery process, including (i) drafting requests for production of documents and interrogatories and responses to same; (ii) overseeing the review of document produced; (iii) participating in meet and confers with Defendants concerning discovery issues; (iv) drafting submissions concerning discovery disputes and conducting related legal research; and (v) preparing for depositions. Mr. Freeland was also involved in researching and drafting the class certification motion; preparing the mediation statement; and preparing the final settlement papers.

**Benjamin Horowitz** (17.75 hours): Mr. Horowitz, a former associate at BLB&G, was involved in in researching and drafting Lead Plaintiff's reply brief in support of class certification.

**Rebecca Kim** (10.5 hours): Ms. Kim, a former associate at BLB&G in the New Matters department, was involved in the initial assessment of the case.

**Christopher Miles** (282.25 hours): Mr. Miles, a former associate at BLB&G, was primarily involved in researching and drafting the Complaint and Lead Plaintiff's opposition to Defendants' motion to dismiss.

**Thomas Sperber** (665 hours): Mr. Sperber was involved in multiple aspects of the case, including: (i) researching and drafting the opposition to Defendants' motion to dismiss the Complaint; (ii) various aspects of discovery, including drafting document requests, initial disclosures, and a proposed protective order; drafting responses to Defendants' document requests and interrogatories; and reviewing and analyzing documents produced by Defendants and third parties; (iii) participating in meet and confers with Defendants concerning discovery issues and drafting submissions concerning discovery disputes; (iv) preparing for and participating in depositions; (v) assisting in drafting of Lead Plaintiff's motion for class certification; and (vi) assisting in mediation and settlement efforts.

**SENIOR STAFF ATTORNEYS**

**Lawrence Hosmer** (594.5 hours): Mr. Hosmer was primarily involved in fact discovery, including review and analysis of documents produced by Defendants and various third parties, preparing a proposed deposition plan, and coordinating the work of the other Staff Attorneys.

**STAFF ATTORNEYS**

**Claudia Carten** (288.5 hours): Ms. Carten was primarily involved in fact discovery, including review and analysis of documents produced by Defendants and preparing a list of potential fact deponents based on documents reviewed.

**Jerome Mitchell** (1,452.25 hours): Mr. Mitchell was primarily involved in fact discovery, including review and analysis of documents produced by Defendants, ATP, and third parties; assisting in preparation of a deposition plan and reviewing documents in preparation for depositions; and the targeted review and analysis of documents to create timelines, prepare the mediation statement, and analyze certain substantive issues.

**Yeruchem Neiman** (1,768 hours): Mr. Neiman was primarily involved in fact discovery, including review and analysis of documents produced by Defendants; reviewing documents to prepare "deposition kits" for upcoming depositions, as well as the targeted review and analysis of documents to analyze certain substantive issues.

**Stephen Roehler** (845 hours): Mr. Roehler was primarily involved in fact discovery, including review and analysis of documents produced by Defendants; reviewing documents to prepare "deposition kits" for upcoming depositions, as well as the targeted review and analysis of documents to analyze certain substantive issues.

**Ruben Sindahl** (116.5 hours): Mr. Sindahl, a Danish-speaking attorney, was primarily involved in the review and analysis of Lead Plaintiff's documents, including Danish-language documents, for relevance and privilege.

**Lewis Smith** (1,406.25 hours): Mr. Smith was primarily involved in fact discovery, including review and analysis of documents produced by Defendants and assisting in preparation for depositions.

**Juan Vera** (238 hours): Mr. Vera was primarily involved in fact discovery, including review and analysis of documents produced by Defendants.