# Exhibit 7

**EXHIBIT 7**

*In re BioMarin Pharmaceutical Inc. Securities Litigation,*
*Case No. 3:20-cv-06719-WHO*

**LEAD COUNSEL'S TIME BY LITIGATION CATEGORY**
Inception through September 15, 2023

**Categories:**

| | | | |
|---|---|---|---|
| **(1) Investigation & Case Analysis** | **(5) Class Certification** | **(9) Expert Work** | **(13) Docket/News Monitoring Updates** |
| **(2) Lead Plaintiff Motion** | **(6) Discovery Communications & Disputes** | **(10) Mediation & Settlement** | **(14) Client Communications** |
| **(3) Complaint** | **(7) Written/Document Discovery** | **(11) Case Management** | |
| **(4) Motion to Dismiss** | **(8) Depositions** | **(12) Case Strategy & Analysis** | |

| Name | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Total Hours | Rate | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | | | | | | | | | | | |
| Abe Alexander | 42.75 | | 250.50 | 164.75 | 7.50 | 119.25 | 114.75 | 43.25 | 56.25 | 38.25 | 8.25 | | | 13.75 | 859.25 | $900 | $773,325.00 |
| Scott Foglietta | 10.00 | 25.00 | | | | | | | 1.00 | | 2.00 | | | 26.00 | 64.00 | $900 | $57,600.00 |
| Salvatore J. Graziano | 3.75 | | 6.00 | 86.25 | 3.50 | 23.75 | 3.00 | 0.75 | 1.25 | 66.50 | 1.50 | 2.50 | | 3.00 | 201.75 | $1,250 | $252,187.50 |
| Gerald Silk | 55.50 | 6.00 | 21.00 | 4.00 | | | | | | | | 29.75 | | 3.75 | 120.00 | $1,250 | $150,000.00 |
| Katherine M. Sinderson | 20.25 | | 148.00 | 137.25 | 17.50 | 186.50 | 162.50 | 55.25 | 6.75 | 56.25 | 12.25 | 4.25 | | 18.25 | 825.00 | $975 | $804,375.00 |
| **Senior Counsel** | | | | | | | | | | | | | | | | | |
| David L. Duncan | | | | | | | | | | 88.25 | | | | | 88.25 | $825 | $72,806.25 |
| Catherine van Kampen | | | | | | | | | | 17.50 | | | | | 17.50 | $775 | $13,562.50 |
| **Associates** | | | | | | | | | | | | | | | | | |
| Girolamo Brunetto | 42.75 | 7.00 | | | | | | | 5.00 | | | | | 73.00 | 127.75 | $650 | $83,037.50 |
| William Freeland | 2.75 | | | 9.25 | 62.75 | 267.25 | 337.75 | 85.00 | 13.25 | 58.25 | 24.50 | 1.75 | 2.25 | 10.25 | 875.00 | $525 | $459,375.00 |
| Benjamin Horowitz | | | | 17.75 | | | | | | | | | | | 17.75 | $475 | $8,431.25 |
| Rebecca Kim | 10.50 | | | | | | | | | | | | | | 10.50 | $500 | $5,250.00 |
| Christopher Miles | 8.50 | | 123.25 | 149.00 | | | | | 0.75 | | 0.75 | | | | 282.25 | $575 | $162,293.75 |
| Thomas Sperber | | | | 85.75 | 27.00 | 250.00 | 163.75 | 26.75 | 13.00 | 46.25 | 35.50 | 1.75 | | 15.25 | 665.00 | $475 | $315,875.00 |
| **Senior Staff Attorney** | | | | | | | | | | | | | | | | | |
| Lawrence Hosmer | | | | | 10.00 | | 397.25 | 184.25 | | 3.00 | | | | | 594.50 | $425 | $252,662.50 |
| **Staff Attorneys** | | | | | | | | | | | | | | | | | |
| Claudia Carten | | | | | | | 230.00 | 58.50 | | | | | | | 288.50 | $400 | $115,400.00 |
| Jerome Mitchell | | | | | | 1.00 | 1,088.25 | 352.00 | | 11.00 | | | | | 1,452.25 | $425 | $617,206.25 |
| Yeruchem Neiman | | | | | | | 1,608.00 | 160.00 | | | | | | | 1,768.00 | $425 | $751,400.00 |
| Stephen Roehler | | | | | | | 500.25 | 308.25 | | 36.50 | | | | | 845.00 | $425 | $359,125.00 |
| Ruben Sindahl | | | | | | | 116.50 | | | | | | | | 116.50 | $375 | $43,687.50 |
| Lewis Smith | | | | | 4.50 | 3.00 | 1,190.25 | 206.50 | | 2.00 | | | | | 1,406.25 | $425 | $597,656.25 |
| Juan Vera | | | | | | | 238.00 | | | | | | | | 238.00 | $400 | $95,200.00 |
| **Financial Analysts** | | | | | | | | | | | | | | | | | |
| Nick DeFilippis | 28.00 | | | | | | | | | | | | | | 28.00 | $650 | $18,200.00 |
| Rachel Graf | 18.50 | | | | | | | | | | | | | | 18.50 | $400 | $7,400.00 |
| Adam Weinschel | 6.75 | 8.50 | | 0.50 | | | | | | | | 1.00 | | 1.00 | 17.75 | $600 | $10,650.00 |
| **Investigators** | | | | | | | | | | | | | | | | | |
| Robin Barnier | 208.00 | | | | | | | | | | | | | | 208.00 | $425 | $88,400.00 |
| Amy Bitkower | 71.25 | | | | | 4.75 | 0.75 | | | 0.50 | | | | | 77.25 | $600 | $46,350.00 |
| Jacob Foster | 142.00 | | | | | | | | | | | | | | 142.00 | $325 | $46,150.00 |
| Jenna Goldin | 446.25 | | | | | | 6.00 | | | | | | | | 452.25 | $425 | $192,206.25 |
| Joelle Sfeir | 63.00 | | | | | 0.75 | | | | | | | | | 63.75 | $475 | $30,281.25 |

| Name | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Total Hours | Rate | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case Managers & Paralegals** | | | | | | | | | | | | | | | | | |
| Khristine de Leon | 1.00 | 17.00 | | | | | 0.25 | | 1.00 | 2.00 | 3.50 | | | 4.50 | 29.25 | $325 | $9,506.25 |
| Janielle Lattimore | 0.75 | | 6.75 | 6.00 | 9.00 | 1.75 | 5.00 | 0.25 | | 5.50 | 17.75 | | | | 52.75 | $400 | $21,100.00 |
| Michelle Leung | 17.00 | 0.25 | 17.25 | 11.25 | 14.75 | 21.00 | 28.00 | 30.50 | 2.50 | 19.00 | 21.75 | | 1.00 | | 184.25 | $375 | $69,093.75 |
| Matthew Mahady | | 21.00 | | 0.25 | | | 0.50 | | 0.75 | | | | | 2.25 | 24.75 | $375 | $9,281.25 |
| Nycol Morrisey | | | | | 1.25 | | 9.00 | | | | | | | | 10.25 | $375 | $3,843.75 |
| Preya Rodriguez | 12.25 | | 13.00 | 33.25 | 19.25 | 31.50 | 73.50 | | | | 1.00 | | 15.00 | | 198.75 | $375 | $74,531.25 |
| Gary Weston | | | | 0.25 | 1.75 | 2.25 | 1.00 | 0.25 | | 0.25 | 4.00 | | | | 9.75 | $400 | $3,900.00 |
| **Litigation Support** | | | | | | | | | | | | | | | | | |
| Robert Santamarina | 3.00 | | | | | | 91.75 | 6.75 | 2.75 | | 6.25 | | | | 110.50 | $450 | $49,725.00 |
| **Managing Clerk** | | | | | | | | | | | | | | | | | |
| Mahiri Buffong | | | 0.25 | 0.75 | | 2.75 | 4.25 | | | 1.25 | 64.75 | | | | 74.00 | $425 | $31,450.00 |
| | | | | | | | | | | | | | | | | | |
| **TOTAL:** | **1,214.50** | **84.75** | **586.00** | **688.50** | **196.50** | **915.50** | **6,370.25** | **1,518.25** | **104.25** | **452.25** | **203.75** | **41.00** | **18.25** | **171.00** | **12,564.75** | | **$6,702,525.00** |