# Exhibit 9

**EXHIBIT 9**

*In re BioMarin Pharmaceutical Inc. Securities Litigation*,
Case No. 3:20-cv-06719-WHO (N.D. Cal.)

**LEAD COUNSEL' EXPENSE REPORT**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $2,319.00 |
| Service of Process | $1,475.32 |
| Online Factual Research | $15,881.63 |
| Online Legal Research | $42,172.59 |
| Document Management & Litigation Support | $9,550.08 |
| Telephone | $68.92 |
| Postage & Express Mail | $1,506.39 |
| Hand Delivery Charges | $138.50 |
| Local Transportation | $1,660.89 |
| Outside Copying & Printing | $912.83 |
| Out-of-Town Travel | $8,944.93 |
| Working Meals | $958.10 |
| Court Reporting & Transcripts | $13,586.10 |
| Experts & Consultants | $284,177.50 |
| Mediation | $13,700.00 |
|  |  |
| **TOTAL:** | **$397,052.78** |