# Exhibit 1

**BERNSTEIN LITOWITZ BERGER**
**  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

SALVATORE GRAZIANO (*pro hac vice*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN (*pro hac vice*)
jeroen@blbglaw.com
KATHERINE M. SINDERSON (*pro hac vice*)
katiem@blbglaw.com
ABE ALEXANDER (*pro hac vice*)
abe.alexander@blbglaw.com
WILLIAM E. FREELAND (*pro hac vice*)
billy.freeland@blbglaw.com
THOMAS Z. SPERBER (*pro hac vice*)
thomas.sperber@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Counsel for Lead Plaintiff Arbejdsmarkedets*
*Tillægspension and Lead Counsel for the*
*Settlement Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | Case No. 3:20-cv-06719-WHO<br><br>**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING (I) MAILING OF NOTICE AND CLAIM FORM; AND (III) REPORT ON REQUESTS FOR EXCLUSION AND CLAIMS RECEIVED**<br><br>Dept: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick<br>Date: November 8, 2023<br>Time: 2:00 p.m. |

ADAM D. WALTER, declares as follows:

1.      I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data").   Pursuant to the Court's June 8, 2023 Order Granting Preliminary Approval (ECF No. 146) (the "Preliminary Approval Order"), the Court approved the retention of A.B. Data as the Claims Administrator in connection with the Settlement for the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Adam D. Walter Regarding (I) Mailing of Notice and Claim Form; (II) Publication of the Summary Notice; and (III) Report on Requests for Exclusion Received to Date (ECF No. 149-4) (the "Initial Mailing Declaration").   The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

**CONTINUED DISSEMINATION OF THE NOTICE PACKET**

2.      Since the execution of my Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Notice and Claim Form (the "Notice Packet") in response to additional requests from potential members of the Settlement Class, brokers, and nominees.   Through October 31, 2023, A.B. Data has mailed a total of 103,387 Notice Packets to potential Settlement Class Members and nominees.

3.      In addition, A.B. Data has re-mailed a total of 964 Notice Packets to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were provided to A.B. Data by the Postal Service.  The U.S. Postal Service has returned a total of 249 Notice Packets as undeliverable for which A.B. Data has not been able to obtain an updated address.  This number of undeliverable notices—which represents less than 0.3% of the total number of Notice Packets mailed—is lower than the rate of undeliverable notices typically seen in comparable class actions. *See In re Yahoo! Inc. Sec. Litig.*, Case No. 5:17-cv-00373-LHK, Post-Distribution Accounting (N.D. Cal. Apr. 17, 2020), ECF No. 160 (2.4% of notices were

---

[1] Unless otherwise defined in this declaration, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement dated April 24, 2023 (ECF No. 139-1) (the "Stipulation").

SUPP. DECL. OF ADAM D. WALTER                                                                 1
Case No. 3:20-cv-06719-WHO

undeliverable); *In re RH, Inc. Sec. Litig.*, Case No. 4:17-00554-YGR, Post-Distribution Accounting (N.D. Cal. Apr. 2, 2020), ECF No. 131 (1.7% of notices were undeliverable); *In re RH, Inc. Sec. Litig.*, Case No. 4:17-00554-YGR, Suppl. Miller Decl. (N.D. Cal. Oct. 15, 2019), ECF No. 147-4 (citing three cases in which the undeliverable rate ranged from 2% to 5%).

### TELEPHONE HELPLINE AND WEBSITE

4.      A.B. Data continues to maintain the toll-free telephone number (1-877-390-3369) with an interactive voice response system ("IVR") and live operators during business hours to accommodate any inquiries from potential members of the Settlement Class.  Since the administration began on June 30, 2023, A.B. Data has received 344 in-bound calls, which included 3 hours and 6 minutes spent by callers interacting with the IVR and 13 hours and 25 minutes speaking with A.B. Data's live operators.  A.B. Data has made 52 out-bound calls to respond to messages left or to follow up on earlier communications.  A.B. Data has also received 189 emails sent to info@BioMarinSecuritiesLitigation.com and has sent 174 outgoing emails in connection with this case.

5.      A.B. Data also continues to maintain the dedicated website for the Action (BioMarinSecuritiesLitigation.com) in order to assist potential members of the Settlement Class. On October 5, 2023, A.B. Data posted to the website copies of the papers filed in support of the motion for final approval of the Settlement and Plan of Allocation and in support of Lead Counsel's motion for attorneys' fees and expenses.  A.B. Data will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

### REPORT ON REQUESTS FOR EXCLUSION RECEIVED

6.      The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be mailed or otherwise delivered, addressed to *BioMarin Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, such that they were received by A.B. Data no later than October 18, 2023. A.B. Data has been monitoring all mail delivered to that post office box.  A.B. Data has received two requests for exclusion, both of which were received before October 18, 2023.  Exhibit A attached hereto lists the names of the persons and entities who requested exclusion from the

Settlement Class and their city and state. The requests for exclusion are attached hereto as Exhibits B and C.[2]

### REPORT ON CLAIMS RECEIVED

7. To be eligible for a payment from the Settlement, Settlement Class Members were required to submit a Claim postmarked, if mailed, or online via the website, by October 30, 2023. As of October 31, 2023, A.B. Data had received a total of 20,521 Claims. This Claim count may increase if A.B. Data receives additional timely Claims that were postmarked on or before October 30, 2023, but that have not yet been received due to the time needed for mail delivery. In addition, the Claim count may increase if late Claims are received during the processing of timely submitted Claims and the acceptance of these Claims would not delay a future distribution. Lead Counsel has the discretion to accept late Claims for processing provided such acceptance does not delay the distribution of the Net Settlement Fund to the Settlement Class, *see* Preliminary Approval Order, ¶ 11, and the Court will ultimately determine whether to accept such Claims.

8. Based on A.B. Data's preliminary review to date, the Claims received represent approximately 27,465,219 shares of BioMarin common stock that were damaged as a result of the alleged fraud (*i.e.*, shares which calculate to a Recognized Claim under the Plan of Allocation and will be eligible for a payment from the Settlement proceeds).

9. The above data was obtained through A.B. Data's preliminary review of the Claims received, based on the information provided by Claimants with their Claims. The complete processing of these Claims will take additional months. This process will include steps to confirm the accuracy of the transactions claimed and a review of the Claims for deficiencies, such as missing or incomplete documentation, duplicate submissions, and claimed transactions that do not balance (*i.e.*, where the number of shares held at the beginning of the Class Period plus purchases/acquisitions during the relevant time period do not match the number of shares sold during the relevant time period plus the number of shares held at the end of the period). A.B. Data will also provide Claimants with an opportunity to correct any deficiencies in their Claims, will

---

[2] In the interest of privacy, the requests for exclusion have been redacted to remove the street addresses, email addresses, and telephone numbers of the persons requesting exclusion.

conduct thorough quality control and quality assurance processes, and will perform fraud prevention reviews as part of its normal claims processing procedures in order to ensure the validity and accuracy of all Claims. As a result of these procedures, the number of damaged shares for the Claims received and ultimately determined to be eligible for a Settlement payment is subject to change.

10.    The possible acceptance of additional timely Claims postmarked on or before the October 30, 2023 deadline, but not received until after October 30, 2023, or additional late-filed Claims may also increase the total number of damaged shares. As noted above, Lead Counsel may, in their discretion, accept for processing late Claims provided such acceptance does not delay the distribution of the Net Settlement Fund to the Settlement Class, and acceptance of any such late-filed Claims would be decided by the Court.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 1, 2023.

_____
ADAM D. WALTER

SUPP. DECL. OF ADAM D. WALTER
Case No. 3:20-cv-06719-WHO

4

# EXHIBIT A

**Exhibit A**

1.  James C. Collins
    Ramona, CA

2.  Benjamin E. and Kathleen M. Ramp Living Trust U/A 12/17/15
    Benjamin E. Ramp & Kathleen M. Ramp, Trustees
    Geneseo, IL

# EXHIBIT B

October 12, 2023


BioMarin Securities Litigation, EXCLUSIONS
c/o A.B. Data, Ltd
P.O. Box 173001
Milwaukee, WI 53217

To whom it may concern,

My name is James C. Collins.  My address is ██████████████████, Ramona, CA ████.  My
phone number is ██████████.

I request to be excluded from the Settlement Class in *In re BioMarin Pharmaceutical Inc.
Securities Litigation*, Case NO. 3:20-cv-06719-WHO (N.D. Cal).  This exclusion includes any and
all shares of BioMarin common stock that I (A) owned as fo the opening of trading on March 3,
2020 and(B) purchased/acquired and/or sold during the Class Period (i.e. from March 3, 2020
through August 18,2020, inclusive).  This is including, but not limited to, 15 shares owned at the
opening of trading on March 3, 2020, 6 shares acquired on May 15, 2020, and the 21 total
shares owned at the closing of trading on August 18, 2020.

Respectfully,

*James C Collins*

James C. Collins



James Collins

Ramona, CA ▮▮▮

2022 NATIONAL LAW ENFORCEMENT OFFICERS MEMORIAL SUPPORTER



SAN DIEGO CA   920▮

12 OCT 2023   PM 1   L

BioMarin Securities Litigation, EXCLUSIONS
c/o A.B. Data, Ltd
P.O. Box 173001
Milwaukee, WI 53217

53217-801201

# EXHIBIT C

24 August 2023

BioMarin Securities Litigation, EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

Dear Sir or Madam,

The Benjamin E and Kathleen M Ramp Living Trust, trustees Kathleen M. Ramp and Benjamin E. Ramp, request exclusion from the Settlement Class in *In re BioMarin Pharmaceutical Inc Securities Litigation,* Case No. 3:20-cv-06719-WHO (N.D. Cal.).

The shares owned within the trust were purchased as follows:

   20 March 2020, bought 2 shares @ $75.812/share, totaling $151.62
   23 March 2020, bought 1 share @ $72.59, totaling $72.59

These shares are no longer held within the trust, they were sold as follows:

   2 November 2020, sold 3 shares @ $74.26, totaling $222.78.

Sincerely,

Benjamin E Ramp
Trustee

Kathleen M Ramp
Trustee

Benjamin E and Kathleen M Ramp Living Trust U/A 12/17/15
Benjamin and Kathleen Ramp
████████████████
Geneseo, IL. ████████████
Ph. ████████████
Email: ███████████████████
Email: ████████████████

B. Ramp

Geneseo, IL

QUAD CITIES IL PSDF
IL 612 T
24 AUG 2023 PM



FOREVER USA

BioMarin Securities Litigation, Exclusions

c/o A.B. Data, Ltd.

P.O. Box 173001

Milwaukee, WI 53217

53217$8012