COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
AMANDA A. MAIN (260814)
(amain@cooley.com)
BRETT DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:      +1 650 849 7400

Attorneys for Defendants
BioMarin Pharmaceutical Inc.,
Jean-Jacques Bienaimé and Henry J. Fuchs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re BioMarin Pharmaceutical Inc. Securities Litigation* | Case No. 3:20-cv-06719-WHO<br><br>**DECLARATION OF BRETT DE JARNETTE RE: CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DECL. OF B. DE JARNETTE
RE: CLASS ACTION FAIRNESS
3:20-CV-06719-WHO

I, Brett De Jarnette, hereby declare as follows:

1.     I am a partner with the law firm Cooley LLP, counsel of record for Defendants BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé and Henry J. Fuchs ("Defendants") in the above-captioned caption.

2.     I am a member in good standing with the State Bar of California, and I am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

3.     Pursuant to Paragraph 19 of the Stipulation and Agreement of Settlement (ECF No. 139-1), on May 15, 2023, my firm sent notices of the proposed class action settlement in the above-captioned action to the appropriate state and federal officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA").

4.     Defendants' CAFA notices included a CD containing copies of, among other things, the (1) Complaint for Violation of the Federal Securities Laws ("Complaint") filed on September 25, 2020 (ECF No. 1), (2) Amended Class Action Complaint for Violation of the Federal Securities Laws ("Amended Complaint") filed on February 22, 2021 (ECF No. 54), (3) the Court's January 6, 2022, order denying Defendants' motion to dismiss the Amended Complaint (ECF No. 77), and (4) Plaintiffs' Notice of Unopposed Motion and Motion for Preliminary Approval of Settlement, including Memorandum of Points and Authorities in Support Thereof and all exhibits thereto (ECF Nos. 139 through 139-4).

5.     Defendants' CAFA notices were accompanied by a cover letter substantially in the form attached hereto as **Exhibit A** and were sent via United States Certified Mail to the persons identified in **Exhibit B**.

6.     As of the date below, Defendants have not, to the best of my knowledge, received notification that any of the CAFA notices mailed to the persons identified in Exhibit B were returned as undeliverable nor have any of the persons identified in

Cooley LLP
Attorneys at Law
Palo Alto

- 2 -

Decl. of B. De Jarnette
Re: Class Action Fairness
3:20-cv-06719-WHO

Exhibit B expressed any concerns to Defendants about the nature or scope of the proposed settlement.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 1, 2023, in Palo Alto, California.

*/s/ Brett De Jarnette*
Brett De Jarnette

291979742 v1

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

- 3 -

DECL. OF B. DE JARNETTE
RE: CLASS ACTION FAIRNESS
3:20-CV-06719-WHO