

# EXHIBIT A

# Cooley

Brett H. De Jarnette                                                          By Certified Mail
T: +1 650 849 7005
bdejarnette@cooley.com

May [ ], 2023

Attorney General, [NAME]
[ADDRESS 1]
[ADDRESS 2]
[City, State, Zip]

**Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715**

To Whom It May Concern:

I write on behalf of Defendants[1] to serve notice of a proposed class action settlement pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 et seq, in the matter *In re BioMarin Pharmaceutical Inc. Securities Litigation*, Case No. 3:20-cv-06719-WHO (the "Action").

By providing this notice, Defendants intend to satisfy all notification obligations that the Defendants might have under CAFA with respect to the Action, without conceding that such notice is required by law.

Enclosed is a CD containing PDF copies of the following documents:[2]

1.  Class Action Complaint for Violation of the Federal Securities Laws filed in the Action on September 25, 2020;

2.  Amended Class Action Complaint for Violation of the Federal Securities Laws ("Amended Complaint") filed in the Action on February 22, 2021;

3.  The Court's January 6, 2022, order denying Defendants' motion to dismiss the Amended Complaint;

4.  Unopposed Motion for Preliminary Approval of Settlement, including Stipulation and Agreement of Settlement (and all exhibits thereto, including the proposed notification to class members[3]); and

---

[1] "Defendants" are BioMarin Pharmaceutical, Inc., Jean-Jacques Bienaimé, and Henry J. Fuchs.

[2] These and other public documents from the docket in the Action are available, for a fee, through the Court's Public Access to Court Electronic Records ("PACER") system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m. Pacific, Monday through Friday, excluding Court holidays.  Please note, when searching on PACER, the Action originally was named *Tsantes v. BioMarin Pharmaceutical Inc., et al.*, Case No. 3-20-cv-06719-WHO, as that may assist in your search.

[3] At this time, Defendants are unable to provide an estimate of the number of class members residing in each state, or the proportionate share of the claims of such members to the entire proposed settlement, in part, because BioMarin's registered holders represent multiple underlying beneficial holders whose identities and residencies are not presently known to Defendants.  In addition, Defendants cannot feasibly



Attorney General, [NAME]
May [ ], 2023
Page Two

Defendants also advise that, contemporaneous with the Settlement Agreement, Plaintiffs and Defendants have, by and through their respective counsel, entered into a confidential Supplemental Agreement. The Supplemental Agreement sets forth certain conditions under which Defendants shall have the option to terminate and render the Settlement Agreement null and void.  Plaintiffs and Defendants have agreed to maintain the confidentiality of the Supplemental Agreement, which shall not be disclosed or filed unless required by the Court.

A preliminary approval hearing regarding the proposed settlement is scheduled for June 7, 2023, at 2:00 p.m. Pacific, before the Honorable William H. Orrick, United States District Court Judge for the Northern District of California, who is located at the San Francisco Courthouse, 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, CA 94102.


Sincerely



Brett H. De Jarnette


BHD


285839772

---

estimate the proportionate share of claims in each state because the amount of each class member's claimed damages will be unknown until the settlement claims administration process is well underway.