# EXHIBIT B

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| U.S. Attorney General, Merrick B. Garland | U.S. Department of Justice 950 Pennsylvania Avenue NW Washington, DC 20530-0001 | Department Comment Line: 202-353-1555 Department of Justice Main Switchboard: 202-514-2000 |
| Alabama Attorney General, Steve Marshall | 501 Washington Ave. P.O. Box 300152 Montgomery, AL 36130-0152 | Telephone: (334) 242-7300 |
| Alaska Attorney General, Treg Taylor | 1031 W. 4th Avenue, Suite 200 Anchorage, AK 99501-1994 | Telephone: (907) 269-5100 |
| Arizona Attorney General, Kris Mayes | 2005 N. Central Ave. Phoenix, AZ 85004-2926 | Telephone: (602) 542-5025 |
| Arkansas Attorney General, Tim Griffin | 323 Center St., Suite 200 Little Rock, AR 72201-2610 | Telephone: (501) 682-2007 |
| California Attorney General, Rob Bonta | 1300 I St., Ste. 1740 Sacramento, CA 95814 | Telephone: (916) 210-6276 |
| Colorado Attorney General, Phil Weiser | Ralph L. Carr Judicial Building 1300 Broadway, 10th Floor Denver, CO 80203 | Telephone: (720) 508-6000 |
| Connecticut Attorney General, William Tong | 165 Capitol Avenue Hartford, CT 06106 | Telephone: (860) 808-5318 |
| Delaware Attorney General, Kathy Jennings | Carvel State Office Bldg. 820 N. French St. Wilmington, DE 19801 | Telephone: (302) 577-8400 |
| District of Columbia Attorney General, Brian Schwalb | 400 6th Street N.W. Washington, DC 20001 | Telephone: (202) 727-3400 |
| Florida Attorney General, Ashley Moody | The Capitol, PL 01, Tallahassee, FL 32399-1050 | Telephone: (850) 414-3300 |
| Georgia Attorney General, Chris Carr | 40 Capitol Square, SW Atlanta, GA 30334-1300 | Telephone: (404) 656-3300 |
| Hawaii Attorney General, Anne E. Lopez | 425 Queen St. Honolulu, HI 96813 | Telephone: (808) 586-1500 |
| Idaho Attorney General, Raúl Labrador | 700 W. Jefferson Street, Suite 210 P.O. Box 83720 Boise, ID 83720-0010 | Telephone: (208) 334-2400 |
| Illinois Attorney General, Kwame Raoul | James R. Thompson Ctr. 100 W. Randolph St. Chicago, IL 60601 | Telephone: (312) 814-3000 |
| Indiana Attorney General, Todd Rokita | Indiana Government Center South – 5th Floor 302 West Washington Street Indianapolis, IN 46204 | Telephone: (317) 232-6201 |
| Iowa Attorney General, Brenna Bird | Hoover State Office Bldg. 1305 E. Walnut, 2nd Floor Des Moines, IA 50319 | Telephone: (515) 281-5164 |
| Kansas Attorney General, Kris Kobach | 120 S.W. 10th Ave., 2nd Fl. Topeka, KS 66612-1597 | Telephone: (785) 296-2215 |
| Kentucky Attorney General, Daniel Cameron | 700 Capitol Avenue Capitol Building, Suite 118 Frankfort, KY 40601 | Telephone: (502) 696-5300 |
| Louisiana Attorney General, Jeffrey Landry | P.O. Box 94095 Baton Rouge, LA 70804-4095 | Telephone: (225) 326-6000 |
| Maine Attorney General, Aaron Frey | State House Station 6 Augusta, ME 04333 | Telephone: (207) 626-8800 |
| Maryland Attorney General, Anthony G. Brown | 200 St. Paul Place Baltimore, MD 21202-2202 | Telephone: (410) 576-6300 |
| Massachusetts Attorney General, Andrea Campbell | 1 Ashburton Place Boston, MA 02108-1698 | Telephone: (617) 727-2200 |

291974501 v1

| | | |
|---|---|---|
| Michigan Attorney General, Dana Nessel | P.O. Box 30212<br>525 W. Ottawa St.<br>Lansing, MI 48909-0212 | Telephone: (517) 335-7622 |
| Minnesota Attorney General, Keith Ellison | 75 Dr. Martin Luther King, Jr. Blvd<br>State Capital, Suite 102<br>St. Paul, MN 55155 | Telephone: (651) 296-3353 |
| Mississippi Attorney General, Lynn Fitch | Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205<br><br>Department of Justice<br>550 High Street<br>Jackson, MS 39201 | Telephone: (601) 359-3680 |
| Missouri Attorney General, Andrew Bailey | Supreme Ct. Bldg.<br>207 W. High St.<br>Jefferson City, MO 65101 | Telephone: (573) 751-3321 |
| Montana Attorney General, Austin Knudsen | Justice Bldg.<br>215 N. Sanders<br>Helena, MT 59620-1401 | Telephone: (406) 444-2026 |
| Nebraska Attorney General, Mike Hilgers | State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | Telephone: (402) 471-2682 |
| Nevada Attorney General, Aaron Ford | Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701 | Telephone: (775) 684-1100 |
| New Hampshire Attorney General, John Formella | 33 Capitol St.<br>Concord, NH 03301 | Telephone: (603) 271-3658 |
| New Jersey Attorney General, Matthew J. Platkin | Richard J. Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton, NJ 08625 | Telephone: (609) 292-4925 |
| New Mexico Attorney General, Raul Torrez | P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | Telephone: (505) 490-4060 |
| New York Attorney General, Letitia James | Dept. of Law - The Capitol, 2nd Fl.<br>Albany, NY 12224 | Telephone: (518) 776-2000 |
| North Carolina Attorney General, Joshua Stein | Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | Telephone: (919) 716-6400 |
| North Dakota Attorney General, Drew Wrigley | State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 | Telephone: (701) 328-2210 |
| Ohio Attorney General, Dave Yost | State Office Tower<br>30 E. Broad St.<br>Columbus, OH 43266-0410 | Telephone: (614) 466-4320 |
| Oklahoma Attorney General, Gentner Drummond | 313 N. E. 21st Street<br>Oklahoma City, OK 73105 | Telephone: (405) 521-3921 |
| Oregon Attorney General, Ellen Rosenblum | Justice Bldg.<br>1162 Court St., NE<br>Salem, OR 97301 | Telephone: (503) 378-4400 |
| Pennsylvania Attorney General, Michelle A. Henry | Pennsylvania Office of Attorney General | Telephone: (717) 787-3391 |

291974501 v1

| | 16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | |
|---|---|---|
| Rhode Island Attorney General, Peter F. Neronha | 150 S. Main St.<br>Providence, RI 02903 | Telephone: (401) 274-4400 |
| South Carolina Attorney General, Alan Wilson | Rembert C. Dennis Office Bldg.<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | Telephone: (803) 734-3970 |
| South Dakota Attorney General, Marty Jackley | 1302 E. Hwy. 14, Suite 1<br>Pierre, SD 57501- 8501 | Telephone: (605) 773-3215 |
| Tennessee Attorney General, Jonathan Skrmetti | 425 5th Avenue North<br>Nashville, TN 37243 | Telephone: (615) 741-3491 |
| Texas Attorney General, Ken Paxton | Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Telephone: (512) 463-2100 |
| Utah Attorney General, Sean Reyes | State Capitol,         350<br>North State Street   Suite 230<br>Salt Lake City, UT 84114-0810 | Telephone: (801) 538-9600 |
| Vermont Attorney General, Charity R. Clark | 109 State St.<br>Montpelier, VT 05609-1001 | Telephone: (802) 828-3173 |
| Virginia Attorney General, Jason Miyares | 202 North Ninth Street<br>Richmond, Virginia 23219 | Telephone: (804) 786-2071 |
| Washington Attorney General, Robert Ferguson | 1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA  98504-0100 | Telephone: (360) 753-6200 |
| West Virginia Attorney General, Patrick Morrisey | State Capitol<br>1900 Kanawha Blvd. E.<br>Charleston, WV 25305 | Telephone: (304) 558-2021 |
| Wisconsin Attorney General, Josh Kaul | Wisconsin Department of Justice<br>State Capitol<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Telephone: (608) 266-1221 |
| Wyoming Attorney General, Bridget Hill | State Capitol Bldg.<br>Cheyenne, WY 82002 | Telephone: (307) 777-7841 |
| American Samoa, Fainu'ulelei Falefatu Ala'ilima-Utu | American Samoa Government<br>Executive Office Building<br>Utulei<br>Territory of American Samoa<br>Pago Pago, AS 96799 | Telephone: (684) 633-4163 |
| Guam, Douglas Moylan | Office of Attorney General<br>ITC Building<br>590 S. Marine Corps Dr, Ste. 706<br>Tamuning, Guam 96913 | Telephone: (671) 475-2580 |
| Northern Mariana Islands, Edward Manibusan | Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 | Telephone: (670) 664-2341 |

| | | |
|---|---|---|
| Puerto Rico, Domingo Emanuelli Hernandez | P.O. Box 9020192 San Juan, Puerto Rico 00902-0192 | Telephone: (787) 721-2900 |
| U.S. Virgin Islands, Carol Thomas-Jacobs (Acting) | GERS Building 2nd Floor, 34-38 Kronprindsens Gade St. Thomas, VI 00802 | Telephone: (340) 774-5666 |

291974501 v1