# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 8, 2023 | **Time:** 7 minutes 2:05 p.m. to 2:12 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-06719-WHO | **Case Name:** In re BioMarin Pharmaceutical Inc. Securities | |

**Attorneys for Plaintiffs:**    Katherine Sinderson and Salvatore J. Graziano
**Attorney for Defendant:**    Brett Hom DeJarnette

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Hearing on motion for final approval of class settlement and motion for fees and expenses conducted via videoconference. The Court asks counsel about administrative costs and requests that a declaration be filed detailing the incurred and estimated remaining costs by the claims administrator.

The Court finds the settlement to be fair, adequate, and reasonable and anticipates granting final approval. The fees and costs are also generally acceptable, and the Court anticipates allowing those upon receipt of the supplemental filing, subject to a withholding of 20 percent to be released after the Post-Distribution Accounting is filed.  The Court will set that date out approximately 8 months at the request of plaintiffs' counsel.