**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

SALVATORE GRAZIANO (*pro hac vice*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN (*pro hac vice*)
jeroen@blbglaw.com
KATHERINE M. SINDERSON (*pro hac vice*)
katiem@blbglaw.com
ABE ALEXANDER (*pro hac vice*)
abe.alexander@blbglaw.com
WILLIAM E. FREELAND (*pro hac vice*)
billy.freeland@blbglaw.com
THOMAS Z. SPERBER (*pro hac vice*)
thomas.sperber@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Counsel for Lead Plaintiff Arbejdsmarkedets
Tillægspension and Lead Counsel for the
Settlement Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | Case No. 3:20-cv-06719-WHO<br><br>**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING NOTICE AND ADMINISTRATION COSTS**<br><br>Dept:  Courtroom 2, 17th Floor<br>Judge:  Hon. William H. Orrick |

SUPP. DECL. OF ADAM D. WALTER
RE NOTICE & ADMINISTRATION COSTS
Case No. 3:20-cv-06719-WHO

ADAM D. WALTER, declares as follows:

1.    I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data").   Pursuant to the Court's June 8, 2023 Order Granting Preliminary Approval (ECF No. 146) (the "Preliminary Approval Order"), the Court approved the retention of A.B. Data as the Claims Administrator in connection with the Settlement for the above-captioned action (the "Action").[1]  I submit this Supplemental Declaration as requested by the Court at the November 9, 2023 final approval hearing to discuss the Notice and Administrative Costs incurred to date by A.B. Data and the total expected to be incurred.  The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.    From the outset of its work on the case to the present, A.B. Data has incurred a total of $320,628.31 in out-of-pocket expenses and fees.  The major components of this cost include the following:

| | |
|---|---|
| **Printing of the Notice Packets** | $95,480.00 |
| **Postage for the Notice Packets** | $14,682.67 |
| **Broker Fulfillment Costs** (paid to brokers and nominees for their costs in forwarding the Notice Packets or providing names and addressed of Settlement Class Members) | $78,468.36 |
| **Publication of the Summary Notice** in *The Wall Street Journal* and *PR Newswire* | $22,081.16 |
| **Claim Processing Fees** | $98,234.40 |
| **Class Member Communications** (including Interactive Voice Response system ("IVR") costs and call center charges) | $2,856.25 |
| **Other Costs** (including establishing and maintaining the website, data storage, and project management) | $8,855.47 |
| **TOTAL:** | **$320,658.31** |

---

[1]  Unless otherwise defined in this declaration, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement dated April 24, 2023 (ECF No. 139-1) (the "Stipulation").

3.    A.B. Data estimates that the cost to complete its review and processing of the claims received and to conduct the distribution of the settlement funds will range from $103,000 to $130,000.  The major components of the remaining, prospective costs are the following:

|  | Lower Estimate | Higher Estimate |
|---|---|---|
| **Claim Processing Fees** (charged on per-claim basis, for any additional claims received) | $3,000 | $10,000 |
| **Class Member Communications** (including future IVR costs and call center charges, and costs of mailing deficiency notices to claimants) | $15,000 | $25,000 |
| **Distribution Costs** (including the estimated costs for printing and mailing checks and follow up regarding the same) | $45,000 | $50,000 |
| **Other Costs** (including the ongoing costs of maintaining the website, data storage, and project management) | $40,000 | $45,000 |
| **TOTAL:** | **$103,000** | **$130,000** |

These prospective costs are only estimates.  The actual costs may vary depending on factors such as the number of additional claims received, the quantity of class member communications that occur during claims processing, and any contingencies that may arise.  However, because the claim filing deadline is past, A.B. Data believes this range of estimates should be reasonably accurate.

4.    Accordingly, A.B. Data estimates that the total costs for this administration will be approximately $425,000 to $450,000.  While this amount is greater than the $250,000 estimated in my April 28, 2023 Declaration (ECF No. 139-4), that estimate was based on the assumption that A.B. Data would mail 50,000 Notice Packets and receive 20,000 claims.  *See* ECF No. 139-4, at ¶¶ 16, 17, 24.  In fact, the number of potential Settlement Class Members that were identified by brokers and nominees was substantially higher than had been estimated at the outset, and A.B. Data mailed 103,387 copies of the Notice Packet and, as of November 9, 2023, has received 47,364 claims.  Thus, the actual number of Notices mailed and claims received were both more than double the original estimates.  Many of the most substantial components of the Notice and Administration Costs, including the costs of printing and mailing Notice Packets, broker

fulfillment costs, and per-claim claim processing fees increase proportionally with the number of Notice Packets mailed or claims received.

5.    Once claims processing is complete, Lead Plaintiff will submit to the Court a motion for approval of the distribution of the Settlement Fund to eligible claimants.  In connection with that motion, A.B. Data will file a declaration that will include a final accounting of all of its costs and fees for review and approval by the Court.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 10, 2023.

_____
ADAM D. WALTER