UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BIOMARIN PHARMACEUTICAL
INC. SECURITIES LITIGATION

Case No.  20-cv-06719-WHO

**JUDGMENT**

Judgment is hereby entered in accordance with the Order Granting Final Approval to Settlement, Approving Plan of Allocation, and Awarding Fees and Costs.

**IT IS SO ORDERED.**

Dated: November 14, 2023



William H. Orrick
United States District Judge

United States District Court
Northern District of California