# EXHIBIT A

BIOMARIN SECURITIES LITIGATION
c/o A.B. DATA, LTD.
PO BOX 170400
MILWAUKEE, WI  53217

```
FIRST CLASS MAIL
US POSTAGE
PAID
MILWAUKEE, WI
PERMIT 3780
```

## NOTICE OF REJECTION OF CLAIM

| | |
|---|---|
| **DATE:** | **March 4, 2024** |
| **RE:** | ***IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION*** |
| **CLAIM NUMBER:** | **266815546** |
| **RESPONSE DEADLINE:** | **March 24, 2024** |

Dear Claimant:

We have processed the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement achieved in the above-noted litigation. Your Claim, based on our review, is ineligible for a recovery from the Settlement for the reason(s) listed below. Please note that some reasons for ineligibility are curable. To resolve the identified curable condition(s) of ineligibility, please follow the instructions below.

In order for this Claim to be eligible for a recovery, the identified curable conditions of ineligibility must be resolved, and the Claim must then calculate to a Recognized Claim under the Court-approved Plan of Allocation. Please include a copy of this notice with your response. **If you fail to respond by the response deadline printed above, or if your response fails to cure the condition(s) identified below, your Claim will be rejected in its entirety. Please note, this is the only notice you will receive with respect to this Claim.**

### No Eligible Purchase During the Class Period

This Claim does not include a purchase or acquisition of BioMarin common stock during the period from March 3, 2020 through August 18, 2020, inclusive ("Class Period"). Therefore, the Claim is ineligible to participate in the distribution of the Net Settlement Fund. Please note, purchases and acquisitions of BioMarin common stock made from August 19, 2020 through and including November 16, 2020 are not eligible for participation in the distribution of the Net Settlement Fund.

This is NOT a curable deficiency unless you had a purchase or acquisition of BioMarin common stock during the Class Period that is not reflected in your Claim. If you purchased or acquired BioMarin common stock during the Class Period, you must advise us in writing and provide the appropriate documentation to support your transactions.

**Claims that are not cured by the response deadline above will be rejected.** If you believe your Claim has been rejected in error, you may contact us for assistance and/or request Court review of our determination. To request Court review of your Claim, you must send us a signed written statement that: (a) states your reasons for contesting the rejection of this Claim, along with any and all documentation supporting your argument(s); (b) specifically states that you "request that the Court review the rejection of this Claim"; and (c) includes a copy of this notice, postmarked no later than the response deadline set forth above. If the dispute concerning your Claim cannot be resolved, you may request that your Claim be presented to the Court for review, which will include public filing of your Claim and supporting documentation with the Court. If your disputed Claim is presented to the Court, your Claim Form and supporting documentation will be partially redacted to protect your privacy. Please note: Court review should only be sought if you disagree with our determination regarding this Claim.

If you have any questions about this notice, or if you want to confirm the status of your Claim after you submit a response to this notice, please call us at 877-390-3369 or email us at info@BioMarinSecuritiesLitigation.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Notice, which contains the Plan of Allocation, you may do so by visiting www.BioMarinSecuritiesLitigation.com.

Very truly yours,

A.B. DATA, LTD.
Claims Administrator