# EXHIBIT B

Dear Electronic Filer:

Please find the attached spreadsheet containing the status of all accounts received with your electronic filing in the In re BioMarin Pharmaceutical Inc. Securities Litigation, Case No. 3:20-cv-06719-WHO (N.D. Cal.) as of 3/13/2024.

The information contained in the attached spreadsheet serves as notification of all deficiencies and rejections for all accounts. The first tab of the spreadsheet contains the Deficiency Key, which provides detailed descriptions and resolutions for further assistance. The current status of all claims can be located on the Claim Summary tab in column I, titled Claim Status:

A.  Full Rejection: If you fail to respond within twenty (20) days, or if your response fails to resolve the curable condition(s) identified on the attached file, your Claim will be rejected in its entirety.

B.  Partial Rejection: If you fail to respond within twenty (20) days, or if your response fails to cure the condition(s) identified on the attached file, your Claim will be rejected to the extent that those condition(s) remain uncured.

C.  Accepted: Claim is currently in good standing.

*Please note that any Claim may be subjected to a request for additional information and/or supporting documentation at a later date. If this occurs, you will be notified separately of the request and what is required.

Revisions must be received in the same format as the original file in accordance with the Electronic Claims Filing Guidelines for the case. The Electronic Claims Filing Guidelines and Template are attached to this email and may also be found at the case website www.BioMarinSecuritiesLitigation.com.

If you believe your Claim has been rejected in error, you may request Court review of the determination.  To do so, you must - within twenty (20) days of the date of this notice - send us a signed written statement that (a) states your reasons for contesting the rejection of your Claim, along with any supporting documentation, and (b) specifically states that you request that the Court review the rejection of this Claim. If the dispute concerning your Claim cannot be otherwise resolved, your Claim will be presented to the Court for review.

All responses should be sent to the address listed below or emailed to efiling@abdata.com. Please reference your claim number(s) in all correspondence.  You may contact the contact the BioMarin Securities Litigation Helpline at (877) 390-3369 with any inquiries.

The address for mailed responses via standard mail is:

BIOMARIN SECURITIES LITIGATION
C/O A.B. DATA, LTD.
P.O. BOX 170400
MILWAUKEE, WI 53217

The address for mailed response via courier is:

BIOMARIN SECURITIES LITIGATION
C/O A.B. DATA, LTD.
3410 WEST HOPKINS STREET
MILWAUKEE, WI  53216

Regards,

Claims Administrator