# EXHIBIT C

| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | AccountID | Duplicate ClaimNumber | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|
| 266815543 | 78355924 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | $1,361.22 | Accepted | |
| 266815543 | 78355925 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | $291.69 | Accepted | |
| 266815543 | 78355926 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | $458.37 | Accepted | |
| 266815543 | 78355927 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | $1,366.29 | Accepted | |
| 266815543 | 78355928 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | | Full Rejection | NOLOS |
| 266815543 | 78355929 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | | Full Rejection | NOPUR |
| 266815543 | 78355930 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | | Full Rejection | NOPUR |
| 266815543 | 78355931 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | | Full Rejection | NOPUR |
| 266815543 | 78355932 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | | Full Rejection | NOPUR |
| 266815543 | 78355933 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | | Full Rejection | NOPUR |
| 266815543 | 78355934 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | | Full Rejection | NOPUR |
| 266815543 | 78355935 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | $180.57 | Accepted | |
| 266815543 | 78355936 | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | | $2,612.03 | Accepted | |