# EXHIBIT G

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE** | INV000305237 |
| **PAGE** | 1/1 |
| **DATE** | 7/31/2023 |
| **CLIENT** | 107125 |

INVOICE

**JOB      54713         BioMarin Pharmaceutical**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Establishment of Dynamic Case-Specific Website | 1 | 4,000.00 | $4,000.00 |
| Postage | 1 | 6,545.46 | $6,545.46 |
| Printing of Notice Packets (24pg) Envelope Mailing | 50,000 | 0.9700 | $48,500.00 |
| Website Maintenance/Hosting (Monthly June/July 2023) | 2 | 290 | $580.00 |
| Interactive Voice Response (IVR) (Per Minute) | 12 | 0.50 | $6.00 |
| CSRs/Live Operators (Per Hour) | 2.50 | 75.00 | $187.50 |
| 800 Number Charges (Per Minute) | 19 | 0.15 | $2.85 |
| IVR and Line Maintenance (Monthly June/July 2023) | 2 | 205 | $410.00 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 2,412.47 | $2,412.47 |
| Market Research Fee (One Time Fee) | 1 | 100.00 | $100.00 |
| Electronic Storage | 1 | 9.95 | $9.95 |

| | |
|---|---|
| **TOTAL** | **$62,754.23** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| INVOICE | INV000305382 |
| PAGE | 1/1 |
| DATE | 8/31/2023 |
| CLIENT | 107125 |

## INVOICE

**JOB    54713         BioMarin Pharmaceutical**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Minimum Flat Fee | 1 | 65,000.00 | $65,000.00 |
| Per-Claim Charge (Up to 50,000 Claims) | 170 | 0.80 | $136.00 |
| Postage | 1 | 7,796.44 | $7,796.44 |
| Printing of 24-pg. Self-Mailing Notice Packets | 58,000 | 0.8100 | $46,980.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 290 | $290.00 |
| Interactive Voice Response (IVR) (Per Minute) | 49 | 0.50 | $24.50 |
| CSRs/Live Operators (Per Hour) | 1.00 | 75.00 | $75.00 |
| 800 Number Charges (Per Minute) | 107 | 0.15 | $16.05 |
| IVR and Line Maintenance (Monthly) | 1 | 205 | $205.00 |
| Advanced Address Updates | 1,528 | 1.10 | $1,680.80 |
| Bank, Broker, and Nominee Fulfillment Expenses | 1 | 76,055.89 | $76,055.89 |
| Electronic Storage | 1 | 144.48 | $144.48 |
| Media Notice - 7/12/23 PR Newswire National Newsline | 1 | 3,381.25 | $3,381.25 |
| Media Notice - 7/12/23 Dow Jones 24" Ad | 1 | 18,699.91 | $18,699.91 |

|  |  |
|---|---|
| **TOTAL** | **$220,485.32** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| INVOICE | INV000305486 |
| PAGE | 1/1 |
| DATE | 9/30/2023 |
| CLIENT | 107125 |

**INVOICE**

**JOB      54713        BioMarin Pharmaceutical**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 50,000 Claims) | 1,347 | 0.80 | $1,077.60 |
| Postage | 1 | 20.01 | $20.01 |
| Website Maintenance/Hosting (Monthly) | 1 | 290 | $290.00 |
| Interactive Voice Response (IVR) (Per Minute) | 55 | 0.50 | $27.50 |
| CSRs/Live Operators (Per Hour) | 7.75 | 75.00 | $581.25 |
| 800 Number Charges (Per Minute) | 492 | 0.15 | $73.80 |
| IVR and Line Maintenance (Monthly) | 1 | 205 | $205.00 |
| Advanced Address Updates | 311 | 1.10 | $342.10 |
| Document Imaging (per pg)(Exluding Claims) | 32 | 0.25 | $8.00 |
| Document Storage - Paper (Per Box/Per Month) | 1 | 3.00 | $3.00 |
| Electronic Storage | 1 | 75.25 | $75.25 |

| | |
|---|---|
| **TOTAL** | **$2,703.51** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE** | INV000305649 |
| **PAGE** | 1/1 |
| **DATE** | 10/30/2023 |
| **CLIENT** | 107125 |

**INVOICE**

**JOB    54713    BioMarin Pharmaceutical**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 50,000 Claims) | 3,624 | 0.80 | $2,899.20 |
| Postage | 1 | 320.76 | $320.76 |
| Printing & Mailing of Conirmation Postcards (500 per batch) | 551 | 0.1500 | $82.65 |
| Website Maintenance/Hosting (Monthly) | 1 | 290 | $290.00 |
| Interactive Voice Response (IVR) (Per Minute) | 53 | 0.50 | $26.50 |
| CSRs/Live Operators (Per Hour) | 10.50 | 75.00 | $787.50 |
| 800 Number Charges (Per Minute) | 152 | 0.15 | $22.80 |
| IVR and Line Maintenance (Monthly) | 1 | 205 | $205.00 |
| Advanced Address Updates | 231 | 1.10 | $254.10 |
| Document Imaging (Per Page-Exlcuding Claims) | 1,028 | 0.25 | $257.00 |
| Bank, Broker, and Nominee Fulfillment Expenses | 1 | 345.79 | $345.79 |
| Document Storage - Paper (Per Box/Per Month) | 3 | 3.00 | $9.00 |
| Electronic Storage | 1 | 93.35 | $93.35 |

| | |
|---|---|
| **TOTAL** | **$5,593.65** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



|  |  |
|---|---|
| **INVOICE** | INV000305726 |
| **PAGE** | 1/1 |
| **DATE** | 11/30/2023 |
| **CLIENT** | 107125 |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

## INVOICE

**JOB       54713          BioMarin Pharmaceutical**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 50,000 Claims) | 41,475 | 0.80 | $33,180.00 |
| Postage | 1 | 105.06 | $105.06 |
| Printing & Mailing of Confirmation Postcards | 200 | 0.8609 | $172.18 |
| Website Maintenance/Hosting (Monthly) | 1 | 290 | $290.00 |
| Interactive Voice Response (IVR) (Per Minute) | 36 | 0.50 | $18.00 |
| CSRs/Live Operators (Per Hour) | 9.00 | 75.00 | $675.00 |
| IVR and Line Maintenance (Monthly) | 1 | 205 | $205.00 |
| Advanced Address Updates | 110 | 1.10 | $121.00 |
| Document Imaging (Per Page--Excluding Claims) | 4 | 0.25 | $1.00 |
| Document Storage - Paper (Per Box/Per Month) | 4 | 3.00 | $12.00 |
| Electronic Storage | 1 | 96.10 | $96.10 |

|  |  |
|---|---|
| **TOTAL** | **$34,875.34** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000305846 |
| **INVOICE DATE:** | 12/31/2023 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | Net 30 |
| **DUE DATE:** | 1/30/2024 |

## INVOICE

| JOB | 54713 | BioMarin Pharmaceutical |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 50,000 Claims) | 3,384 | 0.80 | $2,707.20 |
| Per-Claim Charge (Claims 50,001+) | 3,018 | 0.60 | $1,810.80 |
| Printing & Mailing of Confirmation Postcards | 195 | 0.7497 | $146.19 |
| Website Maintenance/Hosting (Monthly) | 1 | 290 | $290.00 |
| Interactive Voice Response (IVR) (Per Minute) | 7 | 0.50 | $3.50 |
| CSRs/Live Operators (Per Hour) | 2.00 | 75.00 | $150.00 |
| 800 Number Charges (Per Minute) | 176 | 0.15 | $26.40 |
| IVR and Line Maintenance (Monthly) | 1 | 205 | $205.00 |
| Document Storage - Paper (Per Box/Per Month) | 4 | 3.00 | $12.00 |
| Electronic Storage | 1 | 97.29 | $97.29 |

| | | |
|---|---|---|
| | **TOTAL** | **$5,448.38** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306041 |
| **INVOICE DATE:** | 1/31/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

| JOB | 54713 | BioMarin Pharmaceutical |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 50,001+) | 8,553 | 0.60 | $5,131.80 |
| Website Maintenance/Hosting (Monthly) | 1 | 290 | $290.00 |
| Interactive Voice Response (IVR) (Per Minute) | 11 | 0.50 | $5.50 |
| CSRs/Live Operators (Per Hour) | 1.28 | 75.00 | $96.00 |
| IVR and Line Maintenance (Monthly) | 1 | 205 | $205.00 |
| Document Imaging (Per Page--Excluding Claims) | 2 | 0.25 | $0.50 |
| Document Storage - Paper (Per Box/Per Month) | 4 | 3.00 | $12.00 |
| Electronic Storage | 1 | 110.76 | $110.76 |

|  | **TOTAL** | **$5,851.56** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306230 |
| **INVOICE DATE:** | 2/29/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

# INVOICE

| **JOB** | **54713** | **BioMarin Pharmaceutical** |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 50,001+) | 24 | 0.60 | $14.40 |
| Postage | 1 | 9.30 | $9.30 |
| Website Maintenance/Hosting (Monthly) | 1 | 290 | $290.00 |
| CSRs/Live Operators (Per Hour) | 0.66 | 75.00 | $49.50 |
| 800 Number Charges (Per Minute) | 5 | 0.15 | $0.75 |
| IVR and Line Maintenance (Monthly) | 1 | 205 | $205.00 |
| Document Imaging (Per Page--Excluding Claims) | 7 | 0.25 | $1.75 |
| Post Office Box Rental/Renewal | 1 | 1,600.00 | $1,600.00 |
| Document Storage - Paper (Per Box/Per Month) | 4 | 3.00 | $12.00 |
| Electronic Storage | 1 | 110.91 | $110.91 |

| | | |
|---|---|---|
| | **TOTAL** | **$2,293.61** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306314 |
| **INVOICE DATE:** | 3/31/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

| JOB | 54713 | BioMarin Pharmaceutical |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 50,001+) | 3,231 | 0.60 | $1,938.60 |
| Postage | 1 | 448.00 | $448.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 290 | $290.00 |
| Interactive Voice Response (IVR) (Per Minute) | 12 | 0.50 | $6.00 |
| CSRs/Live Operators (Per Hour) | 1.99 | 75.00 | $149.25 |
| 800 Number Charges (Per Minute) | 37 | 0.15 | $5.55 |
| IVR and Line Maintenance (Monthly) | 1 | 205 | $205.00 |
| Document Storage - Paper (Per Box/Per Month) | 4 | 3.00 | $12.00 |
| Electronic Storage | 1 | 177.29 | $177.29 |

| | |
|---|---|
| **TOTAL** | **$3,231.69** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. Data, Ltd.**
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

Date:     April 12, 2024
Project:  BioMarin Pharmaceuticals

| Distribution Estimate | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Printing and Mailing** | | | |
| Printing and Mailing of De Minimis Postcards | 25,500 | 0.25 | 6,375 |
| Printing and Mailing of Checks | 18,780 | 0.45 | 8,451 |
| Reissuance of Checks to Updated Addresses | 1,315 | 4.50 | 5,915.70 |
| Postage-Checks | 20,095 | 0.54 | 10,851.08 |
| Postage-Postcard | 25,500 | 0.39 | 9,945 |
| | | | |
| **Website and Telephone Support/Charges** | | | |
| Website Maintenance/Hosting *(monthly)* | 12 | 290 | 3,480 |
| Interactive Voice Response (IVR) *(per minute)* | 950 | 0.50 | 475 |
| CSRs/Live Operators *(per hour)* | 60 | 75 | 4,500 |
| 800 Number Charges *(per minute)* | 3,600 | 0.15 | 540 |
| IVR and Line Maintenance *(monthly)* | 12 | 205 | 2,460 |
| | | | |
| **Miscellaneous Expenses** | | | |
| Post Office Box Rental/Renewal *(annual)* | 1 | 1,680 | 1,680 |
| Advanced Address Updates | 1,878 | 1.10 | 2,065.80 |
| Check-Processing Fee *(per check)* | 18,780 | 0.15 | 2,817 |
| Document Storage - Electronic ($0.02 per page/per month) | 8,963 | 0.02 x 24 | 4,302.24 |
| Document Storage - Paper ($3.00 per box/per month) | 4 | 3.00 x 24 | 288 |
| | | | |
| **Total Estimated Cost** | | **$** | **64,145.82** |