UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION | CLASS ACTION<br><br>Case No. 3:20-cv-06719-WHO<br><br>[~~PROPOSED~~] **ORDER RELEASING REMAINDER OF ATTORNEYS' FEES <u>AS AMENDED</u>** |

WHEREAS, on November 14, 2023, the Court entered an Order Granting Final Approval to Settlement, Approving Plan of Allocation, and Awarding Fees and Costs (ECF No. 155) ("Final Approval Order") in this Action;

WHEREAS, in the Final Approval Order, the Court awarded attorney's fees to Lead Counsel Bernstein Litowitz Berger & Grossmann LLP in the amount of 19% of the Settlement Fund (including interest earned at the same rate as the Settlement Fund) (Final Approval Order ¶ 11);

WHEREAS the Court ordered that 20% of the attorneys' fees awarded in the Final Approval Order be withheld and released only when "the post-distribution accounting has been filed," and ordered that "counsel shall file a proposed order releasing the remainder of the fees when they file their post-distribution accounting" (Final Approval Order ¶ 26);

WHEREAS, on May 3, 2024, the Court entered an Order Approving Distribution Plan As Amended (ECF No. 159) ("Distribution Order");

WHEREAS, on June 7, 2024, the Claims Administrator conducted the distribution of the Net Settlement Fund to eligible Claimants pursuant to the Distribution Order, which including disseminating $30,222,372.86 by wire transfer and checks to 22,880 Claimants who were eligible for payment;

WHEREAS, on June 28, 2028, twenty-one days after the distribution was conducted, Lead Plaintiff Arbejdsmarkedets Tillægspension and Lead Counsel filed the Post-Distribution Accounting providing details of that distribution with the Court;

NOW THEREFORE, IT IS HEREBY ORDERED ~~that the remaining of 20%~~ **all but 5%** of the attorney's fees awarded to Lead Counsel in the Final Approval Order are released and may be paid to Lead Counsel from the Escrow Account.  **A further post-distribution accounting shall be filed once all settlement checks become stale, with counsel providing a declaration regarding whether a second-round distribution occurred (and if not, why not) and the final amount of the settlement (if any) going to the court-approved cy pres recipient.  When counsel file the further post-distribution accounting, they shall file a proposed order releasing the final withheld attorney fees to whopo@cand.uscourts.gov.**

**The Case Management Conference set for July 10, 2024, is VACATED.**

Dated: July 8, 2024

_____
The Honorable William H. Orrick
United States District Judge