# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE BIOMARIN PHARMACEUTICAL INC. SECURITIES LITIGATION

CLASS ACTION

Case No. 3:20-cv-06719-WHO

[~~PROPOSED~~] ORDER RELEASING REMAINDER OF ATTORNEYS' FEES AS AMENDED

WHEREAS, on November 14, 2023, the Court entered an Order Granting Final Approval to Settlement, Approving Plan of Allocation, and Awarding Fees and Costs (ECF No. 155) ("Final Approval Order"), which (a) awarded attorney's fees to Lead Counsel Bernstein Litowitz Berger & Grossmann LLP in the amount of 19% of the Settlement Fund (including interest earned at the same rate as the Settlement Fund) (Final Approval Order ¶ 11); (b) ordered that 20% of the total attorneys' fees awarded in the Final Approval Order be withheld and released only when "the post-distribution accounting has been filed," (*id*. ¶ 26); and (c) ordered that Lead Counsel "shall file a post-distribution accounting within 21 days after the distribution of settlement funds" (*id*. ¶ 25);

ORDER RELEASING REMAINDER OF
ATTORNEYS' FEES

CASE NO. 3:20-CV-6719-WHO

WHEREAS, on June 7, 2024, the Claims Administrator conducted the Initial Distribution of the Net Settlement Fund to eligible Claimants pursuant to the Court's May 3, 3024 Order Approving Distribution Plan as Amended (ECF No. 159),

WHEREAS, on June 28, 2028, twenty-one days after the distribution occurred, Lead Plaintiff and Lead Counsel filed the Post-Distribution Accounting providing the Court with the details of the Initial Distribution (ECF No. 160);

WHEREAS, on July 8, 2024, the Court entered the Order Releasing Remainder of Attorneys' Fees as Amended (ECF No. 162), which (a) released to Lead Counsel all but 5% of the total attorneys' fees awarded; (b) ordered that Lead Plaintiff and Lead Counsel file a further post-distribution accounting "once all settlement checks become stale" (*id*. at 2); and (c) further ordered that "[w]hen counsel file the further post-distribution accounting, they shall file a proposed order releasing the final withheld attorney fees to whopo@cand.uscourts.gov" (*id*.).

WHEREAS, on October 6, 2024, all checks mailed to Authorized Claimants in the Initial Distribution became stale, and thereafter, on October 10, 2024, Lead Plaintiff and Lead Counsel filed a Supplemental Post Distribution Accounting providing further details on the Initial Distribution. **LEAD COUNSEL SHALL FILE A FURTHER SUPPLEMENTAL POST-DISTRIBUTION ACCOUNTING within fourteen days of the Second Distribution checks (estimated to be issued in early January 2025) becoming stale.**

NOW THEREFORE, IT IS HEREBY ORDERED that the final 5% of the attorney's fees awarded to Lead Counsel in the Final Approval Order are released and may be paid to Lead Counsel from the Escrow Account.

**SO ORDERED**. Dated:

October 11, 2024

_____
The Honorable William H. Orrick
United States District Judge